## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 3:24-CV-00404

Plaintiff:
**NICHOLAS FORD and ALONZO HAWKINS**

vs.

DLE2024062458

Defendant:
**SOUTHERN ROAD & BRIDGE, LLC**

For:
Daniel Barroukh
Derek Smith Law Group

Received by Troy Rogers on the 30th day of September, 2024 at 12:26 pm to be served on **SOUTHERN ROAD & BRIDGE, LLC c/o Lucas Pappas, its Registered Agent, 715 Wesley Avenue, Tarpon Springs, FL 34689**

I, Troy Rogers, being duly sworn, depose and say that on the **3rd day of October, 2024 at 2:55 pm, I:**

served a **LIMITED LIABILITY COMPANY** by delivering a true copy of the **Summons In A Civil Action, Amended Complaint, Exhibits, Civil Cover Sheet.** with the date and hour of service endorsed thereon by me, to: **Lucas Pappas** as **Registered Agent** for SOUTHERN ROAD & BRIDGE, LLC, at the address of: **2997 Alt 19, Ste. B, Palm Harbor, FL 34683**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
10/1/2024  1:18 pm  Attempted service at 715 Wesley Avenue, Tarpon Springs, FL 34689 vacant office, neighboring business said they moved to Palm Harbor.

**Description** of Person Served: Age: 44, Sex: M, Race/Skin Color: Caucasian, Height: 6'2", Weight: 220, Hair: Bald, Glasses: N

If a description of the party is provided, please note all information provided is approximate. F.S. 48.021 (1) (Services of Summons and Criminal Subpoenas) I certify that I am over the age of 18, have no interest in the above action, and am a Certified/Special/Appointed Process Server, in good standing, in the judicial circuit in which the process was served. F.S. 92.525 Under penalties of perjury, I declare that I have read the forgoing document and that the facts stated in it are true. (No Notary Required) (Services of subpoenas F.S. 48.021 (1) Rule 1.410) I am over the age of 18, and am not a party to nor interested in the outcome of the above styled case. I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct. (Notary Required) (Out of State/Foreign Process).

The foregoing instrument was acknowledged before me by means of __X__ physical presence or _____ online notarization on **10-3-24** by: __Troy Rogers__ who is __X__ personally known to me, or produced _____ as identification.

NOTARY PUBLIC

Troy Rogers
APS 29986

DLE Process Servers Inc.
936 SW 1st Avenue, #261
Miami, FL 33130
(786) 220-9705

Our Job Serial Number: DLE-2024062458



CHRISTINE DUCADY
Commission # HH 408695
Expires June 24, 2027

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

AO 440 (Rev. 06/12) Summons in a Civil Action

10/3/24
2:55 PM
Lucas P
T.R.
#29986

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| NICHOLAS FORD and ALONZO HAWKINS <br><br> *Plaintiff(s)* <br> v. <br> SOUTHERN ROAD & BRIDGE, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:24-cv-00404-MCR-ZCB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SOUTHERN ROAD & BRIDGE, LLC
c/o Lucas Pappas, its Registered Agent
715 Wesley Avenue
Tarpon Springs, FL 34689

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Derek Smith Law Group, PLLC
c/o Daniel Jordan Barroukh, Esq.
520 Brickell Key Drive, Suite O-301
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____09/03/2024_____   s/ Jennifer F. Johnson, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-00404-MCR-ZCB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                                  _____
                                                                        *Server's signature*

                                                                      _____
                                                                        *Printed name and title*

                                                                      _____
                                                                        *Server's address*

Additional information regarding attempted service, etc: