IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLOIRDA

CASE NO.: 3:24-cv-00404-MCR-ZCB

NICHOLAS FORD and ALONZO HAWKINS,

    Plaintiffs,

v.

SOUTHERN ROAD & BRIDGE, LLC,

    Defendant.
_____/

### DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendant, SOUTHERN ROAD & BRIDGE, LLC (hereinafter "Defendant"), by and through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 6(b)(1)(A), with the consent of Plaintiffs, hereby moves this Honorable Court for an extension of time to respond to Plaintiffs' Complaint, up and through November 13, 2024. In support thereof Defendant states as follows:

CASE NO.: 3:24-cv-00404-MCR-ZCB

## CONCISE STATEMENT OF THE PRECISE RELIEF REQUESTED

1. Defendant requests this court grant a brief extension to respond to Plaintiffs' Amended Complaint [Dkt. 4] through and including November 13, 2024.

## STATEMENT OF THE BASIS FOR THE REQUEST

2. Undersigned counsel began representation of Defendant, and requires time to speak with representative for Defendant and obtain information to allow sufficient and meaningful responses to the allegations contained in Plaintiffs' Amended Complaint filed on September 27, 2024 [Dkt. 4], and severed on Defendant on October 3, 2023.

3. This Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Amended Complaint [Dkt. 4] is not dilatory in nature, and there will be no prejudice to the Plaintiffs in the granting of this motion.

## LEGAL MEMORANDUM

4. Rule 6(b)(1)(A), Federal Rule of Civil Procedure permits the Court to extend the time for a defendant to file an answer to a plaintiff's complaint where good cause is shown.

5.  Here, Defendant was served with a Summons and Plaintiffs' Amended Complaint on October 5, 2023 [Dkt. 5].

6.  Undersigned Counsel has actively engaged with Defendant to obtain pertinent information to allow for a complete and meaningful response to Plaintiffs' Amended Complaint [Dkt. 4].

7.  Undersigned Counsel is working diligently to review information as it is provided to prepare a complete and meaningful response to Plaintiffs' Amended Complaint [Dkt. 4].

8.  Defendant's actions are not dilatory in nature, and there will be no prejudice to Plaintiffs in the granting of this motion.

9.  Undersigned Counsel's and Defendant's actions as noted above demonstrate good cause to extend the time for Defendant to respond to Plaintiffs' Amended Complaint [Dkt. 1].

10. Undersigned Counsel's requests twenty (20) days of additional time to review pertinent information being obtained and to provide a meaningful response to Plaintiffs' Amended Complaint [Dkt. 4] through and including November 13, 2024.

CASE NO.: 3:24-cv-00404-MCR-ZCB

## LOCAL RULE 7.1(B) CERTIFICATION

I HEREBY CERTIFY THAT Undersigned Counsel has corresponded with counsel for Plaintiffs, Daniel J. Barroukh of Derek Smith Law Group, PPLC, via email on October 17, 2024, and Mr. Barroukh represents no objection to the requested enlargement of time to respond to Plaintiffs' Amended Complaint.

WHEREFORE, Defendant requests this Court enter an Order enlarging the time for Defendant to respond to Plaintiffs' Amended Complaint through and including November 13, 2024.

CASE NO.: 3:24-cv-00404-MCR-ZCB

DATED this 24th day of October 2024.

            By: /s/ Arthur L. Jones, III
              BRIAN D. RUBENSTEIN
              Florida Bar No.: 16997
              ARTHUR L. JONES, III
              Florida Bar No.: 1008304

              COLE, SCOTT & KISSANE, P.A.
              *Counsel for Defendant SOUTHERN ROAD & BRIDGE, LLC*
              500 N. Westshore Boulevard, Suite 700
              Tampa, Florida 33609
              Telephone (813) 864-9398
              Facsimile (813) 286-2900
              Primary e-mail: brian.rubenstein@csklegal.com
              Secondary e-mail: arthur.jonesIII@csklegal.com; abbey.barnes@csklegal.com

CASE NO.: 3:24-cv-00404-MCR-ZCB

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of October 2024, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

Respectfully submitted,

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant SOUTHERN ROAD & BRIDGE, LLC*
500 N. Westshore Boulevard
Suite 700
Tampa, Florida 33609
Telephone (813) 864-9324
Facsimile (813) 286-2900
Primary e-mail:
brian.rubenstein@csklegal.com
Secondary e-mail:
arthur.jonesIII@csklegal.com
Alternate e-mail:
abbey.barnes@csklegal.com

By: /s/ Arthur L. Jones, III
BRIAN D. RUBENSTEIN
Florida Bar No.: 16997
ARTHUR L. JONES, III
Florida Bar No.: 1008304