UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NICHOLAS FORD and ALONZO HAWKINS,

    Plaintiffs,

v.

SOUTHERN ROAD & BRIDGE, LLC,

    Defendant.

CASE NO. 3:24-cv-404-MCR-ZCB

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   October 25, 2024
Motion/Pleadings: MOTION FOR ENGLAREMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
Filed by  Defendant   on  October 24, 2024  Doc. #  6

|   | Stipulated |   | Joint Pleading |
|---|---|---|---|
| X | Unopposed |   | Consented |

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Patricia G. Romero*
Deputy Clerk:     Patricia G. Romero

On consideration, the motion is **GRANTED**. Defendant's deadline to respond to Plaintiffs' Complaint is extended to November 13, 2024.

**DONE** and **ORDERED** this 25th day of October 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**