IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLOIRDA
PENSACOLA DIVISION

NICHOLAS FORD and
ALONZO HAWKINS,

    Plaintiffs,

v.                                          CASE NO.: 3:24-cv-00404-MCR-ZCB

SOUTHERN ROAD & BRIDGE,
LLC,

    Defendant.
_____/

## **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant, Southern Road & Bridge, LLC, hereby discloses the following pursuant to ths Court's Initial Scheduling Ordering:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have any interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. Southern Road & Bridge, LLC, Defendant.

    b. Pappas Civil Contractors, LLC, 99% owner of Defendant.

    c. Beazley Group, Defendant's Insurance Carrier.

Case No. 3:24-cv-00404-MCR-ZCB

    d. Brian D. Rubenstein, Cole, Scott & Kissane, P.A. Southern Road & Bridge LLC's Attorney

    e. Arthur L. Jones, III, Cole, Scott & Kissane, P.A. Southern Road Bridge LLC's Attorney

    f. Nicholas Ford, Plaintiff

    g. Alonzo Hawkins, Plaintiff

    h. Daniel J. Barroukh, Plaintiff's Attorney

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    a. None.

3. The name of each victim (individual or corporate) of a civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    b. None.

I hereby certify that, except as disclosed above, I am unaware of any acutal or potential conflict of interest involving the District Court Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Case No. 3:24-cv-00404-MCR-ZCB

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of November, 2024, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

Respectfully submitted,

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant SOUTHERN ROAD & BRIDGE, LLC*
500 N. Westshore Boulevard
Suite 700
Tampa, Florida 33609
Telephone (813) 864-9324
Facsimile (813) 286-2900
Primary e-mail:
brian.rubenstein@csklegal.com
Secondary e-mail:
arthur.jonesIII@csklegal.com
Alternate e-mail:
abbey.barnes@csklegal.com

By: /s/ Arthur L. Jones, III
BRIAN D. RUBENSTEIN
Florida Bar No.: 16997
ARTHUR L. JONES, III
Florida Bar No.: 1008304