## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

NICHOLAS FORD and
ALONZO HAWKINS,                                             CASE NO.: 3:24-cv-00404-MCR-ZCB

        Plaintiffs,

v.

SOUTHERN ROAD & BRIDGE, LLC,

        Defendant.
_____/

### PLAINTIFFS' MOTION TO COMPEL MEDIATION

Plaintiffs, NICHOLAS FORD and ALONZO HAWKINS, by and through their undersigned counsel, hereby file their Motion to Compel Mediation for Defendant, SOUTHERN ROAD & BRIDGE, LLC's, failure to schedule mediation in compliance with this Court's deadlines, and in support state as follows:

1. On December 10, 2024, this Court entered a Final Scheduling Order and Mediation Referral (the "Order") requiring that the Plaintiffs and Defendant (collectively the "Parties") submit to mandatory mediation commencing no later than fourteen (14) days after the discovery deadline.

2. The Order scheduled the discovery deadline for April 22, 2025.

3. Therefore, the deadline for the Parties to attend mediation is May 6, 2025.

4. Plaintiffs have made several attempts to schedule a mediation date with Defendant.

5. Specifically, Plaintiffs contacted Defendant via email on March 4, 2025, March 13, 2025, March 14, 2025, March 17, 2025, March 18, 2025, and March 21, 2025, in an attempt to coordinate mediation.

6. Plaintiffs' counsel also contacted Defendant's counsel via telephone on more than four (4) separate occasions from February 5, 2025, through present, in an attempt to coordinate mediation.

7. However, Plaintiff has not received any substantive response from Defendant regarding Defendant's availability to scheduled mediation despite there being less than 45 days left until the May 6th deadline.

8. Thus, Defendant's conduct necessitated the filing of this motion.

9. Plaintiffs believe that it is in the best interests of the Parties to move this case forward and it is judicially efficient for this cause to be referred to mediation.

10. Plaintiffs requests that this Court compel Defendants to comply with this Court's Order requiring mandatory mediation.

11. Due to Defendant's dilatory conduct and failure to comply with this Court's Order, Plaintiffs' counsel has been forced to expend time and costs in filing this motion, and attending any hearing that may be required hereon.

12. Plaintiffs additionally seek reasonable attorney's fees for the cost of preparing this Motion to Compel to secure mediation as required by the Court's Uniform Trial Order.

**WHEREFORE**, Plaintiffs respectfully request that this Honorable Court grant the relief requested herein compelling the Defendant to comply with this Court's Order, requiring mandatory mediation and to cooperate and schedule the mediation in the above-captioned case, and awarding any such further relief deemed just and proper by this Court.

Dated: Miami, Florida  
March 24, 2025,

**DEREK SMITH LAW GROUP, PLLC**  
*Counsel for Plaintiffs*

*/s/ Daniel J. Barroukh*  
Daniel J. Barroukh, Esq.  
Florida Bar No.: 1049271  
Derek Smith Law Group, PLLC  
520 Brickell Key Drive, Suite O-301  
Miami, FL 33131  
Tel: (305) 946-1884  
Fax: (305) 503-6741  
Danielb@dereksmithlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on March 24, 2025, on all counsel of record on the service list below via the Court's CM/ECF system.

*/s/ Daniel J. Barroukh*  
Daniel J. Barroukh, Esq.

## SERVICE LIST

**COLE, SCOTT & KISSANE, P.A.**  
500 N. Westshore Boulevard, Suite 700  
Tampa, FL 33609  
Telephone: (813) 560-2814  
Facsimile: (813) 286-2900

Brian D. Rubenstein, Esq.  
Brian.rubenstein@csklegal.com  
Florida Bar No.: 16997  
Arthur L. Jones III, Esq.  
Arthur,jones.iii@csklegal.com  
Florida Bar No.: 1008304

*Attorneys for Defendant*

3