**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

NICHOLAS FORD and
ALONZO HAWKINS,               CASE NO.: 3:24-cv-00404-MCR-ZCB

      Plaintiffs,

v.

SOUTHERN ROAD & BRIDGE, LLC,

      Defendant.
_____/

**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL MEDIATION**

Plaintiffs, NICHOLAS FORD and ALONZO HAWKINS, by and through their undersigned counsel, hereby file this Notice of Withdrawal of Motion to Compel Mediation, and in support state as follows:

1. On December 10, 2024, this Court entered a Final Scheduling Order and Mediation Referral (the "Order") requiring that the Plaintiffs and Defendant (collectively the "Parties") submit to mandatory mediation commencing no later than fourteen (14) days after the discovery deadline.

2. The Order scheduled the discovery deadline for April 22, 2025.

3. Therefore, the deadline for the Parties to attend mediation is May 6, 2025.

4. On March 24, 2025, Plaintiffs filed their Motion to Compel Mediation ("Motion") [D.E. 14] with this Court following a number of unsuccessful attempts to schedule mediation with Defendant.

5. Shortly thereafter, Defendant successfully conferred with Plaintiffs in selecting and scheduling a mediator, with mediation to be completed prior to this Court's May 6, 2025, deadline.

6. As such, Plaintiffs seek to withdraw their Motion.

**WHEREFORE**, Plaintiffs respectfully request that this Honorable Court accept Plaintiffs' withdrawal of their Motion to Compel Mediation, or alternatively deny, as moot, Plaintiffs' Motion to Compel Mediation.

Dated:  Miami, Florida
         March 27, 2025,

**DEREK SMITH LAW GROUP, PLLC**
*Counsel for Plaintiffs*

<u>/s/ Daniel J. Barroukh</u>
Daniel J. Barroukh, Esq.
Florida Bar No.: 1049271
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741
Danielb@dereksmithlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on March 27, 2025, on all counsel of record on the service list below via the Court's CM/ECF system.

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.

## SERVICE LIST

**COLE, SCOTT & KISSANE, P.A.**
500 N. Westshore Boulevard, Suite 700
Tampa, FL 33609
Telephone: (813) 560-2814
Facsimile: (813) 286-2900

Brian D. Rubenstein, Esq.
Brian.rubenstein@csklegal.com
Florida Bar No.: 16997
Arthur L. Jones III, Esq.
Arthur,jones.iii@csklegal.com
Florida Bar No.: 1008304

*Attorneys for Defendant*