UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

NICHOLAS FORD and
ALONZO HAWKINS,   CASE NO.: 3:24-cv-00404-MCR-ZCB

      Plaintiffs,

v.

SOUTHERN ROAD & BRIDGE, LLC,

      Defendant.
_____/

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO SERVE EXPERT DISCOVERY, AND TO FILE DAUBERT AND DISPOSITIVE MOTIONS**

Plaintiffs, NICHOLAS FORD and ALONZO HAWKINS, by and through their undersigned counsel, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, and all other applicable rules, orders, and case law, hereby file this *Unopposed Motion for an Extension of Time to Serve Expert Discovery, And to File Daubert and Dispositive Motions*, and in support state as follows:

1. On December 10, 2024, this Court entered a Final Scheduling Order and Mediation Referral (the "Order"). [D.E. 13].

2. Per the Order, the deadline for Plaintiff's disclosures of retained expert witnesses and their written reports under Rule 26(a)(2) is April 4, 2025.

3. Per the Order, the deadline for Defendant's disclosures of retained expert witnesses and their written reports under Rule 26(a)(2) is April 18, 2025.

4. Per the Order, the deadline for filing potentially dispositive and *Daubert* motions is May 6, 2025.

5. However, at this juncture of litigation, the Plaintiffs anticipate more time will be needed to adequately prepare their expert witness disclosures and written reports by thirty (30) days, with Plaintiffs' disclosures and written reports due on or before May 5, 2025, and Defendant's disclosures and written reports due on or before May 19, 2025.

6. As such, Plaintiffs additionally request the deadline for filing potentially dispositive and *Daubert* motions by thirty (30) days, with the new deadline of June 5, 2025.

7. Counsel for the parties have been in regular communication regarding this matter, and Defendant does not oppose Plaintiffs' request for an extension of time to any of the aforementioned deadlines.

8. No parties would suffer any prejudice or inconvenience as a result of the relief requested in this Motion.

9. Plaintiffs are not seeking the requested relief for any improper purpose. Rather, Plaintiffs do so to provide all parties with sufficient opportunity to prepare the case and make an appropriate presentation to the Court and factfinder.

10. Plaintiffs certify that the requested extension will not affect the trial date, or any other deadline set forth in the Scheduling Order.

**WHEREFORE**, Plaintiffs respectfully request that this Honorable Court enter an Order granting this Motion, as reflected above, and granting any further relief this Court deems just and proper.

Dated: Miami, Florida
March 27, 2025,

**DEREK SMITH LAW GROUP, PLLC**
*Counsel for Plaintiffs*

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.
Florida Bar No.: 1049271
Derek Smith Law Group, PLLC

2

520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741
Danielb@dereksmithlaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on March 27, 2025, on all counsel of record on the service list below via the Court's CM/ECF system.

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.

## **SERVICE LIST**

**COLE, SCOTT & KISSANE, P.A.**
500 N. Westshore Boulevard, Suite 700
Tampa, FL 33609
Telephone: (813) 560-2814
Facsimile: (813) 286-2900

Brian D. Rubenstein, Esq.
Brian.rubenstein@csklegal.com
Florida Bar No.: 16997
Arthur L. Jones III, Esq.
Arthur,jones.iii@csklegal.com
Florida Bar No.: 1008304

*Attorneys for Defendant*