UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NICHOLAS FORD and ALONZO HAWKINS,
    Plaintiff,

v.

SOUTHERN ROAD & BRIDGE, LLC,
    Defendant,

CASE NO. 3:24cv404-MCR-ZCB

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on   March 28, 2025
Motion/Pleadings: MOTION FOR AN EXTENSION OF TIME TO SERVE EXPERT DISCOVERY AND TO FILE DAUBERT AND DISPOSITIVE MOTIONS
Filed by  Plaintiffs   on  March 27, 2025   Doc. # 16
_____ Stipulated      _____ Joint Pleading
  X   Unopposed       _____ Consented

    JESSICA J. LYUBLANOVITS
    CLERK OF COURT
    */s/     Patricia G. Romero*
    Deputy Clerk:    Patricia G. Romero

---

On consideration, the motion is GRANTED. Plaintiff's expert disclosure deadline is extended to May 5, 2025; Defendant's expert disclosure deadline is extended to May 19, 2025; the discovery deadline is extended to May 22, 205; the dispositive and *Daubert* motions deadline is extended to June 5, 2025, and all correlating deadlines are extended accordingly.

**DONE** and **ORDERED** this 28th day of March 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**