**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

NICHOLAS FORD and
ALONZO HAWKINS,                                            CASE NO.: 3:24-cv-00404-MCR-ZCB

      Plaintiffs,

  v.

SOUTHERN ROAD & BRIDGE, LLC,

      Defendant.
_____/

**NOTICE OF MEDIATION CONFERENCE**

Plaintiffs, NICHOLAS FORD and ALONZO HAWKINS, hereby notify the Court that the Parties have agreed to conduct the mediation conference in the above-captioned matter on Wednesday, April 23, 2025, at 1:00 p.m., before Carlos Borruezo, Esquire, via Zoom or other comparable video conferencing technology.

|  |  |
|---|---|
| Dated:  Miami, Florida<br>            March 31, 2025, | **DEREK SMITH LAW GROUP, PLLC**<br>*Counsel for Plaintiff*<br><br>/s/ Daniel J. Barroukh<br>Daniel J. Barroukh, Esq.<br>Florida Bar No. 1049271<br>Derek Smith Law Group, PLLC<br>520 Brickell Key Drive, Suite O-301<br>Miami, FL 33131<br>Tel: (305) 946-1884<br>Fax: (305) 503-6741<br>danielb@dereksmithlaw.com |

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on March 31, 2025, on all counsel of record on the service list below via the Court's CM/ECF system.

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.

**SERVICE LIST**

**COLE, SCOTT & KISSANE, P.A.**
500 N. Westshore Boulevard, Suite 700
Tampa, FL 33609
Telephone: (813) 560-2814
Facsimile: (813) 286-2900

Brian D. Rubenstein, Esq.
Brian.rubenstein@csklegal.com
Florida Bar No.: 16997
Arthur L. Jones III, Esq.
Arthur,jones.iii@csklegal.com
Florida Bar No.: 1008304

*Attorneys for Defendant*