## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

NICHOLAS FORD and
ALONZO HAWKINS,  CASE NO.: 3:24-cv-00404-MCR-ZCB

      Plaintiffs,

v.

SOUTHERN ROAD & BRIDGE, LLC,

      Defendant.
_____/

### NOTICE OF UNAVAILABILITY/ABSENCE

PLEASE TAKE NOTICE that the undersigned attorney, Daniel J. Barroukh, will be out of the country and unavailable from June 12, 2025 up to and including June 23, 2025. As such, it is respectfully requested that no hearings, trials, or meetings requiring the undersigned's attendance be scheduled during this time of absence.

                                                             Respectfully submitted,

Dated: Miami, Florida             **DEREK SMITH LAW GROUP, PLLC**
       April 21, 2025,                  *Counsel for Plaintiffs*

                                                   */s/ Daniel J. Barroukh*
                                                   Daniel J. Barroukh, Esq.
                                                   Florida Bar No.: 1049271
                                                   Derek Smith Law Group, PLLC
                                                   520 Brickell Key Drive, Suite O-301
                                                   Miami, FL 33131
                                                   Tel: (305) 946-1884
                                                   Fax: (305) 503-6741
                                                   Danielb@dereksmithlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on April 21, 2025, on all counsel of record on the service list below via the Court's CM/ECF system.

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.

## SERVICE LIST

**COLE, SCOTT & KISSANE, P.A.**
500 N. Westshore Boulevard, Suite 700
Tampa, FL 33609
Telephone: (813) 560-2814
Facsimile: (813) 286-2900

Brian D. Rubenstein, Esq.
Brian.rubenstein@csklegal.com
Florida Bar No.: 16997
Arthur L. Jones III, Esq.
Arthur,jones.iii@csklegal.com
Florida Bar No.: 1008304

*Attorneys for Defendant*