UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
NORTHERN DIVISION

NICHOLAS FORD
& ALONZO HAWKINS,

CASE NO.: 3:24-cv-00404-MCR-ZCB

    Plaintiff,

v.

SOUTHERN ROAD
& BRIDGE, LLC,

    Defendant.
_____/

## MEDIATION REPORT

A mediation conference was held on April 23rd, 2025, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite authority:

    _X__ All individual parties and their respective trial counsel.
    _X__ Designated corporate representatives.
    ____ Required claims professionals.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:
_____
_____
_____

(c) The outcome of the mediation conference was:

    ____ <u>The case has been completely settled</u>. In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08.

1

____	The case has been partially resolved and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____
_____
_____
_____
_____

____	The conference was continued with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete.

_X_	The parties have reached an impasse.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 28th, 2025, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will generate a notice of electronic filing to counsel of record.

/s/ Carlos J. Burruezo, Esq.
CARLOS J. BURRUEZO, ESQ.
BURRUEZO & BURRUEZO, PLLC
Florida Bar Number 843458
carlos@burruezolaw.com
docketing@burruezolaw.com
5134 Marina Way, Unit 103
Tampa, Florida 33611
Telephone: 407.754.2904
Facsimile: 407.754.2905