IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CASE NO.: 3:24-cv-00404-MCR-ZCB

NICHOLAS FORD and
ALONZO HAWKINS,

    Plaintiffs,

v.

SOUTHERN ROAD & BRIDGE,
LLC,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF FILING OF DOCUMENTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendant, SOUTHERN ROAD & BRIDGE, LLC ("Defendant" or "SRB") by and through its undersigned counsel, hereby files the following documents in support of Defendant's Motion for Summary Judgment:

    Exhibit 1    Deposition of Nicholas Ford

    Exhibit 2    Deposition of Alonzo Hawkins

    Exhibit 3    Deposition of George Pappas

    Exhibit 4    Deposition of Esequiel Ruiz

    Exhibit 5    Declaration of Ryan Witt with Exhibits A to K

    Exhibit A    to Ryan Witt's Declaration -  SRB Employee Handbook

Case No. 3:24-cv-00404-MCR-ZCB

| | | |
|---|---|---|
| Exhibit B | to Ryan Witt's Declaration - | Combined signed EEO Policy Statement |
| Exhibit C | to Ryan Witt's Declaration - | Page 47 of Employee Handbook |
| Exhibit D | to Ryan Witt's Declaration - | Text exchange between Mr. Witt and Hawkins |
| Exhibit E | to Ryan Witt's Declaration - | Mr. Witt's text to Hawkins to contact Christina |
| Exhibit F | to Ryan Witt's Declaration - | Hawkins' Pay and Time Records |
| Exhibit G | to Ryan Witt's Declaration - | Ford's Pay and Time Records |
| Exhibit H | to Ryan Witt's Declaration - | Hawkins' Termination Form |
| Exhibit I | to Ryan Witt's Declaration - | Ford's Termination Form |
| Exhibit J | to Ryan Witt's Declaration - | Text exchange between Mr. Pappas and Ford |
| Exhibit K | to Ryan Witt's Declaration - | Ford's July Termination Form |
| Exhibit 6 | Nicholas Ford's Responses to Defendant's First Set of Interrogatories | |
| Exhibit 7 | Alonzo Hawkins' Responses to Defendant's First Set of Interrogatories | |
| Exhibit 8 | Nicholas Ford's New Hire Packet | |
| Exhibit 9 | Alonzo Hawkins' New Hire Packet | |

Case No. 3:24-cv-00404-MCR-ZCB

Exhibit 10 Attestation of No Records

Respectfully submitted this 5th day of June, 2025.

By: /s/ Brian D. Rubenstein
BRIAN D. RUBENSTEIN
Florida Bar No.: 16997
CHARLOTTE MARIE A. MANAPAT-NGUYEN
Florida Bar No.: 1058130

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant SOUTHERN ROAD & BRIDGE, LLC*
500 N. Westshore Boulevard, Suite 700
Tampa, Florida 33609
Telephone (813) 864-9398
Facsimile (813) 286-2900
Primary e-mail:
brian.rubenstein@csklegal.com
Secondary e-mail:
charlottemarie.manapat-nguyen@csklegal.com;
mary.buckmaster@csklegal.com

***[CERTIFICATE OF SERVICE ON NEXT PAGE]***

Case No. 3:24-cv-00404-MCR-ZCB

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June, 2025, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

Respectfully submitted,

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant SOUTHERN ROAD & BRIDGE, LLC*
500 N. Westshore Boulevard
Suite 700
Tampa, Florida 33609
Telephone (813) 864-9324
Facsimile (813) 286-2900
Primary e-mail: brian.rubenstein@csklegal.com
Secondary e-mail: charlottemarie.manapat-nguyen@csklegal.com
Alternate e-mail: mary.buckmaster@csklegal.com

By: */s/ Brian D. Rubenstein*
BRIAN D. RUBENSTEIN
Florida Bar No.: 16997
CHARLOTTE MARIE A. MANAPAT-NGUYEN
Florida Bar No.: 1058130