# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
              CIVIL ACTION

NICHOLAS FORD and ALONZO HAWKINS,

        Plaintiff,

                        CASE NO.
                        3:24-cv-00404-MCR-ZCB
-versus-

SOUTHERN ROAD & BRIDGE, LLC

        Defendant.

--------------------------------/


DEPOSITION OF:  NICHOLAS FORD

DATE:           February 4, 2025

TIME:           10:00 a.m.

LOCATION:       Deposition held remotely via Zoom

TAKEN BY:       ARTHUR JONES

REPORTED BY:

Addie Rubio

```
 1              A P P E A R A N C E S

 2    For the Plaintiffs:

 3            DEREK SMITH LAW GROUP, PLLC

 4    BY:    DANIEL BARROUKH, Esq.

 5            520 Brickell Key Group, PLLC

 6            Miami, Florida 33131

 7            Appeared Remotely via Zoom

 8

 9

10

11    For the Defendant:

12             COLE, SCOTT & KISSANE, P.A.

13    BY:      ARTHUR JONES, Esq.

14             500 North Westshore Boulevard

15             Suite 700

16             Tampa, Florida 33609

17             Appeared Remotely via Zoom

18

19

20

21

22

23

24

25
```

Nicholas Ford
February 04, 2025

1

2                        I N D E X

3  WITNESS:            EXAMINATION BY          PAGE

4  Nicholas Ford      Arthur Jones               5

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Nicholas Ford
February 04, 2025

1                INDEX TO EXHIBITS

2                  Nicholas Ford

3

4    MARKED            DESCRIPTION          PAGE

5    Exhibit 1       New hire packet.       41

6    Exhibit 2       EEO policy statement   42

7    Exhibit 3       Termination of         68

8                    employment notice

9    Exhibit 4       not referenced

10   Exhibit 5       Text message thread    74

11   Exhibit 6       Employee handbook      76

12

13

14

15   (Attorney retained exhibits.)

16

17

18

19

20

21

22

23

24

25

Nicholas Ford
February 04, 2025

```
 1   (REPORTED REMOTELY FROM LEE COUNTY, FLORIDA)

 2            COURT REPORTER:  May I see the

 3       Deponent's identification.

 4            (Deponent displays Texas I.D. in

 5       front of camera.)

 6            COURT REPORTER:  Deponent produced a

 7       valid Texas license as proof identity.

 8            Counselors, since we are holding this

 9       deposition remotely, do I have your

10       permission to now swear in the witness and

11       to take down the testimony virtually via

12       Zoom?

13            MR. JONES: Yes.

14            MR. BARROUKH:  Yes.

15            THE REPORTER:  The parties

16       participating in this deposition

17       acknowledge that I will be reporting this

18       proceeding and administering oath to

19       witness remotely via Zoom.

20            Mr. Ford, Please raise your right

21   hand.

22   THEREUPON,

23   N I C H O L A S   F O R D,

24   a witness, having been first duly sworn,

25   upon his oath testified as follows:
```

Nicholas Ford
February 04, 2025

1              EXAMINATION BY

2    MR. JONES:

3         Q.    Hello my name is Arthur Jones.  I

4    represent Southern Road & Bridge in a lawsuit

5    you brought here.  I am going to take your

6    deposition today.  Could you please state your

7    full name for the record?

8         A.    Nicholas Ford.

9         Q.    Mr. Ford, have you ever taken your

10   deposition before?

11        A.    I need to talk to my attorney about

12   that and ask him a question about that because

13   I have no idea what you are talking about.

14        Q.    The process that we are here now,

15   taking your deposition, have you undergone that

16   process before, where you had your deposition

17   taken?

18        A.    No, sir.

19        Q.    Okay.  I just want to go over a

20   couple of ground rules, just to make everything

21   go smoothly.  First, we have a court reporter

22   here to take down everything we say, so a

23   couple of rules to make sure her job is easier.

24             Now, I just ask when I ask you a

25   question, if you don't understand it, just ask

Nicholas Ford
February 04, 2025

1  me to repeat the question and I will repeat it.

2  Is that okay?

3       A.   Yes.

4       Q.   If you answered a question, I will

5  assume that you have heard the question and

6  understood it and that you have given your best

7  answer.  Is that okay?

8       A.   Yes.

9       Q.   I also ask that when you are giving

10  an answer, you give a verbal response.  A yes

11  or no or an explanation.  Just don't shake your

12  head or ahah ah or ahem ahem.  It is kind of

13  hard for the court reporter to pick everything

14  up.

15          Is that okay?

16       A.   Yes, sir.

17       Q.   Now, do you understand you are under

18  oath.  You have sworn to tell the truth during

19  this deposition, correct?

20       A.   Correct.

21       Q.   Have you taken any drugs or any other

22  medication which may affect your ability to

23  answer any questions today?

24       A.   No.

25       Q.   Do you suffer from any type of

```
 1    illness that would affect your ability to

 2    testify?

 3         A.   No, sir.

 4         Q.   Do you understand these instructions

 5    that I have given you?

 6         A.   Yes, sir.

 7         Q.   Other than your attorney, did you

 8    talk to anyone in preparation for this

 9    deposition today?

10         A.   No, sir.

11         Q.   Not wanting to know anything you

12    talked to your attorney about, did you review

13    any documents in preparation for this

14    deposition today?

15         A.   No, sir.

16         Q.   Can you tell me your current address?

17         A.   ████████████████████████████

      ████████████████

19         Q.   How long have you lived at this

20    address?

21         A.   Off and on, about 20 years.  That's

22    my grandmother's house.

23         Q.   Do you currently live there with

24    anyone?

25         A.   No.
```

1     Q.   Do you have any plans on moving any

2 time soon from this apartment?

3     A.   No.

4     Q.   You said that you have lived there on

5 and off.  Do you remember when, just recently

6 you moved into this address from the last time

7 you currently moved in?

8     A.   Last year.

9     Q.   Do you remember around the month or

10 the time last year?

11    A.   November 2023.

12    Q.   Is there a mortgage at this property?

13    A.   No, sir.

14    Q.   Is there any rent that you pay to

15 stay here?

16    A.   No, sir.

17    Q.   Is there anyone else who is

18 responsible for the rent at this place?

19    A.   My grandma.

20    Q.   How much is rent payment, a month?

21    A.   I don't know.

22    Q.   What is your date of the birth, sir?

23    A.   ███████████.

24    Q.   Your place of birth?

25    A.   Forth worth Texas.

Nicholas Ford
February 04, 2025

1        Q.    Is that the place you would say where

2    you grew up, in Fort Worth?

3        A.    Yes.

4        Q.    Prior to living at the current

5    address where you live with your grandmother,

6    do you know where you stayed prior to that?

7        A.    I don't remember the address.

8        Q.    Was it where you lived with someone?

9        A.    No, I was staying by myself.  I was

10   married, with my wife.

11       Q.    How long did you stay at this

12   residence?

13       A.    Like, three years.

14       Q.    It would be 2020 to 2023?

15       A.    No.  2019 to 2023.

16       Q.    What was your wife's name you were

17   staying with?

18       A.    I don't want to involve her because

19   she doesn't have anything to do with what we

20   have going on right now.  It is for her

21   protection.

22       Q.    When did you marry your wife, when

23   did you get married?

24       A.    October 10, 2020.

25       Q.    The place you were staying at, was it

Nicholas Ford
February 04, 2025

```
 1    -- were you renting or owning the place when
 2    you were staying there with your wife?
 3         A.    Renting.
 4         Q.    Who was responsible for the rent at
 5    that time?
 6         A.    I was.
 7         Q.    Do you remember how much it was at
 8    that time?
 9         A.    1800 a month.
10         Q.    Have you ever gone by any other
11    names?
12         A.    No, sir.
13         Q.    The current place that you are
14    staying, does it have a residential phone for
15    the address?
16         A.    Yes.
17         Q.    Do you know the telephone number?
18         A.    I don't have a telephone number.  It
19    is 800 number.  It is hard to get to them.
20         Q.    You are talking about the resident,
21    the house number or houseline?
22         A.    The house I am staying in right now
23    or previously?
24         Q.    Right now.
25         A.    No, it is my grandma's cell phone.
```

Nicholas Ford
February 04, 2025

```
1        Q.   What is your current cell phone
2   number?
3        A.   817-987-7977.
4        Q.   Who was your cell phone provider?
5        A.   T-mobile.
6        Q.   Is this the phone number that you had
7   at the time of the incident that took place at
8   Southern Road?
9        A.   No, sir.
10       Q.   Do you remember what phone number you
11  had at that time.
12       A.   Let me check my phone.
13            MR. BARROUKH:  I am going to instruct
14       you not to look at any information or
15       documents that is not provided to you by
16       Mr. Jones.  If you can remember the phone
17       number, you can tell him.  If you don't,
18       unless have you a document to look at, you
19       are going to say you don't know?
20       A.   I don't know.
21       Q.   Do you remember who the cell phone
22  provider was that you had at that time?
23       A.   T-mobile.
24       Q.   Have you ever been married to anyone
25  else?
```

Nicholas Ford
February 04, 2025

```
1        A.    Yes.

2        Q.    Who were you married, prior to this?

3        A.    I don't want to put her name in it.

4   I was married in 2012.  It only lasted for one

5   year.

6        Q.    Do you remember when you all got

7   married?

8        A.    2012.

9        Q.    Do you remember the date?

10       A.    No.  I don't know the date exactly.

11       Q.    Do you remember the month?

12       A.    No.

13       Q.    Do you have any other marriages

14  besides that?

15       A.    No, sir.

16       Q.    Do you have any children?

17       A.    Yes.

18       Q.    How many children do you have?

19       A.    I have one.

20       Q.    What is his or her age?

21            MR. BARROUKH:  I am going to ask.

22       What is the relevance with his children in

23       this matter at this time?  I don't see how

24       it is relevant to the case whatsoever.  I

25       am going to say this is borderline
```

Nicholas Ford
February 04, 2025

1        harassment.  He expressed he does not want

2        to talk about his ex-wife and now we are

3        getting into his children, so hopefully we

4        can make this brief.  You can answer the

5        question if you heard him.

6        A.   Yes, I don't want to get into my

7   family business and stuff like that.  It is not

8   relevant to what we got going on right now.

9        Q.   Do you support your current child?

10           MR. BARROUKH:  Objection to form.

11       You can answer.

12       A.   Yes.

13       Q.   Do you have child support payments

14   that you make.

15           MR. BARROUKH:  Objection to form.

16       You can answer.

17       A.   Yes.

18       Q.   Have you ever been arrested or

19   convicted of a crime?

20       A.   Yes.

21       Q.   When was this.

22           MR. BARROUKH:  Objection to form.

23       Are you asking about an arrest or

24       conviction?

25           MR. JONES:  We can start with arrest.

Nicholas Ford
February 04, 2025

1        Q.   Were you ever arrested for a crime?

2        A.   Yes.

3        Q.   When was this?

4        A.   2006.

5        Q.   What were you arrested for, at that

6   time?

7        A.   Assault with bodily injury.

8        Q.   Did this event occur in Texas?

9        A.   Yes.

10        Q.   Where in Texas did it occur?

11        MR. BARROUKH:  I am going to step in

12   and object.  I am not sure what

13   information, Nicholas, you might have

14   agreed to keep confidential privilege.  If

15   you know, you can answer this question

16   without violating an agreement, please go

17   ahead and answer.  Otherwise, I will

18   instruct you not to answer on those

19   grounds.

20        Again, Nicholas, if you know that you

21   are allowed to share this information

22   without violating an agreement or

23   attorney/client privilege with the prior

24   attorney, you can answer.  But if you

25   don't know that, I am going to instruct

Nicholas Ford
February 04, 2025

1        you not to answer.

2        A.    I don't want to answer.

3        Q.    Are you saying you would violate an

4   agreement if you disclose what the location of

5   this event was?

6        A.    Yes, because I was a juvenile.

7        Q.    Now, did you have any other arrests?

8        A.    I don't want to get into my prior

9   history.

10            MR. BARROUKH:  Nicholas, can you tell

11        him about, you know, years, general,

12        things like that.  I personally don't know

13        if you had an agreement, if you know there

14        is an agreement and you can or cannot talk

15        about something, that's fine.  Generally,

16        you can give him a year or whatnot, if it

17        does not violate the agreements.

18        A.    2013, I was arrested for failure to

19   identify and 2013 -- I was arrested for

20   possession of marijuana in 2013.  And 2019, I

21   was arrested for resisting arrest.  2019, for

22   possession of controlled substance.  In 2019,

23   arrested for unlawfully carrying a weapon.

24        Q.    Did these instances, each of these

25   instances take place in Texas, all of them?

Nicholas Ford
February 04, 2025

```
 1        A.    Yes.
 2        Q.    Do you know the City it took place
 3   in?
 4        A.    The first two, well the 2013, was
 5   Arlington, for both of them.  And the first
 6   one, 2019, was in Mansfield.  And the second
 7   two were in Dallas.
 8        Q.    Do you have any other arrest that you
 9   had?
10        A.    Not that I recall.
11        Q.    What criminal convictions have you
12   had?
13        A.    The resisting arrest.
14        Q.    Now, have you ever served in the
15   military?
16        A.    No.
17        Q.    Have you ever declared for
18   bankruptcy?
19        A.    No.
20        Q.    What high school did you go to?
21        A.    Mansfield High School.
22        Q.    Did you graduate?
23        A.    No, sir.
24        Q.    At this time, who are you currently
25   employed with?
```

Nicholas Ford
February 04, 2025

1        A.    RCP.

2        Q.    What is that company?

3        A.    Re-modeling and cleaning Walmarts.

4        Q.    What date did you start working for

5    them?

6        A.    January 19.

7        Q.    Of this year?

8        A.    Yes, 2025.

9        Q.    What position did you start with

10    them?

11        A.    Technician.

12        Q.    Could you describe your duties and

13    responsibilities with that role.

14            MR. BARROUKH:  Objection to form.

15        You can answer.

16        A.    Cleaning duties, that's it.  That's

17    all we do is clean, a lot of cleaning from

18    construction sites.

19        Q.    Have you received any promotions

20    since you worked there?

21        A.    No, sir.

22        Q.    What is your rate of pay?

23        A.    13 dollars.

24        Q.    Is that per hour?

25        A.    Yes.

Nicholas Ford
February 04, 2025

1          Q.   Is that a full-time or part-time

2   position?

3          A.   Full-time.

4          Q.   How many hours a week would you say

5   you work in this position?

6          A.   40 hours.

7          Q.   How did you find out about this job?

8          A.   Craigslist.

9          Q.   Did you ever submit an employment

10  application?

11         A.   Yes.

12         Q.   Who is your current Supervisor at

13  this position?

14         A.   Danielle.

15         Q.   Do you know her last name?

16         A.   I don't know her last name.

17         Q.   Do you receive any benefits at this

18  position, like 401-K or dental health

19  insurance?

