# EXHIBIT 4

1        UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF FLORIDA
2

3   NICHOLAS FORD and
    ALONZO HAWKINS,
                                        CASE NO.:
4        Plaintiffs,                    3:24-cv-00404-MCR

5   v.

6   SOUTHERN ROAD & BRIDGE, LLC,

7        Defendant.

8   _____/

9              D E P O S I T I O N

10                   o f

11             ESEQUIEL RUIZ,

12       taken on behalf of Plaintiff

13

14       DATE:         April 17, 2025

15       TIME:         2:02 p.m. to 4:25 p.m. Eastern

16       PLACE:        - VIA REMOTE VIDEOCONFERENCE -

17       BEFORE:       Dawn A. Hillier, RMR, CRR
                       Stenographic Reporter
                       Notary Public - State of
18                     Florida, at Large

19       JOB NO:       39561

20

21

22

23

24

25

```
 1    APPEARANCES:   ALL PARTIES ATTENDING REMOTELY

 2


 3    ON BEHALF OF PLAINTIFF:

 4         DANIEL J. BARROUKH, ESQUIRE
           DEREK SMITH LAW GROUP, PLLC
 5         520 Brickell Key Drive, Suite O-301
           Miami, Florida 33131
 6         (305) 946-1884
           danielb@dereksmithlaw.com
 7


 8
      ON BEHALF OF DEFENDANT:
 9
           ANNA URIE, ESQUIRE
10         CHARLOTTE MANAPAT-NGUYEN, ESQUIRE
           COLE, SCOTT & KISSANE, P.A.
11         500 N. Westshore Boulevard, Suite 700
           Tampa, Florida 33609
12         (813) 864-9324
           anna.ruie@csklegal.com
13         charlottemarie.manapat-nguyen@csklegal.com

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                          INDEX                    PAGE

 2   WITNESS - ESEQUIEL RUIZ                            5
     EXAMINATION BY MR. BARROUKH                        5
 3   CERTIFICATE OF OATH                               82
     REPORTER'S CERTIFICATE                            83
 4

 5                         EXHIBITS

 6   Exhibit 1    Time sheets                          33

 7   Exhibit 2    Transcript of George Pappas,         43
                  rough draft
 8
     Exhibit 3    Text screenshot between              54
 9                Roach and Isaac

10   Exhibit 4    Isaac/Roach and others text          56
                  stream
11
     Exhibit 5    Declaration of Dezmond Jones         58
12
     Exhibit 6    Text message stream                  68
13
     Exhibit 7    Employee Termination Notice,         76
14                Nicholas Ford

15   Exhibit 8    Employee Termination Notice,         78
                  Alanzo Hawkins
16

17

18

19

20

21

22   CERTIFIED STENOGRAPHER'S NOTE:  Exhibits retained by
     counsel.
23

24

25
```

1

2                REPORTER'S KEY TO PUNCTUATION:

3          --  At end of question or answer references

4              interruption.

5          ...  References a trail-off by the speaker.

6               No testimony omitted.

7          "Uh-huh" "Um-hum" References affirmative sound.

8          "Huh-uh" "Um-um"  References negative sound.

9

10

11    CERTIFIED STENOGRAPHER'S NOTE:  All quotations from
      exhibits are reflected in the manner in which they
12    were read into the record and do not necessarily
      denote an exact quote from the document.
13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    ESEQUIEL RUIZ,

 2   was called as a witness and, having first been duly

 3   sworn, was examined and testified as follows:

 4             THE WITNESS:  Yes.

 5             CERTIFIED STENOGRAPHER:  Thank you.

 6                    EXAMINATION

 7   BY MR. BARROUKH:

 8        Q    Good afternoon, Mr. Ruiz.  How are you

 9   doing?

10        A    Pretty good, sir.

11        Q    All right.  Is it -- so my name is Daniel

12   Barroukh.  You can call me Daniel for the course of

13   today's deposition.  I represent the plaintiffs in

14   this matter, Nicholas Ford and Alonzo Hawkins.  And

15   Ms. Anna Urie represents Southern Road & Bridge;

16   okay?

17        A    Yes.

18        Q    All right.  Is it all right if I refer to

19   you as "Isaac" for the purposes of today's

20   deposition?

21        A    Yes, sir.

22        Q    Okay.  Isaac, have you ever been deposed

23   before?

24        A    No, ma'am -- no, sir.  I'm sorry.

25        Q    No worries.  So there are just a few
```

Deposition of Esequiel Ruiz                    Nicholas Ford and Alonzo Hawkins v. Southern Road & Bridge LLC

1    ground rules I want to go over with you for today's

2    deposition with the goal of making this as quick and

3    efficient as possible.  My goal is not to keep you

4    here for as long as possible or go on and on.  My

5    goal is to get information that you have and move on

6    with the case; okay?

7         A    Yes, sir.

8         Q    All right.  The first ground rule is

9    because we do have a court reporter here who is

10   taking down everything we're saying, I ask you

11   provide audible answers; meaning you say yes or no

12   rather than um-hum or uh-huh or shake your head to

13   provide a response.  Does that make sense?

14        A    Yes, sir.

15        Q    All right.  And the second and most

16   important rule is, again, because we have a court

17   reporter here today, I ask that you allow me to

18   completely finish my question, even though it may

19   run on a little bit, and I promise I will give you

20   as much time as you need to completely respond to

21   the question; okay?

22        A    Yes, sir.

23        Q    If we interrupt each other, the court

24   reporter will not be able to take us both down at

25   the same time and it may ruin the record.

1    Understood?

2          A    Yes, sir.

3          Q    All right.  Now, are you represented by an

4    attorney today at this deposition?

5          A    No, sir.

6          Q    Okay.  Were you made aware of any right

7    you had to get an attorney to be present with you

8    for today's deposition?

9          A    Yes, sir.

10         Q    Okay.  And where are you proceeding with

11   today's deposition?  Where are you sitting right

12   now?

13         A    I'm in my truck right now at work.

14         Q    Okay.  And is that in Texas?

15         A    Yes, sir.  It's in Fort Worth.

16         Q    In Forth Worth, Texas.  Okay.  And is

17   anybody else in the car with you?

18         A    No, sir.  I'm alone.

19         Q    Okay.  Understood.  And for the purposes

20   of today's deposition, if there is any document I

21   would like you to look at, I will present to you and

22   show you before I ask you questions about the

23   document.  I'm going to ask you to not look at

24   anything else on your phone or otherwise; okay?

25         A    Yes, sir.

1    Q    Okay.  And, again, like I said, my goal is

2    not to drag this on for as long as possible, but it

3    may take a few hours.  In the event it does take a

4    few hours, you are allowed -- I want to let you know

5    that you can ask for breaks, you can ask to get

6    water, use the restroom, whatever you need.  I just

7    want to make clear that you cannot ask for a break

8    during a sitting question or during a line of

9    questioning.  Does that make sense?

10    A    Yes, sir.

11    Q    Okay.  Is there anything --

12    A    There is a -- so I'm at work right now and

13    I'm doing a -- it's a pretty important job right now

14    and I'm actually losing money, so I'm just trying to

15    keep this as short and simple as we can, please.

16    Q    Listen, Isaac, I understand your situation

17    but I also need you to understand that your

18    testimony today is very important for the purposes

19    of this case.  This deposition was court ordered as

20    it was subpoenaed and approved by the parties.  So I

21    understand your desire to go back to work and that

22    it may be losing money, but I want to make this go

23    as quickly as possible as well; okay?

24    A    Yes, sir.

25    Q    All right.  Now, is there anything that's

1   preventing you from testifying clearfully,

2   truthfully, or honestly here today?

3        A    No, sir.

4        Q    Okay.  Are you on any medication that may

5   interfere with your testimony?

6        A    No.

7        Q    Okay.  And did you do anything to prepare

8   for today's deposition at all?

9        A    No, sir.

10       Q    Okay.  Have you spoken to anybody, whether

11   it's my clients or anybody from Southern Road &

12   Bridge about this matter?

13       A    No, sir.

14       Q    Okay.  Now, I want to talk to you,

15   obviously, you're at work, but you don't work for

16   Southern Road & Bridge anymore; correct?

17       A    No.

18       Q    Okay.  Where do you currently work?

19       A    I work -- actually, I'm doing my own line

20   of work, my own contracting deal, framing and

21   pouring concrete.

22       Q    Okay.  And in between working for Southern

23   Road & Bridge and having your own company, have you

24   worked at any jobs in between?

25       A    Yes.

1    Q    Okay.  So first, I would just like to ask

2  what the name of your company is and then we'll go

3  back.

4    A    Ruiz Remodeling.

5    Q    And are you the CEO?  Are you a sole

6  proprietor?  Do you have a title for Ruiz

7  Remodeling?

8    A    No.  No.  It's just self-proprietor.  Just

9  myself.

10    Q    Okay.  Understood.  And how long have you

11  been working for -- as your own boss, I guess, at

12  Ruiz Remodeling?

13    A    For about two months.

14    Q    Okay.  And where did you work prior to

15  Ruiz Remodeling?

16    A    Trevino Construction.

17    Q    Okay.  Could you spell that for me,

18  please.

19    A    T-r-e-v-i-n-o?

20    Q    Okay.

21    A    T-r-e-v-i-n-o.  Sorry.

22    Q    Thank you.  And is Trevino Construction in

23  Texas as well?

24    A    Yes.

25    Q    Okay.  And how long did you work for

1    Trevino Construction?

2         A    About a year.

3         Q    And what position did you hold with the

4    company?

5         A    Foreman.

6         Q    And did you -- strike that.

7              Could you please tell me about your

8    separation of employment with Trevino Construction.

9         A    I just wanted to do my own business, my

10   own -- try to start my own little, you know -- my

11   own little jobs and stuff.

12        Q    All right.  Were there any issues that you

13   had at Trevino Construction with regards to your

14   employment?

15        A    No, sir.

16             MS. URIE:  Object to form.

17             THE WITNESS:  Oh, Jesus.  Excuse me.  I'm

18        sorry.

19   BY MR. BARROUKH:

20        Q    No worries.  Bless you.

21        A    It's allergies.  I'm sorry.  Thank you.

22   These allergies.

23        Q    No worries.  I can repeat the question, if

24   you would like.

25        A    No.  No, it's fine.

1    Q    Could you please tell me your answer to

2  the question one more time, then.

3    A    No, I didn't -- I just wanted to do my own

4  thing.

5    Q    Okay.  So to be clear, you were not

6  terminated from Trevino Construction?  You left

7  voluntarily to start your own business; correct?

8    A    Yes, sir.

9    Q    Okay.  And where did you work prior to

10  Trevino Construction?

11    A    Well, I was just -- I was helping a friend

12  doing framing and stuff like that.

13    Q    Okay.  Would you consider that to be

14  independent contract work?

15    A    Yes, sir.

16    Q    Okay.  And do you know if your friend

17  operated a company, or if you were assisting him

18  informally?

19    A    No.  He just -- he had his own people and

20  stuff like that to build houses and stuff, so...

21    Q    Okay.  And what was your position with

22  that company?

23    A    Just a laborer.

24    Q    Okay.  How long did you work for your

25  friend's company?

1      A    About six months, probably.

2      Q    And what made you leave -- or strike that.

3           Were you fired from your friend's company,

4    or did you choose to leave?

5      A    No.  I just chose to leave.

6      Q    Okay.  And what did you do prior to

7    working for your friend's company?

8      A    Same deal as, like, framing and pouring

9    concrete here and there.

10      Q    Additional independent contractor work.

11   Is that fair to say?

12      A    Yes.

13      Q    And how long did you do that for?

14      A    For about six, eight months.

15      Q    Okay.  And prior to that, where did you

16   work?

17      A    I think that was about it.

18      Q    So prior to that second independent

19   contractor work you told me about, you were working

20   at Southern Road & Bridge; is that correct?

21      A    Yes.

22      Q    Okay.  And how long did you work at

23   Southern Road & Bridge for?

24      A    Probably just a little over a year.

25      Q    Okay.  And what was your position at the

1  company?  And to be clear, when I say --

2      A    I --

3      Q    Sorry to cut you off.  When I say "the

4  company," I'm referring to Southern Road & Bridge.

5  I may refer to them as "SRB" or "Southern Road";

6  okay?

7      A    Yeah.  Yes, sir.  Foreman.

8      Q    All right.  And could you please tell me

9  about your responsibilities as a foreman for SRB?

10     A    Make sure that the jobs weren't losing

11  money and getting the jobs done --

12     Q    Okay.

13     A    -- on time.

14     Q    All right.  Isaac, if I'm ever looking

15  down, I don't mean to be disrespectful.  I'm just

16  taking notes; okay?

17     A    Yes, sir.

18     Q    Now, as a foreman, did you supervise any

19  staff members or team members?

20     A    Yes, sir.  My crew.

21     Q    Okay.  And what positions -- strike that.

22          How many members of your crew were there

23  on your team?

24     A    I had from six to eight.

25     Q    And did you assign these individuals

1  schedules or tasks?

2      A    Yeah.  I would assign job tasks.  Some --

3  every day was a different -- different job task for

4  everybody.

5      Q    And could you tell me about the hierarchy

6  in terms of supervisory status at Southern Road &

7  Bridge, if you understand what I mean by

8  "hierarchy"?

9      A    Are you talking about just for, like, my

10 crew or for the --

11     Q    For your crew and as well as yourself in

12 relation to any higher-ups that you reported to.

13     A    Yeah.  It was myself, I was a foreman.

14 And then I had another guy that was the lead man.

15 And then from there it was just based off whatever

16 you knew.  That's kind of where -- what position you

17 kind of managed better.  And if you were a concrete

18 finisher, I kind of had you doing more concrete type

19 of stuff.  If you were a, you know, painter, I'd --

20 you know, I'd have you doing more kind of what your

21 suit -- your strong suit was.

22     Q    So is it fair to say that you delegated

23 the tasks to your crew members?

24     A    Yes.

25     Q    And would it also be fair to say if a crew

1    member was not doing a good job, you could remove

2    tasks from them?

3              MS. URIE:  Object to form.

4              THE WITNESS:  Yeah.

5    BY MR. BARROUKH:

6         Q    You can answer the question.  When

7    Ms. Urie says, "Objection to form," she just has a

8    problem with the way I asked the question, but you

9    can still answer it unless she tells you do not

10   answer this; okay?

11        A    Yes, sir.

12        Q    All right.  So what is your response to

13   the question?

14        A    I mean, if -- if there were -- sometimes

15   if they had -- even if their hand hurted or their

16   foot hurted and they couldn't, like, pick up

17   concrete bags or pick up something heavy, well,

18   yeah, I'd put them on something, you know, lighter,

19   more -- so they wouldn't hurt themselves or...

20        Q    Understood.  And did you have the ability

21   to pull crew members off of your team for certain

22   projects?

23        A    Yes.

24        Q    Okay.  And how did you determine which

25   crew members to bring on certain projects and which

1    crew members to leave behind on certain projects?

2           MS. URIE:  Object to form.

3    BY MR. BARROUKH:

4        Q    You can answer.

5        A    I always tried to keep everybody working.

6    If I didn't have enough work for everybody, I'd take

7    some guys to go work, and the other guys I would

8    take them to the yard and go clean around and go

9    pick up trash and -- so everybody could try to get

10   some hours.

11       Q    Understood.  And when you were with

12   Southern Road & Bridge, you stated that you were the

13   foreman but above you in the hierarchy was the lead

14   man; is that correct?

15          MS. URIE:  Object to form.

16          You can answer.

17   BY MR. BARROUKH:

18       Q    You can answer.

19       A    No.  I only had a supervisor above me.

20       Q    Okay.  Thank you.

21          And what was the name of that supervisor?

22       A    Ryan Witt.

23       Q    Okay.  And what did Mr. Witt do for your

24   crew as the supervisor?

25          MS. URIE:  Object to form.

1          THE WITNESS:  He made sure that I was

2     doing my job.

3  BY MR. BARROUKH:

4     Q    I'm sorry.  Could you repeat that, please?

5     A    He made sure that I was doing my job.

6     Q    And could you tell me what that -- that

7  means, please?

8     A    Make sure the jobs were being done on

9  time, they were done to expectations, done in

10 budget.

11    Q    Do you know if Mr. Witt had a supervisor

12 or an individual that he reported to?

13    A    No, I have no clue, sir.  That was out of

14 my pay rate so I didn't ask anything like that.

15    Q    Understood.  And do you know if Southern

16 Road & Bridge had an HR team or a human resources

17 department that you could report to?

18    A    Yes, sir, I believe they did.

19    Q    Okay.  Do you know the names of those

20 individuals in the HR department at SRB?

21         MS. URIE:  Object to form.

22         THE WITNESS:  No, sir.

23 BY MR. BARROUKH:

24    Q    Okay.  You said that you worked for

25 Southern Road & Bridge for approximately one year as

1    a foreman.  How many different individuals did you

2    supervise during your -- your tenure with the

3    company?

4            MS. URIE:  Object to form.

5    BY MR. BARROUKH:

6        Q    You can answer.

7        A    I don't know, sir.  It's just people come

8    and go every day.

9        Q    Understood.  Understood.

10           Now, do you recall -- actually, before we

11   continue, prior to working for Southern Road &

12   Bridge, where did you work?

13       A    I worked for Mobile Enterprises.

14       Q    Okay.  And do you recall the time frame

15   that you worked for Mobile Enterprises?

16       A    No.  No, sir.  It's been a few years back.

17       Q    That's fine.  And I want to make it very

18   clear, for today's deposition, if you do not

19   remember or you can't recall an answer, that's fine

20   if you tell me you don't remember or you don't

21   recall.  Because if you make up an answer just to

22   make an answer, then it's not helpful for anybody.

23   So that's completely acceptable if you don't

24   remember; okay?

25       A    Yes, sir.

1    Q    All right.  Prior to working for Southern

2  Road & Bridge, did you ever hold a supervisor

3  position at any company?

4    A    Yes, sir.  Since I was 18, I was a

5  foreman.

6    Q    Okay.  And approximately how many

7  individuals did you supervise prior to joining

8  Southern Road & Bridge?

9         MS. URIE:  Object to form.

10         THE WITNESS:  About 20.

11  BY MR. BARROUKH:

12    Q    I'm sorry?

13    A    Like, over 20.

14    Q    And did you ever take any training courses

15  or complete any -- strike that -- receive any

16  certifications in supervising individuals?

17    A    Yes, sir.

18         MS. URIE:  Object to form.

19  BY MR. BARROUKH:

20    Q    And could you tell me about those, please?

21    A    We just had to go to classes and make sure

22  that we were qualified to be training people, to

23  be -- how to talk to people and how to manage

24  people, and safety-wise and OSHA requirements, and

25  everything like that.

1    Q    Okay.  And how old are you, Mr. Ruiz?

2    A    Thirty-seven.

3    Q    Okay.  And you said you started

4  supervising people since you were 18 years old; is

5  that correct?

6    A    Yes, sir.

7    Q    Now, with regards to the classes you took

8  in -- specifically for training individuals or

9  abiding by OSHA requirements, do you recall the

10  names of any of those classes?

11    A    No, sir, I don't.

12    Q    Do you remember the most recent class or

13  training you completed?

14    A    No, sir, I don't.

15    Q    Okay.  Do you know if you had to do any

16  classes or trainings for Southern Road & Bridge

17  while you were there?

18    A    No.  No, sir.  I don't remember.

19    Q    Okay.  Did you ever receive any training

20  or certifications with regards to -- strike that.

21         Did you receive any trainings from

22  Southern Road & Bridge with regards to company

23  policies of harassment, discrimination, and

24  retaliation?

25    A    Yes, sir.

1    Q    Okay.  And what do you recall from those
2  trainings?
3    A    That everybody was a worker and everybody
4  was to be treated fair no matter race, ethnicity, or
5  preferences.
6    Q    Okay.  And do you believe that during your
7  time at Southern Road & Bridge everyone was treated
8  fairly?
9         And before you answer this question, I
10  want to discuss the word "discrimination" with you.
11  So could you please tell me what you understand
12  "discrimination" to mean?
13    A    To me, discrimination is if somebody likes
14  the same gender as them or their color or anything
15  like that, you know, that you're not comfortable
16  with or you just, like, don't like that, you harass
17  them or you talk down on them, to me, that's
18  discrimination.
19    Q    Okay.  And sitting here today, do you
20  remember Southern Road & Bridge's discrimination
21  policies?
22    A    Yes.
23         (Overspeaking.)
24    Q    And -- understood.  And what can you tell
25  me about Southern Road & Bridge's discrimination or

1   antidiscrimination policies?

2        A    Just the same, that everybody had to be

3   treated equal, no matter the ethnicity, race, or

4   gender.

5        Q    Okay.

6        A    Everybody was -- everyone was to be

7   treated equal and fair.

8        Q    And do you recall during your time with

9   Southern Road & Bridge any circumstances where

10  people were not treated equally for any reason?

11       A    No.  No, sir.

12       Q    Okay.  All right.  Now, do you remember my

13  clients Alonzo Hawkins and Nicholas Ford?

14       A    Yes, sir.

15       Q    And what could you tell me about Alonzo

16  Hawkins, specifically, just Alonzo Hawkins at this

17  time?

18            MS. URIE:  Object to form.

19  BY MR. BARROUKH:

20       Q    You can answer.

21            MS. URIE:  What's the --

22            THE WITNESS:  He was --

23  BY MR. BARROUKH:

24       Q    I said, you can answer.  My question was,

25  what can you tell me about Alonzo Hawkins as a

1  person?

2      A    He was a good worker.  He had a thrive to

3  be great in life.  He was responsible.  He was

4  married.  He had a kid.

5      Q    Did you ever have a problem with

6  Mr. Hawkins on a personal level when you worked with

7  him?

8           MS. URIE:  Object to form.

9           THE WITNESS:  No, sir.

10 BY MR. BARROUKH:

11     Q    And did you ever have a problem with

12 Mr. Hawkins' work as his foreman?

13     A    No, sir.

14     Q    Okay.  Do you know why Mr. Hawkins no

15 longer -- strike that.

16          Did you continue working at Southern

17 Road & Bridge after Mr. Hawkins no longer worked for

18 SRB?

19          MS. URIE:  Object to form.

20 BY MR. BARROUKH:

21     Q    You can answer.

22     A    I don't remember, sir.

23     Q    Do you remember Mr. Hawkins no longer

24 working for Southern Road & Bridge?

25     A    Yeah.  I think he left due to a family

1    reason or something like that.

2         Q    Okay.

3         A    I'm not quite sure.

4         Q    Understood.  And to your knowledge, did

5    Mr. Hawkins ever complain of discrimination?

6              MS. URIE:  Object to form.

7    BY MR. BARROUKH:

8         Q    You can answer.

9         A    No, sir.

10        Q    All right.  And could you please provide

11   me with your understanding of the word "harassment"?

12        A    You could be verbally saying stuff to

13   people or, like, grabbing them or touching them,

14   and --

15        Q    Okay.

16        A    -- judging them because they're a

17   different race.

18        Q    Now, based on your understanding of the

19   word "harassment," did you ever see anybody be

20   harassed at Southern Road & Bridge?

21        A    No.

22        Q    Okay.  And do you -- could you please

23   provide me with your definition of the word

24   "retaliation"?

25        A    Yeah.  When somebody does something and

1  then -- that they don't like, and then other people,

2  they come back and, you know, try to do something to

3  them or talk down on them or fire them for any

4  reason.

5      Q    And did you ever see, from your personal

6  knowledge, Southern Road & Bridge ever retaliate

7  against any of its employees?

8            MS. URIE:  Object to form.

9            THE WITNESS:  No.

10  BY MR. BARROUKH:

11      Q    Okay.  Now, you previously told me that

12  Alonzo was a good worker, he was responsible, and

13  you did not have any issues with him personally or

14  his performance; correct?

15      A    Yes.

16            MS. URIE:  Object to form.

17  BY MR. BARROUKH:

18      Q    Was Mr. Hawkins -- strike that.

19            Could you tell me about Mr. Hawkins'

20  attendance for -- with regards to his work at SRB?

21      A    He was there when I needed him to be.

22      Q    Okay.

23      A    We worked nights.  And if I called him

24  early in the morning two or three hours after we

25  were in bed, "Hey, we've got to go do this, it's an

1  emergency, or we've got to go do that," he always

2  answered his phone.  He was usually the first ones

3  to be answering the phone outside.

4      Q    Understood.  And the same way you told me

5  about Mr. Hawkins, could you please tell me about

6  Mr. Nicholas Ford?

7          MS. URIE:  Object to form.

8          THE WITNESS:  The same way.

9  BY MR. BARROUKH:

10     Q    Could you please elaborate on that a

11  little, please?

12     A    Well, they're about the same way, except

13  Nicholas, it was kind of harder to reach him because

14  he lived in Pensacola.  He moved out to Pensacola

15  so, you know, if I have guys that are in the next

16  room to me, you know, that are there and ready to go

17  when I need them to, sometimes them -- those

18  emergencies, they didn't -- they couldn't wait two

19  or three hours for somebody to show up.

20     Q    Understood.  And would you say that

21  Nicholas Ford was a good worker?

22     A    Yes.

23     Q    All right.  Isaac, your connection is

24  breaking up for one second.  Could you try saying

25  something just to make sure we can still hear you?