20         A.   No, sir.

21         Q.   Have you ever had any type of

22  write-ups at this job?

23         A.   No, sir.

24         Q.   Any disciplinary issues?

25         A.   No, sir.

Nicholas Ford
February 04, 2025

```
 1        Q.    Before you started working at this

 2   company, who were you with prior to that?

 3        A.    Zephyr Towers.

 4        Q.    When did you start working there?

 5        A.    September 14th.

 6        Q.    Which year?

 7        A.    2024.

 8        Q.    What was your position when you

 9   started with this company?

10        A.    Cell phone tower climber.

11        Q.    Could you explain a little bit about

12   your responsibilities with this position?

13        A.    We put cell phone antennas, fiber

14   wires on cell phone tours.

15        Q.    What was your rate of pay for this

16   position?

17        A.    20 dollars an hour.

18        Q.    Was that your rate when you started?

19        A.    Yes, sir.

20        Q.    How did you clock in to this

21   position?

22        A.    Through my cell phone app called

23   Quickbooks.

24        Q.    Did you receive any type of

25   promotions while you were at this company?
```

Nicholas Ford
February 04, 2025

1        A.    No, sir.

2        Q.    How many hours would you say that you

3   worked a week at this position?

4        A.    60 hours a week.

5        Q.    Was this a full-time or part-time

6   position?

7        A.    Full-time.

8        Q.    What was your Supervisor's name?

9        A.    Ryder Curtis.

10       Q.    Did you receive any type of benefits

11   in this position?

12       A.    Yes.

13       Q.    What benefits did you receive?

14       A.    Medical, dental and visual.

15       Q.    Do you have any type of retirement

16   benefits?

17       A.    No, sir.

18       Q.    When did you leave this position?

19       A.    December 7, 2024.

20       Q.    What was your reason for leaving this

21   job?

22       A.    The company laid me off because they

23   were running out of money.

24       Q.    Did you ever have any write-ups at

25   this position?

Nicholas Ford
February 04, 2025

```
1        A.   No, sir.

2        Q.   Did you ever have any disciplinary

3   issues?

4        A.   No, sir.

5        Q.   Now prior to this position, what

6   company did you work at?

7        A.   It is called Hoods.  H-O-O-D-S.

8        Q.   Can you tell me a little bit about

9   what that company does?

10       A.   We clean exhaust systems in the

11  kitchen.

12       Q.   Is this in residential homes?

13       A.   No, this is commercial.

14       Q.   When did you start this position?

15       A.   June 2024.

16       Q.   What was your position when you

17  started with them?

18       A.   Cleaning technician.

19       Q.   What were your responsibilities

20  within this position?

21       A.   Clean exhaust systems.  Climb on top

22  of roof.

23       Q.   What was your pay when you started?

24       A.   18 dollars an hour.

25       Q.   Did you receive a pay increase while
```

Nicholas Ford
February 04, 2025

1    you were working with company?

2         A.   No, sir.

3         Q.   Did you receive any type of

4    promotions?

5         A.   No, sir.

6         Q.   Was this a full or part-time job?

7         A.   Full-time.

8         Q.   How many hours would you work a week

9    at this job?

10        A.   40 hours a week.

11        Q.   Who was your Supervisor?

12        A.   Kyle.

13        Q.   Do you remember his last name?

14        A.   No.

15        Q.   Did you have any type of write-ups at

16   this job?

17        A.   No, sir.

18        Q.   Any disciplinary issues?

19        A.   No, sir.

20        Q.   Why did you leave of this position?

21        A.   I moved back to Texas.

22        Q.   Where was this job located?

23        A.   Florida.

24        Q.   How did you tell the company that you

25   were leaving?

Nicholas Ford
February 04, 2025

1      A.   I told them I had no where to go.  I

2   was sleeping in my car.  I had no where to go

3   so I am going back to Texas.

4      Q.   Did you inform anybody at the job

5   that you were leaving?

6      A.   Yes.

7      Q.   How did you do that?

8      A.   Phone call.

9      Q.   Who did you call to let them know?

10     A.   Kyle.

11     Q.   Do you remember how far in advance

12   you gave them before you left the company.

13          MR. BARROUKH:  Objection to form.

14      You can answer.

15     A.   Excuse me.

16     Q.   Do you remember how far in advance

17   you let Kyle know before you left the company?

18     A.   No, 24 hours.

19     Q.   Did you fill out any type of

20   paperwork or fill out anything in writing when

21   you let them know you were leaving?

22     A.   No, sir.

23     Q.   What date did you stop working there?

24     A.   July 2024.

25     Q.   How did you find out about this

Nicholas Ford
February 04, 2025

1   position?

2        A.    Indeed.com.

3        Q.    Did you fill out an employment

4   application through indeed?

5        A.    Yes, sir.

6        Q.    Before this job, where did you work?

7        A.    First Choice Landscaping.

8        Q.    When did you start at this company?

9        A.    April 2024.

10       Q.    What was your position with this

11  company?

12       A.    Landscaper.

13       Q.    What was your responsibility in that

14  position?

15       A.    Cut, edge, mow, blow, pick up leaves.

16       Q.    What was your rate of pay when you

17  first started?

18       A.    16 dollars an hour.

19       Q.    Did you receive any pay increases?

20       A.    No, sir.

21       Q.    Any promotions with the company,

22  while you were there?

23       A.    No, sir.

24       Q.    Was this a full or part-time

25  position?

Nicholas Ford
February 04, 2025

```
 1        A.   Full-time.
 2        Q.   How many hours would you say you
 3   worked a week?
 4        A.   40 to 45.
 5        Q.   How did you clock in with this
 6   position?
 7        A.   Just show up to work.  The hours are
 8   guaranteed, you come in, and you cut off at 5.
 9   No more and nothing less.
10        Q.   Who was your Supervisor at the time?
11        A.   His name was Mark.
12        Q.   Do you remember his last name?
13        A.   No.
14        Q.   Did you receive any type of write ups
15   with this company?
16        A.   No.
17        Q.   Any disciplinary issues?
18        A.   No, sir.
19        Q.   Did you have any benefits with this
20   company?
21        A.   No, sir.
22        Q.   Why did you leave -- excuse me.
23   Where was this position at?
24        A.   Florida.
25        Q.   Where was the employer located?
```

Nicholas Ford
February 04, 2025

1      A.    Pensacola.

2      Q.    To back up a little bit.  Previous to

3  this position, what city was that located in?

4      A.    Pensacola.

5      Q.    Why did you leave this position?

6      A.    For a better job.

7      Q.    When you say for a better job, what

8  do you mean by that?

9      A.    Better pay.

10      Q.    What date did you leave this

11  position?

12      A.    May 2024.

13      Q.    How did you let them know you were

14  leaving this position?

15      A.    The last day before Friday, I just

16  told them, hey I found a different job.  I am

17  going to another job.

18      Q.    Did you do this in writing?

19      A.    No, sir.

20      Q.    Did you do it over phone call or in

21  person, how did you let him know that?

22      A.    In person.

23      Q.    You said it was the last Friday, so

24  that Friday, I guess your last day at that

25  position when you let them know?

Nicholas Ford
February 04, 2025

1      A.    Correct.

2      Q.    Did you already have the other job

3  where you gave the notice?

4      A.    Yes.

5           MR. BARROUKH:  Objection to form.

6      You can answer.

7      A.    Yes.

8      Q.    How did you find out about this job?

9           MR. BARROUKH:  Objection to form.

10     You can answer.

11     A.    Craigslist.

12     Q.    Did you have to submit an employment

13  application for this job?

14     A.    Yes.

15     Q.    Going through Craigslist?

16     A.    No, in person.

17     Q.    Before this job, who did you work

18  with?

19     A.    VIIs restaurant.

20     Q.    When did you start working for them?

21     A.    February of 2024.

22     Q.    What was your position with them?

23     A.    I was a diswasher.

24     Q.    What was your rate of pay at this

25  position?

Nicholas Ford
February 04, 2025

1        A.    16 dollars an hour.

2        Q.    Did you stay at the same position at

3    the whole time you were with them?

4        A.    Yes, sir.

5        Q.    Did you have any pay increases with

6    the position?

7        A.    No, sir.

8        Q.    Was this a full-time or a part-time

9    position?

10        A.    Full-time position.

11        Q.    How many hours a week did you work in

12    this position?

13        A.    45 to 50 hours a week.

14        Q.    What was your Supervisor at this job?

15        A.    I really don't know his real name but

16    we call him shift.

17        Q.    Did you ever receive any write-ups at

18    this job?

19        A.    No.

20        Q.    Any disciplinary issues?

21        A.    No, sir.

22        Q.    Did you get any benefits?

23        A.    No, sir.

24        Q.    Where was this position located?

25        A.    Arlington, Texas.

Nicholas Ford
February 04, 2025

1      Q.   What was your reasons for leaving

2  this job?

3      A.   Like I said, I was, I had been

4  homeless for a while.  I had been traveling, I

5  had been going to different places where I can

6  lay my head at.

7      Q.   Are you saying that you left your job

8  because I guess you didn't have a place to stay

9  at the time?

10      A.   Yes.

11      Q.   Where did you go after you left this

12  place, as far as living?

13      A.   Well, I stayed in Florida.  I slept

14  in my car and stuff like that.

15      Q.   Did you already have another job in

16  Florida when you left?

17      A.   No.

18      Q.   When did you leave this job?

19      A.   February 2024.

20      Q.   How did you let them know you were

21  leaving this job?

22      A.   The company shut down.  The company

23  was permanently closed.  They shut down.

24      Q.   How did you find out about this job?

25      A.   I walked in, I drove by and I applied

Nicholas Ford
February 04, 2025

1   for the job in person.

2       Q.   Did you submit an employment

3   application for this position?

4       A.   Yes, sir.

5       Q.   Before this job, where did you work?

6       A.   Southern Road Bridge.

7       Q.   I am going to go back to your

8   employment with Southern Road Bridge.

9           Who did you work for prior to working

10  with Southern Road Bridge?

11      A.   I don't remember.

12      Q.   Do you remember if you had a position

13  immediately before you started working with

14  Southern Road Bridge?

15          MR. BARROUKH:  Objection to form.

16      You can answer, if you understand the

17      question.

18      A.   I don't remember.

19      Q.   Did you have a period of unemployment

20  before you started working with Southern Road

21  Bridge?

22          MR. BARROUKH:  Objection to form.

23      You can answer.

24      A.   I don't remember.  I can't recall.

25      Q.   Now in the past ten years, do you

Nicholas Ford
February 04, 2025

 1    remember if you had any periods of

 2    unemployment?

 3         A.   Yes.

 4         Q.   When were those times?

 5         A.   Last year.

 6         Q.   How long was that time?

 7         A.   Maybe a month.  Each job gap, each

 8    job I described to you has been like a month

 9    since my unemployment.  Yes, a month.

10         Q.   Now during that time, did you use any

11    type of job sites, like Indeed to work for

12    employment?

13         A.   Yes, Indeed, Craigslist, walk-ins,

14    Linkedin, word of mouth.

15         Q.   Did you submit your resume to any

16    companies during this time?

17         A.   Yes.

18         Q.   Did you do it through the employment

19    sites we listed before?

20         A.   Yes.

21         Q.   Have you interviewed with any

22    companies?

23         A.   Yes, sir.  It was Hoods and Towers.

24         Q.   Did you look in any local newspapers

25    for a position during this time?

Nicholas Ford
February 04, 2025

1        A.    Yes.

2        Q.    Which positions did you look for?

3        A.    Employment, work.

4        Q.    How often would you say that you

5   looked for positions?

6        A.    Every day.

7        Q.    How many applications would you say

8   you submitted during this time?

9        A.    Roughly, around a thousand.

10        Q.    Did you do anything other than using

11   the job sites and walk-ins to look for a job

12   during this time?

13        A.    No, sir.

14        Q.    During this time, what type of income

15   are you receiving?

16        A.    For the time I am off?

17        Q.    Yes.

18        A.    From scrap metal, I made 2,300

19   dollars a week, little side jobs like that.

20        Q.    Did you file for unemployment at this

21   time?

22        A.    No, sir.

23        Q.    Other than the time-frame in 2004,

24   did you have any other times of unemployment?

25        A.    No, sir.

Nicholas Ford
February 04, 2025

1      Q.    Have you ever been a party to a

2   lawsuit or administrative proceeding, other

3   than this lawsuit?

4            MR. BARROUKH:  Objection to form.

5      A.    I am filing for a divorce, that's it.

6      Q.    Other than this current charge

7   against Southern Road, have you made any other

8   administrative claims or charges against

9   administrative agency?

10     A.    No, sir.

11     Q.    Have you ever applied for

12  unemployment?

13           MR. BARROUKH:  Objection to form.

14     You already answered that question.

15     Q.    Have you ever applied for Social

16  Security?

17     A.    No, sir.

18     Q.    Have you ever applied for Workers'

19  Compensation?

20     A.    No.

21     Q.    How about disability benefits in the

22  meantime?

23     A.    No, sir.

24     Q.    I am going to switch gears to your

25  employment with Southern Road & Bridge.

Nicholas Ford
February 04, 2025

1           When did you start your employment

2    with Southern Road & Bridge?

3        A.   February 28th, 2023.

4        Q.   How did you find out about this

5    position?

6        A.   Co-worker.

7        Q.   What was this co-worker's name?

8        A.   Felancio Ruiz.

9        Q.   Did you know him prior to working

10   with Southern Road & Bridge?

11       A.   Yes.

12       Q.   How did you know him?

13       A.   We worked at a different company

14   together.

15       Q.   What company was that?

16       A.   MEI Construction.

17       Q.   When did you work for that company?

18       A.   I can't remember.

19       Q.   Why did you decide to apply with

20   Southern Road & Bridge?

21       A.   Construction job.  They offered me

22   more money and construction job.

23       Q.   How did you apply for this job?

24       A.   Application, in person.

25       Q.   Did you have an interview?

Nicholas Ford
February 04, 2025

1        A.    Yes.

2        Q.    Who did you interview with?

3        A.    Issac Ruiz.

4        Q.    Do you remember when you interviewed

5    with Mr. Ruiz?

6        A.    February 28th, 2023.

7        Q.    Who hired you in this role?

8        A.    Issac.

9        Q.    What position did you hold when you

10   were originally hired at this position or at

11   this company?

12       A.    General labor.

13       Q.    What were your duties in this

14   position?

15       A.    Repair bridges, patches, painting.

16       Q.    What was your rate of pay at this

17   time?

18       A.    22 dollars an hour.

19       Q.    Did you receive any promotions while

20   you were with Southern Road & Bridge?

21       A.    No.

22       Q.    Did you work at any other positions

23   while you were there?