```
 1        A     Yes.  He was a good worker.

 2        Q     All right.  That's better.

 3              Would you say that Mr. Ford was responsive

 4   when you texted him or reached out to him?

 5        A     Yes.

 6        Q     And would you say that Mr. Ford was a

 7   responsible individual?

 8              MS. URIE:  Object to form.

 9              THE WITNESS:  Yeah.

10   BY MR. BARROUKH:

11        Q     All right.  Are you familiar with an

12   individual named Dezmond Jones?

13        A     Yes.

14        Q     And could you tell me who Dezmond Jones

15   was?

16        A     He was a cousin, I believe.

17        Q     Okay.  And how do you know Dezmond Jones?

18        A     He worked for SRB too.

19        Q     Okay.  And did he work as a crew member in

20   your team?

21        A     Yes.

22        Q     Okay.  Could you describe Mr. Jones' work,

23   please?

24        A     He was responsible to me.  He was there

25   when he needed to be there.
```

1      Q    Understood.  Now, how often did Mr. Ryan

2  Witt appear on the job site with you and your crew?

3      A    He would pop up, you know, whenever he

4  needed to be there, or in case I needed something,

5  or I needed material, or something wasn't right, I'd

6  give him a call and he'd show right back up.  Or

7  he'd show up right before we went to work just to

8  give us a, you know -- a briefing of the job, what

9  we were going to do, and the dangers of the job that

10  was there.

11      Q    And at any point, did Mr. Witt receive

12  complaints -- or strike that.

13           At any point, did you receive complaints

14  from your crew members about Mr. Witt?

15      A    No.

16      Q    And did you ever hear Mr. Witt make

17  inappropriate comments to your team members?

18           MS. URIE:  Object to form.

19           MR. BARROUKH:  Off the record, please,

20      Dawn.

21           CERTIFIED STENOGRAPHER:  Yes.

22           (Off the record.)

23           CERTIFIED STENOGRAPHER:  Okay.  Back on.

24  BY MR. BARROUKH:

25      Q    Isaac, did you ever hear Mr. Witt say

```
 1   anything inappropriate to your crew or to yourself?
 2             MS. URIE:  Object to form.
 3             THE WITNESS:  No, sir.
 4   BY MR. BARROUKH:
 5        Q    All right.  Do you believe Mr. Witt
 6   behaved in a professional manner when he worked at
 7   your -- or when he appeared on your job sites?
 8             MS. URIE:  Object to form.
 9             THE WITNESS:  Yes, sir.
10   BY MR. BARROUKH:
11        Q    Now, from what you told me, you can ask
12   your crew members to appear at a job site or perform
13   certain tasks.  Were you responsible for tracking
14   your crew members' hours?
15        A    Yes, sir.
16        Q    Okay.  Was anybody else responsible for
17   tracking these crew members' hours?
18        A    Sometimes it follows -- it was really,
19   really rare, but Ryan.
20        Q    And who --
21        A    And sometimes he'd go do something besides
22   me, and stuff like that, he would write down their
23   hours.
24             He would take their time sheets and they
25   had their hours.
```

1    Q    Understood.  And who made sure that you

2  and your crew members were paid properly?

3    A    I would hand my time sheets in to Ryan.

4    Q    So just so I understand, you would collect

5  the time sheets and present them to Ryan, and you

6  would be paid based on the hours reported in those

7  time sheets; is that correct?

8          MS. URIE:  Object to form.

9          THE WITNESS:  Yes, sir.

10 BY MR. BARROUKH:

11   Q    I'm sorry.  What was your response?

12   A    Yes, sir.

13   Q    Okay.  Were you also responsible for

14 assigning the task of driving a company truck to

15 your crew members?

16          MS. URIE:  Object to form.

17          THE WITNESS:  Yes.  If they didn't have a

18      driver's license, they couldn't be driving

19      vehicles.

20 BY MR. BARROUKH:

21   Q    Was there anything else that prevented

22 these crew members from driving a company truck?

23   A    No, sir.

24   Q    Okay.  Do you know if driving the company

25 truck counted towards your hours for the week?

```
 1        A    No, sir.

 2        Q    Okay.  Would you also be able to allow any

 3   of your crew members to take a lunch break or drive

 4   to and from a job site to buy lunch?

 5        A    Yes.

 6        Q    Okay.  Would you ever deny any of your

 7   crew members the ability to buy lunch or to take a

 8   lunch break?

 9        A    No, sir.

10        Q    Okay.

11        A    We would all -- we would all go eat

12   together.

13        Q    Okay.  Now, my clients alleged in their

14   lawsuit that they were not paid all of the hours

15   that they were worked.  Do you understand that?

16        A    Yes.

17        Q    Do you know why that is a claim my clients

18   are making?

19        A    I have no clue.

20        Q    Okay.  Now, I would like to represent to

21   you that I previously deposed Mr. George Pappas

22   several weeks ago.  Do you know who George Pappas

23   is?

24        A    Yes.

25        Q    Okay.  Now, at Mr. Pappas's deposition, I
```

1  discussed time sheets that were provided to the

2  company by yourself.  Do you understand?

3       A    Yes.

4       Q    Now, at this deposition, Mr. Pappas told

5  me that a lot of the time sheets you gave to him

6  were forged and fraudulently signed.

7            MS. URIE:  Object to --

8  BY MR. BARROUKH:

9       Q    Do you understand?

10           MS. URIE:  Object to form.

11           THE WITNESS:  No, sir.  I have no

12      knowledge of that.

13  BY MR. BARROUKH:

14      Q    All right.  And I'm going to go ahead and

15  show you what I'm marking as Plaintiff's Exhibit 1.

16           (Exhibit 1 was marked.)

17  BY MR. BARROUKH:

18      Q    Let me know when you can see the document,

19  and I'm happy to zoom in or zoom out for you; okay?

20      A    Yes, I can see it.

21      Q    Do you know what this document is?

22      A    Yes.

23      Q    And what is this document?  And here is

24  the full document.

25      A    Time sheets.

1    Q    Okay.  And were you -- strike that.

2         Was this a recurring time sheet, or was

3    this an independent time sheet?

4    A    Those are independent ones.

5    Q    All right.  Did Southern Road & Bridge

6    require these time sheets be signed every day?

7    A    Yes.

8    Q    Now, as you can see, it states, "Payroll

9    must be turned in every Monday before 12:00 p.m.,

10   identify a.m. or p.m."

11        You see that?

12   A    Sir, my phone is about to die.  Let me go

13   get my charger real quick.  Hello?

14   Q    Yes.  That's fine.

15        MR. BARROUKH:  Off the record, please.

16        CERTIFIED STENOGRAPHER:  Okay.  Off the

17   record.

18        (Off the record.)

19        CERTIFIED STENOGRAPHER:  Okay.  Back on.

20   BY MR. BARROUKH:

21   Q    All right.  Isaac, I'm showing you what

22   I've marked as Plaintiff's Exhibit 1.  And, again,

23   these are time sheets throughout my clients' tenure

24   with the company.  It's 143 documents.  I'm just

25   showing you, I'm scrolling through them now, but

1  they're all time sheets.  Do you understand?

2      A    Yes, sir.

3      Q    Could you tell me what the purpose of

4  these time sheets was for?

5      A    To make sure that everybody was getting

6  paid, and that way everybody, if they wanted to see

7  their time sheets, they could see them, make sure

8  they were getting paid.

9      Q    All right.  And over here, it asks for the

10 "First and last name."  Who was that for?

11     A    For the workers.

12     Q    And on the right, it says "Employee

13 signature."  Would that be for the workers to sign

14 next to their name?

15     A    Yes.

16     Q    Okay.  And the numbers at least appear to

17 be written in the same handwriting.  Do you know if

18 the workers would individually write their time for

19 their in and out hours?

20     A    The time -- the time in and out, I would

21 fill out to make sure -- because sometimes people

22 would work different hours and stuff like that.  But

23 yes.

24     Q    Okay.

25     A    You had said that George had said that --

1    something about forging stuff.  How did you -- do

2    you have a paperwork or something showing that?

3         Q    So I do not have the transcript of the

4    deposition but I can represent to you that that was

5    his testimony.  However, I would like to show you

6    some additional documentation which may provide

7    insight on that; okay?

8              Now, for example, I'm on page number 22 of

9    Exhibit 1.  And I would like to highlight or

10   represent that that is, again, a time sheet from

11   Southern Road & Bridge that was produced to my

12   office by SRB's attorney's office.  Do you

13   understand?

14        A    Yes.

15        Q    Now, on this time sheet, there are a few

16   things I noticed about the time sheets.  First is

17   that, in Mr. Ford's last name, the "F" doesn't have

18   the second dash.  But the second thing I noticed is

19   that Alonzo's name is spelled incorrectly.  It's

20   spelled Alanzo.

21             Do you see that?

22             MS. URIE:  Object to form.

23   BY MR. BARROUKH:

24        Q    You can answer.

25        A    I can't see it on my phone.

```
1          Q    Can you see that now?

2          A    Yes.

3               MS. URIE:  Object to form.

4     BY MR. BARROUKH:

5          Q    All right.  And do you see that it is

6     spelled A-l-a-n-z-o?

7          A    Well, it appears to be an "A."  I mean, it

8     could be an "O" if it's...

9          Q    Okay.  Now --

10         A    It's hard for me to read my own

11    handwriting.

12         Q    Understood.  Now, this time sheet is dated

13    on May 18th of 2023.

14              Do you see that?

15         A    Yes.

16         Q    Now, I'm going to go ahead and scroll to

17    May 19th of 2023.  This is the next day.  It's the

18    next day's time sheet.  And I want to bring your

19    attention, again, to the "F" in Ford, the second

20    dash is missing.  And, again, it appears as if in

21    Alanzo's name, rather than an A-l-o-n-z-o, it is

22    spelled A-l-a-n-z-o.

23              Do you see that?

24              MS. URIE:  Object to form.  It clearly has

25         the second dash up above the -- on the top of
```

```
 1          the "F."
 2               THE WITNESS:  Yeah?
 3               MS. URIE:  Scroll up.  Scroll up.  Right
 4          there.  That's the second dash.  There's --
 5               MR. BARROUKH:  All right.  I do see that.
 6          Thank you.
 7     BY MR. BARROUKH:
 8          Q    Do you see Alonzo's name is again spelled
 9     within a "A" instead of an "O" in the middle?
10          A    Sir, you have confused me because you were
11     saying that it wasn't there, and then you scrolled
12     into it.  I mean, you've seen it personally there
13     so, you know, I can't -- I can't say yes or no --
14          Q    That's fine as to Mr. Ford's spelling.  I
15     understand that, and I can agree with you there.
16     Now I'm asking specifically about the spelling in
17     Alonzo's name.
18               Do you see that?
19          A    I mean, it's just like you said, you
20     didn't see a dash.  That might be an "O."  To me, it
21     could be an "O."  It could be an "A."  It could be
22     an "I."
23          Q    Okay.  And, again, I'll go to the next day
24     on May 21st.  Again, they appear the exact same way
25     with Mr. Ford's second dash appearing on the line.
```

1    And then Mr. Hawkins' first name spelled with an "A"

2    instead of an "O."

3            Do you see that?

4            MS. URIE:  Object to form.

5    BY MR. BARROUKH:

6        Q    You can answer.

7        A    Yeah, it looks -- it looks the same as the

8    other one.

9        Q    Correct.  Now, I'm going to scroll down

10   to -- let's do another page.  Let's see.

11           Now, this is nearly one month later on

12   June 12th of 2023.

13           Do you see that?

14       A    Yes.

15       Q    And it's the same document form as it's a

16   time sheet from Southern Road & Bridge.  Do you

17   understand?

18       A    Yes.

19       Q    And, again, Mr. Hawkins' first name

20   appears to be spelled A-l-a-n-z-o.  Do you

21   understand?

22       A    Yes.

23       Q    Now, these are just three of many time

24   sheets that I've shown you which appear to have

25   Mr. Hawkins' name spelled incorrectly in the exact

1    the same way, almost appearing identical and uniform

2    as if they were copied and pasted or scanned on a

3    computer to be copied.  Do you understand?

4            MS. URIE:  Object to form.

5            THE WITNESS:  Yes.

6    BY MR. BARROUKH:

7        Q    Did you ask Mr. Hawkins and Mr. Ford each

8    and every date to fill out a new time sheet, or did

9    you ever reuse a time sheet to have filled out?

10       A    I mean, everybody signed their names.

11           MS. URIE:  Object to form.

12   BY MR. BARROUKH:

13       Q    I'm sorry?

14       A    Their names are signed right there so they

15   signed them.

16       Q    All right.  Now, with regards to --

17       A    I mean, me, before I sign a paper, I've

18   got to kind of read it and make sure everything is

19   correct because who knows what the fine print could

20   say or what it won't.  So I'm not going to sign

21   something unless I'm sure it's correct.  So if they

22   signed it, that means they were aware of what

23   they're signing.

24       Q    Understood.  And you also see, for

25   example, that the dot -- let's say in the line of

1   Mr. Hawkins' name and signature, there's a dot that

2   appears in the same exact spot on each and every one

3   of these time sheets.  It's not even marginally

4   different.  It's the same exact dot.

5           Do you see that?

6           MS. URIE:  Object to form.

7           THE WITNESS:  No, sir, I don't.

8   BY MR. BARROUKH:

9       Q    Okay.  Regardless -- well, would you like

10  me to zoom in for you so you can see it or no?

11      A    No.  That's fine.

12      Q    Okay.  Now, with regards to what I was

13  telling you previously, Mr. Pappas -- Mr. George

14  Pappas specifically mentioned and testified to such

15  that he had a meeting with you asking about these

16  time sheets, and Mr. Pappas told me you had admitted

17  to forging these time sheets.  Do you understand?

18          MS. URIE:  Object to form.

19  BY MR. BARROUKH:

20      Q    Not that you committed forgery, but do you

21  understand that that is what Mr. Pappas told me?

22          MS. URIE:  Object to form.

23          THE WITNESS:  I would like to see that

24      paper or that text or that phone call, hear

25      that phone call --

```
 1   BY MR. BARROUKH:
 2        Q    All right.  What would --
 3        A    -- where he is saying that I would do
 4   that, that I did that?
 5        Q    Does Mr. Pappas have a reason to lie about
 6   that?
 7             MS. URIE:  Object to form.
 8             THE WITNESS:  No, I wouldn't -- I wouldn't
 9        think, but I wouldn't -- personally, from my --
10        for me to answer that question, I would like to
11        see that or read it or hear it.
12   BY MR. BARROUKH:
13        Q    All right.
14        A    His accusation, I mean, that's -- that's
15   something -- that's something pretty big, without me
16   having any proof.  So I won't accuse anybody of
17   anything unless I'm sure or have proof of it.
18             MR. BARROUKH:  Okay.  Let's take a
19        five-minute break.  Let's come back at 3:00.
20             CERTIFIED STENOGRAPHER:  Okay.  Off the
21        record.
22             (A brief recess is had from 2:56 p.m. to
23        3:30 p.m.)
24             CERTIFIED STENOGRAPHER:  Okay.  Back on
25        the record.
```

```
 1    BY MR. BARROUKH:
 2         Q    Isaac, I'm going to go ahead and show you
 3    what I'm marking as Plaintiff's Exhibit 2.
 4              (Exhibit 2 was marked.)
 5    BY MR. BARROUKH:
 6         Q    All right.  Now, this is the transcript of
 7    the remote deposition of George Pappas.  Do you
 8    understand?
 9         A    Yes.
10         Q    All right.
11         A    Can you zoom in?  It's, like, really,
12    really small.  I can't see that.  I don't have my
13    glasses.
14         Q    That's fine, sir.  I'll zoom in for you.
15    Now, I want to bring your attention to page 53 and
16    the start of 54; okay?
17         A    Yes, sir.
18         Q    Now, right above page 54, the question
19    that is asked to George Pappas is, "George, do you
20    know who signed my clients' signatures on these time
21    sheets?"
22              Do you see that?
23         A    Yes.
24         Q    He goes, "I believe it was Enrique Ruiz,
25    Esequiel Ruiz or Ryan with it."
```

```
 1              Do you see that?
 2      A     Yes.
 3      Q     Now, that's a little bit incomprehensible.
 4  However, I got, "Okay."  And Mr. Pappas goes, "I
 5  cannot answer exactly.  The foreman or
 6  superintendent."
 7              Do you see that?
 8      A     Um-hum.
 9      Q     Now, I continue to ask --
10      A     What I also -- what I also see is that he
11  said, "Enrique."  That could have been someone else.
12  That's not my name.
13      Q     Understood.  And I will --
14      A     We're going back to --
15      Q     -- and we'll get to that.
16      A     -- we're going back to, like, how you said
17  Alonzo with the "A" or the "O" or something like
18  that, so...
19      Q     And I'll get to that for you.
20              Now, I go, "When did you discover my
21  clients' signatures were being forged on the time
22  sheets?"
23              He goes, "After they told me.  And that's
24  when I did a written warning to both -- to both the
25  foreman and the superintendent that this is not
```

1    tolerable and next time they would be fired,

2    terminated."

3            Do you see that?

4            MS. URIE:  Object to form.

5    BY MR. BARROUKH:

6        Q    Do you see it?

7        A    I see that, yes.

8        Q    Okay.  Now --

9            MS. URIE:  Has this transcript been

10       verified by Mr. Pappas?

11           MR. BARROUKH:  This -- this was not.  This

12       is what the court reporting service provided to

13       me in my request at this time to have a

14       transcript.

15           MS. URIE:  So is this considered -- so

16       this is not a verified transcript by

17       Mr. Pappas?

18           MR. BARROUKH:  This is what the court

19       reporting agency sent to me.  I'm not sure

20       whether this has been verified.  I believe he

21       waived his right to read but, again, I could

22       not tell you at this time.

23   BY MR. BARROUKH:

24       Q    Now -- now, again, I asked, "And, in fact,

25   those were the only two individuals response for

1   completing this form and who knowingly forged my

2   clients' signatures, either blank or the

3   superintendent; correct?"

4              MS. URIE:  Object --

5   BY MR. BARROUKH:

6       Q    And Mr. Pappas goes, "Correct, Esequiel."

7              Do you see that?

8              MS. URIE:  Object to form.

9              THE WITNESS:  Yes, I see that.

10  BY MR. BARROUKH:

11      Q    All right.  Now, with regards to

12  Mr. Pappas's statement to that effect, does that

13  change your prior testimony?

14             MS. URIE:  Object to form.

15             THE WITNESS:  No, sir.

16  BY MR. BARROUKH:

17      Q    And why is that?

18      A    Because I don't know, it's like how you're

19  saying, I don't know if that paper, how SRB lawyers,

20  how they're saying if that's a current paper that

21  Joel has to approve --

22             CERTIFIED STENOGRAPHER:  Counsel, the

23        audio is cutting out.

24             THE WITNESS:  Yeah.  I don't know if that

25        paper is correct, wrote that or said that or

1       any of, like, that.  I would like to see -- you

2       know, personally see that or --

3  BY MR. BARROUKH:

4       Q    Understood.  Now, do you have any

5  reason --

6       A    -- before I -- before I answer anything.

7       Q    Sorry to cut you off.  You can continue.

8       A    Yeah.  Before I say anything else, I'd

9  like to make sure that that paper is legit.

10      Q    All right.  Well, I can represent to you

11 that that was sent to me from the court reporting

12 agency at this time.  That is not something my

13 office created or constructed.

14      A    Okay.

15      Q    Now, do you have any reason to believe

16 that Mr. Pappas would have -- would have been lying

17 if he said either you or Ryan Witt signed my

18 clients' names on the time sheets?

19      A    I don't have a reason why to.  I mean, he

20 always -- he was always a pretty -- you know, a

21 pretty good straightforward person --

22      Q    Okay.

23      A    -- that I know of, you know.

24      Q    And to be clear, you never signed my

25 clients' names on any daily time sheet --

```
 1        A     No.

 2        Q     -- for the company?

 3              MS. URIE:  Object to form.

 4              THE WITNESS:  I would need something else.

 5              CERTIFIED STENOGRAPHER:  If we could speak

 6        one at a time, please.

 7              THE WITNESS:  Yeah.  The time sheets that

 8        I've seen that you showed me right now on

 9        video, no, sir.

10   BY MR. BARROUKH:

11        Q     And have you ever copied a company time

12   sheet in a printer that already had my clients'

13   names and signatures on them and used that as a new

14   daily time sheet?

15              MS. URIE:  Object to form.

16              THE WITNESS:  No, sir.

17   BY MR. BARROUKH:

18        Q     Okay.  Now --

19        A     I was handed time sheets by Ryan.  I

20   didn't have, like, a book or anything like that.  I

21   was handed time sheets.