24       A.    No, sir.

25       Q.    Did you receive a pay increase while

Nicholas Ford
February 04, 2025

 1   you were there?

 2        A.   Yes.

 3        Q.   How much of a pay increase did you

 4   receive?

 5        A.   2 dollars.

 6        Q.   24 dollars an hour?

 7        A.   Yes.

 8        Q.   When did you receive this pay

 9   increase?

10        A.   A month after employment.

11        Q.   Before this position, what locations

12   work did you work at?

13        A.   Destin, Florida.

14        Q.   Was that the only position?

15        A.   Yes.  I worked in Orlando too.

16        Q.   How long did you work in Destin,

17   Florida?

18        A.   9 months.

19        Q.   What was job at that time?

20        A.   General labor.

21        Q.   Can you describe what job you were

22   working on when you were in Destin, Florida?

23        A.   Repair an old bridge.  Patch cracks

24   in the concrete, joints and girders.

25        Q.   With this job or location, were you

Nicholas Ford
February 04, 2025

1  working at the same location or same site

2  throughout the 9 month period that you were in

3  Destin, Florida?

4       A.    Correct.

5       Q.    How many hours a week would you say

6  you work a week?

7       A.    Supposedly, 50 hours a week.

8       Q.    Did you have to do orientation when

9  you started with Southern Road & Bridge?

10      A.    No, sir.

11      Q.    When you got hurt, who did you speak

12  to when you got hired?

13      A.    Issac Ruiz.

14      Q.    Was there any type of training you

15  underwent?

16      A.    No, sir.

17           MR. BARROUKH:  Would you like a

18      break?

19           THE WITNESS:  Yes.

20           MR. BARROUKH:  We can take a

21      five-minute break.

22                (Whereupon, a short recess was

23           taken.)

24           MR. BARROUKH:  Back on the record.

25      Q.    Are you able to see the exhibit I

Nicholas Ford
February 04, 2025

1   have on the screen?

2       A.    Yes.

3       Q.    Were you given this document when you

4   were hired with Southern Road & Bridge?

5       A.    Yes.

6       Q.    Is this your signature here down at

7   the bottom?

8       A.    Yes, sir.

9       Q.    Was there a -- who did you meet with

10  at this time that you signed these documents?

11      A.    Issac.

12      Q.    Was this part of your orientation

13  when you met with him at this time?

14      A.    We didn't have one because they told

15  us to just go straight to work.

16      Q.    Were you given other documents to

17  review at this time?

18            MR. BARROUKH:  Objection to form.

19      You can answer.

20      A.    Only the handbook.

21      Q.    Did you -- when you were given a copy

22  of the handbook, did you review it?

23      A.    A little bit.

24      Q.    When you say a little bit, what do

25  you mean by that?

Nicholas Ford
February 04, 2025

1        A.    Maybe the first page.

2        Q.    In your reading of the handbook, did

3    you come across any of the policies and

4    procedures regarding filing complaints,

5    regarding complaints with Southern Road &

6    Bridge?

7        A.    Can you repeat that again.

8        Q.    In your review of the employee

9    handbook, did you review any of the policies

10   regarding your avenues filing a complaint with

11   Southern Road & Bridge?

12            MR. BARROUKH:  Objection to form.

13       You can answer.

14       A.   Yes, sir.

15       Q.   Are you aware of these policies?

16            MR. BARROUKH:  Objection to form.

17       Misstates testimony.  You can answer.

18       Q.   Are you aware of the policies

19   regarding filing a complaint with Southern Road

20   & Bridge?

21       A.   Yes.

22       Q.   In review of your handbook, are you

23   -- did you come across or did you review any of

24   the policies with Southern Road & Bridge

25   regarding requesting time off?

Nicholas Ford
February 04, 2025

```
 1        A.   Yes.
 2        Q.   Are you aware of these policies?
 3        A.   Yes.
 4        Q.   Now in your review of the employee
 5   handbook, did you review the policies with
 6   Southern Road & Bridge regarding any policies
 7   regarding putting in two-weeks notice?
 8        A.   Yes.
 9        Q.   Are you aware of these policies with
10   Southern Road & Bridge?
11        A.   Yes.
12             MR. JONES:  I would like to mark this
13        as Defendant's Exhibit 1.  New hire
14        packet.
15             MR. BARROUKH:  Before you ask
16        Mr. Ford if he recognizes a document, show
17        him the whole document first.
18             MR. JONES:  Okay.
19        Q.   I am going to share my screen again.
20        A.   I don't recognize that page.
21             MR. BARROUKH:  Let him ask you a
22        question first please.
23        Q.   Are you able to see this document I
24   have here?
25        A.   Can you repeat the question.
```

Nicholas Ford
February 04, 2025

1    Q.   Are you able to see the document I

2  have here on the screen?

3    A.   Yes.

4    Q.   Is this your signature, down here,

5  date February 26, 2023?

6    A.   I need to talk to my lawyer first.

7         MR. BARROUKH:  Off the record.

8         (Pause in proceedings.)

9         MR. BARROUKH:  We can go back on the

10      record.

11   Q.   Is this your signature down here?

12   A.   I don't recall signing this those

13 documents.

14   Q.   Do you recall giving documents, a

15 packet of documents on this date to sign as

16 part of your new hire with Southern Road &

17 Bridge an bridge?

18   A.   I don't recall them documents.

19        MR. JONES:  I would like to mark this

20      as Defense Exhibit 2.  This is EEO policy

21      statement.

22   Q.   Who was your Supervisor when you

23 worked with Southern Road & Bridge?

24   A.   Issac.

25   Q.   How often did you see Issac?

Nicholas Ford
February 04, 2025

1      A.    Every day.

2      Q.    Was he your Supervisor the whole time

3   or the entire time you were employed with

4   Southern Road & Bridge?

5      A.    Yes, sir.

6      Q.    Did you have any type of relationship

7   with Issac before you started working with

8   Southern Road & Bridge?

9      A.    No, sir.

10      Q.    How would you describe the

11   relationship with Issac?

12      A.    Supervisor.  I tried to give respect

13   to a man.

14      Q.    From the time you were hired until

15   June of 2023, did you have any prior issues

16   with Mr. Ruiz?

17      A.    No, sir.

18      Q.    Would you say he was fair during this

19   time.

20          MR. BARROUKH:  Objection to form.  If

21      you understand what he means by fair.

22      A.    I don't understand what you are

23   trying to say about fair.

24      Q.    Did you get along with your

25   Supervisor at this time?

Nicholas Ford
February 04, 2025

1          MR. BARROUKH:  Objection to form.

2          MR. JONES:  You can answer.

3          MR. BARROUKH:  You can answer, if you

4      understand.

5      A.   I was there just to work.

6      Q.   Did you have any type of problems

7  with Mr. Ruiz?

8          MR. BARROUKH:  Objection to form.

9      You can answer.

10     A.   I am not understanding what are you

11  trying to ask me.

12     Q.   Prior to around June of 2023, did you

13  have any type of issues that you ran in to with

14  Mr. Ruiz or any kind of problems?

15         MR. BARROUKH:  Objection to form.

16     You can answer, if you understand.

17     A.   I am not understanding what you are

18  trying to ask me.

19     Q.   When would you say that you started

20  having issues with Mr. Ruiz, if you had any

21  issues?

22         MR. BARROUKH:  Objection to form.

23     Misstates testimony.  You can answer if

24     you understand.

25     A.   Yes, I am still trying to figuring

Nicholas Ford
February 04, 2025

```
1   out, I am not understanding what you are trying
2   to say.
3       Q.   At any point, while you were working
4   with Southern Road & Bridge, did you ever have
5   any issues with Mr. Ruiz?
6           MR. BARROUKH:  Objection to form.
7       Could you please explain what you mean by
8       issues; that might help my client
9       understand your question.
10      Q.   Did you have any issues pertaining to
11  your employment with Mr. Ruiz during your time
12  at Southern Road & Bridge, did you have any
13  disciplinary issues, any issues that you felt,
14  I guess you were treated unfairly?
15          MR. BARROUKH:  Objection to form.
16      Compound.  You can answer.  If you
17      understand the question.
18      A.   I am not understanding what you are
19  trying to ask me.
20      Q.   Did you ever have any moments at
21  Southern Road & Bridge where you felt you were
22  being treated unfairly by your Supervisor,
23  Mr. Ruiz?
24      A.   I am not understanding what you are
25  trying to ask me.  I am not understanding.
```

Nicholas Ford
February 04, 2025

1      Q.    You do not understand what I mean by

2  being treated unfairly?

3      A.    I know what unfairly means.  I am

4  trying to figure out what question you are

5  trying to ask me.

6      Q.    Did you ever feel you were treated

7  unfairly by your Supervisor while you were

8  working there?

9      A.    Ask the question again.

10      Q.    Were you ever treated -- did you ever

11  feel like you were treated unfairly by your

12  Supervisor while you were working there?

13      A.    Yes.

14      Q.    When did this occur?

15      A.    26 February, 2023.

16      Q.    What happened on that date?

17      A.    I got hired with another guy a

18  non-black guy.  We got hired at the same time.

19  He got paid more money than I did.  And me and

20  him came on the same plane, same city, same

21  experience, same everything and he got paid 24,

22  I got paid 22.  I told him how you get 24 and I

23  am only getting 22.  Then, I discussed that

24  with Issac and he said he is going to fix it.

25      Q.    When did you discuss this with Issac?

Nicholas Ford
February 04, 2025

1       A.    First week of my check.

2       Q.    Do you know the name of the employee

3    who you are talking about?

4       A.    His name is Eloy.

5       Q.    Now you say that this person had the

6    same experience as you.

7             Have you ever reviewed this person's

8    qualifications or resume?

9       A.    We worked at the same company before.

10      Q.    My question is:  Have you ever

11   reviewed his qualifications or resume

12   specifically?

13      A.    No, sir.

14      Q.    Have you ever reviewed any of his

15   hiring packets to see what position he started

16   at?

17      A.    There were only two positions there.

18      Q.    Did you review any of his hiring

19   packets to see what position he started as?

20      A.    No, sir.

21      Q.    You say you worked at the same

22   company prior to this.  What company was this?

23      A.    MEI.

24      Q.    You said you talked to Mr. Ruiz and

25   he said he was going to fix the issue you were

Nicholas Ford
February 04, 2025

1   having with your rate of pay at that time.

2         What happened when you had the

3   conversation with him?

4        A.   He said I didn't know.  I am going to

5   talk to Ryan.

6        Q.   Did you hear anything after that?

7        A.   It took for other co-workers to quit

8   for me to get the 2 dollar raise.

9        Q.   When did you get the 2 dollar raise?

10        A.   Some time in March.

11        Q.   Did start a new position at that

12   time?

13        A.   No, sir.

14        Q.   What other instances or examples do

15   you have regarding Mr. Ruiz treating you

16   unfairly as your Supervisor?

17         MR. BARROUKH:  Objection to form.

18     You can answer.

19        A.   I have to look in my phone.  It is

20   all written down.

21        Q.   Do you know of any other instances?

22         MR. BARROUKH:  Objection to form.

23     Could you please reiterate the question to

24     where he can understand.  I already

25     explained and he said multiple times.  He

1        doesn't know what you mean by unfair.  If

2        you can provide another word or definition

3        for that where he would be able to provide

4        you with a better answer, I think that

5        would be helpful.

6            MR. JONES:  He did not say that he

7        didn't understand.  He said he needed to

8        look at something.

9            MR. BARROUKH:  You asked five times

10       that I had to object to.  He said he

11       didn't understand.  You are asking him the

12       same question again.

13           MR. JONES:  I am not asking the same

14       question again now.

15           MR. BARROUKH:  We just had the

16       proffer where he could not understand your

17       questions, when you used the word unfair.

18       Maybe if you provide him with an example

19       or definition for the meaning of unfair

20       then he can answer your question quickly

21       and easily.

22       Q.   Sir, do you understand what I mean

23  when I say unfair?

24       A.   Yes.

25       Q.   Were there any other instances where

Nicholas Ford
February 04, 2025

1  you thought your Supervisor treated you

2  unfairly?

3      A.   Not allowing us to use the restroom,

4  not allowing to go get food before work.

5  Sometimes, we do all the work and they are

6  standing around the truck, giving out more

7  hours to the other people.

8      Q.   I want to go through each one of

9  these instances.  Regarding the incident where

10  you stated that Mr. Ruiz would not allow you to

11  go to the -- let you use the bathroom on break,

12  when did this happen?

13      A.   I didn't say during break.  When I

14  have to use the restroom.

15      Q.   When did this occur when he did not

16  let you use the restroom?

17      A.   Every day.

18      Q.   When did this start?

19      A.   For me, February 26, 2023.

20      Q.   Was there some type of instruction

21  that was given to you or what happened with

22  that?

23      A.   Instructions?

24      Q.   Yes.

25      A.   The instruction was to use the

Nicholas Ford
February 04, 2025

1    restroom off the bridge.

2         Q.   Who gave you this instruction?

3         A.   Issac.

4         Q.   Did he give it specifically to you or

5    was it to every one?

6              MR. BARROUKH:  Objection.  You can

7         answer.

8         A.   To the black employees.

9         Q.   When was this instruction given out?

10        A.   For me, February 26, 2023.

11        Q.   Were you all having a meeting like

12   that, can you give me some context?

13        A.   No.  Everybody got hired on different

14   times.  I got hired on the 1.

15        Q.   You are saying he told you this when

16   you got hired?

17        A.   When we have to use the bathroom, use

18   the one off the bridge.  Because they did not

19   have porta-potties, stuff like this at the

20   worksite.

21        Q.   Was there anyone else when he made or

22   when he gave this instruction to you?

23        A.   Yes.

24        Q.   Who was around?

25        A.   Feliciano, Eloy, and there is another

Nicholas Ford
February 04, 2025

1   black guy called JD.

2       Q.   When did Mr. Ruiz tell you that you

3   were not allowed to get food before work?

4       A.   He started doing that when Alonzo

5   Hawkins got hired on.  Desmond Jones got hired

6   on, and Kayden Coates got hired on.

7       Q.   Do you remember what time this was?

8       A.   March 2023.

9       Q.   What happened when he gave this

10  instruction to you?

11      A.   Like when?

12      Q.   No, I am asking what happened, how

13  did he give the instruction to you?

14      A.   Text message or verbal.

15      Q.   He would send you a text regarding

16  getting food before work?

17      A.   Correct.

18      Q.   Do you still have the text message?

19      A.   Correct.

20      Q.   Did he tell this to anyone else or a

21  group of people or was it just you?

22      A.   A group of people, a group text

23  message.

24      Q.   Who was in the group text message?

25      A.   Alonzo Hawkins, Desmond Jones and

Nicholas Ford
February 04, 2025

1  Kayden Coates.

2      Q.   Was this instruction given to any of

3  the other employees?