22              (Overspeaking.)

23        Q     And for any of the time sheets --

24              CERTIFIED STENOGRAPHER:  Counsel, just a

25        moment.  We're speaking over each other.
```

 1    BY MR. BARROUKH:

 2         Q    Sorry.  You can continue, Isaac.

 3         A    No, that's fine.

 4         Q    Okay.  I was -- I was going to ask, and

 5    did -- do you recall Ryan Witt ever giving you a

 6    time sheet that was already filled out with my

 7    clients' names and signature on them?

 8         A    I cannot remember.

 9         Q    Okay.  Did you ever see Ryan Witt sign my

10    clients' names or signature onto those time sheets?

11         A    No, sir.  I never witnessed it.

12         Q    Okay.  Did you -- did he tell you if he

13    ever signed my clients' names onto those time

14    sheets?

15         A    No, sir.

16         Q    Okay.  Did you ever have -- did you ever

17    have issues with your hours when working for

18    Southern Road & Bridge?

19         A    Yes, sir.

20         Q    All right.  And could you tell me about

21    that, please?

22         A    You know, sometimes there was a payroll

23    mistake or something, they forgot to pay me

24    five hours or three hours or, you know, et cetera,

25    but, you know, they would -- we would get it paid

1   the following week.

2            They would fix it -- where I would make

3   knowledge of it, write it down and, "Hey, I was

4   short this many hours," and then, "Okay," they said

5   they would look into it and then, you know -- the

6   next day.  But like, "Hey, you know what, there was

7   a payroll error, they forgot to, you know, pay you

8   three hours or two hours or whatnot."  And they

9   would pay you the following week.

10       Q    And how many times --

11            (Overspeaking.)

12       A    They would always -- every time payroll,

13  they were -- they were really good about fixing

14  people's hours.  And if you weren't paid -- you

15  know, if you were short an hour, 30 minutes, and two

16  hours, they would fix it.

17       Q    Understood.  And how many times did you --

18  were you not paid the proper amount before the

19  company had to fix it on the next week's paycheck?

20            MS. URIE:  Object to form.

21            THE WITNESS:  It wasn't that many.  I

22       can't even remember but it was not -- maybe

23       once or twice.

24  BY MR. BARROUKH:

25       Q    Okay.  Understood.  Now, shifting our

1    focus from the time sheets and time tracking

2    situation, I want to bring your focus and attention

3    to my clients' complaints or general complaints of

4    discrimination at Southern Road & Bridge.  Do you

5    understand?

6              MS. URIE:  Object to form.

7              THE WITNESS:  I'm sorry.  What was that?

8    BY MR. BARROUKH:

9         Q    Sir, I want to shift your focus away from

10   the time sheets and on to discrimination.  Do you

11   understand?

12        A    Yes, sir.

13        Q    All right.  Now, you previously stated

14   that you had never seen any acts of discrimination

15   occur at Southern Road & Bridge; correct?

16        A    Yes.

17        Q    Do you consider using racially derogatory

18   language or racial slurs as a form of

19   discrimination?

20        A    Yes.

21        Q    And --

22        A    But I never seen it on my job site.

23        Q    And to be clear, do you believe using the

24   "N" word in any shape or form to be discriminatory

25   language?

1      A    I'm sorry.  You'd have to let me know what

2  the "N" word is because there's a lot of "N" words.

3      Q    Sure.

4      A    A lot of "N" words.

5      Q    Sure.  Do you believe using the word

6  "nigger" or "nigga" is discriminatory in any shape

7  or form?

8      A    No.  I mean, you shouldn't call people

9  stuff like that because some people do take offense

10  to it.  But it would be, like, "Hey, you're white,"

11  or, "Hey, you're Mexican," some people -- everybody

12  just reacts to something different.  But, no, I

13  never heard it.

14      Q    And did you ever write it to anybody who

15  worked with you at Southern Road & Bridge?

16      A    No.

17           MS. URIE:  Object to form.

18  BY MR. BARROUKH:

19      Q    No?

20      A    That I remember, no.

21      Q    Okay.  Did you ever see anybody call my

22  clients the "N" word at Southern Road & Bridge?

23           MS. URIE:  Object to form.

24           THE WITNESS:  No.

25  BY MR. BARROUKH:

1    Q    All right.  Do you recall --

2    A    It's hard to --

3         (Overspeaking.)

4    A    -- it's hard for me to sometimes remember

5    somebody's name because in every construction site,

6    there's -- everybody has a name.  It's, like, you

7    rarely hear somebody being called by their name.

8    Like, Alonzo, he was called "Trouble."  His name was

9    "Trouble."  When he got to working there, I was,

10   like, "Hey, what's your name?"  And he's like, "Oh,

11   I'm Mexican, I'm Alonzo, my name is Alonzo, but

12   everybody calls me Trouble, it's easier."  I'm,

13   like, "Oh, okay.

14         And Nicholas, his name was "Buck."  I have

15   no reason -- I have no knowledge why they -- his

16   friends and all that stuff called him "Buck."

17   That's how -- that's -- you know, everybody just

18   sticks to -- nicknames are a lot easier to remember

19   than people's names --

20   Q    Do you remember --

21   A    -- in construction.

22   Q    Do you remember an individual who had the

23   nickname "Roach"?

24   A    Yeah.

25   Q    Do you remember an individual who had the

```
 1   nickname "Pollo"?
 2        A    Yes.
 3        Q    And what about an individual with the
 4   nickname "Joe-Joe"?
 5             MS. URIE:  Object to form.
 6             THE WITNESS:  No.
 7   BY MR. BARROUKH:
 8        Q    Okay.  I'm going to go ahead and show you
 9   what I'm marking as Plaintiff's Exhibit 3.  Let me
10   know when you can see the document.
11             (Exhibit 3 was marked.)
12             THE WITNESS:  I can see it, but I can't
13        see...
14   BY MR. BARROUKH:
15        Q    All right.  I'll represent to you that
16   this is a text message that we have produced in this
17   case.  The first text message is from an individual
18   named Roach.  The second text message appears to be
19   from yourself.  And if we continue, we have a date,
20   and then another text message from yourself.
21             Do you see that?
22        A    Yes.
23        Q    Do you recall --
24        A    But that's -- that's not -- that's not my
25   type of, like, writing or spelling like that.
```

```
 1        Q    Okay.  My question is:  Do you recall ever
 2    sending this text message?
 3        A    No, sir.
 4        Q    Are you confident --
 5        A    And I wouldn't say --
 6        Q    I'm sorry.  Just allow me to finish my
 7    question, please.
 8        A    Yes.
 9        Q    Are you confident that that is not your
10    text message that you sent?
11             MS. URIE:  Object to form.
12             THE WITNESS:  Yes, that is not mine.
13    BY MR. BARROUKH:
14        Q    Okay.  Do you know who else could be --
15    who this could be, "Isaac" who sent this message?
16             MS. URIE:  Object to form.
17             THE WITNESS:  No, sir.
18    BY MR. BARROUKH:
19        Q    Okay.
20             CERTIFIED STENOGRAPHER:  Mr. Ruiz, if you
21         could pause after a question so you could give
22         your attorney an opportunity to object, that
23         would be helpful.
24             THE WITNESS:  Yes.
25    BY MR. BARROUKH:
```

1      Q    All right.  Now, I'm going to show you

2    what I'm marking as Plaintiff's Exhibit 3 -- or

3    excuse me, Plaintiff's Exhibit 4.  Please let me

4    know when you can see the document.

5            (Exhibit 4 was marked.)

6    BY MR. BARROUKH:

7      Q    Can you see the document?

8      A    Yes.

9      Q    All right.  I can represent to you that

10   this is a text message that was produced to the

11   defendant, Southern Road & Bridge, in this case from

12   my client, Alonzo Hawkins.  This includes seven

13   people in a group chat including somebody named

14   Isaac, somebody named Roach, and at minimum, Alonzo

15   Hawkins as well.  Do you understand?

16     A    Yes.

17            MS. URIE:  Object to form.

18   BY MR. BARROUKH:

19     Q    Now, in this text message from whoever is

20   listed as "Isaac," I would ask you to take a look at

21   those messages and let me know when you have read

22   them.

23     A    Yeah, I read them.

24     Q    Do you have any knowledge or recollection

25   of sending these messages?

1          MS. URIE:  Object to form.

2          THE WITNESS:  No, sir.

3    BY MR. BARROUKH:

4          Q    And it is your testimony today that these

5    are not text messages that you sent; correct?

6          A    Correct.

7          Q    Okay.  Do you know who this could be, who

8    "Isaac" could be?

9          A    No, sir.

10         Q    Okay.

11         A    Because I would leave -- I would leave my

12   phone, my personal phone, I would leave it in my

13   room.  And I only had my other phone with me so I

14   would -- so I would leave it in the truck in case of

15   an emergency.  I would leave it -- sometimes I would

16   leave my phone -- [audio distortion] -- my phone, my

17   wallet in my company truck, but I never missed money

18   or anything like that.  But my personal phone, I

19   wouldn't carry it with me.

20         Q    And why is that important?

21         A    Well, because I had -- if it wasn't about

22   a job while I was at work, I didn't have a reason --

23   my wife knew that -- my work number so she would

24   call that because I wouldn't take my phone with me.

25   So I would leave my company -- my phone, my personal

1  one, I would leave it in the truck along with my

2  wallet and other stuff, blueprints or whatnot.

3      Q    Understood.  Now, I'm going to show you

4  what I'm marking as Plaintiff's Exhibit 5.  Let me

5  know when you can see the document.

6          (Exhibit 5 was marked.)

7          THE WITNESS:  Can you zoom in, please?

8  BY MR. BARROUKH:

9      Q    That's fine.  Just let me know if you can

10  see the document.

11      A    Yeah, I can see it.

12      Q    Okay.  Now, I'm going to represent to you

13  that this document is four pages long; okay.  Here

14  are all four pages.  And that this document is a

15  declaration of Dezmond Jones, and Dezmond Jones has

16  signed his name on the date November 25th, 2024,

17  that, "I, Dezmond Jones, declare under penalty of

18  perjury that the foregoing is true and correct."

19          Do you understand?

20          MS. URIE:  Object to form.

21          THE WITNESS:  Yes.

22  BY MR. BARROUKH:

23      Q    And you recall saying you worked alongside

24  Dezmond Jones at Southern Road & Bridge; correct?

25      A    Yes.

1    Q    Okay.  Now, do you see paragraph number

2    seven where Dezmond states, "My managers were Isaac

3    Ruiz and Ryan Witt"?

4    A    Um-hum.

5    Q    All right.  Paragraph eight, "During my

6    employment with SRB, Mr. Ford, Mr. Hawkins, and

7    myself were all subjected to racial discrimination."

8         Do you see that?

9    A    Yes.

10   Q    Paragraph --

11   A    And that's kind of weird because

12   Dezmond --

13   Q    I'm sorry, allow me to --

14        MS. URIE:  Please allow him to finish his

15   answer.

16   BY MR. BARROUKH:

17   Q    Sure.  And I'm just reiterating to Isaac,

18   you can talk as much as you'd like.  When I start a

19   question, please allow me to answer [sic] it.  And

20   if you want to address something previously, that's

21   absolutely fine.  We just need to not cut each other

22   off; okay?

23   A    Yes.

24   Q    All right.  Sorry.  You can continue your

25   testimony, sir.

Deposition of Esequiel Ruiz                    Nicholas Ford and Alonzo Hawkins v. Southern Road & Bridge LLC

```
1        A     That's -- that's awfully weird that he is

2   saying that they're racially profiled because

3   Dezmond is their cousin, and he had told me that

4   Nicholas and Alonzo were used to doing that, working

5   for companies and trying to sue them for racial

6   profanity or profiling or -- I don't know what he

7   said.  He said they had tried to do that once or

8   twice before already.  I think they had even won a

9   case or something like that.

10       Q     Okay.  And in paragraph nine --

11       A     And Dezmond -- I was not -- I -- I never

12   terminated him.  He quit on his own because he said

13   he had family matters back in town.  He couldn't go

14   out of town anymore.

15       Q     Okay.  And in paragraph nine, you see in

16   Dezmond's declaration, it states, "SRB's non-black

17   employees, including but not limited to Mr. Ruiz,

18   regularly used the word 'nigger' at work and during

19   work hours.  The word 'nigger' was used by these

20   non-black employees in the presence of Mr. Ford,

21   Mr. Hawkins, and me.  At times, the word 'nigger'

22   was directed towards Mr. Ford, Mr. Hawkins, and me."

23             Do you see that?

24       A     Yes.

25       Q     Mr. Ruiz, is this correct?  Is this a true
```

Deposition of Esequiel Ruiz                    Nicholas Ford and Alonzo Hawkins v. Southern Road & Bridge LLC

1   statement?

2        A    No.

3             MS. URIE:  Object to form.

4   BY MR. BARROUKH:

5        Q    Are you saying that Mr. Jones is lying

6   about this statement?

7             MS. URIE:  Object to form.

8             THE WITNESS:  Yes.

9   BY MR. BARROUKH:

10       Q    Why do you think --

11       A    Because, like, we were -- all three of us

12  were never together in the same area.  There was --

13  Dezmond, I had him sometimes going to go pick up

14  material, bring stuff from the yard, and I had the

15  other two guys working with someone else.

16       Q    Further, in paragraph 11, Dezmond states,

17  "Mr. Ruiz told black employees that he did not want

18  them driving company cars."

19            Do you see that?

20       A    Yes.

21       Q    Is that true?

22       A    No.  Sir, none of -- none of what I'm

23  reading right here, that I could see, is true.

24       Q    I'd like to represent to you that this is

25  not only the declaration of Dezmond Jones, but that

1  my clients have also alleged similar allegations to

2  this in their lawsuit.  Do you understand?

3      A    Yes.

4          MS. URIE:  Object to form.

5  BY MR. BARROUKH:

6      Q    And Mr. Jones says as well that, "Mr. Ruiz

7  told black employees that they could not stop to eat

8  lunch."  And, "Mr. Ruiz told black employees that

9  they could not use the port-a-potties on the job

10 sites."

11         Do you see that?

12     A    Yes, I do.  Oh, God.

13     Q    And Mr. Jones continues, "On one occasion,

14 I saw Mr. Ruiz deny Mr. Hawkins the ability to use

15 the restroom.  And Mr. Ruiz told Mr. Hawkins to

16 urinate and defecate beneath one of the bridges we

17 were performing work on."

18         Do you see that?

19         MS. URIE:  Object to form.

20         THE WITNESS:  Yes.  That -- those are

21     liars because they wouldn't even have to ask me

22     to use the restroom because the restroom was at

23     the yard on the other side of the street.  They

24     would get in the truck and would just call me

25     on the way, "Hey, we went to the restroom real

1    quick."

2            "Oh, okay."

3            So nobody had to ask for -- or me grab

4        them by the hand and walk them to the restroom,

5        "Hey, this is the restroom."  No.  All grown

6        men.  You need to go to the restroom, go to the

7        restroom.

8    BY MR. BARROUKH:

9        Q    Okay.  Now, Mr. --

10       A    About black men not being able to drive,

11   that was a lie because I had Dezmond drive one --

12   [audio distortion] -- a little flatbed truck.  He

13   was the driver of that truck.

14       Q    Isaac, your internet is breaking out.  And

15   I believe we're missing some valuable testimony, so

16   let me know when your connection is more stable.

17       A    I said I had Dezmond driving a flatbed

18   truck to bring materials or to carry materials back

19   to the yard or bring or, et cetera --

20       Q    All right.

21       A    -- since he had a driver's license.

22       Q    Do you know if Nicholas and Alonzo also

23   had a driver's license?

24       A    I believe Nicholas did.

25       Q    And did you ask Nicholas and Alonzo to

1    drive the truck or perform work with the truck?

2        A    Yes.  On the bridge -- while we were on

3    the bridge, we had lane closure and everything,

4    sometimes we needed another saw so we'd run to the

5    yard and go get it.  Whoever was closest by it,

6    where we were separated, four and four, three and

7    three, and they needed some tools or something that

8    was at the yard, they would go and go get the tools.

9    Whoever needed the tools, if we didn't have it

10   there -- I mean, you need tools or materials or

11   anything to do your job, go get them.

12           MS. URIE:  Before you ask any more

13       questions, Daniel, I just wanted to point out

14       that I wanted to object to that question but I

15       didn't want to speak over.  So I object to the

16       question that was answered just now.  And I

17       will try to get in there before.

18           MR. BARROUKH:  Noted.

19   BY MR. BARROUKH:

20       Q    Now, Dezmond continues in paragraph 18

21   that, "During my employment for SRB, I never signed

22   a time sheet to confirm the number of hours I

23   worked."

24           In number 19, he states, "I saw a time

25   sheet from SRB with my signature on it but I told

1   Mr. Ruiz that I did not sign the document and that

2   my listed hours were incorrect."

3          Do you see that?

4      A    Yes.

5          MS. URIE:  Object to form.

6   BY MR. BARROUKH:

7      Q    Do you recall this ever happening?

8      A    No.

9          MS. URIE:  Object to form.

10  BY MR. BARROUKH:

11     Q    And he continues.  Dezmond Jones

12  continues, "I complained to Mr. Ruiz about my

13  compensation on many occasions because the number of

14  hours SRB paid me was significantly less than the

15  number of hours I actually worked."

16         And then paragraph 21 continues, "Within

17  five days of my last complaint to Mr. Ruiz about the

18  failure to pay me any owed wages, SRB, by and

19  through Mr. Ruiz, terminated my employment."

20         Do you see that?

21         MS. URIE:  Object to form.

22         THE WITNESS:  Yeah.

23  BY MR. BARROUKH:

24     Q    Is that correct?

25     A    No.

1    Q    And why do you say that is not correct?

2    A    Because to me it sounded like all of a

3    sudden Nicholas and Alonzo had a lawsuit about

4    racism or sexual harassment or, I don't know what

5    their deal -- or termination or what it was.  And

6    then all of a sudden, it's another guy that's

7    related to them that told me that they were used to

8    doing that to other companies, trying to sue them,

9    and this or that.

10        Now it's three saying the exact same

11    thing, when I was clearly around them for a long

12    time.  And all three of them usually were pretty

13    cool with each other.  And sometimes they even

14    argued with each other.  But now all of a sudden,

15    they're trying to sue somebody, and all three are

16    saying the same thing.  That's kind of weird to me.

17    Q    And do you know the names of any previous

18    lawsuits either Mr. Ford or Mr. Hawkins had been

19    involved in?

20    A    No, sir.

21    Q    So when you say that they sue companies

22    for race discrimination, you don't have any actual

23    evidence of that, do you?

24        MS. URIE:  Object to form.

25        THE WITNESS:  No, sir, I don't.  I have --

```
 1          I was told by Dezmond that Nicholas and Alonzo
 2          used to do that.
 3    BY MR. BARROUKH:
 4          Q    But you have never tried to confirm
 5    whether that is true or untrue that Mr. Ford and
 6    Mr. Hawkins sue companies for race discrimination;
 7    correct?
 8               MS. URIE:  Object to form.
 9               THE WITNESS:  Correct.  That's not my
10          concern.  As long as you show up to work and
11          you did the job that was assigned to you, that
12          was their personal life.  I didn't get into
13          personal lives.
14    BY MR. BARROUKH:
15          Q    Okay.  Now --
16          A    Jesus.
17          Q    -- do you recall any employee making a
18    complaint or report to you about discrimination?
19          A    No, sir.
20          Q    Do you recall any employee making a
21    complaint or report to you about time keeping and
22    time sheet error?
23          A    No, sir.
24               MS. URIE:  Object to form.
25               THE WITNESS:  The time sheets were left in
```

1      the company truck's unit folder.  So if you

2      wanted to see how many hours you got paid the

3      week before or the day before or whatnot, the

4      time sheets were there.  You were more than

5      welcome to go look at them, fill them out, do

6      whatever you wanted to do.  Or if you said,

7      "Hey, I worked nine hours instead of

8      eight hours," well, hey, we'd fix them then and

9      there.  If the time --

10            (Overspeaking).

11            So everybody had -- was able to see and

12      verify their hours at any given time of the job

13      while we were there at work.

14   BY MR. BARROUKH:

15      Q    All right.  Now, I'm going to show you

16   another document that I'm marking as Plaintiff's

17   Exhibit 6.

18            (Exhibit 6 was marked.)

19   BY MR. BARROUKH:

20      Q    Let me know when you can see the document;

21   okay?

22      A    Yes.

23      Q    I can zoom in for you.  I just want to

24   confirm that you can see the document; okay?

25      A    Yes, I can see it.

1      Q    All right.  Now, again, this is, I can

2   represent to you, a text message produced by my

3   client Alonzo Hawkins.  And I will go through the

4   message.  The group chat involves six people.  And

5   there's a message from an individual named Isaac, or

6   who is listed as Isaac.  Do you see that?

7      A    Um-hum.

8      Q    Okay.  Now, the message states, "That deal

9   until I hear or see with my ears or eyes I don't

10  blame no one cause I don't know who mentioned my

11  name, it was confidential.  And as far as him

12  blaming U and Buck, he has never told me that he

13  thought or was sure it was ya'll.  And ya'll see

14  that when we had a problem, I got him out of bed and

15  he went to bridge to clarify that situation.  That's

16  the way it's supposed to be.  We all men.

17           "So I don't know who is saying things

18  other than Buck.  The point is to wanna be next

19  level better, not downgrade.  And we all know

20  snitching is ho shit, and you better than us know

21  that Trouble, your own brother, trying to throw us

22  under the bus."

23           And there's more, but do you see that

24  message?

25           MS. URIE:  Object to form.

```
 1              THE WITNESS:  Yes.
 2   BY MR. BARROUKH:
 3        Q    Did you send this text message?
 4        A    No.
 5        Q    Do you have any knowledge or recollection
 6   of this text message being sent to you?
 7        A    No.
 8        Q    Is this the first time you're seeing this
 9   text message?
10        A    Yes.
11        Q    Okay.
12        A    First of all, I don't really even cuss or
13   anything like that or use curse words so...
14             And racism, towards me, I mean, at the
15   time, I was with a female that was not Mexican.  She
16   was not black.  She was a white race, and she had
17   twins that were black.  So as far as racism, I don't
18   think that would fly in my boat.
19        Q    And would you have reported racist conduct
20   if you witnessed it at Southern Road & Bridge?
21        A    Yeah, I don't -- I don't think that that's
22   correct.  Like, just because you're black or white
23   or red or brown or -- I mean, everybody is the same.
24   We all bleed the same.
25        Q    Understood.
```

1        A      Everybody should be treated equal.

2        Q      Sorry.  I did not mean to cut you off.  I

3   think there's a bit of a lag.  So, again, I

4   apologize for interrupting.

5              Now, have you ever spoken to your crew

6   while you were at Southern Road & Bridge about

7   snitching?

8        A      No.

9        Q      Do you believe that every individual at

10  Southern Road & Bridge had the right to report and

11  complain about unlawful activity?

12       A      If something is not right or they don't

13  feel right about something that's not safe or they

14  fear for their safety, report it.  You can save

15  somebody's life.  Especially us, we're hanging off

16  the bridge on machineries or on a boat.

17              Like, if you see the boat, it's got a hole

18  and it's sinking and the other person don't see it

19  because they're doing a job, "Hey, hey, you know

20  what," tell the person, "Hey, you know what, the

21  hole -- the boat has got a hole in it, we're

22  sinking."  Save somebody's life.  Say something

23  about it.

24       Q      Understood.  Now, when you were working at

25  SRB, did you ever see any employees use drugs on the

```
 1   work site?