4          MR. BARROUKH:  Objection to form.

5      You can answer.

6      A.   I don't know.

7      Q.   Do you know this rule regarding not

8  allowing you to get food before work applied to

9  every one?

10     A.   I have no idea what you are trying to

11 ask me.

12     Q.   I want to back up a little bit.

13         Regarding the members who went to

14 each job site, can you describe that situation

15 as far as the employees, were they the same

16 employees, just a little bit about that whole

17 set up?

18         MR. BARROUKH:  Objection to form.

19     You can answer.

20     A.   What do you mean by the same

21 employees?   A lot of people got hired on and a

22 lot of people quit and a lot of people got

23 hired.

24     Q.   Was there a certain group that worked

25 at the job site, specific job site every day, a

Nicholas Ford
February 04, 2025

1    certain group of employees?

2            MR. BARROUKH:  Objection to form.

3        You can answer.

4        A.   We had workers come to work.  You

5    have to come to work.

6        Q.   Now the workers came to work, were

7    they the same workers that worked on the same

8    job?  What I am asking is:  Was there like for

9    example a group of ten people assigned to the

10   Orlando job or the job that you had before

11   that, and those same workers were the ones that

12   worked at that site every day?

13       A.   No, sir, because some people got

14   hired on and some people got fired, some people

15   quit and some people came back.

16       Q.   So there was a group of you that went

17   to each job site that you worked at?

18       A.    Only group of people was only in

19   Destin.  The other job in Orlando was only two

20   week.

21       Q.   How many people would you say were

22   working at the Destin job at a given time.

23       A.   7 or 8.

24       Q.   Now, when Mr. Ruiz gave this

25   instruction about not being able to get food

Nicholas Ford
February 04, 2025

1    before work, did this apply to all of the

2    employees who were currently working at the job

3    site at that time?

4         A.   What time are you talking about?

5    Because a lot of people got hired on and a lot

6    of people got fired.

7         Q.   The whole time throughout.

8         A.   I can't answer that.  People got

9    hired on, people got fired.

10        Q.   When are you saying he implemented

11   this policy?

12        A.   It was not a policy.

13        Q.   Or this procedure?

14        A.   All the black employees got hired on

15   in March.  That's when he started doing that.

16        Q.   March of 2023, did this procedure,

17   regarding not being able to get food before

18   work, did it apply to every one who was working

19   at that time?

20        A.    No, it applied only to the black

21   employees.

22        Q.   You said another instance where

23   sometimes you would have to do all the work

24   while they sit around, sit on the truck, can

25   you explain what you mean by that?

Nicholas Ford
February 04, 2025

1       A.   They would be like send the cones

2   out, send barricade out, they will drive and we

3   will be in the back of the truck throwing the

4   barricades out.

5            After the barricade is set, we get

6   all the tools, the equipment, take them back to

7   the bridge, bust out the concrete, mix

8   concrete, form the concrete and then we got let

9   it dry.  We cannot sit in the truck.  We have

10  to let the concrete dry, they need somebody

11  watching.  They drive out the company truck and

12  park it on-site all the time.

13      Q.   When you say they drive out, who are

14  you referring to?

15      A.   Issac Ruiz.  When I say employees, I

16  mean Feliciano, Jose Chavez, Carlos, Alfredo,

17  Wakeem.

18      Q.   Will you explain what you mean by

19  that?

20      A.   After March 2023.

21      Q.   You said they were giving out more

22  hours to other people.  Can you explain what

23  you mean by that?

24      A.   It was like emergency call.  Any time

25  to fix this problem in the daytime, because

Nicholas Ford
February 04, 2025

1    traffic is slowing up right there at bridge you

2    need people to go out there and go work, so he

3    would allow them -- not even by them, black

4    guys, to the non-black guys not to work -- I

5    mean non-black guys to go out and work while

6    the black guys sit in the hotel room.  While

7    they go and get extra hours or got stuck in the

8    water and he called the non-black guys to go

9    out there and get the boat.

10        Q.   Who are you referring to when you say

11   the non-black guys?

12        A.   Issac, Feliciano, Wakeem, Carlos,

13   Alfredo, and Jose Chavez.

14        Q.   When would you say this occurred?

15        A.   July, 2023.

16        Q.   Were there any other instances you

17   believe your Supervisor was not treating you

18   fairly?

19        A.   My hours.

20        Q.   What do you mean by that?

21        A.   We leave the hotel at 5:30 and the

22   hours say 7 o'clock.

23        Q.   When did you say this occurred, the

24   issues with the hours?

25        A.   For me, February 26, 2023.

Nicholas Ford
February 04, 2025

1        Q.    Did you talk to anybody regarding

2   this issue?

3        A.    Yes.

4        Q.    Who did you talk to?

5        A.    Issac and Brian.

6        Q.    How did you talk to them?

7        A.    I talked to them over text message.

8        Q.    Do you remember when that was?

9        A.    Not exactly.

10       Q.    Was this in February of 2023?

11       A.    It was not about hours, it was about

12  the pay.  The pay, February 26, 2023, about the

13  pay.  Then, maybe sometime in April, we

14  discussed about the hours been missing.  That's

15  when we noticed our checks was looking funny.

16       Q.    What happened when you discussed this

17  issue with Issac and Ryan?

18       A.    What happened?

19       Q.    Yes.

20       A.    They retaliated.

21       Q.    What do you mean by that?

22       A.    They fired me one time.  They started

23  doing a lot of stuff around the time I am

24  telling about what happened, about everything

25  else too.

Nicholas Ford
February 04, 2025

```
 1        Q.   What types of stuff did they start

 2    doing?

 3             MR. BARROUKH:  Objection to form.

 4        You can answer if you understand the

 5        question.

 6        A.   Fire me.  Not letting us see our

 7    hours, you know, stuff like that.

 8        Q.   Did they ever try working with you

 9    regarding this hour issue?

10        A.   No, sir.

11        Q.   Did they ever make an attempt to try

12    to compensate you for the hours that you were

13    alleging missing?

14        A.   No, sir.

15        Q.   Did you have any other type of

16    unpleasant interactions with your Supervisor?

17        A.   Yes.

18        Q.   What were those?

19        A.   They were talking about how -- Ryan

20    was talking about how his dad had a farm and he

21    had a black friend and he used to say like

22    slave, remarks like slave, slurs.  Stuff like

23    that, about how you are looking good working

24    out there in that field, stuff like that.

25             Ryan used to show naked girls in his
```

Nicholas Ford
February 04, 2025

1    phone and he be like oh this girl like that big

2    old black cock, stuff like that.

3        Q.   Regarding the racial slurs, when did

4    he make these statements?

5        A.   I believe April 2023.

6        Q.   Was there anybody else around?

7        A.   Yes, sir.

8        Q.   Who else was around?

9        A.   Alonzo Hawkins, Desmond Jones, and

10   Kayden Koates.

11       Q.   What did you do when he made these

12   types of statements?

13       A.   I am more professional so I don't

14   react to stuff like that.

15       Q.   Did you tell anybody about the

16   incident?

17       A.   Just the group of black guys, we sat

18   there and like what did he say, that's not

19   cool.

20       Q.   Did you ever report this to anybody?

21       A.   We didn't have access to HR.

22       Q.   The incident with showing you

23   explicit pictures, when did that incident

24   occur?

25       A.   April 2023.

Nicholas Ford
February 04, 2025

1        Q.   What happened with that incident?

2        A.   He was just showing us pictures of

3   naked girls and stuff like that.  He was

4   showing us pictures and making the same slurs

5   at the same time.

6        Q.   Was there anybody around when he

7   showed you these pictures?

8        A.   Yes, sir.

9        Q.   Who was around at that time?

10       A.   Desmond Jones, Alonzo Hawkins and

11   Kayden Koates.

12       Q.   Did you do anything at this time?

13       A.   No, sir.

14       Q.   Did you report the issue to anybody?

15       A.   We never had access to HR department.

16       Q.   Did you attempt to gain access to the

17   HR department?

18       A.   Yes, sir.

19            MR. BARROUKH:  Objection to form.

20       You can answer.

21       Q.   How did you attempt to get access to

22   HR?

23       A.   Phone call.

24       Q.   Who did you call?

25       A.   I think her name was Christine,

Nicholas Ford
February 04, 2025

1  something like that.  I can't remember her

2  name.  We could never get a hold of nobody.

3      Q.   When did you first attempt to contact

4  her?

5      A.   Like April 2023.

6      Q.   Did you ever talk to her at some

7  point?

8      A.   I can't talk to nobody at HR so we

9  never complained to her.  We never knew who HR

10  was.

11      Q.   Did you ever see Mr. Ruiz outside of

12  work, at all?

13      A.   Company time, or going back home,

14  like going back to Texas.

15      Q.   Outside of work, when you are not

16  actually working 9 to 5 but maybe you guys hang

17  out or something like that outside of work or

18  come across his path, any way like that?

19          MR. BARROUKH:  Objection to form.

20      You can answer.

21      A.   Yes.

22      Q.   How did you see him outside of work?

23      A.   Maybe, go outside, smoke a cigarette.

24      Q.   Who were the other co-workers or

25  colleagues you were working with at this time?

Nicholas Ford
February 04, 2025

1      A.    Which part of time?

2      Q.    During this June/July time period?

3      A.    It was me Alonzo Hawkins Kayden,

4  Koates, Issac Ruiz, Feliciano Ruiz and that's

5  it.

6      Q.    What would you say your relationship

7  was with your other co-workers?

8      A.    Alonzo Hawkins.

9          MR. BARROUKH:  Objection to form.

10      You can answer.

11      A.    Alonzo Hawkins, that's my brother,

12  Kayden Koates, that's my friend and Desmond

13  Jones, that's my cousin.  Feliciano, he used to

14  work at the same company before Southern Road &

15  Bridge.  Issac he was working in the same

16  company too but I didn't know Issac prior to

17  the job and that's it and I never knew Ryan.

18      Q.    You worked at a prior job with Issac

19  Ruiz?

20      A.    Correct.

21      Q.    What job was that?

22      A.    MEI.  I never knew him there it was a

23  big company.

24      Q.    How often would you interact with

25  your other co-workers?

Nicholas Ford
February 04, 2025

1      A.   Not too much because I had a

2  girlfriend so I was hanging out with my

3  girlfriend after work.

4      Q.   Did you have any issues with any of

5  them?

6      A.   After work or during work?

7      Q.   Yes, during work?

8      A.   Yes, we discussed a majority of it.

9      Q.   Not the individuals that were your

10  supervisors, I mean like any of your co-workers

11  or alcohol leagues?

12      A.   Like my brother, cousin, friend never

13  had any issue.  We were working together.  We

14  told ourselves we have to keep to each other

15  cause a lot of iffy stuff was going on and like

16  you can tell if anybody liked you or not liked

17  you, you go to work, plain and simple, if your

18  colleague, does not like you, they don't like

19  you, just go to work but you can't just tell

20  somebody to like you are or tell if they like

21  you or not until they show their true colors.

22  That's what they were doing, they were showing

23  their true colors.

24      Q.   Now, with Southern Road & Bridge, did

25  you receive any performance evaluations?

Nicholas Ford
February 04, 2025

1        A.    No, sir.

2        Q.    Did you ever receive any type of

3    verbal counseling while you were there?

4        A.    No, sir.

5        Q.    Did you receive any type of written

6    warnings?

7        A.    Like if I am writing it on paper or

8    verbally?

9        Q.    No, I mean did the company or your

10    Supervisor give you any type of written warning

11    regarding your employment or issues they were

12    having?

13        A.    No, sir.

14        Q.    Were you ever suspended at any time?

15        A.    Not on paper.

16        Q.    What do you mean by that?

17        A.    It was like verbal.  And I asked well

18    if you are going to suspend me, I need it on

19    paper and I never got that.

20        Q.    What were you suspended for?

21        A.    I have no idea.  I don't remember.

22        Q.    Do you remember the time-frame it

23    was?

24        A.    Around July 2023, August of 2023.

25        Q.    Who suspended you?

Nicholas Ford
February 04, 2025

1       A.   Issac.

2       Q.   What did he say to you when he

3   suspended you?

4       A.   I am going to suspend you for a

5   couple of days.  I said okay, well, if you are

6   going to suspend me, put it on a piece of paper

7   because I don't know the reason why you are

8   suspending me.

9       Q.   What happened after that?

10      A.   After the three days, I came back to

11  work.

12      Q.   Are you able to see document,

13  Mr. Ford?

14      A.   Yes, I see a document.

15      Q.   Who advised you, who did you talk to

16  regarding this incident?

17      A.   I talked to Ryan, talked to George

18  and I talked Issac Ruiz.

19      Q.   What happened when you talked to

20  them?

21      A.   I am missing hours at the time.  I am

22  missing a lot of hours and they didn't fix my

23  hours at the time.  So I let them know that I

24  am not coming in to work if my hours are not

25  correct.

Nicholas Ford
February 04, 2025

1    Q.   When did you let them know this?

2    A.   The same, maybe 11/4, 11/3, 2023 but

3  I don't recall seeing that document.

4    Q.   Do you recall the conversation that

5  you had?

6    A.   Yes, I got a text message.

7    Q.   In this conversation, you told them

8  you were no longer working for Southern Road &

9  Bridge?

10   A.   I told them I am not coming in if my

11 hours are not correct.

12   Q.   At some point, did they attempt to

13 fix your hours or did you work with them.

14        MR. BARROUKH:  Objection to form.

15   You can answer.

16   A.   No, no.  They didn't work for me at

17 that time.  That's maybe, the 10th incident

18 right there.  That's the last incident of the

19 documents.  There was a document from April, a

20 timesheet from there.

21   Q.   Did they attempt to work with you at

22 any time regarding your hours?

23        MR. BARROUKH:  Objection to form.

24   A.   Only one time when I had to show them

25 proof of the times that I worked.

Nicholas Ford
February 04, 2025

1          Q.   What happened at that time?

2          A.   He fixed it then he pay me.

3          Q.   When was this?

4          A.   Maybe, October 23, 24, around

5     October.

6          Q.   At this time, in November, did they

7     attempt to correct or fix the issue that you

8     had with your hours then?

9          A.   No, sir.

10              MR. JONES:  I would like to mark that

11         as Defense Exhibit 3.  The termination of

12         employment notice or employee termination

13         notice.

14         Q.   I will share my screen.

15              Sir, are you able to see this

16    document?

17         A.   Yes.

18         Q.   Is this a text message with you?

19         A.   Yes.

20         Q.   Do you know who this was with?

21         A.   George.

22         Q.   Is that George Takus?

23         A.   Yes.

24         Q.   Now when he says right here, that's

25    the whole issue about us not getting our share.

Nicholas Ford
February 04, 2025

1    He responds please call to discuss so I can get

2    you paid.

3        A.   I didn't have no -- no, I did not

4    talk to him.  I just text him so I can keep it

5    documented.