 2        A    No.

 3        Q    Have you ever used drugs on the work site

 4   while employed by Southern Road & Bridge?

 5        A    No.  We could -- we could -- we -- we

 6   had -- we could get randomly drug tested any time of

 7   day when we were on the job.  Our supervisor or the

 8   safety man, they could pull up and, like, "Hey, it's

 9   a random drug testing, you know, for your crew."

10        Q    Understood.

11             And did you make the decision to leave

12   Southern Road & Bridge and cease working for

13   Southern Road & Bridge?

14        A    Yes.

15        Q    Why did you decide to --

16        A    I want -- I wanted to be back home to my

17   family.

18        Q    Okay.  Were you terminated by Southern

19   Road & Bridge?

20        A    Yes, I quit.

21        Q    So you were not terminated by Southern

22   Road & Bridge; correct?

23             MS. URIE:  Object to form.

24   BY MR. BARROUKH:

25        Q    Isaac, can you hear me?
```

1    A    Yes.  I'm sorry.  The connection kind of

2 wipes out.

3    Q    No problem.

4        So do you recall having a meeting with

5 George Pappas about time sheets in or around

6 November of 2023?

7    A    No, sir.  I don't remember.

8    Q    Do you recall having a meeting with George

9 Pappas about time sheets ever?

10    A    No.  I don't remember.

11    Q    Do you recall Southern Road & Bridge

12 issuing a warning for performance issues?

13    A    Yes.

14        MS. URIE:  Object to form.

15 BY MR. BARROUKH:

16    Q    And could you tell me about that, please?

17    A    Yeah.  We were just simply told, you

18 know -- the way I seen it is, if you're better at

19 concrete than the other person, the other person is

20 a better painter, try to keep everybody to where

21 production is being made.

22        And if they're not performing or

23 performing to the expectations, maybe they want to

24 try doing concrete or maybe they want to try doing

25 something else, so we would move them around if they

1    wanted to.  But as far as other stuff like that, no.

2         Q    And you never received any other warning

3    or discipline from Southern Road & Bridge during the

4    tenure of your employment with the company; correct?

5              MS. URIE:  Object to form.

6              THE WITNESS:  It was one.

7    BY MR. BARROUKH:

8         Q    I'm sorry?

9         A    It wasn't ten years.  It was only one.

10        Q    I'm sorry.  I said "tenure," for the

11   duration of your employment.  Not for ten years.  Do

12   you understand?

13        A    Oh, no.  Yes.

14        Q    And during your time as foreman for the

15   company, did you ever make a report to human

16   resources or to any of your supervisors or managers?

17             MS. URIE:  Object to form.

18             THE WITNESS:  No.

19   BY MR. BARROUKH:

20        Q    Do you know if any employee, to your

21   knowledge, made a report to human resources or a

22   supervisor about unlawful activity?

23             MS. URIE:  Object to form.

24             THE WITNESS:  No.

25   BY MR. BARROUKH:

1    Q    How long were you unemployed for after

2  Southern Road & Bridge?

3    A    About two months.

4    Q    Okay.  And when -- when did you leave the

5  company?  Around what month or year?

6    A    Somewhere around November.

7    Q    Okay.  Do you recall that my clients were

8  terminated by Southern Road & Bridge on November 6th

9  of 2023?

10   A    I can't even remember, sir.  I can't even

11 remember when I came back home.

12        MS. URIE:  And I tried to object before

13     the answer, but I object to that question.

14        Sorry, Dawn.

15 BY MR. BARROUKH:

16   Q    Did you have any involvement in Mr. Ford

17 or Mr. Hawkins' termination?

18   A    No.

19        MS. URIE:  Object to form.

20        MR. BARROUKH:  What is the objection on

21     that question?

22        MS. URIE:  You are assuming facts not in

23     evidence.  The evidence -- you haven't

24     established that Mr. Ford and Mr. Hawkins have

25     been terminated during this deposition.

1    BY MR. BARROUKH:

2        Q    Okay.  Let me pull up another document for

3    you.  We'll take some more time for this.

4            All right.  Isaac, I'm going to show you

5    what I'm marking as Plaintiff's Exhibit 7.  Please

6    let me know when you can see the document.

7            (Exhibit 7 was marked.)

8            THE WITNESS:  Yes, I can see it.

9    BY MR. BARROUKH:

10       Q    All right.  Do you know what this document

11   is?

12       A    Can you zoom in?

13       Q    Yes, sir.

14       A    Okay.

15       Q    Do you know what this document is?

16       A    Yeah.  A termination paper.

17       Q    All right.  And do you know what this

18   document is saying?

19       A    Yeah.  Your termination.

20       Q    And who is being terminated?

21       A    Oh, I don't know.  I can see -- I can see,

22   to my thing, there's -- the name is spelled wrong.

23   I don't know what letter -- the second letter is or

24   the fourth letter but I'm guessing it says Nicholas.

25       Q    I think I would agree with you on that.

1  Good job.

2          No.  This, I can represent to you, is

3  Nicholas Ford's termination notice.  Do you

4  understand?

5      A    Yes.

6          MS. URIE:  Object to form.

7  BY MR. BARROUKH:

8      Q    All right.  Now, it states, in this box,

9  with a II, and it says "Voluntary termination" and

10  in box III "Involuntary termination."  Beneath that,

11  there's a box marked "Other" and it states "Job

12  abandonment."

13          Do you see that?

14      A    Yes.

15      Q    Okay.  Now, underneath remarks, it says,

16  "Was given the chance to come back to work, declined

17  the offer via phone call on November 5th, 2023".

18          Do you see that?

19      A    Yes.

20      Q    Did you call Nicholas Ford to return to

21  work on November 5th, 2023?

22      A    I can't even remember, sir.

23      Q    Do you have any recollection of Mr. Ford

24  rejecting an offer by yourself to return to work?

25      A    Nicholas, when his -- when his mother

1  died, he just -- he saw things different and just --

2  I don't know.  I understand he was probably hurt or

3  something.  He -- then he had just gotten into a new

4  relationship, so I don't know.

5          The last I heard of him, he had gotten a

6  new job so maybe that's why he didn't want to come

7  back to work.

8      Q    And when you say "the last I heard of

9  him," is that in this November 2023 time frame, or

10 is that a more recent update that you received?

11     A    I can't even remember when it was.

12     Q    All right.  Well, back to my question.  Do

13 you have any recollection of calling Mr. Ford in or

14 around November of 2023 asking him to return to

15 work?

16     A    I can't remember if I did or I didn't.

17     Q    Okay.  And now I'm showing you what I'm

18 marking as Plaintiff's Exhibit 8.  Okay.  Let me

19 know when you can see the document.

20          (Exhibit 8 was marked.)

21          THE WITNESS:  Yes, I can see it.

22 BY MR. BARROUKH:

23     Q    And do you know what this document is?

24     A    It's the same termination paper.

25     Q    And who does the document reflect as being

1  terminated?

2       A    Alanzo.  Can you zoom in a little bit,

3  please?

4            Alanzo Hawkins.

5       Q    Now, I can represent to you that when we

6  requested the termination papers of Mr. Hawkins from

7  opposing counsel, this is what was produced to my

8  office.  Does that make sense?

9            MS. URIE:  Object to form.

10            THE WITNESS:  Yes.

11  BY MR. BARROUKH:

12       Q    Now, this has been represented to be

13  Mr. Alonzo Hawkins' employee termination notice.  Do

14  you understand?

15       A    Yes.

16       Q    All right.  Now, underneath the boxes II

17  and III of "Voluntary termination" and "Involuntary

18  Termination," there's a box checked next to

19  "Absenteeism" that says "No call, no show, two days

20  in a row."

21            Do you see that?

22            MR. BARROUKH:  Did we lose the witness.

23            Did we lose the witness?

24            CERTIFIED STENOGRAPHER:  I think we did.

25            MS. URIE:  I think so.  I don't see him on

```
 1        here.
 2              MR. BARROUKH:  All right.  Can we go off
 3        the record, please?
 4              (Off the record.)
 5              CERTIFIED STENOGRAPHER:  Okay.  Back on
 6        the record.
 7              MR. BARROUKH:  All right.  At this time,
 8        the deponent is no longer on the call, we
 9        believe for technical difficulties.  And the
10        plaintiff is noting their wish to continue the
11        deposition and adjourn this deposition for a
12        later date, still within the discovery period.
13              MS. URIE:  Counsel, do you want to
14        coordinate -- I'm sorry.  Do you want to
15        coordinate a time on the record, or do you want
16        to set later -- at a later time?
17              MR. BARROUKH:  We can coordinate off the
18        record.  Is that all right?
19              MS. URIE:  It's all right as long as we,
20        you know, can work within our time frame.  I
21        know Brian's schedule is pretty hectic and, you
22        know, mine is too, so I just want to make sure
23        that we're willing to work with you but our
24        time window is narrow.
25              MR. BARROUKH:  I understand.  I'm aware
```

1      and I will be coordinating with you guys to

2      make this happen.

3           MS. URIE:  Okay.

4           MR. BARROUKH:  Okay.  Thank you.

5      That's -- that's the conclusion of the

6      deposition.  Thank you, Dawn.

7           CERTIFIED STENOGRAPHER:  All right.  May I

8      get your transcript orders?

9           MR. BARROUKH:  We are not going to be

10     ordering at this time.

11          (The reading and signing of the deposition

12     is not waived.)

13          (At 4:25 p.m. the deposition was

14     concluded.)

15

16

17

18

19

20

21

22

23

24

25

```
 1              CERTIFICATE OF OATH

 2

 3   STATE OF FLORIDA  )

 4   COUNTY OF PINELLAS )

 5

 6        I, the undersigned authority, certify that

 7   ESEQUIEL RUIZ appeared before me remotely and was

 8   duly sworn.

 9        WITNESS my hand and official seal this 1st day

10   of May 2025.

11

12

13                    _Dawn A. Hillier_
                      _____
14                    DAWN A. HILLIER, RMR, CRR, CLR
                      Notary Public - State of Florida
                      My Commission No.:  HH 300744
15                    Expires:  12-15-2026