6        Q.   Did you call him after he requested

7    you to call?

8        A.   No.

9        Q.   Why didn't you call him?

10            MR. BARROUKH:  Objection to form.

11       You can answer.

12       A.   So I can keep my conversation

13   documented, so I have proof of the conversation

14   of what we are saying.  That's why he ask me to

15   call because he knew what was going on was

16   wrong.  He wanted to call to talk, rather than

17   text.

18       Q.   When he says just call when you say

19   text me in orientation, what did you mean by

20   that?

21       A.   I was trying to start school and I

22   was in orientation for school at that time

23   right there.

24       Q.   At this time, you already quit

25   Southern Road & Bridge?

Nicholas Ford
February 04, 2025

```
1              MR. BARROUKH:  Objection.  Assumes
2       facts not in evidence.  He did not quit.
3       A.   Yes, I did not quit.
4       Q.   Did you go to -- when he says you did
5  not show up for work yesterday, on November 6,
6  did you go to work the previous day?
7       A.   That's when Issac said I was fired.
8       Q.   When did he say that?
9       A.   A week before that.
10      Q.   What did he say you were being
11 terminated for?
12      A.   He never told me in person.
13      Q.   What happened with that?
14      A.   I came back from Orlando.  I am
15 sitting in the truck waiting for my other
16 co-worker to come out then he tell me I am
17 fired.  Go home.  If you need more information,
18 talk to Ryan.
19      Q.   What did you do after that?
20           MR. BARROUKH:  Objection to form.
21      You can answer.
22      A.   I told him send a bus ticket to
23 Pensacola.
24      Q.   When did this happen, this
25 conversation you had with Issac?
```

Nicholas Ford
February 04, 2025

1       A.    After the 24 -- I mean on the 24th.

2       Q.    24th of what month?

3       A.    10/24/2023.

4       Q.    When was the last day you worked?

5       A.    10/24.

6       Q.    Now when you talked to anyone after

7    this, did they give you the opportunity to come

8    back and work with Southern Road & Bridge?

9       A.    Yes.

10       Q.    When was this?

11       A.    11/2/23.

12       Q.    Who did you talk to at this time?

13       A.    Brian.

14       Q.    What did he say?

15       A.    To come back to work.  I need to get

16    this bridge done, over with so we can move on

17    to the next project.

18       Q.    Did you go to work at that time?

19       A.    He tell me a date to come in and

20    then, when I got my check, I seen that my hours

21    were short, so I was like no.  I am going to

22    wait for you to fix my check before I come in

23    because that's not fair.

24       Q.    On November 2, you had an assignment

25    to go to work, but you are saying that you

Nicholas Ford
February 04, 2025

1    refused to go to work at that time?

2         A.   I didn't refuse not to go to work.

3         Q.   Did you go to work at that time?

4         A.   No, sir.

5         Q.   Up here, when George asks you why you

6    did not show up to work yesterday on November

7    6th, you did not show up at that time, the day

8    before that, did you?

9              MR. BARROUKH:  Objection to form.

10        You can answer.

11        A.   That, right there was a Sunday, when

12   he asked me to come in.  Before that, Friday,

13   they did not pay me all my money in my check so

14   I just tell them that we may have issues about

15   that.  I tell them I am not coming in until you

16   fix the issue about my check, because it is not

17   like we are working for free.

18        Q.   In this conversation on November 6,

19   how many days had you not gone to work because

20   you were waiting for them to fix the issue with

21   the check?

22             MR. BARROUKH:  Objection to form.

23        You can answer.

24        A.   Five days, not including the weekend.

25        Q.   This conversation on November 6th,

Nicholas Ford
February 04, 2025

1    did you do any other thing to try to work with

2    them to resolve this issue?

3        A.    Yes.

4        Q.    What was that?

5        A.    I sent them text messages of how many

6    hours that we missed, how many hours got owed

7    but we don't know the exact amount.

8        Q.    Are you referring to this text

9    message?

10       A.    I am referring to -- that's just the

11   last text message.  I am referring to the one

12   prior, from February 26, 2023.

13       Q.    I am focusing on this time, November

14   6, 2023, did you do anything else to work with

15   them to resolve the issues that you allege

16   happened with your hours?

17       A.    I asked them and show them my

18   location where I was at.  I just asked them I

19   need to get paid more.  I told them my hours

20   are short.

21       Q.    Did anything happen after that?

22       A.    They fixed it after I showed them

23   proof.

24       Q.    At that point, how many days had you

25   not been to work at that time?

Nicholas Ford
February 04, 2025

1         A.    Five days.

2              MR. JONES:  I would like to mark that

3         as Defense Exhibit 5, I believe, it is.  I

4         will mark that as text message thread.

5         Q.    Regarding the issues with your

6    Supervisor, did you follow the policies in the

7    handbook, regarding how to file a complaint or

8    notify any one of this matter?

9              MR. BARROUKH:  Objection to form.

10        You can answer.

11        A.    Ask the question again.

12        Q.    Did you follow the policies within

13   the handbook for Southern Road & Bridge

14   regarding reporting any type of complaint of

15   harassment or anything that you underwent

16   regarding your Supervisor?

17             MR. BARROUKH:  Objection to form.  If

18        you understand the question, you can

19        answer.

20        A.    I don't understand.

21        Q.    Did you follow any of the policies in

22   the handbook, regarding following the complaint

23   with Southern Road & Bridge?

24             MR. BARROUKH:  Objection to form, you

25        can answer.

Nicholas Ford
February 04, 2025

1        Q.   Are you able to see this document?

2        A.   Yes, I see a document.

3        Q.   Is this policy in the handbook

4    regarding sexual and unlawful harassment?

5        A.   Can I see the whole document,

6    everything that you are scrolling up and down?

7        Q.   Yes.

8             MR. BARROUKH:  Is this the entire 200

9        page handbook?

10            MR. JONES:  Yes, I am on one section.

11            MR. BARROUKH:  Would you like to draw

12       your client's attention to a page or range

13       of pages?

14            MR. JONES:  Yes, it was the one we

15       were on before.  It was this page.

16            MR. BARROUKH:  What is the page

17       number.

18            MR. JONES:  47.

19       Q.   Is this the policy in the handbook?

20       A.   I don't recall seeing the document.

21       Q.   Did you follow this policy regarding

22   any of the issues or complaints that you had

23   with your Supervisor?

24            MR. JONES:  Objection to form.  You

25       are not going through the entire document?

Nicholas Ford
February 04, 2025

1        A.   I don't recall seeing that document.

2        Q.   Here, where it says such complaints

3   should be brought to the attention of SBR

4   company EEO officer Katerina Constas using the

5   company issued harassment complaint form, did

6   you fill out any type of form regarding any of

7   the issues you were having and submit it to

8   this person?

9        A.   I don't recall seeing that document.

10        Q.   Did you fill out --

11        A.   We never knew an HR. We never knew an

12   EEO officer.  It only says EE officer.  I don't

13   know that document.

14        Q.   So you did not --

15        A.   I never seen that document.  No,

16   nothing.

17             MR. JONES:  I would like to mark this

18        as Defense Exhibit 6.  Employee handbook.

19             I don't have any questions at this

20        time.

21             MR. BARROUKH:  Thank you.  I will

22        keep this brief.

23   EXAMINATION BY *

24   MR. BARROUKH:

25        Q.   Did you ever hear that N word used

Nicholas Ford
February 04, 2025

1   while you were working for Southern Road &

2   Bridge?

3       A.   Yes, sir.

4       Q.   Who used that word, with you from

5   your experience?

6       A.   Issac, Feliciano Ruiz, Alfredo, Jose

7   Chavez, Wakeem, Carlos.

8       Q.   Did you complain about those

9   individuals use of the N word with you?

10      A.   Yes.

11      Q.   Who did you complain to?

12      A.   Issac, Ryan.

13      Q.   Why were those the individuals you

14  complained to?

15      A.   Because they are Supervisors.  They

16  handle stuff like that.

17      Q.   Did they tell you they were

18  responsible for handling reports and complaints

19  of discrimination?

20      A.   Yes.

21      Q.   Did you go to Ryan and Issac with

22  complaints of wage and hour discrepancies?

23      A.   Yes, sir.

24      Q.   How were your hours collected and

25  stored?

Nicholas Ford
February 04, 2025

1      A.   On a piece of paper, on a timesheet

2    piece of paper.

3      Q.   Did you record your hours on the

4    piece of paper, the timesheet?

5      A.   No.

6      Q.   Who did?

7      A.   Issac Ruiz.

8      Q.   Were you required to sign the

9    timesheet next to your hours?

10     A.   Yes.

11     Q.   How many times a week were you

12   supposed to sign the timesheet with your hours?

13     A.   Five days a week.

14     Q.   In all of your time working for

15   Southern Road & Bridge and trip, nearly 1

16   complete month, how many times did you sign the

17   timesheet for your hours?

18     A.   One time.

19          MR. BARROUKH:  I have no further

20     questions.

21          We are going to read.

22              (Whereupon, at 1:47 p.m, the

23     Examination of NICHOLAS FORD was

24     concluded.)

25

1                    CERTIFICATE OF OATH

2

3   STATE OF FLORIDA )

4   COUNTY OF LEE     )

5

6          I, the undersigned authority certify

7   that Nicholas Ford appeared before me remotely

8   via Zoom meeting and was duly sworn.

9

10         WITNESS my hand and official seal this

11  4th day of February, 2025

12

13

14  _____
    Addie Rubio
15  Notary Public - State of Florida
    My Commission Number:  HH 455023
16  Expires:  October 17,2027

17

18

19

20

21

22

23

24

25

Nicholas Ford
February 04, 2025

1           REPORTERS DEPOSITION CERTIFICATE

2 STATE OF FLORIDA )
   COUNTY OF LEE     )

3

4       I, Addie Rubio do hereby certify:

5       THAT I was authorized to and did

6 stenographically report the deposition of this

7 witness and that the witness whose testimony is

8 herein set forth was duly sworn by me and that

9 the within transcript is a true and accurate

10 record of testimony given by said witness.

11       I further certify that I am not

12 related either by blood or marriage to any of

13 the parties, nor am I a relative or employee of

14 any of the parties' attorney or counsel

15 connected with the action, nor am I financially

16 interested in the action. That I am in no way

17 interested in the outcome of this matter; nor

18 am I financially involved in the action.

19

20       DATED this 4th day of February 2025

21 *admelinda rubio*

22 _____

23 Addie Rubio, Professional Reporter

24

25

Nicholas Ford
February 04, 2025

1    RE:  Ford v Southern Road & Bridge

2    DEPOSITION OF: Nicholas Ford

3    TAKEN:  February 4, 2025

4                        I CERTIFY THIS IS A

5                        TRUE AND ACCURATE TRANSCRIPT

6                        FURTHER DEPONENT SAITH NOT.

7

8

9                    _____

10                     Nicholas Ford

11

12

13

14    STATE OF FLORIDA       )

15                                  SS:

16    COUNTY OF _____)

17

18         Sworn and subscribed to before me this

19    ------ day of --------- 2025

20

21    PERSONALLY KNOWN _____ or I.D _____

22

23                        _____
                          Notary Public in and for the
24                        State of Florida at Large.

25    My commission expires:

Nicholas Ford
February 04, 2025

1                        ERRATA SHEET
        Ford v. SRB
2        DO NOT WRITE ON TRANSCRIPT -- ENTER CHANGES
    HERE:

3

4   PAGE LINE                              REASON:

5   ____  ____  CHANGE: _____/_____

6   ____  ____  CHANGE:_____/_____

7   ____  ____  CHANGE: _____/_____

8   ____  ____  CHANGE: _____/_____

9   ____  ____  CHANGE: _____/_____

10  ____  ____  CHANGE: _____/_____

11  ____  ____  CHANGE: _____/_____

12  ____  ____  CHANGE: _____/_____

13  ____  ____  CHANGE: _____/_____

14  ____  ____  CHANGE: _____/_____

15  ____  ____  CHANGE: _____/_____

16  ____  ____  CHANGE: _____/_____

17  ____  ____  CHANGE: _____/_____

18  ____  ____  CHANGE: _____/_____

19  ____  ____  CHANGE: _____/_____

20  ____  ____  CHANGE: _____/_____

21

        Under penalties of perjury, I declare that
22  I have read my deposition held February 4,
    2025 and that it is a true and accurate
23  subject to any changes in form or
    substance entered herein.

24

25  _____  _____
    Nicholas Ford                        DATE

Nicholas Ford
February 04, 2025

---

**1**

**1**
  41:13  51:14
  78:15
**10**
  10:24
**10/24**
  71:5
**10/24/2023**
  71:3
**10th**
  67:17
**11/2/23**
  71:11
**11/3**
  67:2
**11/4**
  67:2
**13**
  18:23
**14th**
  20:5
**16**
  25:18  29:1
**17,2027**
  79:16
**18**
  22:24
**1800**
  11:9
**19**
  9:23  18:6
**1989**
  9:23
**1:47**
  78:22

---

**2**

**2**
  33:18  37:5
  42:20  48:8,9
  71:24

---

**20**
  8:21  20:17
**200**
  75:8
**2004**
  33:23
**2006**
  15:4
**2012**
  13:4,8
**2013**
  16:18,19,20
  17:4
**2019**
  10:15  16:20,
  21,22  17:6
**2020**
  10:14,24
**2023**
  9:11  10:14,
  15  35:3  36:6
  42:5  43:15
  44:12  46:15
  50:19  51:10
  52:8  55:16
  56:20  57:15,
  25  58:10,12
  60:5,25  62:5
  65:24  67:2
  73:12,14
**2024**
  20:7  21:19
  22:15  24:24
  25:9  27:12
  28:21  30:19
**2025**
  18:8  79:11
  80:20  81:3,
  19
**22**
  36:18  46:22,
  23
**23**
  68:4
**24**
  24:18  37:6
  46:21,22

---

**68:4  71:1**
**24th**
  71:1,2
**26**
  42:5  46:15
  50:19  51:10
  57:25  58:12
  73:12
**28th**
  35:3  36:6

---

**3**

**3**
  68:11
**300**
  33:18
**36608**
  8:18

---

**4**

**4**
  81:3
**40**
  19:6  23:10
  26:4
**401-K**
  19:18
**45**
  26:4  29:13
**455023**
  79:15
**47**
  75:18
**4th**
  79:11  80:20