16

17

18

19

20

21

22

23

24

25
```

1                           CERTIFICATE

2

3    STATE OF FLORIDA   )

4    COUNTY OF PINELLAS )

5         I, DAWN A. HILLIER, RMR, CRR, CLR certify that

6    I was authorized to and did stenographically report

7    the deposition of ESEQUIEL RUIZ; that a review of

8    the transcript was requested; and that the

9    transcript is a true and complete record of my

10   stenographic notes.

11

12        I further certify that I am not a relative,

13   employee, attorney, or counsel of any of the

14   parties, nor am I a relative or employee of any of

15   the parties' attorney or counsel connected with the

16   action, nor am I financially interested in the

17   action.

18

19        DATED this 1st day of May 2025.

20

21

22        _____

23        DAWN A. HILLIER, RMR, CRR, CLR

24

25

1    May 1, 2025

2

3    IN RE:  FORD, ET AL. V. SOUTHERN ROAD & BRIDGE LLC

4

5    Dear Mr. Ruiz:

6

7        Herein, you will find the transcript of your
     deposition taken on April 17, 2025, and a Errata
8    Sheet for your use in entering any changes to the
     deposition.

9        Please do not edit or make marks on the
     transcript itself.  If you desire to make any
10   changes, they should be noted on the Errata Sheet.
     If no changes are to be noted, please indicate that
11   on the Errata Sheet so counsel are aware that no
     changes were made.

12

13       After reading the transcript, please execute
     the Errata Sheet, including date and place of
     signing and return to Everest Court Reporting LLC at
14   the address indicated below.

15       Thank you for your prompt attention.

16

17

18   Sincerely,

19

20

21   Dawn A. Hillier, RMR, CRR, CLR

22                   Everest Court Reporting, LLC
                 100 N. 18th Street, Suite 2001
23             Philadelphia, Pennsylvania  19103
                       215.341.3616

24

25                     ERRATA SHEET

1        I, ESEQUIEL RUIZ, have read the foregoing pages

2    of my deposition given on April 17, 2025 in the case

3    of FORD, ET AL. V. SOUTHERN ROAD & BRIDGE LLC,

4    3:24-cv-00404-MCR, and wish to make the following

5    additions, deletions or corrections:

6    PAGE LINE      CHANGE AND REASON FOR CHANGE

7    _____ _____   _____

8    _____ _____   _____

9    _____ _____   _____

10   _____ _____   _____

11   _____ _____   _____

12   _____ _____   _____

13   _____ _____   _____

14   _____ _____   _____

15   _____ _____   _____

16   _____ _____   _____

17   _____ _____   _____

18   _____ _____   _____

19   _____ _____   _____

20   _____ _____   _____

21   _____ _____   _____

22   _____ _____   _____

23   _____ _____   _____

24        In all other respects, the transcript is true
     and accurate.

25                 _____
                   ESEQUIEL RUIZ

**WORD INDEX**

**< 1 >**
**1**  3:*6*  33:*15, 16*
34:*22*  36:*9*  84:*1*
**100**  84:*22*
**11**  61:*16*
**12:00**  34:*9*
**12-15-2026**  82:*15*
**12th**  39:*12*
**143**  34:*24*
**17**  1:*12*  84:*7*  85:*2*
**18**  20:*4*  21:*4*  64:*20*
**18th**  37:*13*  84:*22*
**19**  64:*24*
**19103**  84:*23*
**19th**  37:*17*
**1st**  82:*9*  83:*19*

**< 2 >**
**2**  3:*7*  43:*3, 4*
**2:02**  1:*12*
**2:56**  42:*22*
**20**  20:*10, 13*
**2001**  84:*22*
**2023**  37:*13, 17*  39:*12*
73:*6*  75:*9*  77:*17, 21*
78:*9, 14*
**2024**  58:*16*
**2025**  1:*12*  82:*10*
83:*19*  84:*1, 7*  85:*2*
**21**  65:*16*
**215.341.3616**  84:*23*
**21st**  38:*24*
**22**  36:*8*
**25th**  58:*16*

**< 3 >**
**3**  3:*7*  54:*9, 11*  56:*2*
**3:00**  42:*19*
**3:24-cv-00404-MCR**
1:*4*  85:*4*
**3:30**  42:*23*
**30**  50:*15*
**300744**  82:*14*
**305**  2:*6*
**33**  3:*6*
**33131**  2:*5*
**33609**  2:*11*

**39561**  1:*19*

**< 4 >**
**4**  3:*10*  56:*3, 5*
**4:25**  1:*12*  81:*13*
**43**  3:*7*

**< 5 >**
**5**  3:*2, 10*  58:*4, 6*
**500**  2:*11*
**520**  2:*5*
**53**  43:*15*
**54**  3:*7*  43:*16, 18*
**56**  3:*10*
**58**  3:*10*
**5th**  77:*17, 21*

**< 6 >**
**6**  3:*10*  68:*17, 18*
**68**  3:*10*
**6th**  75:*8*

**< 7 >**
**7**  3:*10*  76:*5, 7*
**700**  2:*11*
**76**  3:*10*
**78**  3:*15*

**< 8 >**
**8**  3:*15*  78:*18, 20*
**813**  2:*12*
**82**  3:*3*
**83**  3:*3*
**864-9324**  2:*12*

**< 9 >**
**946-1884**  2:*6*

**< A >**
**a.m**  34:*10*
**abandonment**  77:*12*
**abiding**  21:*9*
**ability**  16:*20*  32:*7*
62:*14*
**able**  6:*24*  32:*2*
63:*10*  68:*11*
**Absenteeism**  79:*19*
**absolutely**  59:*21*
**acceptable**  19:*23*

**accurate**  85:*24*
**accusation**  42:*14*
**accuse**  42:*16*
**action**  83:*16, 17*
**activity**  71:*11*  74:*22*
**acts**  51:*14*
**actual**  66:*22*
**Additional**  13:*10*
36:*6*
**additions**  85:*5*
**address**  59:*20*  84:*14*
**adjourn**  80:*11*
**admitted**  41:*16*
**affirmative**  4:*7*
**afternoon**  5:*8*
**agency**  45:*19*  47:*12*
**ago**  32:*22*
**agree**  38:*15*  76:*25*
**ahead**  33:*14*  37:*16*
43:*2*  54:*8*
**AL**  84:*3*  85:*3*
**Alanzo**  3:*15*  36:*20*
79:*2, 4*
**A-l-a-n-z-o**  37:*6, 22*
39:*20*
**Alanzo's**  37:*21*
**allegations**  62:*1*
**alleged**  32:*13*  62:*1*
**allergies**  11:*21, 22*
**allow**  6:*17*  32:*2*
55:*6*  59:*13, 14, 19*
**allowed**  8:*4*
**alongside**  58:*23*
**ALONZO**  1:*3*  5:*14*
23:*13, 15, 16, 25*
26:*12*  44:*17*  53:*8, 11*
56:*12, 14*  60:*4*  63:*22,
25*  66:*3*  67:*1*  69:*3*
79:*13*
**A-l-o-n-z-o**  37:*21*
**Alonzo's**  36:*19*  38:*8,
17*
**amount**  50:*18*
**ANNA**  2:*6*  5:*15*
**anna.ruie@csklegal.co
m**  2:*12*
**answer**  4:*3*  12:*1*
16:*6, 9, 10*  17:*4, 16,
18*  19:*6, 19, 21, 22*
22:*9*  23:*20, 24*  24:*21*

25:*8*  36:*24*  39:*6*
42:*10*  44:*5*  47:*6*
59:*15, 19*  75:*13*
**answered**  27:*2*  64:*16*
**answering**  27:*3*
**answers**  6:*11*
**antidiscrimination**
23:*1*
**anybody**  7:*17*  9:*10,
11*  19:*22*  25:*19*
30:*16*  42:*16*  52:*14,
21*
**anymore**  9:*16*  60:*14*
**apologize**  71:*4*
**appear**  29:*2*  30:*12*
35:*16*  38:*24*  39:*24*
**APPEARANCES**  2:*1*
**appeared**  30:*7*  82:*7*
**appearing**  38:*25*  40:*1*
**appears**  37:*7, 9*
39:*20*  41:*2*  54:*18*
**approve**  46:*21*
**approved**  8:*20*
**approximately**  18:*25*
20:*6*
**April**  1:*12*  84:*7*  85:*2*
**area**  61:*12*
**argued**  66:*14*
**asked**  16:*8*  43:*19*
45:*24*
**asking**  38:*16*  41:*15*
78:*14*
**asks**  35:*9*
**assign**  14:*25*  15:*2*
**assigned**  67:*11*
**assigning**  31:*14*
**assisting**  12:*17*
**assuming**  75:*22*
**attendance**  26:*20*
**ATTENDING**  2:*1*
**attention**  37:*19*
43:*15*  51:*2*  84:*15*
**attorney**  7:*4, 7*  55:*22*
83:*13, 15*
**attorney's**  36:*12*
**audible**  6:*11*
**audio**  46:*23*  57:*16*
63:*12*
**authority**  82:*6*
**authorized**  83:*6*

aware  7:6  40:*22*
80:*25*  84:*11*
awfully  60:*1*

< B >
back  8:*21*  10:*3*
19:*16*  26:*2*  29:*6, 23*
34:*19*  42:*19, 24*
44:*14, 16*  60:*13*
63:*18*  72:*16*  75:*11*
77:*16*  78:*7, 12*  80:*5*
bags  16:*17*
BARROUKH  2:*4*
3:*2*  5:*7, 12*  11:*19*
16:*5*  17:*3, 17*  18:*3,*
*23*  19:*5*  20:*11, 19*
23:*19, 23*  24:*10, 20*
25:*7*  26:*10, 17*  27:*9*
28:*10*  29:*19, 24*  30:*4,*
*10*  31:*10, 20*  33:*8, 13,*
*17*  34:*15, 20*  36:*23*
37:*4*  38:*5, 7*  39:*5*
40:*6, 12*  41:*8, 19*
42:*1, 12, 18*  43:*1, 5*
45:*5, 11, 18, 23*  46:*5,*
*10, 16*  47:*3*  48:*10, 17*
49:*1*  50:*24*  51:*8*
52:*18, 25*  54:*7, 14*
55:*13, 18, 25*  56:*6, 18*
57:*3*  58:*8, 22*  59:*16*
61:*4, 9*  62:*5*  63:*8*
64:*18, 19*  65:*6, 10, 23*
67:*3, 14*  68:*14, 19*
70:*2*  72:*24*  73:*15*
74:*7, 19, 25*  75:*15, 20*
76:*1, 9*  77:*7*  78:*22*
79:*11, 22*  80:*2, 7, 17,*
*25*  81:*4, 9*
based  15:*15*  25:*18*
31:*6*
bed  26:*25*  69:*14*
behalf  1:*12*  2:*3, 6*
behaved  30:*6*
believe  18:*18*  22:*6*
28:*16*  30:*5*  43:*24*
45:*20*  47:*15*  51:*23*
52:*5*  63:*15, 24*  71:*9*
80:*9*
beneath  62:*16*  77:*10*

better  15:*17*  28:*2*
69:*19, 20*  73:*18, 20*
big  42:*15*
bit  6:*19*  44:*3*  71:*3*
79:*2*
black  61:*17*  62:*7, 8*
63:*10*  70:*16, 17, 22*
blame  69:*10*
blaming  69:*12*
blank  46:*2*
bleed  70:*24*
Bless  11:*20*
blueprints  58:*2*
boat  70:*18*  71:*16, 17,*
*21*
book  48:*20*
boss  10:*11*
Boulevard  2:*11*
box  77:*8, 10, 11*
79:*18*
boxes  79:*16*
break  8:*7*  32:*3, 8*
42:*19*
breaking  27:*24*  63:*14*
breaks  8:*5*
Brian's  80:*21*
Brickell  2:*5*
BRIDGE  1:*6*  5:*15*
9:*12, 16, 23*  13:*20, 23*
14:*4*  15:*7*  17:*12*
18:*16, 25*  19:*12*  20:*2,*
*8*  21:*16, 22*  22:*7*
23:*9*  24:*17, 24*  25:*20*
26:*6*  34:*5*  36:*11*
39:*16*  49:*18*  51:*4, 15*
52:*15, 22*  56:*11*
58:*24*  64:*2, 3*  69:*15*
70:*20*  71:*6, 10, 16*
72:*4, 12, 13, 19, 22*
73:*11*  74:*3*  75:*2, 8*
84:*3*  85:*3*
bridges  62:*16*
Bridge's  22:*20, 25*
brief  42:*22*
briefing  29:*8*
bring  16:*25*  37:*18*
43:*15*  51:*2*  61:*14*
63:*18, 19*
brother  69:*21*
brown  70:*23*

Buck  53:*14, 16*
69:*12, 18*
budget  18:*10*
build  12:*20*
bus  69:*22*
business  11:*9*  12:*7*
buy  32:*4, 7*

< C >
call  5:*12*  29:*6*  41:*24,*
*25*  52:*8, 21*  57:*24*
62:*24*  77:*17, 20*
79:*19*  80:*8*
called  5:*2*  26:*23*
53:*7, 8, 16*
calling  78:*13*
calls  53:*12*
car  7:*17*
carry  57:*19*  63:*18*
cars  61:*18*
CASE  1:*3*  6:*6*  8:*19*
29:*4*  54:*17*  56:*11*
57:*14*  60:*9*  85:*2*
cause  69:*10*
cease  72:*12*
CEO  10:*5*
certain  16:*21, 25*
17:*1*  30:*13*
CERTIFICATE  3:*3*
82:*1*  83:*1*
certifications  20:*16*
21:*20*
CERTIFIED  3:*22*
4:*11*  5:*5*  29:*21, 23*
34:*16, 19*  42:*20, 24*
46:*22*  48:*5, 24*  55:*20*
79:*24*  80:*5*  81:*7*
certify  82:*6*  83:*5, 12*
cetera  49:*24*  63:*19*
chance  77:*16*
change  46:*13*  85:*6*
changes  84:*7, 10, 11*
charger  34:*13*
CHARLOTTE  2:*10*
charlottemarie.manap
at-
nguyen@csklegal.com
2:*13*
chat  56:*13*  69:*4*

checked  79:*18*
choose  13:*4*
chose  13:*5*
circumstances  23:*9*
claim  32:*17*
clarify  69:*15*
class  21:*12*
classes  20:*21*  21:*7,*
*10, 16*
clean  17:*8*
clear  8:*7*  12:*5*  14:*1*
19:*18*  47:*24*  51:*23*
clearfully  9:*1*
clearly  37:*24*  66:*11*
client  56:*12*  69:*3*
clients  9:*11*  23:*13*
32:*13, 17*  34:*23*
43:*20*  44:*21*  46:*2*
47:*18, 25*  48:*12*  49:*7,*
*10, 13*  51:*3*  52:*22*
62:*1*  75:*7*
closest  64:*5*
closure  64:*3*
CLR  82:*13*  83:*5, 22*
84:*21*
clue  18:*13*  32:*19*
COLE  2:*10*
collect  31:*4*
color  22:*14*
come  19:*7*  26:*2*
42:*19*  77:*16*  78:*6*
comfortable  22:*15*
comments  29:*17*
Commission  82:*14*
committed  41:*20*
companies  60:*5*  66:*8,*
*21*  67:*6*
company  9:*23*  10:*2*
11:*4*  12:*17, 22, 25*
13:*3, 7*  14:*1, 4*  19:*3*
20:*3*  21:*22*  31:*14, 22,*
*24*  33:*2*  34:*24*  48:*2,*
*11*  50:*19*  57:*17, 25*
61:*18*  68:*1*  74:*4, 15*
75:*5*
compensation  65:*13*
complain  25:*5*  71:*11*
complained  65:*12*
complaint  65:*17*
67:*18, 21*

**complaints**  29:*12, 13*
51:*3*
**complete**  20:*15*  83:*9*
**completed**  21:*13*
**completely**  6:*18, 20*
19:*23*
**completing**  46:*1*
**computer**  40:*3*
**concern**  67:*10*
**concluded**  81:*14*
**conclusion**  81:*5*
**concrete**  9:*21*  13:*9*
15:*17, 18*  16:*17*
73:*19, 24*
**conduct**  70:*19*
**confident**  55:*4, 9*
**confidential**  69:*11*
**confirm**  64:*22*  67:*4*
68:*24*
**confused**  38:*10*
**connected**  83:*15*
**connection**  27:*23*
63:*16*  73:*1*
**consider**  12:*13*  51:*17*
**considered**  45:*15*
**constructed**  47:*13*
**Construction**  10:*16,*
*22*  11:*1, 8, 13*  12:*6,*
*10*  53:*5, 21*
**continue**  19:*11*
24:*16*  44:*9*  47:*7*
49:*2*  54:*19*  59:*24*
80:*10*
**continues**  62:*13*
64:*20*  65:*11, 12, 16*
**contract**  12:*14*
**contracting**  9:*20*
**contractor**  13:*10, 19*
**cool**  66:*13*
**coordinate**  80:*14, 15,*
*17*
**coordinating**  81:*1*
**copied**  40:*2, 3*  48:*11*
**correct**  9:*16*  12:*7*
13:*20*  17:*14*  21:*5*
26:*14*  31:*7*  39:*9*
40:*19, 21*  46:*3, 6, 25*
51:*15*  57:*5, 6*  58:*18,*
*24*  60:*25*  65:*24*  66:*1*

67:*7, 9*  70:*22*  72:*22*
74:*4*
**corrections**  85:*5*
**counsel**  3:*22*  46:*22*
48:*24*  79:*7*  80:*13*
83:*13, 15*  84:*11*
**counted**  31:*25*
**COUNTY**  82:*4*  83:*4*
**course**  5:*12*
**courses**  20:*14*
**COURT**  1:*1*  6:*9, 16,*
*23*  8:*19*  45:*12, 18*
47:*11*  84:*13, 22*
**cousin**  28:*16*  60:*3*
**created**  47:*13*
**crew**  14:*20, 22*  15:*10,*
*11, 23, 25*  16:*21, 25*
17:*1, 24*  28:*19*  29:*2,*
*14*  30:*1, 12, 14, 17*
31:*2, 15, 22*  32:*3, 7*
71:*5*  72:*9*
**CRR**  1:*12*  82:*13*
83:*5, 22*  84:*21*
**current**  46:*20*
**currently**  9:*18*
**curse**  70:*13*
**cuss**  70:*12*
**cut**  14:*3*  47:*7*  59:*21*
71:*2*
**cutting**  46:*23*

**< D >**
**daily**  47:*25*  48:*14*
**dangers**  29:*9*
**DANIEL**  2:*4*  5:*11,*
*12*  64:*13*
**danielb@dereksmithla**
**w.com**  2:*6*
**dash**  36:*18*  37:*20, 25*
38:*4, 20, 25*
**DATE**  1:*12*  40:*8*
54:*19*  58:*16*  80:*12*
84:*13*
**dated**  37:*12*  83:*19*
**Dawn**  1:*12*  29:*20*
75:*14*  81:*6*  82:*13*
83:*5, 22*  84:*21*
**day**  15:*3*  19:*8*  34:*6*
37:*17*  38:*23*  50:*6*

68:*3*  72:*7*  82:*9*
83:*19*
**days**  65:*17*  79:*19*
**day's**  37:*18*
**deal**  9:*20*  13:*8*  66:*5*
69:*8*
**Dear**  84:*5*
**decide**  72:*15*
**decision**  72:*11*
**Declaration**  3:*10*
58:*15*  60:*16*  61:*25*
**declare**  58:*17*
**declined**  77:*16*
**defecate**  62:*16*
**Defendant**  1:*7*  2:*6*
56:*11*
**definition**  25:*23*
**delegated**  15:*22*
**deletions**  85:*5*
**denote**  4:*12*
**deny**  32:*6*  62:*14*
**department**  18:*17, 20*
**deponent**  80:*8*
**deposed**  5:*22*  32:*21*
**deposition**  5:*13, 20*
6:*2*  7:*4, 8, 11, 20*
8:*19*  9:*8*  19:*18*
32:*25*  33:*4*  36:*4*
43:*7*  75:*25*  80:*11*
81:*6, 11, 13*  83:*7*
84:*7, 8*  85:*2*
**DEREK**  2:*4*
**derogatory**  51:*17*
**describe**  28:*22*
**desire**  8:*21*  84:*9*
**determine**  16:*24*
**Dezmond**  3:*10*  28:*12,*
*14, 17*  58:*15, 17, 24*
59:*2, 12*  60:*3, 11*
61:*13, 16, 25*  63:*11,*
*17*  64:*20*  65:*11*  67:*1*
**Dezmond's**  60:*16*
**die**  34:*12*
**died**  78:*1*
**different**  15:*3*  19:*1*
25:*17*  35:*22*  41:*4*
52:*12*  78:*1*
**difficulties**  80:*9*
**directed**  60:*22*

**discipline**  74:*3*
**discover**  44:*20*
**discovery**  80:*12*
**discrimination**  21:*23*
22:*10, 12, 13, 18, 20,*
*25*  25:*5*  51:*4, 10, 14,*
*19*  59:*7*  66:*22*  67:*6,*
*18*
**discriminatory**  51:*24*
52:*6*
**discuss**  22:*10*
**discussed**  33:*1*
**disrespectful**  14:*15*
**distortion**  57:*16*
63:*12*
**DISTRICT**  1:*1*
**document**  4:*12*  7:*20,*
*23*  33:*18, 21, 23, 24*
39:*15*  54:*10*  56:*4, 7*
58:*5, 10, 13, 14*  65:*1*
68:*16, 20, 24*  76:*2, 6,*
*10, 15, 18*  78:*19, 23,*
*25*
**documentation**  36:*6*
**documents**  34:*24*
**doing**  5:*9*  8:*13*  9:*19*
12:*12*  15:*18, 20*  16:*1*
18:*2, 5*  60:*4*  66:*8*
71:*19*  73:*24*
**dot**  40:*25*  41:*1, 4*
**downgrade**  69:*19*
**draft**  3:*7*
**drag**  8:*2*
**Drive**  2:*5*  32:*3*
63:*10, 11*  64:*1*
**driver**  63:*13*
**driver's**  31:*18*  63:*21,*
*23*
**driving**  31:*14, 18, 22,*
*24*  61:*18*  63:*17*
**drug**  72:*6, 9*
**drugs**  71:*25*  72:*3*
**due**  24:*25*
**duly**  5:*2*  82:*8*
**duration**  74:*11*

**< E >**
**early**  26:*24*
**ears**  69:*9*

easier 53:*12*, *18*
Eastern 1:*12*
eat 32:*11* 62:*7*
edit 84:*9*
effect 46:*12*
efficient 6:*3*
eight 13:*14* 14:*24*
 59:*5* 68:*8*
either 46:*2* 47:*17*
 66:*18*
elaborate 27:*10*
emergencies 27:*18*
emergency 27:*1*
 57:*15*
employed 72:*4*
Employee 3:*10*, *15*
 35:*12* 67:*17*, *20*
 74:*20* 79:*13* 83:*13*,
 *14*
employees 26:*7*
 60:*17*, *20* 61:*17* 62:*7*,
 *8* 71:*25*
employment 11:*8*, *14*
 59:*6* 64:*21* 65:*19*
 74:*4*, *11*
Enrique 43:*24* 44:*11*
entering 84:*7*
Enterprises 19:*13*, *15*
equal 23:*3*, *7* 71:*1*
equally 23:*10*
Errata 84:*7*, *10*, *11*,
 *13*, *25*
error 50:*7* 67:*22*
ESEQUIEL 1:*11*
 3:*2* 5:*1* 43:*25* 46:*6*
 82:*7* 83:*7* 85:*1*, *25*
Especially 71:*15*
ESQUIRE 2:*4*, *6*, *10*
established 75:*24*
et 49:*24* 63:*19* 84:*3*
 85:*3*
ethnicity 22:*4* 23:*3*
event 8:*3*
Everest 84:*13*, *22*
everybody 15:*4* 17:*5*,
 *6*, *9* 22:*3* 23:*2*, *6*
 35:*5*, *6* 40:*10* 52:*11*
 53:*6*, *12*, *17* 68:*11*
 70:*23* 71:*1* 73:*20*
evidence 66:*23* 75:*23*

exact 4:*12* 38:*24*
 39:*25* 41:*2*, *4* 66:*10*
exactly 44:*5*
EXAMINATION 3:*2*