---

**5**

**5**
  26:8  62:16
  74:3
**50**
  29:13  38:7

---

**5:30**
  57:21

---

**6**

**6**
  70:5  72:18
  73:14  76:18
**60**
  21:4
**605**
  8:17
**6th**
  72:7,25

---

**7**

**7**
  21:19  54:23
  57:22

---

**8**

**8**
  54:23
**800**
  11:19
**817-987-7977**
  12:3

---

**9**

**9**
  37:18  38:2
  62:16

---

**A**

**ability**
  7:22  8:1
**able**
  38:25  41:23
  42:1  49:3
  54:25  55:17
  66:12  68:15
  75:1

---

Nicholas Ford
February 04, 2025

access
  60:21 61:15,
  16,21
accurate
  80:9 81:5
acknowledge
  5:17
across
  40:3,23
  62:18
action
  80:15,16,18
Addie
  79:14 80:4,
  23
address
  8:16,20 9:6
  10:5,7 11:15
administering
  5:18
administrativ
e
  34:2,8,9
advance
  24:11,16
advised
  66:15
affect
  7:22 8:1
age
  13:20
agency
  34:9
agreed
  15:14
agreement
  15:16,22
  16:4,13,14
agreements
  16:17
ahah
  7:12
ahead
  15:17
ahem
  7:12

alcohol
  64:11
Alfredo
  56:16 57:13
  77:6
allege
  73:15
alleging
  59:13
allow
  50:10 57:3
allowed
  15:21 52:3
allowing
  50:3,4 53:8
Alonzo
  52:4,25 60:9
  61:10 63:3,
  8,11
amount
  73:7
answer
  7:7,10,23
  14:4,11,16
  15:15,17,18,
  24 16:1,2
  18:15 24:14
  28:6,10
  31:16,23
  39:19 40:13,
  17 44:2,3,9,
  16,23 45:16
  48:18 49:4,
  20 51:7
  53:5,19 54:3
  55:8 59:4
  61:20 62:20
  63:10 67:15
  69:11 70:21
  72:10,23
  74:10,19,25
answered
  7:4 34:14
antennas
  20:13
anybody
  24:4 58:1

  60:6,15,20
  61:6,14
  64:16
anyone
  8:8,24 9:17
  12:24 51:21
  52:20 71:6
apartment
  8:18 9:2
app
  20:22
appeared
  79:7
application
  19:10 25:4
  28:13 31:3
  35:24
applications
  33:7
applied
  30:25 34:11,
  15,18 53:8
  55:20
apply
  35:19,23
  55:1,18
April
  25:9 58:13
  60:5,25 62:5
  67:19
Arlington
  17:5 29:25
around
  9:9 33:9
  44:12 50:6
  51:24 55:24
  58:23 60:6,8
  61:6,9 65:24
  68:4
arrest
  14:23,25
  16:21 17:8,
  13
arrested
  14:18 15:1,5
  16:18,19,21,
  23

arrests
  16:7
Arthur
  6:3
asked
  49:9 65:17
  72:12 73:17,
  18
asking
  14:23 49:11,
  13 52:12
  54:8
asks
  72:5
Assault
  15:7
assigned
  54:9
assignment
  71:24
assume
  7:5
Assumes
  70:1
attempt
  59:11 61:16,
  21 62:3
  67:12,21
  68:7
attention
  75:12 76:3
attorney
  6:11 8:7,12
  15:24 80:14
attorney/
client
  15:23
August
  65:24
authority
  79:6
authorized
  80:5
avenues
  40:10
aware
  40:15,18

Nicholas Ford
February 04, 2025

41:2,9

**B**

back
    23:21 24:3
    27:2 31:7
    38:24 42:9
    53:12 54:15
    56:3,6
    62:13,14
    66:10 70:14
    71:8,15
bankruptcy
    17:18
barricade
    56:2,5
barricades
    56:4
BARROUKH
    5:14 12:13
    13:21 14:10,
    15,22 15:11
    16:10 18:14
    24:13 28:5,9
    31:15,22
    34:4,13
    38:17,20,24
    39:18 40:12,
    16 41:15,21
    42:7,9 43:20
    44:1,3,8,15,
    22 45:6,15
    48:17,22
    49:9,15 51:6
    53:4,18 54:2
    59:3 61:19
    62:19 63:9
    67:14,23
    69:10 70:1,
    20 72:9,22
    74:9,17,24
    75:8,11,16
    76:21,24
    78:19
bathroom
    50:11 51:17

believe
    57:17 60:5
    74:3
benefits
    19:17 21:10,
    13,16 26:19
    29:22 34:21
besides
    13:14
best
    7:6
better
    27:6,7,9
    49:4
big
    60:1 63:23
birth
    9:22,24
bit
    20:11 22:8
    27:2 39:23,
    24 53:12,16
black
    51:8 52:1
    55:14,20
    57:3,6 59:21
    60:2,17
blood
    80:12
blow
    25:15
boat
    57:9
bodily
    15:7
borderline
    13:25
bottom
    39:7
break
    38:18,21
    50:11,13
Brian
    58:5 71:13
bridge
    6:4 31:6,8,
    10,14,21

34:25 35:2,
    10,20 36:20
    37:23 38:9
    39:4 40:6,
    11,20,24
    41:6,10
    42:17,23
    43:4,8 45:4,
    12,21 51:1,
    18 56:7 57:1
    63:15 64:24
    67:9 69:25
    71:8,16
    74:13,23
    77:2 78:15
    81:1
bridges
    36:15
brief
    14:4 76:22
brother
    63:11 64:12
brought
    6:5 76:3
bus
    70:22
business
    14:7
bust
    56:7

**C**

call
    24:8,9 27:20
    29:16 56:24
    61:23,24
    69:1,6,7,9,
    15,16,18
called
    20:22 22:7
    52:1 57:8
camera
    5:5
car
    24:2 30:14

Carlos
    56:16 57:12
    77:7
carrying
    16:23
case
    13:24
cell
    11:25 12:1,
    4,21 20:10,
    13,14,22
certain
    53:24 54:1
CERTIFICATE
    79:1 80:1
certify
    79:6 80:4,11
    81:4
charge
    34:6
charges
    34:8
Chavez
    56:16 57:13
    77:7
check
    12:12 47:1
    71:20,22
    72:13,16,21
checks
    58:15
child
    14:9,13
children
    13:16,18,22
    14:3
Choice
    25:7
Christine
    61:25
cigarette
    62:23
city
    17:2 27:3
    46:20
claims
    34:8

Nicholas Ford
February 04, 2025

clean
  18:17 22:10,
  21
cleaning
  18:3,16,17
  22:18
client
  45:8
client's
  75:12
Climb
  22:21
climber
  20:10
clock
  20:20 26:5
closed
  30:23
co-worker
  35:6 70:16
co-worker's
  35:7
co-workers
  48:7 62:24
  63:7,25
  64:10
Coates
  52:6 53:1
cock
  60:2
colleague
  64:18
colleagues
  62:25
collected
  77:24
colors
  64:21,23
come
  26:8 40:3,23
  54:4,5 62:18
  70:16 71:7,
  15,19,22
  72:12
commercial
  22:13

commission
  79:15 81:25
companies
  32:16,22
company
  18:2 20:2,9,
  25 21:22
  22:6,9 23:1,
  24 24:12,17
  25:8,11,21
  26:15,20
  30:22 35:13,
  15,17 36:11
  47:9,22
  56:11 62:13
  63:14,16,23
  65:9 76:4,5
compensate
  59:12
Compensation
  34:19
complain
  77:8,11
complained
  62:9 77:14
complaint
  40:10,19
  74:7,14,22
  76:5
complaints
  40:4,5 75:22
  76:2 77:18,
  22
complete
  78:16
Compound
  45:16
concluded
  78:24
concrete
  37:24 56:7,
  8,10
cones
  56:1
confidential
  15:14

connected
  80:15
Constas
  76:4
construction
  18:18 35:16,
  21,22
contact
  62:3
context
  51:12
controlled
  16:22
conversation
  48:3 67:4,7
  69:12,13
  70:25 72:18,
  25
convicted
  14:19
conviction
  14:24
convictions
  17:11
cool
  60:19
copy
  39:21
correct
  7:19,20 28:1
  38:4 52:17,
  19 63:20
  66:25 67:11
  68:7
counsel
  80:14
counseling
  65:3
Counselors
  5:8
COUNTY
  5:1 79:4
  80:2 81:16
couple
  6:20,23 66:5
court
  5:2,6 6:21

7:13
cousin
  63:13 64:12
cracks
  37:23
Craigslist
  19:8 28:11,
  15 32:13
crime
  14:19 15:1
criminal
  17:11
current
  8:16 10:4
  11:13 12:1
  14:9 19:12
  34:6
Curtis
  21:9
cut
  25:15 26:8

D

dad
  59:20
Dallas
  17:7
Danielle
  19:14
date
  9:22 13:9,10
  18:4 24:23
  27:10 42:5,
  15 46:16
  71:19
DATED
  80:20
day
  27:15,24
  33:6 43:1
  50:17 53:25
  54:12 70:6
  71:4 72:7
  79:11 80:20
  81:19

Nicholas Ford
February 04, 2025

days
66:5,10
72:19,24
73:24 74:1
78:13
daytime
56:25
December
21:19
decide
35:19
declared
17:17
Defendant's
41:13
Defense
42:20 68:11
74:3 76:18
definition
49:2,19
dental
19:18 21:14
department
61:15,17
deponent
5:4,6 81:6
Deponent's
5:3
deposition
5:9,16 6:6,
10,15,16
7:19 8:9,14
80:1,6 81:2
describe
18:12 37:21
43:10 53:14
described
32:8
Desmond
52:5,25 60:9
61:10 63:12
Destin
37:13,16,22
38:3 54:19,
22
different
27:16 30:5

35:13 51:13
disability
34:21
disciplinary
19:24 22:2
23:18 26:17
29:20 45:13
disclose
16:4
discrepancies
77:22
discriminatio
n
77:19
discuss
46:25 69:1
discussed
46:23 58:14,
16 64:8
displays
5:4
diswasher
28:23
divorce
34:5
document
12:18 39:3
41:16,17,23
42:1 66:12,
14 67:3,19
68:16 75:1,
2,5,20,25
76:1,9,13,15
documented
69:5,13
documents
8:13 12:15
39:10,16
42:13,14,15,
18 67:19
doing
52:4 55:15
58:23 59:2
64:22
dollar
48:8,9

dollars
18:23 20:17
22:24 25:18
29:1 33:19
36:18 37:5,6
draw
75:11
drive
8:17 56:2,
11,13
drove
30:25
drugs
7:21
dry
56:9,10
duly
5:24 79:8
80:8
duties
18:12,16
36:13

_____

E

easier
6:23
easily
49:21
edge
25:15
EE
76:12
EEO
42:20 76:4,
12
either
80:12
Eloy
47:4 51:25
emergency
56:24
employed
17:25 43:3
employee
40:8 41:4
47:2 68:12

76:18 80:13
employees
51:8 53:3,
15,16,21
54:1 55:2,
14,21 56:15
employer
26:25
employment
19:9 25:3
28:12 31:2,8
32:12,18
33:3 34:25
35:1 37:10
45:11 65:11
68:12
entire
43:3 75:8,25
equipment
56:6
evaluations
64:25
event
15:8 16:5
Everybody
51:13
evidence
70:2
ex-wife
14:2
exact
73:7
exactly
13:10 58:9
Examination
6:1 76:23
78:23
examples
48:14
excuse
24:15 26:22
exhaust
22:10,21
exhibit
38:25 41:13
42:20 68:11
74:3 76:18

Nicholas Ford
February 04, 2025

**experience**
  46:21 47:6
  77:5
**expires**
  79:16 81:25
**explain**
  20:11 45:7
  55:25 56:18,
  22
**explained**
  48:25
**explanation**
  7:11
**explicit**
  60:23
**expressed**
  14:1
**extra**
  57:7

—————

**F**

**facts**
  70:2
**failure**
  16:18
**fair**
  43:18,21,23
  71:23
**fairly**
  57:18
**family**
  14:7
**far**
  24:11,16
  30:12 53:15
**farm**
  59:20
**February**
  28:21 30:19
  35:3 36:6
  42:5 46:15
  50:19 51:10
  57:25 58:10,
  12 73:12
  79:11 80:20
  81:3

**feel**
  46:6,11
**Felancio**
  35:8
**Feliciano**
  51:25 56:16
  57:12 63:4,
  13 77:6
**felt**
  45:13,21
**fiber**
  20:13
**field**
  59:24
**figure**
  46:4
**figuring**
  44:25
**file**
  33:20 74:7
**filing**
  34:5 40:4,
  10,19
**fill**
  24:19,20
  25:3 76:6,10
**financially**
  80:15,18
**find**
  19:7 24:25
  28:8 30:24
  35:4
**fine**
  16:15
**Fire**
  59:6
**fired**
  54:14 55:6,9
  58:22 70:7,
  17
**first**
  5:24 6:21
  17:4,5 25:7,
  17 40:1
  41:17,22
  42:6 47:1
  62:3

**five**
  49:9 72:24
  74:1 78:13
**five-minute**
  38:21
**fix**
  46:24 47:25
  56:25 66:22
  67:13 68:7
  71:22 72:16,
  20
**fixed**
  68:2 73:22
**Florida**
  5:1 23:23
  26:24 30:13,
  16 37:13,17,
  22 38:3
  79:3,15 80:2
  81:14,24
**focusing**
  73:13
**follow**
  74:6,12,21
  75:21
**following**
  74:22
**follows**
  5:25
**food**
  50:4 52:3,16
  53:8 54:25
  55:17
**Ford**
  5:20 6:8,9
  41:16 66:13
  78:23 79:7
  81:1,2,10
**form**
  14:10,15,22
  18:14 24:13
  28:5,9
  31:15,22
  34:4,13
  39:18 40:12,
  16 43:20
  44:1,8,15,22

  45:6,15
  48:17,22
  53:4,18 54:2
  56:8 59:3
  61:19 62:19
  63:9 67:14,
  23 69:10
  70:20 72:9,
  22 74:9,17,
  24 75:24
  76:5,6
**Fort**
  10:2
**forth**
  9:25 80:8
**found**
  27:16
**free**
  72:17
**Friday**
  27:15,23,24
  72:12
**friend**
  59:21 63:12
  64:12
**front**
  5:5
**full**
  6:7 23:6
  25:24
**full-time**
  19:1,3 21:5,
  7 23:7 26:1
  29:8,10
**funny**
  58:15

—————

**G**

**gain**
  61:16
**gap**
  32:7
**gave**
  24:12 28:3
  51:2,22 52:9
  54:24

Nicholas Ford
February 04, 2025

gears
  34:24
general
  16:11 36:12
  37:20
Generally
  16:15
George
  66:17 68:21,
  22 72:5
get along
  43:24
getting
  14:3 46:23
  52:16 68:25
girders
  37:24
girl
  60:1
girlfriend
  64:2,3
girls
  59:25 61:3
give
  7:10 16:16
  43:12 51:4,
  12 52:13
  65:10 71:7
given
  7:6 8:5
  39:3,16,21
  50:21 51:9
  53:2 54:22
  80:10
giving
  7:9 42:14
  50:6 56:21
going
  6:5 10:20
  12:13,19
  13:21,25
  14:8 15:11,
  25 24:3
  27:17 28:15
  30:5 31:7
  34:24 41:19
  46:24 47:25