 5:*6*
examined 5:*3*
example 36:*8* 40:*25*
Excuse 11:*17* 56:*3*
execute 84:*11*
Exhibit 3:*6*, *7*, *10*, *15*
 33:*15*, *16* 34:*22* 36:*9*
 43:*3*, *4* 54:*9*, *11* 56:*2*,
 *3*, *5* 58:*4*, *6* 68:*17*, *18*
 76:*5*, *7* 78:*18*, *20*
EXHIBITS 3:*5*, *22*
 4:*11*
expectations 18:*9*
 73:*23*
Expires 82:*15*
eyes 69:*9*

< F >
fact 45:*24*
facts 75:*22*
failure 65:*18*
fair 13:*11* 15:*22*, *25*
 22:*4* 23:*7*
fairly 22:*8*
familiar 28:*11*
family 24:*25* 60:*13*
 72:*17*
far 69:*11* 70:*17* 74:*1*
fear 71:*14*
feel 71:*13*
female 70:*15*
fill 35:*21* 40:*8* 68:*5*
filled 40:*9* 49:*6*
financially 83:*16*
find 84:*5*
fine 11:*25* 19:*17*, *19*
 34:*14* 38:*14* 40:*19*
 41:*11* 43:*14* 49:*3*
 58:*9* 59:*21*
finish 6:*18* 55:*6*
 59:*14*
finisher 15:*18*
fire 26:*3*
fired 13:*3* 45:*1*
first 5:*2* 6:*8* 10:*1*
 27:*2* 35:*10* 36:*16*

39:*1*, *19* 54:*17* 70:*8*,
 *12*
five 49:*24* 65:*17*
five-minute 42:*19*
fix 50:*2*, *16*, *19* 68:*8*
fixing 50:*13*
flatbed 63:*12*, *17*
FLORIDA 1:*1*, *18*
 2:*5*, *11* 82:*3*, *14* 83:*3*
fly 70:*18*
focus 51:*1*, *2*, *9*
folder 68:*1*
following 50:*1*, *9*
 85:*4*
follows 5:*3* 30:*18*
foot 16:*16*
FORD 1:*1* 3:*14*
 5:*14* 23:*13* 27:*6*, *21*
 28:*3*, *6* 37:*19* 40:*7*
 59:*6* 60:*20*, *22* 66:*18*
 67:*5* 75:*16*, *24* 77:*20*,
 *23* 78:*13* 84:*3* 85:*3*
Ford's 36:*17* 38:*14*,
 *25* 77:*3*
foregoing 58:*18* 85:*1*
Foreman 11:*5* 14:*7*,
 *9*, *18* 15:*13* 17:*13*
 19:*1* 20:*5* 24:*12*
 44:*5*, *25* 74:*14*
forged 33:*6* 44:*21*
 46:*1*
forgery 41:*20*
forging 36:*1* 41:*17*
forgot 49:*23* 50:*7*
form 11:*16* 16:*3*, *7*
 17:*2*, *15*, *25* 18:*21*
 19:*4* 20:*9*, *18* 23:*18*
 24:*8*, *19* 25:*6* 26:*8*,
 *16* 27:*7* 28:*8* 29:*18*
 30:*2*, *8* 31:*8*, *16*
 33:*10* 36:*22* 37:*3*, *24*
 39:*4*, *15* 40:*4*, *11*
 41:*6*, *18*, *22* 42:*7*
 45:*4* 46:*1*, *8*, *14* 48:*3*,
 *15* 50:*20* 51:*6*, *18*, *24*
 52:*7*, *17*, *23* 54:*5*
 55:*11*, *16* 56:*17* 57:*1*
 58:*20* 61:*3*, *7* 62:*4*,
 *19* 65:*5*, *9*, *21* 66:*24*
 67:*8*, *24* 69:*25* 72:*23*

73:*14* 74:*5*, *17*, *23*
 75:*19* 77:*6* 79:*9*
Fort 7:*15*
Forth 7:*16*
four 58:*13*, *14* 64:*6*
fourth 76:*24*
frame 19:*14* 78:*9*
 80:*20*
framing 9:*20* 12:*12*
 13:*8*
fraudulently 33:*6*
friend 12:*11*, *16*
friends 53:*16*
friend's 12:*25* 13:*3*, *7*
full 33:*24*
Further 61:*16* 83:*12*

< G >
gender 22:*14* 23:*4*
general 51:*3*
George 3:*7* 32:*21*, *22*
 35:*25* 41:*13* 43:*7*, *19*
 73:*5*, *8*
getting 14:*11* 35:*5*, *8*
give 6:*19* 29:*6*, *8*
 55:*21*
given 68:*12* 77:*16*
 85:*2*
giving 49:*5*
glasses 43:*13*
go 6:*1*, *4* 8:*21*, *22*
 10:*2* 17:*7*, *8* 19:*8*
 20:*21* 26:*25* 27:*1*, *16*
 30:*21* 32:*11* 33:*14*
 34:*12* 37:*16* 38:*23*
 43:*2* 44:*20* 54:*8*
 60:*13* 61:*13* 63:*6*
 64:*5*, *8*, *11* 68:*5* 69:*3*
 80:*2*
goal 6:*2*, *3*, *5* 8:*1*
God 62:*12*
goes 43:*24* 44:*4*, *23*
 46:*6*
going 7:*23* 29:*9*
 33:*14* 37:*16* 39:*9*
 40:*20* 43:*2* 44:*14*, *16*
 49:*4* 54:*8* 56:*1* 58:*3*,
 *12* 61:*13* 68:*15* 76:*4*
 81:*9*

**Good** 5:8, *10* 16:*1*
24:*2* 26:*12* 27:*21*
28:*1* 47:*21* 50:*13*
77:*1*
**gotten** 78:*3, 5*
**grab** 63:*3*
**grabbing** 25:*13*
**great** 24:*3*
**ground** 6:*1, 8*
**GROUP** 2:*4* 56:*13*
69:*4*
**grown** 63:*5*
**guess** 10:*11*
**guessing** 76:*24*
**guy** 15:*14* 66:*6*
**guys** 17:7 27:*15*
61:*15* 81:*1*

**< H >**
**hand** 16:*15* 31:*3*
63:*4* 82:*9*
**handed** 48:*19, 21*
**handwriting** 35:*17*
37:*11*
**hanging** 71:*15*
**happen** 81:*2*
**happening** 65:*7*
**happy** 33:*19*
**harass** 22:*16*
**harassed** 25:*20*
**harassment** 21:*23*
25:*11, 19* 66:*4*
**hard** 37:*10* 53:*2, 4*
**harder** 27:*13*
**HAWKINS** 1:*3* 3:*15*
5:*14* 23:*13, 16, 25*
24:*6, 12, 14, 17, 23*
25:5 26:*18, 19* 27:*5*
39:*1, 19, 25* 40:7
41:*1* 56:*12, 15* 59:*6*
60:*21, 22* 62:*14, 15*
66:*18* 67:*6* 69:*3*
75:*17, 24* 79:*4, 6, 13*
**head** 6:*12*
**hear** 27:*25* 29:*16, 25*
41:*24* 42:*11* 53:7
69:*9* 72:*25*
**heard** 52:*13* 78:*5, 8*
**heavy** 16:*17*

**hectic** 80:*21*
**he'd** 29:*6, 7* 30:*21*
**Hello** 34:*13*
**helpful** 19:*22* 55:*23*
**helping** 12:*11*
**Hey** 26:*25* 50:*3, 6*
52:*10, 11* 53:*10*
62:*25* 63:*5* 68:*7, 8*
71:*19, 20* 72:*8*
**HH** 82:*14*
**hierarchy** 15:*5, 8*
17:*13*
**higher-ups** 15:*12*
**highlight** 36:*9*
**Hillier** 1:*12* 82:*13*
83:*5, 22* 84:*21*
**ho** 69:*20*
**hold** 11:*3* 20:*2*
**hole** 71:*17, 21*
**home** 72:*16* 75:*11*
**honestly** 9:*2*
**hour** 50:*15*
**hours** 8:*3, 4* 17:*10*
26:*24* 27:*19* 30:*14,
17, 23, 25* 31:*6, 25*
32:*14* 35:*19, 22*
49:*17, 24* 50:*4, 8, 14,
16* 60:*19* 64:*22* 65:*2,
14, 15* 68:*2, 7, 8, 12*
**houses** 12:*20*
**HR** 18:*16, 20*
**Huh-uh** 4:*8*
**human** 18:*16* 74:*15,
21*
**hurt** 16:*19* 78:*2*
**hurted** 16:*15, 16*

**< I >**
**identical** 40:*1*
**identify** 34:*10*
**II** 77:*9* 79:*16*
**III** 77:*10* 79:*17*
**important** 6:*16* 8:*13,
18* 57:*20*
**inappropriate** 29:*17*
30:*1*
**includes** 56:*12*
**including** 56:*13*
60:*17* 84:*13*

**incomprehensible**
44:*3*
**incorrect** 65:*2*
**incorrectly** 36:*19*
39:*25*
**independent** 12:*14*
13:*10, 18* 34:*3, 4*
**INDEX** 3:*1*
**indicate** 84:*10*
**indicated** 84:*14*
**individual** 18:*12*
28:*7, 12* 53:*22, 25*
54:*3, 17* 69:*5* 71:*9*
**individually** 35:*18*
**individuals** 14:*25*
18:*20* 19:*1* 20:*7, 16*
21:*8* 45:*25*
**informally** 12:*18*
**information** 6:*5*
**insight** 36:*7*
**interested** 83:*16*
**interfere** 9:*5*
**internet** 63:*14*
**interrupt** 6:*23*
**interrupting** 71:*4*
**interruption** 4:*4*
**Involuntary** 77:*10*
79:*17*
**involved** 66:*19*
**involvement** 75:*16*
**involves** 69:*4*
**Isaac** 3:*9* 5:*19, 22*
8:*16* 14:*14* 27:*23*
29:*25* 34:*21* 43:*2*
49:*2* 55:*15* 56:*14, 20*
57:*8* 59:*2, 17* 63:*14*
69:*5, 6* 72:*25* 76:*4*
**Isaac/Roach** 3:*10*
**issues** 11:*12* 26:*13*
49:*17* 73:*12*
**issuing** 73:*12*
**its** 26:7

**< J >**
**Jesus** 11:*17* 67:*16*
**JOB** 1:*19* 8:*13* 15:*2,
3* 16:*1* 18:*2, 5* 29:*2,
8, 9* 30:*7, 12* 32:*4*
51:*22* 57:*22* 62:*9*
64:*11* 67:*11* 68:*12*

71:*19* 72:7 77:*1, 11*
78:*6*
**jobs** 9:*24* 11:*11*
14:*10, 11* 18:*8*
**Joe-Joe** 54:*4*
**Joel** 46:*21*
**joining** 20:*7*
**Jones** 3:*10* 28:*12, 14,
17, 22* 58:*15, 17, 24*
61:*5, 25* 62:*6, 13*
65:*11*
**judging** 25:*16*
**June** 39:*12*

**< K >**
**keep** 6:*3* 8:*15* 17:*5*
73:*20*
**keeping** 67:*21*
**Key** 2:*5* 4:*2*
**kid** 24:*4*
**kind** 15:*16, 17, 18, 20*
27:*13* 40:*18* 59:*11*
66:*16* 73:*1*
**KISSANE** 2:*10*
**knew** 15:*16* 57:*23*
**know** 8:*4* 11:*10*
12:*16* 15:*19, 20*
16:*18* 18:*11, 15, 19*
19:7 21:*15* 22:*15*
24:*14* 26:*2* 27:*15, 16*
28:*17* 29:*3, 8* 31:*24*
32:*17, 22* 33:*18, 21*
35:*17* 38:*13* 43:*20*
46:*18, 19, 24* 47:*2, 20,
23* 49:*22, 24, 25* 50:*5,
6, 7, 15* 52:*1* 53:*17*
54:*10* 55:*14* 56:*4, 21*
57:7 58:*5, 9* 60:*6*
63:*16, 22* 66:*4, 17*
68:*20* 69:*10, 17, 19,
20* 71:*19, 20* 72:*9*
73:*18* 74:*20* 76:*6, 10,
15, 17, 21, 23* 78:*2, 4,
19, 23* 80:*20, 21, 22*
**knowingly** 46:*1*
**knowledge** 25:*4* 26:*6*
33:*12* 50:*3* 53:*15*
56:*24* 70:*5* 74:*21*
**knows** 40:*19*

**< L >**
**laborer** 12:*23*
**lag** 71:*3*
**lane** 64:*3*
**language** 51:*18, 25*
**Large** 1:*18*
**LAW** 2:*4*
**lawsuit** 32:*14* 62:*2*
 66:*3*
**lawsuits** 66:*18*
**lawyers** 46:*19*
**lead** 15:*14* 17:*13*
**leave** 13:*2, 4, 5* 17:*1*
 57:*11, 12, 14, 15, 16,*
 *25* 58:*1* 72:*11* 75:*4*
**left** 12:*6* 24:*25*
 67:*25*
**legit** 47:*9*
**letter** 76:*23, 24*
**level** 24:*6* 69:*19*
**liars** 62:*21*
**license** 31:*18* 63:*21,*
 *23*
**lie** 42:*5* 63:*11*
**life** 24:*3* 67:*12*
 71:*15, 22*
**lighter** 16:*18*
**likes** 22:*13*
**limited** 60:*17*
**line** 8:*8* 9:*19* 38:*25*
 40:*25* 85:*6*
**listed** 56:*20* 65:*2*
 69:*6*
**Listen** 8:*16*
**little** 6:*19* 11:*10, 11*
 13:*24* 27:*11* 44:*3*
 63:*12* 79:*2*
**lived** 27:*14*
**lives** 67:*13*
**LLC** 1:*6* 84:*3, 13, 22*
 85:*3*
**long** 6:*4* 8:*2* 10:*10,*
 *25* 12:*24* 13:*13, 22*
 58:*13* 66:*11* 67:*10*
 75:*1* 80:*19*
**longer** 24:*15, 17, 23*
 80:*8*
**look** 7:*21, 23* 50:*5*

56:*20* 68:*5*
**looking** 14:*14*
**looks** 39:*7*
**lose** 79:*22, 23*
**losing** 8:*14, 22* 14:*10*
**lot** 33:*5* 52:*2, 4*
 53:*18*
**lunch** 32:*3, 4, 7, 8*
 62:*8*
**lying** 47:*16* 61:*5*

**< M >**
**ma'am** 5:*24*
**machineries** 71:*16*
**making** 6:*2* 32:*18*
 67:*17, 20*
**man** 15:*14* 17:*14*
 72:*8*
**manage** 20:*23*
**managed** 15:*17*
**managers** 59:*2* 74:*16*
**MANAPAT-**
**NGUYEN** 2:*10*
**manner** 4:*11* 30:*6*
**marginally** 41:*3*
**marked** 33:*16* 34:*22*
 43:*4* 54:*11* 56:*5*
 58:*6* 68:*18* 76:*7*
 77:*11* 78:*20*
**marking** 33:*15* 43:*3*
 54:*9* 56:*2* 58:*4*
 68:*16* 76:*5* 78:*18*
**marks** 84:*9*
**married** 24:*4*
**material** 29:*5* 61:*14*
**materials** 63:*18*
 64:*10*
**matter** 5:*14* 9:*12*
 22:*4* 23:*3*
**matters** 60:*13*
**mean** 14:*15* 15:*7*
 16:*14* 22:*12* 37:*7*
 38:*12, 19* 40:*10, 17*
 42:*14* 47:*19* 52:*8*
 64:*10* 70:*14, 23* 71:*2*
**meaning** 6:*11*
**means** 18:*7* 40:*22*
**medication** 9:*4*
**meeting** 41:*15* 73:*4,*

*8*
**member** 16:*1* 28:*19*
**members** 14:*19, 22*
 15:*23* 16:*21, 25* 17:*1*
 29:*14, 17* 30:*12, 14,*
 *17* 31:*2, 15, 22* 32:*3,*
 *7*
**men** 63:*6, 10* 69:*16*
**mentioned** 41:*14*
 69:*10*
**message** 3:*10* 54:*16,*
 *17, 18, 20* 55:*2, 10, 15*
 56:*10, 19* 69:*2, 4, 5, 8,*
 *24* 70:*3, 6, 9*
**messages** 56:*21, 25*
 57:*5*
**Mexican** 52:*11*
 53:*11* 70:*15*
**Miami** 2:*5*
**middle** 38:*9*
**mine** 55:*12* 80:*22*
**minimum** 56:*14*
**minutes** 50:*15*
**missed** 57:*17*
**missing** 37:*20* 63:*15*
**mistake** 49:*23*
**Mobile** 19:*13, 15*
**moment** 48:*25*
**Monday** 34:*9*
**money** 8:*14, 22*
 14:*11* 57:*17*
**month** 39:*11* 75:*5*
**months** 10:*13* 13:*1,*
 *14* 75:*3*
**morning** 26:*24*
**mother** 77:*25*
**move** 6:*5* 73:*25*
**moved** 27:*14*

**< N >**
**name** 5:*11* 10:*2*
 17:*21* 35:*10, 14*
 36:*17, 19* 37:*21* 38:*8,*
 *17* 39:*1, 19, 25* 41:*1*
 44:*12* 53:*5, 6, 7, 8, 10,*
 *11, 14* 58:*16* 69:*11*
 76:*22*
**named** 28:*12* 54:*18*
 56:*13, 14* 69:*5*

**names** 18:*19* 21:*10*
 40:*10, 14* 47:*18, 25*
 48:*13* 49:*7, 10, 13*
 53:*19* 66:*17*
**narrow** 80:*24*
**nearly** 39:*11*
**necessarily** 4:*12*
**need** 6:*20* 8:*6, 17*
 27:*17* 48:*4* 59:*21*
 63:*6* 64:*10*
**needed** 26:*21* 28:*25*
 29:*4, 5* 64:*4, 7, 9*
**negative** 4:*8*
**never** 47:*24* 49:*11*
 51:*14, 22* 52:*13*
 57:*17* 60:*11* 61:*12*
 64:*21* 67:*4* 69:*12*
 74:*2*
**new** 40:*8* 48:*13*
 78:*3, 6*
**NICHOLAS** 1:*1*
 3:*14* 5:*14* 23:*13*
 27:*6, 13, 21* 53:*14*
 60:*4* 63:*22, 24, 25*
 66:*3* 67:*1* 76:*24*
 77:*3, 20, 25*
**nickname** 53:*23*
 54:*1, 4*
**nicknames** 53:*18*
**nigga** 52:*6*
**nigger** 52:*6* 60:*18,*
 *19, 21*
**nights** 26:*23*
**nine** 60:*10, 15* 68:*7*
**non-black** 60:*16, 20*
**NORTHERN** 1:*1*
**Notary** 1:*17* 82:*14*
**NOTE** 3:*22* 4:*11*
**Noted** 64:*18* 84:*10*
**notes** 14:*16* 83:*10*
**Notice** 3:*10, 15* 77:*3*
 79:*13*
**noticed** 36:*16, 18*
**noting** 80:*10*
**November** 58:*16*
 73:*6* 75:*6, 8* 77:*17,*
 *21* 78:*9, 14*
**number** 36:*8* 57:*23*
 59:*1* 64:*22, 24* 65:*13,*

*15*
**numbers** 35:*16*

**< O >**
**O-301** 2:*5*
**OATH** 3:*3* 82:*1*
**Object** 11:*16* 16:*3*
*17:2, 15, 25* 18:*21*
*19:4* 20:*9, 18* 23:*18*
*24:8, 19* 25:*6* 26:*8,*
*16* 27:*7* 28:*8* 29:*18*
*30:2, 8* 31:*8, 16* 33:*7,*
*10* 36:*22* 37:*3, 24*
*39:4* 40:*4, 11* 41:*6,*
*18, 22* 42:*7* 45:*4*
*46:4, 8, 14* 48:*3, 15*
*50:20* 51:*6* 52:*17, 23*
*54:5* 55:*11, 16, 22*
*56:17* 57:*1* 58:*20*
*61:3, 7* 62:*4, 19*
*64:14, 15* 65:*5, 9, 21*
*66:24* 67:*8, 24* 69:*25*
*72:23* 73:*14* 74:*5, 17,*
*23* 75:*12, 13, 19* 77:*6*
*79:9*
**Objection** 16:*7* 75:*20*
**obviously** 9:*15*
**occasion** 62:*13*
**occasions** 65:*13*
**occur** 51:*15*
**offense** 52:*9*
**offer** 77:*17, 24*
**office** 36:*12* 47:*13*
*79:8*
**official** 82:*9*
**Oh** 11:*17* 53:*10, 13*
*62:12* 63:*2* 74:*13*
*76:21*
**okay** 5:*16, 22* 6:*6, 21*
*7:6, 10, 14, 16, 19, 24*
*8:1, 11, 23* 9:*4, 7, 10,*
*14, 18, 22* 10:*1, 10, 14,*
*17, 20, 25* 12:*5, 9, 13,*
*16, 21, 24* 13:*6, 15, 22,*
*25* 14:*6, 12, 16, 21*
*16:10, 24* 17:*20, 23*
*18:19, 24* 19:*14, 24*
*20:6* 21:*1, 3, 15, 19*
*22:1, 6, 19* 23:*5, 12*
*24:14* 25:*2, 15, 22*

*26:11, 22* 28:*17, 19,*
*22* 29:*23* 30:*16*
*31:13, 24* 32:*2, 6, 10,*
*13, 20, 25* 33:*19* 34:*1,*
*16, 19* 35:*16, 24* 36:*7*
*37:9* 38:*23* 41:*9, 12*
*42:18, 20, 24* 43:*16*
*44:4* 45:*8* 47:*14, 22*
*48:18* 49:*4, 9, 12, 16*
*50:4, 25* 52:*21* 53:*13*
*54:8* 55:*1, 14, 19*
*57:7, 10* 58:*12, 13*
*59:1, 22* 60:*10, 15*
*63:2, 9* 67:*15* 68:*21,*
*24* 69:*8* 70:*11* 72:*18*
*75:4, 7* 76:*2, 14*
*77:15* 78:*17, 18* 80:*5*
*81:3, 4*
**old** 21:*1, 4*
**omitted** 4:*6*
**once** 50:*23* 60:*7*
**ones** 27:*2* 34:*4*
**operated** 12:*17*
**opportunity** 55:*22*
**opposing** 79:*7*
**ordered** 8:*19*
**ordering** 81:*10*
**orders** 81:*8*
**OSHA** 20:*24* 21:*9*
**outside** 27:*3*
**Overspeaking** 22:*23*
*48:22* 50:*11* 53:*3*
*68:10*
**owed** 65:*18*

**< P >**
**P.A** 2:*10*
**p.m** 1:*12* 34:*9, 10*
*42:22, 23* 81:*13*
**PAGE** 3:*1* 36:*8*
*39:10* 43:*15, 18* 85:*6*
**pages** 58:*13, 14* 85:*1*
**paid** 31:*2, 6* 32:*14*
*35:6, 8* 49:*25* 50:*14,*
*18* 65:*14* 68:*2*
**painter** 15:*19* 73:*20*
**paper** 40:*17* 41:*24*
*46:19, 20, 25* 47:*9*
*76:16* 78:*24*

**papers** 79:*6*
**paperwork** 36:*2*
**Pappas** 3:*7* 32:*21,*
*22* 33:*4* 41:*13, 14, 16,*
*21* 42:*5* 43:*7, 19*
*44:4* 45:*10, 17* 46:*6*
*47:16* 73:*5, 9*
**Pappas's** 32:*25* 46:*12*
**paragraph** 59:*1, 5, 10*
*60:10, 15* 61:*16*
*64:20* 65:*16*
**PARTIES** 2:*1* 8:*20*
*83:14, 15*
**pasted** 40:*2*
**pause** 55:*21*
**pay** 18:*14* 49:*23*
*50:7, 9* 65:*18*
**paycheck** 50:*19*
**Payroll** 34:*8* 49:*22*
*50:7, 12*
**penalty** 58:*17*
**Pennsylvania** 84:*23*
**Pensacola** 27:*14*
**people** 12:*19* 19:*7*
*20:22, 23, 24* 21:*4*
*23:10* 25:*13* 26:*1*
*35:21* 52:*8, 9, 11*
*56:13* 69:*4*
**people's** 50:*14* 53:*19*
**perform** 30:*12* 64:*1*
**performance** 26:*14*
*73:12*
**performing** 62:*17*
*73:22, 23*
**period** 80:*12*
**perjury** 58:*18*
**person** 24:*1* 47:*21*
*71:18, 20* 73:*19*
**personal** 24:*6* 26:*5*
*57:12, 18, 25* 67:*12,*
*13*
**personally** 26:*13*
*38:12* 42:*9* 47:*2*
**Philadelphia** 84:*23*
**phone** 7:*24* 27:*2, 3*
*34:12* 36:*25* 41:*24,*
*25* 57:*12, 13, 16, 18,*
*24, 25* 77:*17*
**pick** 16:*16, 17* 17:*9*
*61:13*

**PINELLAS** 82:*4*
*83:4*
**PLACE** 1:*12* 84:*13*
*80:10*
**Plaintiff** 1:*12* 2:*3*
*80:10*
**Plaintiffs** 1:*4* 5:*13*
**Plaintiff's** 33:*15*
*34:22* 43:*3* 54:*9*
*56:2, 3* 58:*4* 68:*16*
*76:5* 78:*18*
**please** 8:*15* 10:*18*
*11:7* 12:*1* 14:*8* 18:*4,*
*7* 20:*20* 22:*11* 25:*10,*
*22* 27:*5, 10, 11* 28:*23*
*29:19* 34:*15* 48:*6*
*49:21* 55:*7* 56:*3*
*58:7* 59:*14, 19* 73:*16*
*76:5* 79:*3* 80:*3* 84:*9,*
*10, 11*
**PLLC** 2:*4*
**point** 29:*11, 13*
*64:13* 69:*18*
**policies** 21:*23* 22:*21*
*23:1*
**Pollo** 54:*1*
**pop** 29:*3*
**port-a-potties** 62:*9*
**position** 11:*3* 12:*21*
*13:25* 15:*16* 20:*3*
**positions** 14:*21*
**possible** 6:*3, 4* 8:*2,*
*23*
**pouring** 9:*21* 13:*8*
**preferences** 22:*5*
**prepare** 9:*7*
**presence** 60:*20*
**present** 7:*7, 21* 31:*5*
**Pretty** 5:*10* 8:*13*
*42:15* 47:*20, 21*
*66:12* 80:*21*
**prevented** 31:*21*
**preventing** 9:*1*
**previous** 66:*17*
**previously** 26:*11*
*32:21* 41:*13* 51:*13*
*59:20*
**print** 40:*19*
**printer** 48:*12*

prior 10:*14* 12:*9* 13:*6, 15, 18* 19:*11* 20:*1, 7* 46:*13*
probably 13:*1, 24* 78:*2*
problem 16:*8* 24:*5, 11* 69:*14* 73:*3*
proceeding 7:*10*
produced 36:*11* 54:*16* 56:*10* 69:*2* 79:*7*
production 73:*21*
profanity 60:*6*
professional 30:*6*
profiled 60:*2*
profiling 60:*6*
projects 16:*22, 25* 17:*1*
promise 6:*19*
prompt 84:*15*
proof 42:*16, 17*
proper 50:*18*
properly 31:*2*
proprietor 10:*6*
provide 6:*11, 13* 25:*10, 23* 36:*6*
provided 33:*1* 45:*12*
Public 1:*17* 82:*14*
pull 16:*21* 72:*8* 76:*2*
PUNCTUATION 4:*2*
purpose 35:*3*
purposes 5:*19* 7:*19* 8:*18*
put 16:*18*

< Q >
qualified 20:*22*
question 4:*3* 6:*18, 21* 8:*8* 11:*23* 12:*2* 16:*6, 8, 13* 22:*9* 23:*24* 42:*10* 43:*18* 55:*1, 7, 21* 59:*19* 64:*14, 16* 75:*13, 21* 78:*12*
questioning 8:*9*
questions 7:*22* 64:*13*
quick 6:*2* 34:*13* 63:*1*
quickly 8:*23*

quit 60:*12* 72:*20*