48:4 62:13,
  14 64:15
  65:18 66:4,6
  69:15 71:21
  75:25 78:21
good
  59:23
graduate
  17:22
grandma
  9:19
grandma's
  11:25
grandmother
  10:5
grandmother's
  8:22
grew
  10:2
ground
  6:20
grounds
  15:19
group
  52:21,22,24
  53:24 54:1,
  9,16,18
  60:17
guaranteed
  26:8
guess
  27:24 30:8
  45:14
guy
  46:17,18
  52:1
guys
  57:4,5,6,8,
  11 60:17
  62:16

---

**H**

H-O-O-D-S
  22:7
hand
  5:21 79:10

handbook
  39:20,22
  40:2,9,22
  41:5 74:7,
  13,22 75:3,
  9,19 76:18
handle
  77:16
handling
  77:18
hang
  62:16
hanging
  64:2
happen
  50:12 70:24
  73:21
happened
  46:16 48:2
  50:21 52:9,
  12 58:16,18,
  24 61:1
  66:9,19 68:1
  70:13 73:16
harassment
  14:1 74:15
  75:4 76:5
hard
  7:13 11:19
Hawkins
  52:5,25 60:9
  61:10 63:3,
  8,11
head
  7:12 30:6
health
  19:18
hear
  48:6 76:25
heard
  7:5 14:5
Hello
  6:3
help
  45:8
helpful
  49:5

hey
  27:16
HH
  79:15
high
  17:20,21
hire
  41:13 42:16
hired
  36:7,10
  38:12 39:4
  43:14 46:17,
  18 51:13,14,
  16 52:5,6
  53:21,23
  54:14 55:5,
  9,14
hiring
  47:15,18
history
  16:9
hold
  36:9 62:2
holding
  5:8
home
  62:13 70:17
homeless
  30:4
homes
  22:12
Hoods
  22:7 32:23
hotel
  57:6,21
hour
  18:24 20:17
  22:24 25:18
  29:1 36:18
  37:6 59:9
  77:22
hours
  19:4,6 21:2,
  4 23:8,10
  24:18 26:2,7
  29:11,13
  38:5,7 50:7

Nicholas Ford
February 04, 2025

56:22 57:7,
19,22,24
58:11,14
59:7,12
66:21,22,23,
24 67:11,13,
22 68:8
71:20 73:6,
16,19 77:24
78:3,9,12,17
**house**
8:22 11:21,
22
**houseline**
11:21
**HR**
60:21 61:15,
17,22 62:8,9
76:11
**hurt**
38:11

**I**

**I.d**
81:21
**I.D.**
5:4
**idea**
6:13 53:10
65:21
**identification**
5:3
**identify**
16:19
**identity**
5:7
**iffy**
64:15
**illness**
8:1
**immediately**
31:13
**implemented**
55:10

**incident**
12:7 50:9
60:16,22,23
61:1 66:16
67:17,18
**including**
72:24
**income**
33:14
**increase**
22:25 36:25
37:3,9
**increases**
25:19 29:5
**indeed**
25:4 32:11,
13
**Indeed.com.**
25:2
**individuals**
64:9 77:9,13
**inform**
24:4
**information**
12:14 15:13,
21 70:17
**injury**
15:7
**instance**
55:22
**instances**
16:24,25
48:14,21
49:25 50:9
57:16
**instruct**
12:13 15:18,
25
**instruction**
50:20,25
51:2,9,22
52:10,13
53:2 54:25
**instructions**
8:4 50:23
**insurance**
19:19

**interact**
63:24
**interactions**
59:16
**interested**
80:16,17
**interview**
35:25 36:2
**interviewed**
32:21 36:4
**involve**
10:18
**involved**
80:18
**Issac**
36:3,8 38:13
39:11 42:24,
25 43:7,11
46:24,25
51:3 56:15
57:12 58:5,
17 63:4,15,
16,18 66:1,
18 70:7,25
77:6,12,21
78:7
**issue**
47:25 58:2,
17 59:9
61:14 64:13
68:7,25
72:16,20
73:2
**issued**
76:5
**issues**
19:24 22:3
23:18 26:17
29:20 43:15
44:13,20,21
45:5,8,10,13
57:24 64:4
65:11 72:14
73:15 74:5
75:22 76:7

**J**

**January**
18:6
**JD**
52:1
**job**
6:23 19:7,22
21:21 23:6,
9,16,22 24:4
25:6 27:6,7,
16,17 28:2,
8,13,17
29:14,18
30:2,7,15,
18,21,24
31:1,5 32:7,
8,11 33:11
35:21,22,23
37:19,21,25
53:14,25
54:8,10,17,
19,22 55:2
63:17,18,21
**jobs**
33:19
**joints**
37:24
**Jones**
5:13 6:2,3
12:16 14:25
41:12,18
42:19 44:2
49:6,13
52:5,25 60:9
61:10 63:13
68:10 74:2
75:10,14,18,
24 76:17
**Jose**
56:16 57:13
77:6
**July**
24:24 57:15
65:24
**June**

22:15 43:15
44:12
**June/july**
63:2
**juvenile**
16:6

---

**K**

---

**Katerina**
76:4
**Kayden**
52:6 53:1
60:10 61:11
63:3,12
**keep**
15:14 64:14
69:4,12
76:22
**kind**
7:12 44:14
**Kingsway**
8:17
**kitchen**
22:11
**knew**
62:9 63:17,
22 69:15
76:11
**know**
8:11 9:21
10:6 11:17
12:19,20
13:10 15:15,
20,25 16:11,
12,13 17:2
19:15,16
24:9,17,21
27:13,21,25
29:15 30:20
35:9,12 46:3
47:2 48:4,21
49:1 53:6,7
59:7 63:16
66:7,23 67:1
68:20 73:7
76:13

**KNOWN**
81:21
**Koates**
60:10 61:11
63:4,12
**Kyle**
23:12 24:10,
17

---

**L**

---

**labor**
36:12 37:20
**laid**
21:22
**Landscaper**
25:12
**Landscaping**
25:7
**Large**
81:24
**lasted**
13:4
**lawsuit**
6:4 34:2,3
**lawyer**
42:6
**lay**
30:6
**leagues**
64:11
**leave**
21:18 23:20
26:22 27:5,
10 30:18
57:21
**leaves**
25:15
**leaving**
21:20 23:25
24:5,21
27:14 30:1,
21
**LEE**
5:1 79:4
80:2

**left**
24:12,17
30:7,11,16
**letting**
59:6
**license**
5:7
**Linkedin**
32:14
**listed**
32:19
**little**
20:11 22:8
27:2 33:19
39:23,24
53:12,16
**live**
8:23 10:5
**lived**
8:19 9:4
10:8
**living**
10:4 30:12
**local**
32:24
**located**
23:22 26:25
27:3 29:24
**location**
16:4 37:25
38:1 73:18
**locations**
37:11
**long**
8:19 10:11
32:6 37:16
**longer**
67:8
**look**
12:14,18
32:24 33:2,
11 48:19
49:8
**looked**
33:5
**looking**
58:15 59:23

**lot**
18:17 53:21,
22 55:5
58:23 64:15
66:22

---

**M**

---

**made**
33:18 34:7
51:21 60:11
**majority**
64:8
**make**
6:20,23
14:4,14
59:11 60:4
**making**
61:4
**man**
43:13
**Mansfield**
8:17 17:6,21
**March**
48:10 52:8
55:15,16
56:20
**marijuana**
16:20
**mark**
26:11 41:12
42:19 68:10
74:2,4 76:17
**marriage**
80:12
**marriages**
13:13
**married**
10:10,23
12:24 13:2,
4,7
**marry**
10:22
**matter**
13:23 74:8
80:17

Nicholas Ford
February 04, 2025

mean
  27:8 39:25
  45:7 46:1
  49:1,22
  53:20 55:25
  56:16,18,23
  57:5,20
  58:21 64:10
  65:9,16
  69:19 71:1
meaning
  49:19
means
  43:21 46:3
meantime
  34:22
Medical
  21:14
medication
  7:22
meet
  39:9
meeting
  51:11 79:8
MEI
  35:16 47:23
  63:22
members
  53:13
message
  52:14,18,23,
  24 58:7 67:6
  68:18 73:9,
  11 74:4
messages
  73:5
met
  39:13
metal
  33:18
military
  17:15
missed
  73:6
missing
  58:14 59:13
  66:21,22

Misstates
  40:17 44:23
mix
  56:7
moments
  45:20
money
  21:23 35:22
  46:19 72:13
month
  9:9,20 11:9
  13:11 32:7,
  8,9 37:10
  38:2 71:2
  78:16
months
  37:18
mortgage
  9:12
mouth
  32:14
move
  71:16
moved
  9:6,7 23:21
moving
  9:1
mow
  25:15
multiple
  48:25

_____

N

naked
  59:25 61:3
name
  6:3,7 10:16
  13:3 19:15,
  16 21:8
  23:13 26:11,
  12 29:15
  35:7 47:2,4
  61:25 62:2
names
  11:11

need
  6:11 42:6
  56:10 57:2
  65:18 70:17
  71:15 73:19
needed
  49:7
never
  61:15 62:2,9
  63:17,22
  64:12 65:19
  70:12 76:11,
  15
newspapers
  32:24
Nicholas
  6:8 15:13,20
  16:10 78:23
  79:7 81:2,10
non-black
  46:18 57:4,
  5,8,11
Notary
  79:15 81:23
notice
  28:3 41:7
  68:12,13
noticed
  58:15
notify
  74:8
November
  9:11 68:6
  70:5 71:24
  72:6,18,25
  73:13
number
  11:17,18,19,
  21 12:2,6,
  10,17 75:17
  79:15

_____

O

oath
  5:18,25 7:18
  79:1

object
  15:12 49:10
Objection
  14:10,15,22
  18:14 24:13
  28:5,9
  31:15,22
  34:4,13
  39:18 40:12,
  16 43:20
  44:1,8,15,22
  45:6,15
  48:17,22
  51:6 53:4,18
  54:2 59:3
  61:19 62:19
  63:9 67:14,
  23 69:10
  70:1,20
  72:9,22
  74:9,17,24
  75:24
occur
  15:8,10
  46:14 50:15
  60:24
occurred
  57:14,23
October
  9:23 10:24
  68:4,5 79:16
offered
  35:21
officer
  76:4,12
official
  79:10
okay
  6:19 7:2,7,
  15 41:18
  66:5
on-site
  56:12
one
  13:4,19 17:6
  39:14 50:8
  51:5,18 53:9
  55:18 58:22

67:24 73:11
74:8 75:10,
14 78:18
**ones**
54:11
**opportunity**
71:7
**orientation**
38:8 39:12
69:19,22
**originally**
36:10
**Orlando**
37:15 54:10,
19 70:14
**outcome**
80:17
**outside**
62:11,15,17,
22,23
**owed**
73:6
**owning**
11:1

———————

**P**

———————

**p.m**
78:22
**packet**
41:14 42:15
**packets**
47:15,19
**page**
40:1 41:20
75:9,12,15,
16
**pages**
75:13
**paid**
46:19,21,22
69:2 73:19
**painting**
36:15
**paper**
65:7,15,19
66:6 78:1,2,

4
**paperwork**
24:20
**park**
56:12
**part**
39:12 42:16
63:1
**part-time**
19:1 21:5
23:6 25:24
29:8
**participating**
5:16
**parties**
5:15 80:13
**parties'**
80:14
**party**
34:1
**past**
31:25
**Patch**
37:23
**patches**
36:15
**path**
62:18
**pause**
42:8
**pay**
9:14 18:22
20:15 22:23,
25 25:16,19
27:9 28:24
29:5 36:16,
25 37:3,8
48:1 58:12,
13 68:2
72:13
**payment**
9:20
**payments**
14:13
**Pensacola**
27:1,4 70:23

**people**
50:7 52:21,
22 53:21,22
54:9,13,14,
15,18,21
55:5,6,8,9
56:22 57:2
**performance**
64:25
**period**
31:19 38:2
63:2
**periods**
32:1
**permanently**
30:23
**permission**
5:10
**person**
27:21,22
28:16 31:1
35:24 47:5
70:12 76:8
**person's**
47:7
**personally**
16:12 81:21
**pertaining**
45:10
**phone**
11:14,25
12:1,4,6,10,
12,16,21
20:10,13,14,
22 24:8
27:20 48:19
60:1 61:23
**pick**
7:13 25:15
**pictures**
60:23 61:2,
4,7
**piece**
66:6 78:1,2,
4
**place**
9:18,24

10:1,25
11:1,13 12:7
16:25 17:2
30:8,12
**places**
30:5
**plain**
64:17
**plane**
46:20
**plans**
9:1
**please**
5:20 6:6
15:16 41:22
45:7 48:23
69:1
**point**
45:3 62:7
67:12 73:24
**policies**
40:3,9,15,
18,24 41:2,
5,6,9 74:6,
12,21
**policy**
42:20 55:11,
12 75:3,19,
21
**porta-potties**
51:19
**position**
18:9 19:2,5,
13,18 20:8,
12,16,21
21:3,6,11,
18,25 22:5,
14,16,20
23:20 25:1,
10,14,25
26:6,23
27:3,5,11,
14,25 28:22,
25 29:2,6,9,
10,12,24
31:3,12
32:25 35:5
36:9,10,14

37:11,14
47:15,19
48:11
**positions**
33:2,5 36:22
47:17
**possession**
16:20,22
**preparation**
8:8,13
**previous**
27:2 70:6
**previously**
11:23
**prior**
10:4,6 13:2
15:23 16:8
20:2 22:5
31:9 35:9
43:15 44:12
47:22 63:16,
18 73:12
**privilege**
15:14,23
**problem**
56:25
**problems**
44:6,14
**procedure**
55:13,16
**procedures**
40:4
**proceeding**
5:18 34:2
**proceedings**
42:8
**process**
6:14,16
**produced**
5:6
**professional**
60:13 80:23
**proffer**
49:16
**project**
71:17

**promotions**
18:19 20:25
23:4 25:21
36:19
**proof**
5:7 67:25
69:13 73:23
**property**
9:12
**protection**
10:21
**provide**
49:2,3,18
**provided**
12:15
**provider**
12:4,22
**Public**
79:15 81:23
**put**
13:3 20:13
66:6
**putting**
41:7

_____

**Q**

**qualifications**
47:8,11
**question**
6:12,25 7:1,
4,5 14:5
15:15 31:17
34:14 41:22,
25 45:9,17
46:4,9 47:10
48:23 49:12,
14,20 59:5
74:11,18
**questions**
7:23 49:17
76:19 78:20
**Quickbooks**
20:23
**quickly**
49:20