quite 25:*3*
quotations 4:*11*
quote 4:*12*

< R >
race 22:*4* 23:*3* 25:*17* 66:*22* 67:*6* 70:*16*
racial 51:*18* 59:*7* 60:*5*
racially 51:*17* 60:*2*
racism 66:*4* 70:*14, 17*
racist 70:*19*
random 72:*9*
randomly 72:*6*
rare 30:*19*
rarely 53:*7*
rate 18:*14*
reach 27:*13*
reached 28:*4*
reacts 52:*12*
read 4:*12* 37:*10* 40:*18* 42:*11* 45:*21* 56:*21, 23* 85:*1*
reading 61:*23* 81:*11* 84:*11*
ready 27:*16*
real 34:*13* 62:*25*
really 30:*18, 19* 43:*11, 12* 50:*13* 70:*12*
reason 23:*10* 25:*1* 26:*4* 42:*5* 47:*5, 15, 19* 53:*15* 57:*22* 85:*6*
recall 19:*10, 14, 19, 21* 21:*9* 22:*1* 23:*8* 49:*5* 53:*1* 54:*23* 55:*1* 58:*23* 65:*7* 67:*17, 20* 73:*4, 8, 11* 75:*7*
receive 20:*15* 21:*19, 21* 29:*11, 13*
received 74:*2* 78:*10*
recess 42:*22*
recollection 56:*24* 70:*5* 77:*23* 78:*13*
record 4:*12* 6:*25* 29:*19, 22* 34:*15, 17,*

18 42:*21, 25* 80:*3, 4, 6, 15, 18* 83:*9*
recurring 34:*2*
red 70:*23*
refer 5:*18* 14:*5*
references 4:*3, 5, 7, 8*
referring 14:*4*
reflect 78:*25*
reflected 4:*11*
Regardless 41:*9*
regards 11:*13* 21:*7, 20, 22* 26:*20* 40:*16* 41:*12* 46:*11*
regularly 60:*18*
reiterating 59:*17*
rejecting 77:*24*
related 66:*7*
relation 15:*12*
relationship 78:*4*
relative 83:*12, 14*
remarks 77:*15*
remember 19:*19, 20, 24* 21:*12, 18* 22:*20* 23:*12* 24:*22, 23* 49:*8* 50:*22* 52:*20* 53:*4, 18, 20, 22, 25* 73:*7, 10* 75:*10, 11* 77:*22* 78:*11, 16*
Remodeling 10:*4, 7, 12, 15*
REMOTE 1:*12* 43:*7*
REMOTELY 2:*1* 82:*7*
remove 16:*1*
repeat 11:*23* 18:*4*
report 18:*17* 67:*18, 21* 71:*10, 14* 74:*15, 21* 83:*6*
reported 15:*12* 18:*12* 31:*6* 70:*19*
Reporter 1:*17* 6:*9, 17, 24*
REPORTER'S 3:*3* 4:*2*
reporting 45:*12, 19* 47:*11* 84:*13, 22*
represent 5:*13* 32:*20* 36:*4, 10* 47:*10* 54:*15* 56:*9* 58:*12* 61:*24* 69:*2* 77:*2* 79:*5*

represented 7:*3* 79:*12*
represents 5:*15*
request 45:*13*
requested 79:*6* 83:*8*
require 34:*6*
requirements 20:*24* 21:*9*
resources 18:*16* 74:*16, 21*
respects 85:*24*
respond 6:*20*
response 6:*13* 16:*12* 31:*11* 45:*25*
responsibilities 14:*9*
responsible 24:*3* 26:*12* 28:*7, 24* 30:*13, 16* 31:*13*
responsive 28:*3*
restroom 8:*6* 62:*15, 22, 25* 63:*4, 5, 6, 7*
retained 3:*22*
retaliate 26:*6*
retaliation 21:*24* 25:*24*
return 77:*20, 24* 78:*14* 84:*13*
reuse 40:*9*
review 83:*7*
right 5:*11, 18* 6:*8, 15* 7:*3, 6, 11, 13* 8:*12, 13, 25* 11:*12* 14:*8, 14* 16:*12* 20:*1* 23:*12* 25:*10* 27:*23* 28:*2, 11* 29:*5, 6, 7* 30:*5* 33:*14* 34:*5, 21* 35:*9, 12* 37:*5* 38:*3, 5* 40:*14, 16* 42:*2, 13* 43:*6, 10, 18* 45:*21* 46:*11* 47:*10* 48:*8* 49:*20* 51:*13* 53:*1* 54:*15* 56:*1, 9* 59:*5, 24* 61:*23* 63:*20* 68:*15* 69:*1* 71:*10, 12, 13* 76:*4, 10, 17* 77:*8* 78:*12* 79:*16* 80:*2, 7, 18, 19* 81:*7*
RMR 1:*12* 82:*13* 83:*5, 22* 84:*21*

Case 3:24-cv-00404-MCR-ZCB    Document 21-5    Filed 06/05/25    Page 95 of 105
Deposition of Esequiel Ruiz
Nicholas Ford and Alonzo Hawkins v. Southern Road & Bridge LLC

**Roach** 3:9 53:23 54:18 56:14
**ROAD** 1:6 5:15 9:11, 16, 23 13:20, 23 14:4, 5 15:6 17:12 18:16, 25 19:11 20:2, 8 21:16, 22 22:7, 20, 25 23:9 24:17, 24 25:20 26:6 34:5 36:11 39:16 49:18 51:4, 15 52:15, 22 56:11 58:24 70:20 71:6, 10 72:4, 12, 13, 19, 22 73:11 74:3 75:2, 8 84:3 85:3
**room** 27:16 57:13
**rough** 3:7
**row** 79:20
**ruin** 6:25
**RUIZ** 1:11 3:2 5:1, 8 10:4, 6, 12, 15 21:1 43:24, 25 55:20 59:3 60:17, 25 61:17 62:6, 8, 14, 15 65:1, 12, 17, 19 82:7 83:7 84:5 85:1, 25
**rule** 6:8, 16
**rules** 6:1
**run** 6:19 64:4
**Ryan** 17:22 29:1 30:19 31:3, 5 43:25 47:17 48:19 49:5, 9 59:3

**< S >**
**safe** 71:13
**safety** 71:14 72:8
**safety-wise** 20:24
**save** 71:14, 22
**saw** 62:14 64:4, 24 78:1
**saying** 6:10 25:12 27:24 38:11 42:3 46:19, 20 58:23 60:2 61:5 66:10, 16 69:17 76:18
**says** 16:7 35:12 62:6 76:24 77:9, 15 79:19

**scanned** 40:2
**schedule** 80:21
**schedules** 15:1
**SCOTT** 2:10
**screenshot** 3:7
**scroll** 37:16 38:3 39:9
**scrolled** 38:11
**scrolling** 34:25
**seal** 82:9
**second** 6:15 13:18 27:24 36:18 37:19, 25 38:4, 25 54:18 76:23
**see** 25:19 26:5 33:18, 20 34:8, 11 35:6, 7 36:21, 25 37:1, 5, 14, 23 38:5, 8, 18, 20 39:3, 10, 13 40:24 41:5, 10, 23 42:11 43:12, 22 44:1, 7, 10 45:3, 6, 7 46:7, 9 47:1, 2 49:9 52:21 54:10, 12, 13, 21 56:4, 7 58:5, 10, 11 59:1, 8 60:15, 23 61:19, 23 62:11, 18 65:3, 20 68:2, 11, 20, 24, 25 69:6, 9, 13, 23 71:17, 18, 25 76:6, 8, 21 77:13, 18 78:19, 21 79:21, 25
**seeing** 70:8
**seen** 38:12 48:8 51:14, 22 73:18
**self-proprietor** 10:8
**send** 70:3
**sending** 55:2 56:25
**sense** 6:13 8:9 79:8
**sent** 45:19 47:11 55:10, 15 57:5 70:6
**separated** 64:6
**separation** 11:8
**service** 45:12
**set** 80:16
**seven** 56:12 59:2
**sexual** 66:4
**shake** 6:12
**shape** 51:24 52:6

**sheet** 34:2, 3 36:10, 15 37:12, 18 39:16 40:8, 9 47:25 48:12, 14 49:6 64:22, 25 67:22 84:7, 10, 11, 13, 25
**sheets** 3:6 30:24 31:3, 5, 7 33:1, 5, 25 34:6, 23 35:1, 4, 7 36:16 39:24 41:3, 16, 17 43:21 44:22 47:18 48:7, 19, 21, 23 49:10, 14 51:1, 10 67:25 68:4 73:5, 9
**shift** 51:9
**shifting** 50:25
**shit** 69:20
**short** 8:15 50:4, 15
**show** 7:22 27:19 29:6, 7 33:15 36:5 43:2 54:8 56:1 58:3 67:10 68:15 76:4 79:19
**showed** 48:8
**showing** 34:21, 25 36:2 78:17
**shown** 39:24
**sic** 59:19
**side** 62:23
**sign** 35:13 40:17, 20 49:9 65:1
**signature** 35:13 41:1 49:7, 10 64:25
**signatures** 43:20 44:21 46:2 48:13
**signed** 33:6 34:6 40:10, 14, 15, 22 43:20 47:17, 24 49:13 58:16 64:21
**significantly** 65:14
**signing** 40:23 81:11 84:13
**similar** 62:1
**simple** 8:15
**simply** 73:17
**Sincerely** 84:18
**sinking** 71:18, 22
**sir** 5:10, 21, 24 6:7, 14, 22 7:2, 5, 9, 15, 18, 25 8:10, 24 9:3, 9, 13

11:15 12:8, 15 14:7, 17, 20 16:11 18:13, 18, 22 19:7, 16, 25 20:4, 17 21:6, 11, 14, 18, 25 23:11, 14 24:9, 13, 22 25:9 30:3, 9, 15 31:9, 12, 23 32:1, 9 33:11 34:12 35:2 38:10 41:7 43:14, 17 46:15 48:9, 16 49:11, 15, 19 51:9, 12 55:3, 17 57:2, 9 59:25 61:22 66:20, 25 67:19, 23 73:7 75:10 76:13 77:22
**site** 29:2 30:12 32:4 51:22 53:5 72:1, 3
**sites** 30:7 62:10
**sitting** 7:11 8:8 22:19
**situation** 8:16 51:2 69:15
**six** 13:1, 14 14:24 69:4
**slurs** 51:18
**small** 43:12
**SMITH** 2:4
**snitching** 69:20 71:7
**sole** 10:5
**somebody** 22:13 25:25 27:19 53:7 56:13, 14 66:15
**somebody's** 53:5 71:15, 22
**sorry** 5:24 10:21 11:18, 21 14:3 18:4 20:12 31:11 40:13 47:7 49:2 51:7 52:1 55:6 59:13, 24 71:2 73:1 74:8, 10 75:14 80:14
**sound** 4:7, 8
**sounded** 66:2
**SOUTHERN** 1:6 5:15 9:11, 16, 22 13:20, 23 14:4, 5 15:6 17:12 18:15, 25 19:11 20:1, 8 21:16, 22 22:7, 20, 25 23:9 24:16, 24 25:20 26:6

34:5  36:11  39:16
49:18  51:4, 15  52:15,
22  56:11  58:24
70:20  71:6, 10  72:4,
12, 13, 18, 21  73:11
74:3  75:2, 8  84:3
85:3
**speak**  48:5  64:15
**speaker**  4:5
**speaking**  48:25
**specifically**  21:8
23:16  38:16  41:14
**spell**  10:17
**spelled**  36:19, 20
37:6, 22  38:8  39:1,
20, 25  76:22
**spelling**  38:14, 16
54:25
**spoken**  9:10  71:5
**spot**  41:2
**SRB**  14:5, 9  18:20
24:18  26:20  28:18
46:19  59:6  64:21, 25
65:14, 18  71:25
**SRB's**  36:12  60:16
**stable**  63:16
**staff**  14:19
**start**  11:10  12:7
43:16  59:18
**started**  21:3
**State**  1:17  82:3, 14
83:3
**stated**  17:12  51:13
**statement**  46:12
61:1, 6
**STATES**  1:1  34:8
59:2  60:16  61:16
64:24  69:8  77:8, 11
**status**  15:6
**STENOGRAPHER**
5:5  29:21, 23  34:16,
19  42:20, 24  46:22
48:5, 24  55:20  79:24
80:5  81:7
**STENOGRAPHER'S**
3:22  4:11
**Stenographic**  1:17
83:10
**stenographically**  83:6

**sticks**  53:18
**stop**  62:7
**straightforward**  47:21
**stream**  3:10
**street**  62:23  84:22
**strike**  11:6  13:2
14:21  20:15  21:20
24:15  26:18  29:12
34:1
**strong**  15:21
**stuff**  11:11  12:12, 20
15:19  25:12  30:22
35:22  36:1  52:9
53:16  58:2  61:14
74:1
**subjected**  59:7
**subpoenaed**  8:20
**sudden**  66:3, 6, 14
**sue**  60:5  66:8, 15, 21
67:6
**suit**  15:21
**Suite**  2:5, 11  84:22
**superintendent**  44:6,
25  46:3
**supervise**  14:18  19:2
20:7
**supervising**  20:16
21:4
**supervisor**  17:19, 21,
24  18:11  20:2  72:7
74:22
**supervisors**  74:16
**supervisory**  15:6
**supposed**  69:16
**sure**  14:10  18:1, 5, 8
20:21  25:3  27:25
31:1  35:5, 7, 21
40:18, 21  42:17
45:19  47:9  52:3, 5
59:17  69:13  80:22
**sworn**  5:3  82:8


**< T >**
**take**  6:24  8:3  17:6,
8  20:14  30:24  32:3,
7  42:18  52:9  56:20
57:24  76:3
**taken**  1:12  84:7
**talk**  9:14  20:23

22:17  26:3  59:18
**talking**  15:9
**Tampa**  2:11
**task**  15:3  31:14
**tasks**  15:1, 2, 23
16:2  30:13
**team**  14:19, 23  16:21
18:16  28:20  29:17
**technical**  80:9
**tell**  11:7  12:1  14:8
15:5  18:6  19:20
20:20  22:11, 24
23:15, 25  26:19  27:5
28:14  35:3  45:22
49:12, 20  71:20
73:16
**telling**  41:13
**tells**  16:9
**ten**  74:9, 11
**tenure**  19:2  34:23
74:4, 10
**terminated**  12:6
45:2  60:12  65:19
72:18, 21  75:8, 25
76:20  79:1
**Termination**  3:10, 15
66:5  75:17  76:16, 19
77:3, 9, 10  78:24
79:6, 13, 17, 18
**terms**  15:6
**tested**  72:6
**testified**  5:3  41:14
**testifying**  9:1
**testimony**  4:6  8:18
9:5  36:5  46:13  57:4
59:25  63:15
**testing**  72:9
**Texas**  7:14, 16  10:23
**Text**  3:7, 10  41:24
54:16, 17, 18, 20  55:2,
10  56:10, 19  57:5
69:2  70:3, 6, 9
**texted**  28:4
**Thank**  5:5  10:22
11:21  17:20  38:6
81:4, 6  84:15
**thing**  12:4  36:18
66:11, 16  76:22
**things**  36:16  69:17
78:1

**think**  13:17  24:25
42:9  60:8  61:10
70:18, 21  71:3  76:25
79:24, 25
**Thirty-seven**  21:2
**thought**  69:13
**three**  26:24  27:19
39:23  49:24  50:8
61:11  64:6, 7  66:10,
12, 15
**thrive**  24:2
**throw**  69:21
**TIME**  1:12  3:6
6:20, 25  12:2  14:13
18:9  19:14  22:7
23:8, 17  30:24  31:3,
5, 7  33:1, 5, 25  34:2,
3, 6, 23  35:1, 4, 7, 18,
20  36:10, 15, 16
37:12, 18  39:16, 23
40:8, 9  41:3, 16, 17
43:20  44:21  45:1, 13,
22  47:12, 18, 25  48:6,
7, 11, 14, 19, 21, 23
49:6, 10, 13  50:12
51:1, 10  64:22, 24
66:12  67:21, 22, 25
68:4, 9, 12  70:8, 15
72:6  73:5, 9  74:14
76:3  78:9  80:7, 15,
16, 20, 24  81:10
**times**  50:10, 17  60:21
**title**  10:6
**today**  6:17  7:4  8:18
9:2  22:19  57:4
**today's**  5:13, 19  6:1
7:8, 11, 20  9:8  19:18
**told**  13:19  26:11
27:4  30:11  33:4
41:16, 21  44:23  60:3
61:17  62:7, 8, 15
64:25  66:7  67:1
69:12  73:17
**tolerable**  45:1
**tools**  64:7, 8, 9, 10
**top**  37:25
**touching**  25:13
**town**  60:13, 14
**tracking**  30:13, 17

51:*1*
trail-off  4:*5*
training  20:*14, 22*
21:*8, 13, 19*
trainings  21:*16, 21*
22:*2*
Transcript  3:*7*  36:*3*
43:*6*  45:*9, 14, 16*
81:*8*  83:*8, 9*  84:*5, 9,*
*11*  85:*24*
trash  17:*9*
treated  22:*4, 7*  23:*3,*
*7, 10*  71:*1*
Trevino  10:*16, 22*
11:*1, 8, 13*  12:*6, 10*
T-r-e-v-i-n-o  10:*19, 21*
tried  17:*5*  60:*7*  67:*4*
75:*12*
Trouble  53:*8, 9, 12*
69:*21*
truck  7:*13*  31:*14, 22,*
*25*  57:*14, 17*  58:*1*
62:*24*  63:*12, 13, 18*
64:*1*
truck's  68:*1*
true  58:*18*  60:*25*
61:*21, 23*  67:*5*  83:*9*
85:*24*
truthfully  9:*2*
try  11:*10*  17:*9*  26:*2*
27:*24*  64:*17*  73:*20,*
*24*
trying  8:*14*  60:*5*
66:*8, 15*  69:*21*
turned  34:*9*
twice  50:*23*  60:*8*
twins  70:*17*
two  10:*13*  26:*24*
27:*18*  45:*25*  50:*8, 15*
61:*15*  75:*3*  79:*19*
type  15:*18*  54:*25*

< U >
Uh-huh  4:*7*  6:*12*
Um-hum  4:*7*  6:*12*
44:*8*  59:*4*  69:*7*
Um-um  4:*8*
underneath  77:*15*
79:*16*
undersigned  82:*6*

understand  8:*16, 17,*
*21*  15:*7*  22:*11*  31:*4*
32:*15*  33:*2, 9*  35:*1*
36:*13*  38:*15*  39:*17,*
*21*  40:*3*  41:*17, 21*
43:*8*  51:*5, 11*  56:*15*
58:*19*  62:*2*  74:*12*
77:*4*  78:*2*  79:*14*
80:*25*
understanding  25:*11,*
*18*
Understood  7:*1, 19*
10:*10*  16:*20*  17:*11*
18:*15*  19:*9*  22:*24*
25:*4*  27:*4, 20*  29:*1*
31:*1*  37:*12*  40:*24*
44:*13*  47:*4*  50:*17, 25*
58:*3*  70:*25*  71:*24*
72:*10*
unemployed  75:*1*
uniform  40:*1*
unit  68:*1*
UNITED  1:*1*
unlawful  71:*11*  74:*22*
untrue  67:*5*
update  78:*10*
URIE  2:*6*  5:*15*
11:*16*  16:*3, 7*  17:*2,*
*15, 25*  18:*21*  19:*4*
20:*9, 18*  23:*18, 21*
24:*8, 19*  25:*6*  26:*8,*
*16*  27:*7*  28:*8*  29:*18*
30:*2, 8*  31:*8, 16*  33:*7,*
*10*  36:*22*  37:*3, 24*
38:*3*  39:*4*  40:*4, 11*
41:*6, 18, 22*  42:*7*
45:*4, 9, 15*  46:*4, 8, 14*
48:*3, 15*  50:*20*  51:*6*
52:*17, 23*  54:*5*  55:*11,*
*16*  56:*17*  57:*1*  58:*20*
59:*14*  61:*3, 7*  62:*4,*
*19*  64:*12*  65:*5, 9, 21*
66:*24*  67:*8, 24*  69:*25*
72:*23*  73:*14*  74:*5, 17,*
*23*  75:*12, 19, 22*  77:*6*
79:*9, 25*  80:*13, 19*
81:*3*
urinate  62:*16*
use  8:*6*  62:*9, 14, 22*

70:*13*  71:*25*  84:*7*
usually  27:*2*  66:*12*

< V >
valuable  63:*15*
vehicles  31:*19*
verbally  25:*12*
verified  45:*10, 16, 20*
verify  68:*12*
video  48:*9*
VIDEOCONFERENC
E  1:*12*
voluntarily  12:*7*
Voluntary  77:*9*
79:*17*

< W >
wages  65:*18*
wait  27:*18*
waived  45:*21*  81:*12*
walk  63:*4*
wallet  57:*17*  58:*2*
wanna  69:*18*
want  6:*1*  8:*4, 7, 22*
9:*14*  19:*17*  22:*10*
37:*18*  43:*15*  51:*2, 9*
59:*20*  61:*17*  64:*15*
68:*23*  72:*16*  73:*23,*
*24*  78:*6*  80:*13, 14, 15,*
*22*
wanted  11:*9*  12:*3*
35:*6*  64:*13, 14*  68:*2,*
*6*  72:*16*  74:*1*
warning  44:*24*  73:*12*
74:*2*
water  8:*6*
way  16:*8*  27:*4, 8, 12*
35:*6*  38:*24*  40:*1*
62:*25*  69:*16*  73:*18*
week  31:*25*  50:*1, 9*
68:*3*
weeks  32:*22*
week's  50:*19*
weird  59:*11*  60:*1*
66:*16*
welcome  68:*5*
well  8:*23*  10:*23*
12:*11*  15:*11*  16:*17*
27:*12*  37:*7*  41:*9*

47:*10*  56:*15*  57:*21*
62:*6*  68:*8*  78:*12*
went  29:*7*  62:*25*
69:*15*
we're  6:*10*  44:*14, 16*
48:*25*  63:*15*  71:*15,*
*21*  80:*23*
Westshore  2:*11*
we've  26:*25*  27:*1*
whatnot  50:*8*  58:*2*
68:*3*
white  52:*10*  70:*16, 22*
wife  57:*23*
willing  80:*23*
window  80:*24*
wipes  73:*2*
wish  80:*10*  85:*4*
WITNESS  3:*2*  5:*2, 4*
11:*17*  16:*4*  18:*1, 22*
20:*10*  23:*22*  24:*9*
26:*9*  27:*8*  28:*9*  30:*3,*
*9*  31:*9, 17*  33:*11*
38:*2*  40:*5*  41:*7, 23*
42:*8*  46:*9, 15, 24*
48:*4, 7, 16*  50:*21*
51:*7*  52:*24*  54:*6, 12*
55:*12, 17, 24*  57:*2*
58:*7, 21*  61:*8*  62:*20*
65:*22*  66:*25*  67:*9, 25*
70:*1*  74:*6, 18, 24*
76:*8*  78:*21*  79:*10, 22,*
*23*  82:*9*
witnessed  49:*11*
70:*20*
Witt  17:*22, 23*  18:*11*
29:*2, 11, 14, 16, 25*
30:*5*  47:*17*  49:*5, 9*
59:*3*
won  60:*8*
word  22:*10*  25:*11,*
*19, 23*  51:*24*  52:*2, 5,*
*22*  60:*18, 19, 21*
words  52:*2, 4*  70:*13*
work  7:*13*  8:*12, 21*
9:*15, 18, 19, 20*  10:*14,*
*25*  12:*9, 14, 24*  13:*10,*
*16, 19, 22*  17:*6, 7*
19:*12*  24:*12*  26:*20*
28:*19, 22*  29:*7*  35:*22*
57:*22, 23*  60:*18, 19*

62:*17*  64:*1*  67:*10*
68:*13*  72:*1, 3*  77:*16,
21, 24*  78:*7, 15*  80:*20,
23*
**worked**  9:*24*  18:*24*
19:*13, 15*  24:*6, 17*
26:*23*  28:*18*  30:*6*
32:*15*  52:*15*  58:*23*
64:*23*  65:*15*  68:*7*
**worker**  22:*3*  24:*2*
26:*12*  27:*21*  28:*1*
**workers**  35:*11, 13, 18*
**working**  9:*22*  10:*11*
13:*7, 19*  17:*5*  19:*11*
20:*1*  24:*16, 24*  49:*17*
53:*9*  60:*4*  61:*15*
71:*24*  72:*12*
**worries**  5:*25*  11:*20,
23*
**Worth**  7:*15, 16*
**write**  30:*22*  35:*18*
50:*3*  52:*14*
**writing**  54:*25*
**written**  35:*17*  44:*24*
**wrong**  76:*22*
**wrote**  46:*25*

**< Y >**
**ya'll**  69:*13*
**yard**  17:*8*  61:*14*
62:*23*  63:*19*  64:*5, 8*
**Yeah**  14:*7*  15:*2, 13*
16:*4, 18*  24:*25*  25:*25*
28:*9*  38:*2*  39:*7*
46:*24*  47:*8*  48:*7*
53:*24*  56:*23*  58:*11*
65:*22*  70:*21*  73:*17*
76:*16, 19*
**year**  11:*2*  13:*24*
18:*25*  75:*5*
**years**  19:*16*  21:*4*
74:*9, 11*

**< Z >**
**zoom**  33:*19*  41:*10*
43:*11, 14*  58:*7*  68:*23*
76:*12*  79:*2*

Deposition of Esequiel Ruiz                                  Nicholas Ford and Alonzo Hawkins v. Southern Road & Bridge LLC

**WORD LIST**

< 1 >
1  *(6)*
100  *(1)*
11  *(1)*
12:00  *(1)*
12-15-2026  *(1)*
12th  *(1)*
143  *(1)*
17  *(3)*
18  *(3)*
18th  *(2)*
19  *(1)*
19103  *(1)*
19th  *(1)*
1st  *(2)*

< 2 >
2  *(3)*
2:02  *(1)*
2:56  *(1)*
20  *(2)*
2001  *(1)*
2023  *(9)*
2024  *(1)*
2025  *(6)*
21  *(1)*
215.341.3616  *(1)*
21st  *(1)*
22  *(1)*
25th  *(1)*

< 3 >
3  *(4)*
3:00  *(1)*
3:24-cv-00404-MCR
  *(2)*
3:30  *(1)*
30  *(1)*
300744  *(1)*
305  *(1)*
33  *(1)*
33131  *(1)*
33609  *(1)*
39561  *(1)*

< 4 >
4  *(3)*

4:25  *(2)*
43  *(1)*

< 5 >
5  *(5)*
500  *(1)*
520  *(1)*
53  *(1)*
54  *(3)*
56  *(1)*
58  *(1)*
5th  *(2)*