**quit**
48:7 53:22
54:15 69:24
70:2,3

_____

**R**

**racial**
60:3
**raise**
5:20 48:8,9
**ran**
44:13
**range**
75:12
**rate**
18:22 20:15,
18 25:16
28:24 36:16
48:1
**RCP**
18:1
**Re-modeling**
18:3
**react**
60:14
**read**
78:21
**reading**
40:2
**real**
29:15
**reason**
21:20 66:7
**reasons**
30:1
**recall**
17:10 31:24
42:12,14,18
67:3,4 75:20
76:1,9
**receive**
19:17 20:24
21:10,13
22:25 23:3
25:19 26:14
29:17 36:19,

25 37:4,8
64:25 65:2,5
**received**
18:19
**receiving**
33:15
**recently**
9:5
**recess**
38:22
**recognize**
41:20
**recognizes**
41:16
**record**
6:7 38:24
42:7,10 78:3
80:10
**referring**
56:14 57:10
73:8,10,11
**refuse**
72:2
**refused**
72:1
**regarding**
40:4,5,10,
19,25 41:6,7
48:15 50:9
52:15 53:7,
13 55:17
58:1 59:9
60:3 65:11
66:16 67:22
74:5,7,14,
16,22 75:4,
21 76:6
**reiterate**
48:23
**related**
80:12
**relationship**
43:6,11 63:6
**relative**
80:13
**relevance**
13:22

Nicholas Ford
February 04, 2025

relevant
 13:24 14:8
remarks
 59:22
remember
 9:5,9 10:7
 11:7 12:10,
 16,21 13:6,
 9,11 23:13
 24:11,16
 26:12 31:11,
 12,18,24
 32:1 35:18
 36:4 52:7
 58:8 62:1
 65:21,22
remotely
 5:1,9,19
 79:7
rent
 9:14,18,20
 11:4
renting
 11:1,3
Repair
 36:15 37:23
repeat
 7:1 40:7
 41:25
report
 60:20 61:14
 80:6
REPORTED
 5:1
reporter
 5:2,6,15
 6:21 7:13
 80:23
REPORTERS
 80:1
reporting
 5:17 74:14
reports
 77:18
represent
 6:4

requested
 69:6
requesting
 40:25
required
 78:8
residence
 10:12
resident
 11:20
residential
 11:14 22:12
resisting
 16:21 17:13
resolve
 73:2,15
respect
 43:12
responds
 69:1
response
 7:10
responsibilit
ies
 18:13 20:12
 22:19
responsibilit
y
 25:13
responsible
 9:18 11:4
 77:18
restaurant
 28:19
restroom
 50:3,14,16
 51:1
resume
 32:15 47:8,
 11
retaliated
 58:20
retirement
 21:15
review
 8:12 39:17,
 22 40:8,9,

 22,23 41:4,5
 47:18
reviewed
 47:7,11,14
right
 5:20 10:20
 11:22,24
 14:8 57:1
 67:18 68:24
 69:23 72:11
Road
 6:4 12:8
 31:6,8,10,
 14,20 34:7,
 25 35:2,10,
 20 36:20
 38:9 39:4
 40:5,11,19,
 24 41:6,10
 42:16,23
 43:4,8 45:4,
 12,21 63:14
 64:24 67:8
 69:25 71:8
 74:13,23
 77:1 78:15
 81:1
role
 18:13 36:7
roof
 22:22
room
 57:6
Roughly
 33:9
Rubio
 79:14 80:4,
 23
Ruiz
 35:8 36:3,5
 38:13 43:16
 44:7,14,20
 45:5,11,23
 47:24 48:15
 50:10 52:2
 54:24 56:15
 62:11 63:4,
 19 66:18

 77:6 78:7
rule
 53:7
rules
 6:20,23
running
 21:23
Ryan
 48:5 58:17
 59:19,25
 63:17 66:17
 70:18 77:12,
 21
Ryder
 21:9

_____

       S

SAITH
 81:6
sat
 60:17
saying
 16:3 30:7
 51:15 55:10
 69:14 71:25
says
 68:24 69:18
 70:4 76:2,12
SBR
 76:3
school
 17:20,21
 69:21,22
scrap
 33:18
screen
 39:1 41:19
 42:2 68:14
scrolling
 75:6
seal
 79:10
second
 17:6
section
 75:10

Security
  34:16
see
  5:2 13:23
  38:25 41:23
  42:1,25
  47:15,19
  59:6 62:11,
  22 66:12,14
  68:15 75:1,
  2,5
seeing
  67:3 75:20
  76:1,9
send
  52:15 56:1,2
  70:22
September
  20:5
served
  17:14
set
  53:17 56:5
  80:8
sexual
  75:4
shake
  7:11
share
  15:21 41:19
  68:14,25
shift
  29:16
short
  38:22 71:21
  73:20
show
  26:7 41:16
  59:25 64:21
  67:24 70:5
  72:6,7 73:17
showed
  61:7 73:22
showing
  60:22 61:2,4
  64:22

shut
  30:22,23
side
  33:19
sign
  42:15 78:8,
  12,16
signature
  39:6 42:4,11
signed
  39:10
signing
  42:12
simple
  64:17
sir
  6:18 7:16
  8:3,6,10,15
  9:13,16,22
  11:12 12:9
  13:15 17:23
  18:21 19:20,
  23,25 20:19
  21:1,17
  22:1,4 23:2,
  5,17,19
  24:22 25:5,
  20,23 26:18,
  21 27:19
  29:4,7,21,23
  31:4 32:23
  33:13,22,25
  34:10,17,23
  36:24 38:10,
  16 39:8
  40:14 43:5,
  9,17 47:13,
  20 48:13
  49:22 54:13
  59:10,14
  60:7 61:8,
  13,18 65:1,
  4,13 68:9,15
  72:4 77:3,23
sit
  55:24 56:9
  57:6

site
  38:1 53:14,
  25 54:12,17
  55:3
sites
  18:18 32:11,
  19 33:11
sitting
  70:15
situation
  53:14
slave
  59:22
sleeping
  24:2
slept
  30:13
slowing
  57:1
slurs
  59:22 60:3
  61:4
smoke
  62:23
smoothly
  6:21
Social
  34:15
Southern
  6:4 12:8
  31:6,8,10,
  14,20 34:7,
  25 35:2,10,
  20 36:20
  38:9 39:4
  40:5,11,19,
  24 41:6,10
  42:16,23
  43:4,8 45:4,
  12,21 63:14
  64:24 67:8
  69:25 71:8
  74:13,23
  77:1 78:15
  81:1
speak
  38:11

specific
  53:25
specifically
  47:12 51:4
SS
  81:15
standing
  50:6
start
  14:25 18:4,9
  20:4 22:14
  25:8 28:20
  35:1 48:11
  50:18 59:1
  69:21
started
  20:1,9,18
  22:17,23
  25:17 31:13,
  20 38:9 43:7
  44:19 47:15,
  19 52:4
  55:15 58:22
state
  6:6 79:3,15
  80:2 81:14,
  24
stated
  50:10
statement
  42:21
statements
  60:4,12
stay
  9:15 10:11
  29:2 30:8
stayed
  10:6 30:13
staying
  10:9,17,25
  11:2,14,22
stenographica
lly
  80:6
step
  15:11

stop
  24:23
stored
  77:25
straight
  39:15
stuck
  57:7
stuff
  14:7 30:14
  51:19 58:23
  59:1,7,22,24
  60:2,14 61:3
  64:15 77:16
submit
  19:9 28:12
  31:2 32:15
  76:7
submitted
  33:8
subscribed
  81:18
substance
  16:22
suffer
  7:25
Sunday
  72:11
Supervisor
  19:12 23:11
  26:10 29:14
  42:22 43:2,
  12,25 45:22
  46:7,12
  48:16 50:1
  57:17 59:16
  65:10 74:6,
  16 75:23
Supervisor's
  21:8
supervisors
  64:10 77:15
support
  14:9,13
supposed
  78:12

Supposedly
  38:7
sure
  6:23 15:12
suspend
  65:18 66:4,6
suspended
  65:14,20,25
  66:3
suspending
  66:8
swear
  5:10
switch
  34:24
sworn
  5:24 7:18
  79:8 80:8
  81:18
systems
  22:10,21

————————

T

T-MOBILE
  12:5,23
take
  5:11 6:5,22
  16:25 38:20
  56:6
taken
  6:9,17 7:21
  38:23 81:3
taking
  6:15
Takus
  68:22
talk
  6:11 8:8
  14:2 16:14
  42:6 48:5
  58:1,4,6
  62:6,8 66:15
  69:4,16
  70:18 71:12
talked
  8:12 47:24

58:7 66:17,
  18,19 71:6
talking
  6:13 11:20
  47:3 55:4
  59:19,20
technician
  18:11 22:18
telephone
  11:17,18
tell
  7:18 8:16
  12:17 16:10
  22:8 23:24
  52:2,20
  60:15 64:16,
  19,20 70:16
  71:19 72:14,
  15 77:17
telling
  58:24
ten
  31:25 54:9
terminated
  70:11
termination
  68:11,12
testified
  5:25
testify
  8:2
testimony
  5:11 40:17
  44:23 80:7,
  10
Texas
  5:4,7 8:17
  9:25 15:8,10
  16:25 23:21
  24:3 29:25
  62:14
text
  52:14,15,18,
  22,24 58:7
  67:6 68:18
  69:4,17,19
  73:5,8,11

74:4
Thank
  76:21
thing
  73:1
things
  16:12
think
  49:4 61:25
thought
  50:1
thousand
  33:9
thread
  74:4
three
  10:13 66:10
throwing
  56:3
ticket
  70:22
time
  9:2,6,10
  11:5,8 12:7,
  11,22 13:23
  15:6 17:24
  26:10 29:3
  30:9 32:6,
  10,16,25
  33:8,12,14,
  16,21 36:17
  37:19 39:10,
  13,17 40:25
  43:2,3,14,
  19,25 45:11
  46:18 48:1,
  10,12 52:7
  54:22 55:3,
  4,7,19
  56:12,24
  58:22,23
  61:5,9,12
  62:13,25
  63:1,2 65:14
  66:21,23
  67:17,22,24
  68:1,6

Nicholas Ford
February 04, 2025

69:22,24
71:12,18
72:1,3,7
73:13,25
76:20 78:14,
18
**time-frame**
33:23 65:22
**times**
32:4 33:24
48:25 49:9
51:14 67:25
78:11,16
**timesheet**
67:20 78:1,
4,9,12,17
**today**
6:6 7:23
8:9,14
**told**
24:1 27:16
39:14 46:22
51:15 64:14
67:7,10
70:12,22
73:19
**tools**
56:6
**top**
22:21
**tours**
20:14
**tower**
20:10
**Towers**
20:3 32:23
**traffic**
57:1
**training**
38:14
**transcript**
80:9 81:5
**traveling**
30:4
**treated**
45:14,22
46:2,6,10,11

50:1
**treating**
48:15 57:17
**trip**
78:15
**truck**
50:6 55:24
56:3,9,11
70:15
**true**
64:21,23
80:9 81:5
**truth**
7:18
**try**
59:8,11 73:1
**trying**
43:23 44:11,
18,25 45:1,
19,25 46:4,5
53:10 69:21
**two**
17:4,7 47:17
54:19
**two-weeks**
41:7
**type**
7:25 19:21
20:24 21:10,
15 23:3,15
24:19 26:14
32:11 33:14
38:14 43:6
44:6,13
50:20 59:15
65:2,5,10
74:14 76:6
**types**
59:1 60:12

**U**

**undergone**
6:15
**undersigned**
79:6

**understand**
6:25 7:17
8:4 31:16
43:21,22
44:4,16,24
45:9,17 46:1
48:24 49:7,
11,16,22
59:4 74:18,
20
**understanding**
44:10,17
45:1,18,24,
25
**understood**
7:6
**underwent**
38:15 74:15
**unemployment**
31:19 32:2,9
33:20,24
34:12
**unfair**
49:1,17,19,
23
**unfairly**
45:14,22
46:2,3,7,11
48:16 50:2
**unlawful**
75:4
**unlawfully**
16:23
**unpleasant**
59:16
**ups**
26:14

**V**

**valid**
5:7
**verbal**
7:10 52:14
65:3,17
**verbally**
65:8

**VIIS**
28:19
**violate**
16:3,17
**violating**
15:16,22
**virtually**
5:11
**visual**
21:14

**W**

**wage**
77:22
**wait**
71:22
**waiting**
70:15 72:20
**Wakeem**
56:17 57:12
77:7
**walk-ins**
32:13 33:11
**walked**
30:25
**Walmarts**
18:3
**want**
6:19 10:18
13:3 14:1,6
16:2,8 50:8
53:12
**wanted**
69:16
**wanting**
8:11
**warning**
65:10
**warnings**
65:6
**watching**
56:11
**water**
57:8

Nicholas Ford
February 04, 2025

**way**
62:18 80:16
**weapon**
16:23
**week**
19:4 21:3,4
23:8,10 26:3
29:11,13
33:19 38:5,
6,7 47:1
54:20 70:9
78:11,13
**weekend**
72:24
**went**
53:13 54:16
**whatnot**
16:16
**whatsoever**
13:24
**wife**
10:10,22
11:2
**wife's**
10:16
**wires**
20:14
**witness**
5:10,19,24
38:19 79:10
80:7,10
**word**
32:14 49:2,
17 76:25
77:4,9
**work**
19:5 22:6
23:8 25:6
26:7 28:17
29:11 31:5,9
32:11 33:3
35:17 36:22
37:12,16
38:6 39:15
44:5 50:4,5
52:3,16 53:8
54:4,5,6

55:1,18,23
57:2,4,5
62:12,15,17,
22 63:14
64:3,6,7,17,
19 66:11,24
67:13,16,21
70:5,6 71:8,
15,18,25
72:1,2,3,6,
19 73:1,14,
25
**worked**
18:20 21:3
26:3 35:13
37:15 42:23
47:9,21
53:24 54:7,
12,17 63:18
67:25 71:4
**workers**
54:4,6,7,11
**Workers'**
34:18
**working**
18:4 20:1,4
23:1 24:23
28:20 31:9,
13,20 35:9
37:22 38:1
43:7 45:3
46:8,12
54:22 55:2,
18 59:8,23
62:16,25
63:15 64:13
67:8 72:17
77:1 78:14
**worksite**
51:20
**worth**
9:25 10:2
**write**
26:14
**write-ups**
19:22 21:24
23:15 29:17

**writing**
24:20 27:18
65:7
**written**
48:20 65:5,
10
**wrong**
69:16

---

**Y**

---

**year**
9:8,10 13:5
16:16 18:7
20:6 32:5
**years**
8:21 10:13
16:11 31:25
**yesterday**
70:5 72:6

---

**Z**

---

**Zephyr**
20:3
**Zoom**
5:12,19 79:8