< 6 >
6  *(3)*
68  *(1)*
6th  *(1)*

< 7 >
7  *(3)*
700  *(1)*
76  *(1)*
78  *(1)*

< 8 >
8  *(3)*
813  *(1)*
82  *(1)*
83  *(1)*
864-9324  *(1)*

< 9 >
946-1884  *(1)*

< A >
a.m  *(1)*
abandonment  *(1)*
abiding  *(1)*
ability  *(3)*
able  *(4)*
Absenteeism  *(1)*
absolutely  *(1)*
acceptable  *(1)*
accurate  *(1)*
accusation  *(1)*
accuse  *(1)*
action  *(2)*
activity  *(2)*
acts  *(1)*

actual  *(1)*
Additional  *(2)*
additions  *(1)*
address  *(2)*
adjourn  *(1)*
admitted  *(1)*
affirmative  *(1)*
afternoon  *(1)*
agency  *(2)*
ago  *(1)*
agree  *(2)*
ahead  *(4)*
AL  *(2)*
Alanzo  *(4)*
A-l-a-n-z-o  *(3)*
Alanzo's  *(1)*
allegations  *(1)*
alleged  *(2)*
allergies  *(2)*
allow  *(6)*
allowed  *(1)*
alongside  *(1)*
ALONZO  *(20)*
A-l-o-n-z-o  *(1)*
Alonzo's  *(3)*
amount  *(1)*
ANNA  *(2)*
anna.ruie@csklegal.co
m  *(1)*
answer  *(25)*
answered  *(2)*
answering  *(1)*
answers  *(1)*
antidiscrimination  *(1)*
anybody  *(9)*
anymore  *(2)*
apologize  *(1)*
appear  *(5)*
APPEARANCES  *(1)*
appeared  *(2)*
appearing  *(2)*
appears  *(5)*
approve  *(1)*
approved  *(1)*
approximately  *(2)*
April  *(3)*
area  *(1)*
argued  *(1)*
asked  *(3)*

asking  *(3)*
asks  *(1)*
assign  *(2)*
assigned  *(1)*
assigning  *(1)*
assisting  *(1)*
assuming  *(1)*
attendance  *(1)*
ATTENDING  *(1)*
attention  *(4)*
attorney  *(5)*
attorney's  *(1)*
audible  *(1)*
audio  *(1)*
authority  *(1)*
authorized  *(1)*
aware  *(4)*
awfully  *(1)*

< B >
back  *(19)*
bags  *(1)*
BARROUKH  *(106)*
based  *(3)*
bed  *(2)*
behalf  *(3)*
behaved  *(1)*
believe  *(13)*
beneath  *(2)*
better  *(6)*
big  *(1)*
bit  *(4)*
black  *(7)*
blame  *(1)*
blaming  *(1)*
blank  *(1)*
bleed  *(1)*
Bless  *(1)*
blueprints  *(1)*
boat  *(4)*
book  *(1)*
boss  *(1)*
Boulevard  *(1)*
box  *(4)*
boxes  *(1)*
break  *(4)*
breaking  *(2)*
breaks  *(1)*
Brian's  *(1)*

Brickell *(1)*
BRIDGE *(51)*
bridges *(1)*
Bridge's *(2)*
brief *(1)*
briefing *(1)*
bring *(7)*
brother *(1)*
brown *(1)*
Buck *(4)*
budget *(1)*
build *(1)*
bus *(1)*
business *(2)*
buy *(2)*

< C >
call *(12)*
called *(5)*
calling *(1)*
calls *(1)*
car *(1)*
carry *(2)*
cars *(1)*
CASE *(9)*
cause *(1)*
cease *(1)*
CEO *(1)*
certain *(4)*
CERTIFICATE *(4)*
certifications *(2)*
CERTIFIED *(16)*
certify *(3)*
cetera *(2)*
chance *(1)*
change *(3)*
changes *(4)*
charger *(1)*
CHARLOTTE *(1)*
charlottemarie.manap
at-
nguyen@csklegal.com
*(1)*
chat *(2)*
checked *(1)*
choose *(1)*
chose *(1)*
circumstances *(1)*
claim *(1)*

clarify *(1)*
class *(1)*
classes *(4)*
clean *(1)*
clear *(6)*
clearfully *(1)*
clearly *(2)*
client *(2)*
clients *(18)*
closest *(1)*
closure *(1)*
CLR *(4)*
clue *(2)*
COLE *(1)*
collect *(1)*
color *(1)*
come *(5)*
comfortable *(1)*
comments *(1)*
Commission *(1)*
committed *(1)*
companies *(4)*
company *(28)*
compensation *(1)*
complain *(2)*
complained *(1)*
complaint *(3)*
complaints *(4)*
complete *(2)*
completed *(1)*
completely *(3)*
completing *(1)*
computer *(1)*
concern *(1)*
concluded *(1)*
conclusion *(1)*
concrete *(7)*
conduct *(1)*
confident *(2)*
confidential *(1)*
confirm *(3)*
confused *(1)*
connected *(1)*
connection *(3)*
consider *(2)*
considered *(1)*
constructed *(1)*
Construction *(9)*
continue *(8)*

continues *(5)*
contract *(1)*
contracting *(1)*
contractor *(2)*
cool *(1)*
coordinate *(3)*
coordinating *(1)*
copied *(3)*
correct *(26)*
corrections *(1)*
counsel *(8)*
counted *(1)*
COUNTY *(2)*
course *(1)*
courses *(1)*
COURT *(10)*
cousin *(2)*
created *(1)*
crew *(24)*
CRR *(5)*
current *(1)*
currently *(1)*
curse *(1)*
cuss *(1)*
cut *(4)*
cutting *(1)*

< D >
daily *(2)*
dangers *(1)*
DANIEL *(4)*
danielb@dereksmithla
w.com *(1)*
dash *(6)*
DATE *(6)*
dated *(1)*
Dawn *(8)*
day *(10)*
days *(2)*
day's *(1)*
deal *(4)*
Dear *(1)*
decide *(1)*
decision *(1)*
Declaration *(4)*
declare *(1)*
declined *(1)*
defecate *(1)*
Defendant *(3)*

definition *(1)*
delegated *(1)*
deletions *(1)*
denote *(1)*
deny *(2)*
department *(2)*
deponent *(1)*
deposed *(2)*
deposition *(24)*
DEREK *(1)*
derogatory *(1)*
describe *(1)*
desire *(2)*
determine *(1)*
Dezmond *(20)*
Dezmond's *(1)*
die *(1)*
died *(1)*
different *(8)*
difficulties *(1)*
directed *(1)*
discipline *(1)*
discover *(1)*
discovery *(1)*
discrimination *(16)*
discriminatory *(2)*
discuss *(1)*
discussed *(1)*
disrespectful *(1)*
distortion *(2)*
DISTRICT *(2)*
document *(27)*
documentation *(1)*
documents *(1)*
doing *(14)*
dot *(3)*
downgrade *(1)*
draft *(1)*
drag *(1)*
Drive *(5)*
driver *(1)*
driver's *(3)*
driving *(6)*
drug *(2)*
drugs *(2)*
due *(1)*
duly *(2)*
duration *(1)*

Deposition of Esequiel Ruiz
Nicholas Ford and Alonzo Hawkins v. Southern Road & Bridge LLC

**< E >**
early *(1)*
ears *(1)*
easier *(2)*
Eastern *(1)*
eat *(2)*
edit *(1)*
effect *(1)*
efficient *(1)*
eight *(4)*
either *(3)*
elaborate *(1)*
emergencies *(1)*
emergency *(2)*
employed *(1)*
Employee *(9)*
employees *(7)*
employment *(7)*
Enrique *(2)*
entering *(1)*
Enterprises *(2)*
equal *(3)*
equally *(1)*
Errata *(5)*
error *(2)*
ESEQUIEL *(9)*
Especially *(1)*
ESQUIRE *(3)*
established *(1)*
et *(4)*
ethnicity *(2)*
event *(1)*
Everest *(2)*
everybody *(19)*
evidence *(3)*
exact *(6)*
exactly *(1)*
EXAMINATION *(2)*
examined *(1)*
example *(2)*
Excuse *(2)*
execute *(1)*
Exhibit *(27)*
EXHIBITS *(3)*
expectations *(2)*
Expires *(1)*
eyes *(1)*

**< F >**
fact *(1)*
facts *(1)*
failure *(1)*
fair *(5)*
fairly *(1)*
familiar *(1)*
family *(3)*
far *(3)*
fear *(1)*
feel *(1)*
female *(1)*
fill *(3)*
filled *(2)*
financially *(1)*
find *(1)*
fine *(11)*
finish *(3)*
finisher *(1)*
fire *(1)*
fired *(2)*
first *(11)*
five *(2)*
five-minute *(1)*
fix *(4)*
fixing *(1)*
flatbed *(2)*
FLORIDA *(7)*
fly *(1)*
focus *(3)*
folder *(1)*
following *(3)*
follows *(2)*
foot *(1)*
FORD *(22)*
Ford's *(4)*
foregoing *(2)*
Foreman *(12)*
forged *(3)*
forgery *(1)*
forging *(2)*
forgot *(2)*
form *(73)*
Fort *(1)*
Forth *(1)*
four *(4)*
fourth *(1)*
frame *(3)*
framing *(3)*
fraudulently *(1)*

friend *(2)*
friends *(1)*
friend's *(3)*
full *(1)*
Further *(2)*

**< G >**
gender *(2)*
general *(1)*
George *(10)*
getting *(3)*
give *(4)*
given *(3)*
giving *(1)*
glasses *(1)*
go *(33)*
goal *(4)*
God *(1)*
goes *(4)*
going *(18)*
Good *(10)*
gotten *(2)*
grab *(1)*
grabbing *(1)*
great *(1)*
ground *(2)*
GROUP *(3)*
grown *(1)*
guess *(1)*
guessing *(1)*
guy *(2)*
guys *(5)*

**< H >**
hand *(4)*
handed *(1)*
handwriting *(2)*
hanging *(1)*
happen *(1)*
happening *(1)*
happy *(1)*
harass *(1)*
harassed *(1)*
harassment *(4)*
hard *(3)*
harder *(1)*
HAWKINS *(36)*
head *(1)*
hear *(8)*

heard *(3)*
heavy *(1)*
hectic *(1)*
he'd *(3)*
Hello *(1)*
helpful *(2)*
helping *(1)*
Hey *(14)*
HH *(1)*
hierarchy *(3)*
higher-ups *(1)*
highlight *(1)*
Hillier *(5)*
ho *(1)*
hold *(2)*
hole *(3)*
home *(2)*
honestly *(1)*
hour *(1)*
hours *(31)*
houses *(1)*
HR *(2)*
Huh-uh *(1)*
human *(3)*
hurt *(2)*
hurted *(2)*

**< I >**
identical *(1)*
identify *(1)*
II *(2)*
III *(2)*
important *(4)*
inappropriate *(2)*
includes *(1)*
including *(3)*
incomprehensible *(1)*
incorrect *(1)*
incorrectly *(2)*
independent *(5)*
INDEX *(1)*
indicate *(1)*
indicated *(1)*
individual *(9)*
individually *(1)*
individuals *(7)*
informally *(1)*
information *(1)*
insight *(1)*

Deposition of Esequiel Ruiz

Nicholas Ford and Alonzo Hawkins v. Southern Road & Bridge LLC

interested *(1)*
interfere *(1)*
internet *(1)*
interrupt *(1)*
interrupting *(1)*
interruption *(1)*
Involuntary *(2)*
involved *(1)*
involvement *(1)*
involves *(1)*
Isaac *(21)*
Isaac/Roach *(1)*
issues *(4)*
issuing *(1)*
its *(1)*

< J >
Jesus *(2)*
JOB *(24)*
jobs *(5)*
Joe-Joe *(1)*
Joel *(1)*
joining *(1)*
Jones *(14)*
judging *(1)*
June *(1)*

< K >
keep *(4)*
keeping *(1)*
Key *(2)*
kid *(1)*
kind *(9)*
KISSANE *(1)*
knew *(2)*
know *(78)*
knowingly *(1)*
knowledge *(8)*
knows *(1)*

< L >
laborer *(1)*
lag *(1)*
lane *(1)*
language *(2)*
Large *(1)*
LAW *(1)*
lawsuit *(3)*
lawsuits *(1)*

lawyers *(1)*
lead *(2)*
leave *(14)*
left *(3)*
legit *(1)*
letter *(3)*
level *(2)*
liars *(1)*
license *(3)*
lie *(2)*
life *(4)*
lighter *(1)*
likes *(1)*
limited *(1)*
line *(5)*
listed *(3)*
Listen *(1)*
little *(8)*
lived *(1)*
lives *(1)*
LLC *(5)*
long *(12)*
longer *(4)*
look *(5)*
looking *(1)*
looks *(2)*
lose *(2)*
losing *(3)*
lot *(4)*
lunch *(5)*
lying *(2)*

< M >
ma'am *(1)*
machineries *(1)*
making *(4)*
man *(3)*
manage *(1)*
managed *(1)*
managers *(2)*
MANAPAT-
NGUYEN *(1)*
manner *(2)*
marginally *(1)*
marked *(10)*
marking *(8)*
marks *(1)*
married *(1)*
material *(2)*

materials *(3)*
matter *(4)*
matters *(1)*
mean *(16)*
meaning *(1)*
means *(2)*
medication *(1)*
meeting *(3)*
member *(2)*
members *(17)*
men *(3)*
mentioned *(2)*
message *(18)*
messages *(3)*
Mexican *(3)*
Miami *(1)*
middle *(1)*
mine *(2)*
minimum *(1)*
minutes *(1)*
missed *(1)*
missing *(2)*
mistake *(1)*
Mobile *(2)*
moment *(1)*
Monday *(1)*
money *(4)*
month *(2)*
months *(4)*
morning *(1)*
mother *(1)*
move *(2)*
moved *(1)*

< N >
name *(25)*
named *(5)*
names *(12)*
narrow *(1)*
nearly *(1)*
necessarily *(1)*
need *(8)*
needed *(8)*
negative *(1)*
never *(12)*
new *(4)*
NICHOLAS *(18)*
nickname *(3)*
nicknames *(1)*

nigga *(1)*
nigger *(4)*
nights *(1)*
nine *(3)*
non-black *(2)*
NORTHERN *(1)*
Notary *(2)*
NOTE *(2)*
Noted *(3)*
notes *(2)*
Notice *(4)*
noticed *(2)*
noting *(1)*
November *(8)*
number *(7)*
numbers *(1)*

< O >
O-301 *(1)*
OATH *(2)*
Object *(74)*
Objection *(2)*
obviously *(1)*
occasion *(1)*
occasions *(1)*
occur *(1)*
offense *(1)*
offer *(2)*
office *(4)*
official *(1)*
Oh *(7)*
okay *(134)*
old *(2)*
omitted *(1)*
once *(2)*
ones *(2)*
operated *(1)*
opportunity *(1)*
opposing *(1)*
ordered *(1)*
ordering *(1)*
orders *(1)*
OSHA *(2)*
outside *(1)*
Overspeaking *(5)*
owed *(1)*

< P >
P.A *(1)*

Deposition of Esequiel Ruiz

Nicholas Ford and Alonzo Hawkins v. Southern Road & Bridge LLC

p.m *(7)*
PAGE *(6)*
pages *(3)*
paid *(10)*
painter *(2)*
paper *(8)*
papers *(1)*
paperwork *(1)*
Pappas *(18)*
Pappas's *(2)*
paragraph *(8)*
PARTIES *(4)*
pasted *(1)*
pause *(1)*
pay *(5)*
paycheck *(1)*
Payroll *(4)*
penalty *(1)*
Pennsylvania *(1)*
Pensacola *(2)*
people *(15)*
people's *(2)*
perform *(2)*
performance *(2)*
performing *(3)*
period *(1)*
perjury *(1)*
person *(6)*
personal *(7)*
personally *(4)*
Philadelphia *(1)*
phone *(16)*
pick *(4)*
PINELLAS *(2)*
PLACE *(2)*
Plaintiff *(3)*
Plaintiffs *(2)*
Plaintiff's *(10)*
please *(31)*
PLLC *(1)*
point *(4)*
policies *(3)*
Pollo *(1)*
pop *(1)*
port-a-potties *(1)*
position *(5)*
positions *(1)*
possible *(4)*
pouring *(2)*

preferences *(1)*
prepare *(1)*
presence *(1)*
present *(3)*
Pretty *(7)*
prevented *(1)*
preventing *(1)*
previous *(1)*
previously *(5)*
print *(1)*
printer *(1)*
prior *(9)*
probably *(3)*
problem *(5)*
proceeding *(1)*
produced *(5)*
production *(1)*
profanity *(1)*
professional *(1)*
profiled *(1)*
profiling *(1)*
projects *(3)*
promise *(1)*
prompt *(1)*
proof *(2)*
proper *(1)*
properly *(1)*
proprietor *(1)*
provide *(5)*
provided *(2)*
Public *(2)*
pull *(3)*
PUNCTUATION *(1)*
purpose *(1)*
purposes *(3)*
put *(1)*

< Q >
qualified *(1)*
question *(22)*
questioning *(1)*
questions *(2)*
quick *(3)*
quickly *(1)*
quit *(2)*
quite *(1)*
quotations *(1)*
quote *(1)*

< R >
race *(6)*
racial *(3)*
racially *(2)*
racism *(3)*
racist *(1)*
random *(1)*
randomly *(1)*
rare *(1)*
rarely *(1)*
rate *(1)*
reach *(1)*
reached *(1)*
reacts *(1)*
read *(8)*
reading *(3)*
ready *(1)*
real *(2)*
really *(6)*
reason *(10)*
recall *(19)*
receive *(5)*
received *(2)*
recess *(1)*
recollection *(4)*
record *(15)*
recurring *(1)*
red *(1)*
refer *(2)*
references *(4)*
referring *(1)*
reflect *(1)*
reflected *(1)*
Regardless *(1)*
regards *(8)*
regularly *(1)*
reiterating *(1)*
rejecting *(1)*
related *(1)*
relation *(1)*
relationship *(1)*
relative *(2)*
remarks *(1)*
remember *(24)*
Remodeling *(4)*
REMOTE *(2)*
REMOTELY *(2)*
remove *(1)*
repeat *(2)*

report *(8)*
reported *(4)*
Reporter *(4)*
REPORTER'S *(2)*
reporting *(5)*
represent *(12)*
represented *(2)*
represents *(1)*
request *(1)*
requested *(2)*
require *(1)*
requirements *(2)*
resources *(3)*
respects *(1)*
respond *(1)*
response *(4)*
responsibilities *(1)*
responsible *(7)*
responsive *(1)*
restroom *(9)*
retained *(1)*
retaliate *(1)*
retaliation *(2)*
return *(4)*
reuse *(1)*
review *(7)*
right *(71)*
RMR *(5)*
Roach *(4)*
ROAD *(50)*
room *(2)*
rough *(1)*
row *(1)*
ruin *(1)*
RUIZ *(29)*
rule *(2)*
rules *(1)*
run *(2)*
Ryan *(11)*

< S >
safe *(1)*
safety *(2)*
safety-wise *(1)*
save *(2)*
saw *(4)*
saying *(14)*
says *(7)*
scanned *(1)*

schedule *(1)*
schedules *(1)*
SCOTT *(1)*
screenshot *(1)*
scroll *(4)*
scrolled *(1)*
scrolling *(1)*
seal *(1)*
second *(11)*
see *(81)*
seeing *(1)*
seen *(5)*
self-proprietor *(1)*
send *(1)*
sending *(2)*
sense *(3)*
sent *(6)*
separated *(1)*
separation *(1)*
service *(1)*
set *(1)*
seven *(2)*
sexual *(1)*
shake *(1)*
shape *(2)*
sheet *(21)*
sheets *(33)*
shift *(1)*
shifting *(1)*
shit *(1)*
short *(3)*
show *(14)*
showed *(1)*
showing *(4)*
shown *(1)*
sic *(1)*
side *(1)*
sign *(5)*
signature *(5)*
signatures *(4)*
signed *(12)*
significantly *(1)*
signing *(3)*
similar *(1)*
simple *(1)*
simply *(1)*
Sincerely *(1)*
sinking *(2)*
sir *(80)*

site *(7)*
sites *(2)*
sitting *(1)*
situation *(3)*
six *(4)*
slurs *(1)*
small *(1)*
SMITH *(1)*
snitching *(2)*
sole *(1)*
somebody *(7)*
somebody's *(3)*
sorry *(22)*
sound *(2)*
sounded *(1)*
SOUTHERN *(50)*
speak *(2)*
speaker *(1)*
speaking *(1)*
specifically *(4)*
spell *(1)*
spelled *(9)*
spelling *(3)*
spoken *(2)*
spot *(1)*
SRB *(13)*
SRB's *(2)*
stable *(1)*
staff *(1)*
start *(4)*
started *(1)*
State *(4)*
stated *(2)*
statement *(3)*
STATES *(9)*
status *(1)*
STENOGRAPHER *(14)*
STENOGRAPHER'S *(2)*
Stenographic *(2)*
stenographically *(1)*
sticks *(1)*
stop *(1)*
straightforward *(1)*
stream *(2)*
street *(2)*
strike *(9)*
strong *(1)*

stuff *(14)*
subjected *(1)*
subpoenaed *(1)*
sudden *(3)*
sue *(5)*
suit *(2)*
Suite *(3)*
superintendent *(3)*
supervise *(3)*
supervising *(2)*
supervisor *(7)*
supervisors *(1)*
supervisory *(1)*
supposed *(1)*
sure *(21)*
sworn *(2)*

< T >
take *(14)*
taken *(2)*
talk *(5)*
talking *(1)*
Tampa *(1)*
task *(2)*
tasks *(5)*
team *(6)*
technical *(1)*
tell *(20)*
telling *(1)*
tells *(1)*
ten *(2)*
tenure *(4)*
terminated *(10)*
Termination *(14)*
terms *(1)*
tested *(1)*
testified *(2)*
testifying *(1)*
testimony *(8)*
testing *(1)*
Texas *(3)*
Text *(17)*
texted *(1)*
Thank *(8)*
thing *(5)*
things *(3)*
think *(11)*
Thirty-seven *(1)*
thought *(1)*

three *(11)*
thrive *(1)*
throw *(1)*
TIME *(85)*
times *(3)*
title *(1)*
today *(6)*
today's *(8)*
told *(18)*
tolerable *(1)*
tools *(4)*
top *(1)*
touching *(1)*
town *(2)*
tracking *(3)*
trail-off *(1)*
training *(5)*
trainings *(3)*
Transcript *(13)*
trash *(1)*
treated *(6)*
Trevino *(7)*
T-r-e-v-i-n-o *(2)*
tried *(4)*
Trouble *(4)*
truck *(13)*
truck's *(1)*
true *(7)*
truthfully *(1)*
try *(8)*
trying *(5)*
turned *(1)*
twice *(2)*
twins *(1)*
two *(9)*
type *(2)*

< U >
Uh-huh *(2)*
Um-hum *(5)*
Um-um *(1)*
underneath *(2)*
undersigned *(1)*
understand *(28)*
understanding *(2)*
Understood *(24)*
unemployed *(1)*
uniform *(1)*
unit *(1)*

UNITED  *(1)*
unlawful  *(2)*
untrue  *(1)*
update  *(1)*
URIE  *(84)*
urinate  *(1)*
use  *(7)*
usually  *(2)*

< V >
valuable  *(1)*
vehicles  *(1)*
verbally  *(1)*
verified  *(3)*
verify  *(1)*
video  *(1)*
VIDEOCONFERENC
E  *(1)*
voluntarily  *(1)*
Voluntary  *(2)*

< W >
wages  *(1)*
wait  *(1)*
waived  *(2)*
walk  *(1)*
wallet  *(2)*
wanna  *(1)*
want  *(23)*
wanted  *(9)*
warning  *(3)*
water  *(1)*
way  *(10)*
week  *(4)*
weeks  *(1)*
week's  *(1)*
weird  *(3)*
welcome  *(1)*
well  *(14)*
went  *(3)*
we're  *(8)*
Westshore  *(1)*
we've  *(2)*
whatnot  *(3)*
white  *(3)*
wife  *(1)*
willing  *(1)*
window  *(1)*
wipes  *(1)*

wish  *(2)*
WITNESS  *(56)*
witnessed  *(2)*
Witt  *(13)*
won  *(1)*
word  *(11)*
words  *(3)*
work  *(43)*
worked  *(15)*
worker  *(5)*
workers  *(3)*
working  *(15)*
worries  *(3)*
Worth  *(2)*
write  *(4)*
writing  *(1)*
written  *(2)*
wrong  *(1)*
wrote  *(1)*

< Y >
ya'll  *(2)*
yard  *(6)*
Yeah  *(21)*
year  *(4)*
years  *(4)*

< Z >
zoom  *(9)*