# EXHIBIT A



Southern Road & Bridge LLC

Employee Handbook

January 1, 2023

Hawkins000058

# TABLE OF CONTENTS

| | |
|---|---|
| INTRODUCTORY STATEMENT | 1 |
| EMPLOYEE ACKNOWLEDGEMENT | 2 |
| MISSION STATEMENT | 3 |
| NATURE OF EMPLOYMENT | 4 |
| CONFIDENTIAL NATURE OF WORK | 5 |
| EMPLOYEE CATEGORIES | 6 |
| FAIR LABOR STANDARDS ACT | 7 |
| AA/EEO | 8 |
| DISABILITY ACCOMODATIONS | 9 |
| ATTENDANCE AND PUNCTUALITY | 10 |
| PTO & OTHER LEAVE TYPES | 11/12 |
| FMLA | 13 |
| VEHICLE POLICY | 14-17 |
| WEX FUEL CARD | 18/19 |
| LODGING | 20-21 |
| SOCIAL MEDIA POLICY | 22-24 |
| SMOKING | 25 |
| PERSONAL PROPERTY | 25 |
| USE OF COMPANY PROPERTY | 25 |
| EXPENSES | 26 |
| PERSONNEL FILES | 27 |
| EMPLOYMENT APPLICATIONS | 28 |
| PERSONNEL DATA CHANGES | 28 |
| CELL PHONE USAGE | 28 |

# TABLE OF CONTENTS

CONFLICTS OF INTEREST .......................................... 29

IMMIGRATION LAW COMPLIANCE .......................... 30

DRUG FREE WORKPLACE POLICY ............................ 31-41

OPEN DOOR POLICY .................................................. 42

WHISTLEBLOWER PROTECTION ............................... 42

STANDARDS OF CONDUCT ......................................... 43

WORKPLACE VIOLENCE PREVENTION ..................... 44-45

SEXUAL AND OTHER UNLAWFUL HARASSMENT ... 46-47

PROGRESSIVE DISCIPLINE POLICY ......................... 48

EMPLOYMENT TERMINATION .................................. 49

RETURN OF COMPANY PROPERTY ........................... 50

INSURANCE BENEFITS ............................................... 51

COBRA ......................................................................... 51-52

# INTRODUCTORY STATEMENT

Welcome to Southern Road & Bridge LLC. This handbook is designed to acquaint you with the company policies, benefits and culture. You are expected to read, understand and comply with all provision set forth in this handbook. It is our objective to provide a work environment that is conductive to both personal and professional growth.

All the policies expressed in this Handbook will be implemented at all Southern Road & Bridge LLC projects, offices and any other place of business. All employee's, supervisors and management are to follow all of the policy's as set forth in this Handbook and to create a safe and healthy work place for all employees, regardless of sex, race, color, age, national origin, religion, disability, genetic information, marital status, sexual orientation, gender identify/ reassignment, pregnancy or maternity, veteran status, or any other status protected by applicable national, federal, state or local law.

As the company continues to grow, the need may arise to make revisions, rescind or supplement parts of this handbook. The company reserves the right revise, rescind or supplement any policy or portion of this handbook at its sole discretion.

We hope your experience here will be challenging, rewarding and enjoyable. We wish you every success here at Southern Road & Bridge LLC.

Sincerely,

Lucas L. Pappas - Managing Member/Owner

# EMPLOYEE ACKNOWLEDGEMENT

The employee handbook describes important information about SRB, and I understand that I should consult the Human Resources Manager regarding any questions not answered in the handbook.  I have entered into my employment relationship with the Company voluntarily and acknowledge that there is no specified length of employment.  Accordingly, either I or the Company can terminate the relationship at will, with or without cause, at any time, so long as there is no violation of applicable law.

Since the information, policies, and benefits described here are necessarily subject to change, I acknowledge that revisions to the handbook may occur, except to the Company's policy of employment-at-will.  I understand that revised information may supersede, modify, or eliminate existing policies.  I also understand that the most current version of the employee handbook will be maintained on the SRB G-Drive.

Furthermore, I acknowledge that this handbook is neither a contract of employment nor a legal document.  I have received the handbook, and I understand that it is my responsibility to read and comply with the policies contained in this handbook and any revisions made to it.

**EMPLOYEE'S NAME (printed):** _____

**EMPLOYEE'S SIGNATURE:** _____ Signed copy personnel folder _____

**DATE:** _____

# MISSION STATEMENT

Our mission is to achieve sustained growth, profitability and customer satisfaction through competitive pricing and quality control. We will differentiate ourselves through comprehensive safety, quality control and environmental programs.

We are dedicated to providing infrastructure rehabilitation services to both public and private organizations throughout the United States. Such services are provided in accordance with our clients' specifications and requirements. All operations performed by Southern Road & Bridge require the implementation of our Safety, Quality Assurance and Quality Control Programs by all personnel directly or indirectly involved with the operations.

We place special emphasis on safety in performance of all work operations. A detailed corporate health and safety program has been established by Southern Road & Bridge and its implementation is mandatory at all job sites.

We also recognize and understand the hazards imposed to both our employees and the environment by certain materials encountered during the course of its operations, and implement controls and measures as prescribed in our health and safety programs to reduce and minimize the impact of the hazards. Southern Road & Bridge follows all health and safety regulations established by OSHA, EPA and state and local government.

Our management acknowledges its total support of the safety, environmental and quality and control programs and recognizes the need for such programs to ensure that our customers' specifications and requirements are adequately fulfilled.

Lucas L. Pappas, Managing Member

01/01/2023
Date

# NATURE OF EMPLOYMENT

Employment with Southern Road & Bridge LLC is considered "at-will". The employment relationship is entered into voluntarily and any employee is free to resign at any time, with or without cause. Similarly, Southern Road & Bridge, LLC may terminate the at-will employment relationship at any time, with or without cause, in cases in which there is no violation of applicable federal or state law.

This handbook is intended to provide employees with a general understanding of our personnel policies. Employees are encouraged to familiarize themselves with the contents of this handbook, for it will answer many common questions concerning employment with the Company.

In order to retain necessary flexibility in the administration of policies and procedures, the Company reserves the rights to change, revise, or eliminate any of the policies and/or benefits described in this handbook, except for its policy of employment-at-will. The only recognized deviations from the stated policies are those authorized or signed by the Company Managing Member.

# CONFIDENTIAL NATURE OF WORK

Some of the Company records and information relating to the Company are confidential and employees must, therefore, treat all matters accordingly. Information pertaining to the Company's business should not be disclosed to anyone, except where required for a business purpose.

Employees will be subject to appropriate disciplinary action, up to and including possible termination of employment, for knowingly or unknowingly revealing information of a confidential nature.

# EMPLOYEE CATEGORIES

Based on the terms and conditions of employment, employees of the Company are categorized as follows:

1. Part-Time Employees
2. (Staff) Full–Time Employees
3. (Tradesman) Full–Time Employees

## Part-Time Employees
Part-Time Employees are classified as non-exempt and work a regular schedule of less than 30 hours per week. They are not eligible for PTO programs or any other company standard benefits.

## (Staff) Full-Time Hourly and Exempt Employees
Employees who are scheduled to work a minimum of 40 hours per week, are not hired for a short time frame, and do not hold the position of a tradesman are considered Staff Full-Time Employees. These employees may be exempt or non-exempt. These employees are eligible for the company's full benefit package. This includes a number of items such as PTO, Medical/Dental/Vision/Life Coverages, Paid holidays, etc.

## (Tradesman) Full–Time Hourly Employees
Employees in a tradesman position that are scheduled to work over an average of 30 hours per week or over 130 hours per calendar month, are not covered by a collective bargaining agreement, and are not hired for a short period of time are considered Tradesman Employees. These employees are eligible for company Medical/Dental/Vision/Life coverages. They are **not eligible** for the company standard PTO, paid holidays or other company benefits.

## Definitions:
Exempt: A salaried employee who is exempt from "overtime" as per FLSA standards.
Non-Exempt: An hourly paid employee who is not exempt from "overtime" as per FLSA standards.

# FAIR LABOR STANDARDS ACT POLICY

The Fair Labor Standards Act (FLSA) requires that most employees be paid overtime pay at time and one-half the regular rate of pay for all hours worked over 40 hours in a workweek.

The FLSA contains an exemption from overtime pay for employees employed as bona fide executive, administrative, professional, outside sales employees, and certain computer employees. To qualify for exemption, employees generally must meet certain tests regarding their job duties and be paid on a salary basis.

If an employee is an exempt employee, deductions from pay are permissible when that employee: is absent from work for one or more full days and has exhausted his/her PTO accruals; this will occur whether or not employee voluntarily elected himself/herself into a company sponsored STD plan; to offset amounts employees receive as jury or witness fees; or for military pay; or for unpaid disciplinary suspensions of one or more full days imposed in good faith for workplace conduct rule infractions.

Also, an employer is not required to pay the full salary in the initial or terminal week of employment; for penalties imposed in good faith for infractions of safety rules of major significance; or for weeks in which an exempt employee takes unpaid leave under the Family and Medical Leave Act. In these circumstances, partial day or full day deductions may be made.

All managers are prohibited from making any improper deductions from the salaries of exempt employees. We want employees to be aware of this policy and that the Company does not allow deductions in violation of the FLSA. It is the Company's policy to comply with the salary basis requirements of the FLSA. Certain employees are designated as salaried exempt employees for purposes of the Fair Labor Standards Act (FLSA). This designation reflects the employees' job duties and that they are paid on a salaried basis.

If an employee believes that an improper deduction has been made, the employee should immediately report this information to the Human Resources Manager. Reports of improper deductions will be promptly investigated. If it is determined that an improper deduction has occurred, the employee will be promptly reimbursed for any improper deduction made.

The Company does not tolerate any retaliation against an employee who reports any improper deductions. Employees who believe they have been retaliated against should immediately report this to the Human Resources Manager. Reports of retaliation will be promptly investigated and appropriate discipline, if necessary, will be administered should a violation of this policy occur.

# DISABILITY ACCOMODATIONS

The Company is committed to complying with all applicable provisions of the Americans With Disabilities Act ("ADA"). It is the Company's policy not to discriminate against any qualified employee or applicant with regard to any terms or conditions of employment because of such individual's disability or perceived disability so long as the employee can perform the essential functions of the job. Consistent with this policy of nondiscrimination, the Company will provide reasonable accommodations to a qualified individual with a disability, as defined by the ADA, who has made the Company aware of his or her disability, provided that such accommodations do not constitute an undue hardship on the Company.

Hiring procedures have been reviewed and provide persons with disabilities meaningful employment opportunities. Pre-employment inquiries are made only regarding an applicant's ability to perform the duties of the position.

Post-offer medical examinations are required only for those positions in which there is a bona fide job-related physical requirement. They are given to all persons entering the position only after conditional job offers. Medical records will be kept separate and confidential.

Reasonable accommodations are available to all disabled employees, where their disability affects the performance of their essential job functions and does not impose an undue hardship on the operation of the business. All employment decisions are based on the merits of the situation in accordance with defined criteria, not the disability of the individual.

Qualified individuals with disabilities are entitled to equal pay and other forms of compensation (or changes in compensation) as well as job assignments, classifications, organizational structures, position descriptions, lines of progression, and seniority lists. Leave of all types will be available to all employees on an equal basis.

The Company is also committed to not discriminating against any qualified employees or applicants because they are related to or associated with a person with a disability. The Company will follow any state or local law that provides individuals with disabilities greater protection than the ADA.

Hawkins000066



# AA/EEO POLICY STATEMENT

In order to provide equal employment and advancement opportunities to all individuals, employment decisions will be based on merit, qualifications, and abilities. Southern Road & Bridge, LLC does not discriminate in employment opportunities or practices on the basis of race, color, religion, sex, national origin, age, disability, or any other characteristic protected by law.

All current employees of Southern Road & Bridge, LLC are requested to encourage qualified disabled persons, minorities, special disabled veterans, and Vietnam Era veterans to apply for employment, and on the job training for qualified disabled individuals.

The Company will make reasonable accommodations for qualified individuals with known disabilities unless doing so would result in an undue hardship. This policy governs all aspects of employment.

Southern Road & Bridge, LLC will take affirmative action to ensure that the EEO Policy is implemented, with particular regard to: advertising, application procedures, compensation, demotion, employment, fringe benefits, job assignment, job classification, layoff, leave, promotion, recruitment, rehire, social activities, training, termination, transfer, upgrade, and working conditions.

It is the policy of Southern Road Bridge, LLC that all company activities, facilities, and job sites are non-segregated. Separate or single-user toilet and changing facilities are provided to assure privacy.

It is the policy of Southern Road & Bridge, LLC to ensure and maintain a working environment free of coercion, harassment, and intimidation at all job sites, and in all facilities at which employees are assigned to work. To report any violations of this policy or incidents of harassment or discrimination please contact your jobsite supervisor or the company EEO Officer:

**EEO Officer** – Katerina Constas
**Phone:** 727-493-1545
**Email:** KConstas@Southernrb.com

Signature: _____    Date: 10/17/2023

Lucas L. Pappas, Managing Member

# ATTENDANCE & PUNCTUALITY

Employees are expected to attend work at their scheduled times. All time off must be requested in writing. Southern Road & Bridge, LLC considers excellent attendance to be the foundation of great performance and, as such, attendance is assessed during performance appraisals. All unapproved absences will be documented in employee personnel files. Excessive tardiness and absence will result in disciplinary action, up to and including termination. Exempt status employees will also be reviewed on a case-by-case basis; and if it is necessary, potentially transferred into a non-exempt status.

Employees unable to report to work for any reason must notify their supervisor as early as possible, but always before their scheduled start time. Employees are responsible for notifying their supervisor directly of absence or tardiness.

Absenteeism and tardiness place an undue burden on other employees and on the company itself; Southern Road & Bridge expects regular attendance and punctuality from all employees.

All (Staff) full-time employees are an integral part of the company who support our front line and/or (Staff) workers in the field and duly inherit the responsibility to be physically present with their team.

Southern Road & Bridge realizes that employees do get sick, however, our view is that if you are too sick to come to work; you will also be considered too sick to work from home. Working from home while sick is now commonplace in many industries, but it can lead you to become sicker, which eventually forces you to take more time off, and potentially during a time when your presence is needed the most.

(Staff) full-time employees are provided PTO; and illness is an approved use. Employees that have PTO hours available will be paid PTO for any missed days due to illness; reducing your available balance. This will occur whether or not the employee voluntarily elected himself/herself into the company sponsored STD plan.

Exempt status employees that arrive to work but find it necessary to leave early due to illness will not need to use PTO and will be paid regular hours for that day. HR must be notified via phone or email before leaving.

Southern Road & Bridge will allow work from home and/or remote work during pre-approved and extenuating circumstances; so as not to cause an undue hardship for the Company at the sole discretion of the owner.

# PAID TIME OFF (PTO)

## <u>PTO Program</u>

Southern Road & Bridge LLC, understands the importance of providing (Staff) full time employees with paid time away from work to support a healthy balance between professional and personal needs and responsibilities. The Company has established a Paid Time Off ("PTO") policy for eligible employees to meet personal needs. PTO may be used for any reason including, but not limited to, vacation, personal time, and sick time.

(4) Hour and (8) Hour PTO usage applies. Exempt employees that have worked more than 4 hours will not need to use PTO. (Other Leave Types) cover scheduled holidays, bereavement, or time off for jury duty. Eligible employees will begin to accrue PTO immediately upon hire or that transfer into a PTO eligible position. PTO allotment for an employee will be as defined in an employee's offer letter and their progression through years of service.

Employees will accrue PTO based on the rates provided below up to the applicable Annual PTO Accrual Limit. Employees **can** carryover accrued unused PTO from year to year. An employee's Maximum PTO bank is the maximum amount of PTO an employee may have available for use at any given time in employment. An employee's Maximum PTO bank is limited based on an employee's Annual PTO Accrual Limit.

Once an employee reaches the applicable cap, no additional PTO will accrue until PTO hours are utilized.

If Southern Road & Bridge decides to terminate an employee with an accrued PTO balance, SRB will pay out such balance that does not exceed 80 hours. The employee must not be terminated for violating any company standards of conduct in order to receive PTO accruals. Any employee that resigns their position with SRB will forfeit all available PTO accruals.

Below is a table describing The Company PTO accrual rates, years of service progression and Maximum PTO Bank. *Your available balance is available to view in the VestedHR Portal.*

| Years of Service | Accrual Rate Per Hour Worked | Annual PTO Accrual Limit | Maximum PTO Bank |
|---|---|---|---|
| 0 - 4 Years | .04 | 10 Days (80 Hours) | 15 Days (120 Hours) |
| 5 + Years | .06 | 15 Days (120 Hours) | 20 Days (160 Hours) |

*All PTO requests must be submitted in writing using the company PTO form. It requires approval from HR and employee's supervisor. Once eligible time is verified by HR the supervisor can approve. Email PTO forms to HR@southernrb.com. Hours worked put to the PTO accrual rate is limited to 40 hrs weekly for all PTO Eligible Staff employees.*

Hawkins000069

# OTHER LEAVE TYPES

## FMLA

The current Family Medical Leave Act "FMLA" allows eligible employees to take a leave of absence for up to 12 weeks with or without pay. Details of FMLA may be obtained from the HR Department or the "FMLA" section of the "Employee Handbook".

## State/Federal Mandated Sick Leave

The Company will provide paid sick leave benefits as mandated by federal, state, and municipal regulations to employees eligible under such regulations.

## Bereavement Leave

The Company will provide 24 hours (3) days of Paid Time off for employees faced with the death of an immediate family member or spouse. (Wife, Husband, Parent/Guardian, Child, Sibling or Grandparent) Not to be deducted from an employee's regular PTO bank.

## Jury Duty

We recognize your responsibility in civic affairs; the Company will continue to pay your base salary for a maximum of up to 30 working days; providing your work when possible and return to the Company any fees your receive for jury duty. This will not be deducted from an employee's regular PTO bank.

## Paid Holidays

Recognized company paid holidays are as follows for (Staff) full-time employees.

- New Year's Day
- Memorial Day
- Independence Day
- Labor Day
- Thanksgiving Day
- Day After Thanksgiving
- Christmas Eve*
- Christmas Day

*Holidays other than Christmas Eve that fall on a Saturday will be observed on (Friday); Holidays that fall on a Sunday other than Christmas Eve will be observed on (Monday). Christmas Eve will be considered a paid and observed Holiday only when it falls on a weekday.

# FMLA

In accordance with the Family Medical Leave Act of 1993, the Company provides leaves of absence to eligible employees to care for the employee's child, spouse, spouse's child, parent, or for a serious health condition which prohibits the employee from doing their job. For purposes of this policy, serious health conditions or disabilities include inpatient care in a hospital, hospice, or residential medical care facility; continuing treatment by a health care provider; and temporary disabilities associated with pregnancy, childbirth, and related medical conditions. In addition to the Family Medical Leave Act, in 2009 the National Defense Authorization Act was signed. This amendment to the Family Medical Leave Act expands coverage for "qualifying exigency" leave to eligible employees with covered family members in the Regular Armed forces or coverage for "Military caregiver leave" to eligible employees who are the spouse, son, daughter, parent or next of kin of certain veterans with a "serious injury or illness".

To be eligible for FMLA benefits, an employee must:
- Have worked for the employer for a total of twelve months, or
- Have worked at least 1250 hours over the previous 12 months

Eligible employees should submit requests for medical leave in writing to the Human Resources Dept. at HR@southernrb.com. When a foreseeable event is approaching this notice should be provided at least 30 days in advance or as soon as possible for unforeseeable events. Employees are expected to promptly provide all requested documents regarding their leave which may include a health care provider's statement confirming the need for leave, Military Orders, or additional items. Failure to provide requested leave documents may result in cancellation of benefits or termination of employment. Any changes to the employees leave status should be communicated to the Human Resources Department immediately. Eligible employees can request leave of absence consecutively or intermittently as necessary to accommodate their requirements. Eligible employees will be granted up to 12 weeks of unpaid leave per year as outlined in the Family Medical Leave Act, this applies to both consecutive and intermittent leave types, as well as any additional time as required by state or local laws.

# COMPANY VEHICLE POLICY & PROCEDURE

## POLICY BRIEF & PURPOSE

Our company vehicle policy describes our guidelines for using company vehicles. A "company vehicle" is any type of vehicle our company assigns to employees to support their transportation needs for their jobs. Company vehicles belong to our company and we want to make sure our employees use them properly.

All employees must accept personal responsibility for preventing incidents and agree to the safe operation of any vehicle operated. They shall follow the Company's policies, drive in a defensive and courteous manner, and keep their vehicles in a good, clean, well maintained, safe condition.

Our objective is to limit the number of drivers to what is necessary to accomplish what our project requires. The more drivers, the more risk we have as a company. Driving a company truck is a responsibility that should not be taken lightly or given lightly.

## POLICY OBJECTIVES

- Provide sufficient and reliable means of transportation for appropriate personnel within our company.
- Provide an incident and injury-free work environment.
- "Create opportunity for zero incidents/accidents."
- Comply fully with all local, state, and federal laws and regulations.

## WHO CAN DRIVE COMPANY VEHICLES?

- Supervisory personnel who meet our driver requirements.
- Tradesman who are selected to drive company vehicles by their supervisor to fulfill a project need and meet our driver requirements.
- Truck Drivers who meet our driver requirements.

Hawkins000072

# COMPANY VEHICLE POLICY & PROCEDURE

## DRIVER REQUIREMENTS

- Possess a valid driver's license.
- Must be 21 years of age.
- Must be employed by SRB for 30 days prior to eligibility to drive unless otherwise approved by Lucas L. Pappas ( Class A CDL Driver's are exempt from this requirement)
- Complete and submit an MVR Release Form for SRB's Review.
- Prior driving history review.  If the driver shows flagrant disregard of their personal driving privileges, they will not be allowed to operate a company owned vehicle.

## DRIVER'S RESPONSIBILITIES

- Drivers must at all times have a valid driver's license that is not revoked, expired, or suspended and carry the license with them. Employee's must report any change in driver's license status immediately to project management or their immediate supervisor. A Supervisor will immediately submit this to Victoria Jones in our corporate office.

- All vehicles with a combined weight (both the vehicle and any items towed by the vehicle) of more than 10,000 lbs. are subject to the rules and regulations of the DOT Program. Only authorized DOT drivers are permitted to drive vehicles with more than 10,000 lbs. GVWR or GCWR.
- Employees will be liable for all traffic violations. The company has the right to hold an employee liable for any damages that occur to company vehicles or rentals as a result of misuse or negligence. In the
- event that the vehicle is revoked from the employee that employee is responsible for providing their own transportation to and from work.

Hawkins000073

# COMPANY VEHICLE POLICY & PROCEDURE

- Each driver is responsible for their personal acts and for ensuring their equipment is legally capable and functionally able to perform their duties with-in the requirements of the law.
- Without exception, employees must have proper authorization to operate a company vehicle, rental or piece of equipment.
- All incidents, no matter how minor, involving a motor vehicle shall be reported to management
  Immediately (Victoria Jones vjones@southernrb.com as well as your supervisor). All will be investigated, documented.
- Supervisors are responsible for implementing and maintaining a high level of awareness, as well as
  enforcing compliance of all Vehicle Policies.
- The Company may seek full reimbursement from employees for losses occurring as a result of
  gross or willful negligence, or on the part of the employee acting outside the scope of the policy
  and/or local laws and regulations.  This includes tickets and violations.
- The company is not responsible for an employee's personal items carried or stored in a company
  vehicle.
- Drivers who intentionally abuse Company machines are to be discharged immediately.
- All drivers operating on county and state roads are subject to local and state law enforcement
  agencies.

## EMPLOYEE'S ARE NOT ALLOWED TO:

- Smoke inside of a company vehicle.
- Lease, sell or lend a company vehicle.
- Violate distracted driving laws by using a phone or texting while driving.
- Use a company vehicle to teach someone how to drive.

# COMPANY VEHICLE POLICY & PROCEDURE

- Leave the company vehicle unlocked, unattended or parked in dangerous areas.
- Allow unauthorized people to drive a company vehicle, unless an emergency mandates it.
- Use company vehicles for personal use. Unless otherwise authorized, company vehicles are to remain on the job site.

## MAINTENANCE REQUIREMENTS

Southern Road & Bridge LLC, has made a significant investment in our fleet, including our trucks, trailer and equipment. We expect our employees to treat our property as if it is their own. Through our Enterprise Fleet Maintenance program, we are able to track when you get oil changes, tire rotations, service, etc. It is imperative that we use this card whenever we take a vehicle in. If a light comes on, take it in. If it is making a noise, take it in. Do not overlook items of maintenance concern at anytime.

## DISCIPLINARY CONSEQUENCES

If you follow the above, we will not have issues, but if this privilege is abused, we will take it away from the offender. As a driver of one of our vehicles, your actions affect the entire company. One person can essentially ground our entire fleet if our DOT number was to be suspended or our insurance carrier was no longer willing to insure us. Keep this in mind when you are operating our assets. Anything to jeopardize SRB will not be tolerated.

# WEX FUEL CARD

## POLICY:

WEX fuel cards will be assigned to a Southern Road & Bridge fleet vehicle and/or a supervisor for equipment fueling purposes. Employees authorized to fuel company vehicles/equipment will be issued a Driver ID. Each individual's Driver ID will always be the last 4 digits of their Social Security Number.

## OVERVIEW:

- Each employee's Driver ID authorizes them to fuel company vehicles. The WEX fuel cards are to not to be used for personal vehicles or non-business purposes. Using the WEX fuel card for any purpose other than official business will be considered theft of company property.

- Each employee's Driver ID will identify them by name on the fuel report, you are accountable for all transactions made using your Driver ID. You should never share your Driver ID with anyone. If you believe someone else knows your Driver ID, you should immediately notify your supervisor.

- Each time an employee fuels they are required to completely fill the vehicles tank and enter an accurate odometer reading. This allows the company to monitor fuel usage and track required maintenance intervals. Failure to do this will result in disciplinary action.

- Fuel cards should be kept in the glove box of the assigned vehicle. Equipment cards should always be kept with the supervisor on site.

- The supervisors are responsible for reviewing and verifying the charges for the card that is assigned to the vehicles on their job site. When the WEX card statement is received in the office it will be sent out to each supervisor who will review, verify and approve the charges.

- Lost or stolen cards should immediately be reported to **Helen Antonatos**. via email hantonatos@southernrb.com

# WEX FUEL CARD

## PROCEDURES:

When using the fuel card, the employee will:

- Enter their personal Driver ID (last 4 of your social)
- Enter the current and correct odometer reading
- Request a receipt
- Initial the receipt, add a Job # then submit it to their Supervisor who will then review the charge and file the receipt appropriately.

The WEX fuel card is the property of Southern Road & Bridge, LLC. SRB trusts that you will utilize the card appropriately and use your best judgement.

# LODGING

**POLICY:**

On certain projects, Southern Road & Bridge, LLC provides the employee and only the employee housing for the duration of the job they are assigned to.

**OVERVIEW:**

• During the lease term of an apartment, the company is responsible for the utilities and the rent.

• During the term of a hotel reservation, the company is responsible for the cost of the room. SRB will provide the credit card for payment and incidentals for the reservation. If incidentals are charged to the room, then the employee will be responsible in reimbursing SRB.

• Employees shall take care of the premises, its appliances and furnishings and maintain the unit in a neat and sanitary condition. Employee will leave unit in the same condition as at check-in, including furniture placement.

• If employee's family visits or travels with them on a project, then the employee is responsible for making a separate reservation for them and their family on their own terms and expense. SRB will not be responsible for payment of additional rooms that are not for employees.

• If the unit is NON-SMOKING and a smoking fee is incurred, then that employee will be responsible for that fee.

• SRB Employees shall not use the premises for any disorderly or unlawful purposes or in any manner offensive to others. Employees shall comply with all laws, rules and regulations applicable to the premises, including those of applicable condominium or homeowner associations if any.

• Pets are not allowed on the premises without prior consent by owner. If such consent is given, employee will be responsible for any pet fees in a hotel or house rented by SRB.

# LODGING

- Employees shall not sublet the premises or allow anyone to share the premises with them while SRB's name is on the reservation.

- Employee shall be responsible for their negligent or wrongful acts.

Please be respectful of the privilege you have been provided by Southern Road & Bridge LLC.

# SOCIAL MEDIA

## DEFINITIONS:

SRB Hosted Media Sites means any internet or intranet site sanctioned, endorsed by, or branded as part of the Company.

Non-Hosted Media Sites includes any internet site not sanctioned, endorsed by, or branded as part of the Company, including personal "social networking" sites, as defined below.

Social Networking means any facility for online publication and commentary, including, but not limited to: social networking sites, such as Facebook, Twitter, LinkedIn, and similar tools), blogs and other online journals and diaries, discussion boards and chat rooms, third party rating sites such as Yelp, smartphone applications, multimedia host sites (such as Instagram, YouTube, or Flickr), personal websites, and similar media.

## POLICY:

Social media can provide employees an effective way to share information and communicate. However, certain guidelines apply to an employee's social media activities, whether on SRB-Hosted Media Sites or Non-Hosted Sites, when those activities may give the appearance the employee is speaking on behalf of the Company or which may create a significant risk for the Company.

In order to reduce the likelihood that an employee's social networking activities will have an adverse effect on themselves, the Company, or the Company's partners, affiliates, customers, projects, vendors, or suppliers, all employees must adhere to the following requirements:

1. Employees must abide by all applicable Company policies, including, but not limited to, policies concerning equal employment, harassment, confidentiality and the SRB Handbook.

2. Employees are expected to demonstrate good judgment when using social media and ensure such usage does not hinder productivity standards or job performance. Individuals should limit participation in social media activities during work time,

Hawkins000060

# SOCIAL MEDIA

unless required by their position.

3. Under no circumstances may an employee access social media on mobile devices while driving or operating equipment for work related reasons or performing other safety sensitive work functions.

4. Employees may not disclose any Confidential Information. This could include several things such as: talking about financial information, strategies, forecasts, legal issues, and future promotional activities. This can also include giving out personal information about customers, vendors, employees or applicants.

5. All social media postings must abide by applicable copyright laws and employees must ensure that they have permission from the rightful owner to use or reproduce in a commercial manner any copyrighted text, photos, graphics, video or other material.

6. Not withstanding an employee's rights under Section 7 of the National Labor Relations Act to engage in concerted activity, employees may not use the Company's logos, trademarks or proprietary graphics that would create the appearance they are speaking on behalf of the Company without prior authorization from the company Owner, Lucas L. Pappas.

7. Employees may not post any material that could interfere with work functions, including, but not limited to, material that is obscene, defamatory, profane, libelous, threatening, discriminatory, harassing, retaliatory, abusive, bullying, or hateful.

8. Under no circumstances may employees post fake blogs, create false positive or fake negative reviews of the Company or the Company's, clients, projects or any affiliates, partners, customers or competitors.

9. Employees must speak for themselves and not on behalf of the Company unless authorized to do so as part of their job responsibility. If you publish content online in a personal capacity and it is relevant to the Company, use a disclaimer, such as, "The postings on this site are my own and don't necessarily represent the positions,

# SOCIAL MEDIA

strategies or opinions of Southern Road & Bridge LLC."

Any employee who violates this Social Media Policy may be subject to appropriate disciplinary action, up to and including termination.

If an employee is unsure of the sensitivity of a particular subject, he or she should seek advice from his or her supervisor or the Human Resources Department before participating in the conversation.

# SMOKING

Southern Road & Bridge, LLC endeavors to provide a healthy environment and therefore prohibits smoking and tobacco use in company buildings, jobsites, lodging and company vehicles.

The use of tobacco products is not permitted anywhere on Southern Road & Bridge, LLC premises.

# PERSONAL PROPERTY

Southern Road & Bridge LLC assumes no responsibility for personal property located on its premises. Employees are to use their own discretion when choosing to bring personal property into the workplace and do so at their own risk. Additionally, employees may not possess or display any property that may be viewed as inappropriate or offensive on Southern Road & Bridge, LLC premises.

# USE OF COMPANY PROPERTY

Southern Road & Bridge, LLC provides employees with the equipment necessary to perform their jobs. This equipment shall not used for personal use at any time, unless expressed written permission has been granted by Management.

# EXPENSES

Employees are responsible for keeping track of all Southern Road & Bridge, LLC related expenses such as but not limited to hotels, car rentals, fuel, tools and jobsite supplies.

Company Credit Card expense receipts should be uploaded into the company expense system on a weekly basis (American Express Spend Manager). Any expenses found in violation of company policies such as personal purchases may be deducted from an employee's paycheck.

Expense Reimbursement requests must include the company reimbursement excel sheet and appropriate supporting documentation. The business purpose of each item must be noted within the Excel report and the applicable receipt needs to be attached in support. These reports should be submitted to ap@southernrb.com for processing as well as your applicable supervisor for approval.

All expense items whether they be reimbursement or on a company card must be coded to a jobsite/office as well an appropriate cost code.

All expense reports and credit card charges are reviewed as they are received. Upon approval from supervisors as well as the Expense/Travel dept, reimbursement checks will be sent to the applicable employee within 10 business days.

# PERSONNEL FILES

The Company maintains a personnel file on each employee. The personnel file may include such information as the employee's job application, resume, records of training, documentation of performance appraisals and salary increases, and other employment records.

Personnel files are the property of the Company, and access to the information they contain is restricted. Generally, only supervisors and management personnel of the Company who have a legitimate reason to review information in a file are allowed to do so.

Employees who wish to review their own file should contact the Human Resources Manager. With reasonable advance notice, employees may review their own personnel files in the Company's offices and in the presence of the Human Resources Manager or appointed representative to maintain the files.

# EMPLOYMENT APPLICATIONS

The Company relies upon the accuracy of information contained in the employment application, as well as the accuracy of other data presented throughout the hiring process and employment. Any misrepresentations, falsifications, or material omissions in any of this information or data may result in the exclusion of the individual from further consideration for employment or, if the person has been hired, termination of employment.

# PERSONNEL DATA CHANGES

It is the responsibility of each employee to promptly notify the Company of any changes in personal data that change benefits enrollment or contact information. Personal mailing addresses, telephone numbers, number and names of dependents, individuals to be contacted in the event of an emergency, educational accomplishments, and other such status reports should be accurate and current at all times.

# CELL PHONE USAGE

The use of cellular phones in Southern Road & Bridge, LLC vehicles is limited to use only when parked. No one is to drive while talking on a cellular phone, unless and hands free device is in use. Texting is strictly restricted during driving.

While on job sites, please keep the use of cellular phone use to a minimum.

Any employee found in violation of this policy will be subject to disciplinary action, up to and including termination.

# CONFLICTS OF INTEREST

It is critical that you are free of outside influence or interests that may conflict with your duty to act in the best interests of The Company and in serving our customers. You are expected to deal with customers, subcontractors, suppliers, and all others without favor or preference.

A "conflict of interest" occurs when an individual's private interest interferes in any way with the interests of The Company as a whole. You need to avoid any situation that creates even the appearance of this kind of bias. As such, while you are an employee, you may not have any employment, consulting, or other business relationship with a competitor, customer, subcontractor or supplier of The Company or invest in any such entity (except for moderate holdings of publicly traded securities), unless you have the advance written permission of the Owner Lucas L. Pappas.

Outside employment may also constitute a conflict of interest if it places an employee in the position of appearing to represent The Company, involves providing services substantially similar to those the Company provides, or lessens the efficiency, attentiveness or productivity normally expected of employees on their jobs. Your Supervisor must approve all outside employment that raises any question in this regard in advance.

Hawkins000087

# IMMIGRATION LAW COMPLIANCE

The Company is committed to employing only United States citizens and aliens who are authorized to work in the United States and will not unlawfully discriminate on the basis of citizenship or national origin.

In compliance with the Immigration Reform and Control Act of 1986, each new employee, as a condition of employment, must complete the Employment Eligibility Verification Form I-9 and present documentation establishing identity and employment eligibility. Former employees who are rehired must also complete the form if they have not completed an I-9 with the Company within the past three years, or if their previous I-9 is no longer retained or valid.

Employees with questions or seeking more information on immigration law issues are encouraged to contact the Human Resources Manager. Employees may raise questions or complaints about immigration law compliance without fear or reprisal.

# DRUG FREE WORKPLACE

This Drug-Free Workplace Policy shall apply to Southern Road & Bridge LLC , and all subsidiaries and controlled joint ventures (hereinafter the "Company"). Each Office shall maintain and administer the Policy for their area as regulated by state laws.

This Policy shall apply to all Employees, Staff Full-Time Employees, Tradesman Full-Time Employees, and Part-Time Employees. Job applicants also are covered by this policy as the Company has extended a conditional employment offer and a pre- employment drug test is required.

The Company is committed to providing a safe work environment for the health and well being of its employees. This commitment is jeopardized when an employee illegally uses drugs or alcohol on the job, comes to work under the influence of these substances, or possesses, distributes, or sells drugs in the workplace.

It shall be a violation of this Policy for any employee to possess, sell, trade, or offer for sale illegal drugs on the job. It shall be a violation of this Policy to use illegal drugs or be under the influence of illegal drugs or alcohol at anytime while on or using company property, conducting company business or otherwise representing the company. It shall be a violation to consume alcohol on the job before or during work hours.

It shall be a violation of this Policy for anyone to use prescription drugs illegally. However, nothing in this Policy shall preclude the appropriate use of legally prescribed medications, except for the use of medical marijuana, which to the fullest extent permissible under the laws is strictly prohibited hereunder. Employees are responsible for notifying their supervisor if the prescribed medication will affect the employee's ability to perform any

# DRUG FREE WORKPLACE

function of their job.

Violations of this policy may lead to disciplinary action, up to and including immediate termination of employment, and/or required participation in a substance abuse rehabilitation or treatment program. The employee is not eligible for rehire for a period of six months and successfully completion of a drug test, minimal 5 panel test, coordinated by the Company and certified by a medical review officer if required. The employee would then be subject to unscheduled sporadic testing for at least one year after the reinstatement of employment.

The jobsite Supervisor in conjunction with the HR Dept shall have the authority to immediately dismiss any employee testing positively for illegal drugs, found to be in possession of illegal drugs, found under the influence of alcohol or otherwise found to be in violation of this Policy including, but not limited to, refusing or failing to submit to testing.

The Company will use a minimum of a five (5) panel drug test for all testing purposes. Drug testing results will be kept confidential and only released to individuals responsible for administering this Policy. A photo ID is mandatory and must be presented at the time of testing.

Any drug testing required or requested by the Company will be conducted by a trained individual. Positive results may be reviewed and confirmed by a laboratory licensed by the state. The employee may obtain the name and location of the laboratory that will analyze the employee's test sample.

The following conduct is prohibited:

1) Drugs—Company employees are prohibited from:

# DRUG FREE WORKPLACE

a) Being under the influence of drugs as defined in this policy (a confirmed positive drug test).

b) Using illegal drugs at any time while on or using Company property, conducting Company business or otherwise representing the Company.

c) Failing to notify a supervisor or manager of the use of a prescription drug or over-the-counter medication that could alter the ability of an employee in a safety-sensitive position to safely perform any job function. Safety-sensitive workers who bring forth such information may be temporarily placed in a non safety-sensitive position.

d) Abusing prescription drugs which includes exceeding the recommended prescribed dosage or using others' prescribed medications (however, nothing in this Policy shall preclude the appropriate use of legally prescribed medications).

e) Failing to notify a supervisor or manager if the employee believes that he or she is under the influence of drugs.

f) Testing positive for drugs.

g) Bringing illegal drugs, controlled substances or drug paraphernalia to work and/or storing illegal drugs, controlled substances or drug paraphernalia on Company property.

h) Possessing, using, manufacturing, distributing or attempting to distribute, selling or dispensing drugs or drug paraphernalia.

i) Possessing, using, manufacturing, distributing or attempting to distribute, selling or dispensing drugs or controlled substances off

# DRUG FREE WORKPLACE

Company property that may adversely affect the Company, the worker's job performance, or place at risk the safety and health of the worker or others.

j) Being convicted of or entering a guilty plea to a criminal drug offense. Employees are required to notify the Company in writing within 5 days of a criminal drug conviction or pleading guilty to a criminal drug offense.

k) Switching, tampering with or adulterating any specimen or sample collected under the Company's policy for the purpose of testing for drugs, or attempting to do so.

l) Disclosing information related to drug test and/or treatment referrals, and test results, except as required by this policy.

m) Failing to consent to, cooperate with, participate in, and/or successfully complete all recommendations or conditions set forth in an authorized substance abuse treatment program, including return-to-work and post-rehabilitation drug testing.

n) Refusing to cooperate with the terms and conditions of this policy. Failure to cooperate includes, but is not limited to:
   o Refusal to be tested,
   o Failure to provide an adequate sample (urine, oral fluid, hair, blood) (dependent upon federal/state laws) without a valid medical excuse,
   o Refusal to sign required paperwork (including, but not limited to, consent forms, acknowledgment forms, and chain of custody forms),
   o Failure to show up at an assigned collection site to provide a specimen in a timely manner, and
   o Failure to be reasonably available to be tested following an accident.

# DRUG FREE WORKPLACE

2) Alcohol—Company employees are prohibited from:
Being under the influence of alcohol as defined in this policy (a BAC of .02 or higher as demonstrated by an alcohol test and/or demonstrating the symptoms of being under the influence of alcohol);

a) Consuming alcohol on the job, before or during work hours;

b) Failing to notify a supervisor or manager if the employee believes that he or she is under the influence of alcohol;

c) Possessing, using, manufacturing, distributing or attempting to distribute, selling or dispensing alcohol on the job;

d) Possessing, using, manufacturing, distributing or attempting to distribute, selling or dispensing alcohol off Company property that may adversely affect the Company, the worker's job performance, or place at risk the safety and wellbeing of the worker or others;

f) Consuming alcohol while away from the workplace if the employee will be returning to work;

g) Being convicted of or entering a guilty plea relative to any criminal alcohol offense. All employees must notify the Company in writing within 5 days of any criminal alcohol conviction or guilty plea related to a criminal alcohol offense;

h) Switching, tampering with or adulterating any specimen or sample collected under the Company's policy, or attempting to do so;

# DRUG FREE WORKPLACE

i) Failing to consent to, cooperate with, participate in, and/or successfully complete all recommendations or conditions set forth in an authorized substance abuse treatment program, including return-to-work and post-rehabilitation alcohol testing;

j) Disclosing information related to alcohol test and/or treatment referrals, and alcohol test results, except as required by this policy; and

k) Refusing to cooperate with the terms and conditions of this policy. Failure to cooperate includes, but is not limited to:
   o Refusal to be tested,
   o Failure to provide an adequate sample (breath, saliva, blood) without a valid medical excuse,
   o Refusal to sign required paperwork (including, but not limited to, consent forms, acknowledgement forms, and chain of custody forms),
   o Failure to show up at an assigned collection site to provide a specimen, and
   o Failure to be reasonably available to be tested following an accident.

The Company reserves the right to drug and alcohol test job applicants and employees in order to achieve a safe and productive work environment. The Company will conduct drug and alcohol testing within the parameters of any applicable state and federal laws. The Company also will use scientifically valid methods and procedures, and the test will be conducting with using any of the following: saliva, urine, hair, and/or blood.

Pre-Employment Testing

# DRUG FREE WORKPLACE

Pre-Employment Testing shall be conducted on all newly hired employees unless prohibited by state law. Pre-Employment Testing may consist of a drug test and/or breath alcohol testing. Employees may be allowed to begin work prior to receipt of the testing results by the Company, however employment is contingent upon passing the test.

Re-hire testing will be required if an employee returns to work for the Company and has not worked for the Company within the past 30 days.

Vehicle Authorization Testing

When an employee is assigned a company vehicle or given authority to operate a company vehicle, they are subject to an initial drug test and random lottery tests thereafter as long as the vehicle is assigned to them or they have authority to operate a company vehicle. If an employee declines completion of a drug test, he/she then voluntarily revokes his/her authorization to operate a company vehicle until such test is successfully completed.

Once an employee is initially tested, and the test results are negative, than the employee is authorized to drive company vehicles. When employees are transferred from jobsite to jobsite, it is the responsibility of project management to make sure no one is operating a company vehicle without having a company authorization.

Reasonable Suspicion Drug Testing:

Employees are subject to testing based upon reasonable suspicion. conditions, among others, may be considered a basis for an employee to be tested for reasonable suspicion: 1) involvement in an accident which resulted in injury to the employee or a fellow employee or which causes property damage, 2) involvement in a life threatening situation or participating in unsafe acts that could cause injury or property damage, 3) regular violation of the Company's attendance and tardiness policies, and

# DRUG FREE WORKPLACE

4) circumstances which give rise to a reasonable suspicion that the employee may be under the influence of controlled substances or alcohol while present on the Company's premises.

## Post-Accident Drug Testing

Employees shall submit to Post-Accident Drug and/or Alcohol Testing in a manner that is not overly invasive (employee herby acknowledges that giving urine, hair, saliva and/or breath samples is not overly invasive) if they are involved in an employment-related accident or incident or if there is a workplace injury.

An accident shall include any event resulting in injury to a person to such a degree that medical attention is reasonably required or resulting in material damage to property to which an employee contributed as a direct or indirect cause. An incident includes an event which has all the attributes of an accident, except that no harm was caused to person or property. Failure by the injured employee to reasonably submit to medical attention shall not relieve an involved party from being required to submit to drug and alcohol testing.

## Random Testing

Random Drug Testing shall be conducted on all Regular Full-Time Employees, PartTime Employees, and Tradesman Full-Time Employees.

Random Drug Testing selections will be by a random lottery selection process. The Company does not have the right to waive the selection of any employee who has been randomly chosen for drug and/or alcohol testing.

## Follow-up Drug Testing

At the sole discretion of the Company, Employees who have violated this Policy may be given the opportunity to continue employment with the

# DRUG FREE WORKPLACE

Company based upon the successful completion of a rehabilitation program. Such employees shall be subjected to unannounced drug and/or alcohol testing as a condition of employment for a period of one year following the successful completion of the rehabilitation program. If an employee tests positive as a result of a follow-up drug or alcohol test, the employee shall not be eligible for employment at the Company for a period of one year, or longer at the sole discretion of the Company.

The goal of this Policy is to balance our respect for individuals with the need to maintain a safe, productive, and drug-free environment.

Stricter Requirements

If an employee's profession is subject to other drug testing requirements imposed by law, those requirements shall supersede this Policy to the extent they are in conflict or are stricter.

Refusal or Failure to Submit to Testing

Employees who refuse or fail to timely submit to drug and alcohol testing under the terms of this Policy shall be subject to disciplinary action up to and including, immediate termination. Each employee should understand that policy violations such as the use of alcohol, unless otherwise approved, or the possession, sale or use of illegal drugs on Company premises, at Company events, or on Company time may result in immediate termination.

Confidentiality

All information, interviews, reports, statements, documentation, and drug and alcohol test results, written or otherwise, are confidential. The Company and any of its providers associated with drug and alcohol testing (laboratory, collection site, Medical Review Officer, etc) who receive or have access to information concerning test results shall keep all

# DRUG FREE WORKPLACE

information confidential. No such information shall be released without the written consent of the employee unless the release is on a need-to-know basis, is required by law, is relevant to a legal claim asserted by the employee, or as otherwise provided by law.

The Company's workers' compensation carrier may be notified of results of post-accident tests that may affect the Company's insurance program as provided for by state law.

## Policy Rights

The Company reserves the right to administer the policy, and interpret, change or rescind the policy in whole or in part, with or without notice or consideration. In addition, changes to applicable state and federal laws or regulations may require the Company to modify or supplement the policy.

This Policy does not create any type of employment contract and should not be interpreted or considered as such. This policy does not, in any way, change the nature of the at-will employment relationship on either part of the employee or the Company. If you have any questions regarding this policy please contact the Human Resources Manager.

## Drug-Free Workplace Policy Consent

The Company is committed to providing a safe and drug-free workplace for its employees. This Drug-Free Workplace Policy includes testing for alcohol, narcotics, hallucinogenic drugs, marijuana and other controlled substances.

By reading the above, you are certifying that you have received, read and understand this Drug-Free Workplace Policy. You agree to submit to any reasonably required tests provided by the terms of this Policy as a condition to employment or continued employment and that you may be

# DRUG FREE WORKPLACE

subject to termination if testing positively for illegal drugs or marijuana or found under the influence of alcohol.  Further, you are agreeing to release the Company, its officers, agents, and employees from liability in connection with or as a result of the proper enforcement of this Policy.

SRB Employee Handbook
01.01.2023

# OPEN DOOR POLICY

The Company promotes an atmosphere whereby employees can talk freely with members of the management staff. Employees are encouraged to openly discuss with their supervisor any problems so appropriate action may be taken. If the supervisor cannot be of assistance, the Human Resources Manager is available for consultation. The Company is interested in all of our employee's success and happiness with us. We, therefore, welcome the opportunity to help employees whenever feasible.

# WHISTLEBLOWER PROTECTION

This policy is designed to protect employees and address Southern Road & Bridge commitment to integrity and ethical behavior. In accordance with Whistleblower Protection regulations, Southern Road & Bridge will not tolerate harassment, retaliation, or any type of discrimination against an employee who: Makes a good faith compliant regarding suspected Company or employee violations of the law; Makes a good faith complaint regarding accounting, internal accounting controls, or auditing matters that may lead to incorrect, or misrepresentations in, financial accounting; Provides information to assist in an investigation regarding violations of the law; or Files, testifies, or participates in a proceeding in relation to alleged violations of the law.

Negative employment sanctions, such as demotion or termination, as a result of an employee's decision to provide good-faith information regarding violations of the law, will not be tolerated. In addition, discrimination, threats, and harassment is prohibited. Anyone violating this policy will be subject to discipline, up to and including termination of employment.

# STANDARDS OF CONDUCT

Southern Road & Bridge LLC strives for a healthy and safe work environment for all employees. Workplace rules and standards of conduct observed by Southern Road & Bridge, LLC are essential to a healthy and productive workplace.  All employees are urged to familiarize themselves with these rules and standards, as they will be held accountable for upholding them.  Please be aware that any employee who disregards, or deviates, from any of these rules or standards will be subject to disciplinary action, up to and including termination of employment.

While not intended to be an all inclusive list, the examples below represent behavior that is considered unacceptable in the workplace.  Behaviors such as these, as well as any other misconduct, may result in disciplinary action, up to and including termination of employment.

Examples:

- Falsification of timekeeping records
- Theft of company property or another employee's property
- Working under the influence of alcohol or illegal drugs
- Violence in the workplace
- Threats of violence or harassment
- Insubordination
- Violation of health & safety rules
- Excessive absenteeism
- Unauthorized use of company equipment
- Willful negligence resulting in property damage
- Disrespectful behavior
- Refusal to abide company policies/procedures

# WORKPLACE VIOLENCE PREVENTION

The Company is committed to preventing workplace violence and to maintaining a safe work environment. Given the increasing violence in society in general, The Company has adopted the following guidelines to deal with intimidation, harassment, or other threats of (or actual) violence that may occur during business hours or on its premises.

All employees, including supervisors and temporary employees, should be treated with courtesy and respect at all times. Employees are expected to refrain from fighting, "horseplay", or other conduct that may be dangerous to others. Firearms, weapons, and other dangerous or hazardous devices or substances are prohibited from the premises of The Company without proper authorization.

Conduct that threatens, intimidates, or coerces another employee, a customer, or a member of the public at any time, including off-duty periods, will not be tolerated. This prohibition includes all acts of harassment, including harassment that is based on an individual's gender, race, age, or any characteristic protected by federal, state, or local law.

All threats of (or actual) violence, both direct and indirect, should be reported as soon as possible to your immediate supervisor or any other member of management. This includes threats by employees, as well as threats by customers, vendors, solicitors, or other members of the public. When reporting a threat of violence, you should be as specific and detailed as possible.

All suspicious individuals or activities should also be reported as soon as possible to a supervisor. Do not place yourself in peril. If you see or hear a commotion or disturbance near your workstation, do not try to intercede or see what is happening.

The Company will promptly and thoroughly investigate all reports of threats of (or actual) violence and of suspicious individuals or activities. The identity of the individual making a report will be protected as much as is practical. In order to maintain workplace safety and the integrity of its investigation, The Company may suspend employees, either

Hawkins000102

# WORKPLACE VIOLENCE PREVENTION

with or without pay, pending investigation.

Anyone determined to be responsible for threats of (or actual) violence or other conduct that is in violation of these guidelines will be subject to prompt disciplinary action up to and including termination of employment.

# SEXUAL AND OTHER UNLAWFUL HARASSMENT

Southern Road and Bridge LLC will not, under any circumstances, condone, tolerate, or allow conduct which may constitute sexual harassment or other forms of harassment on the part of its management, supervisors or non-management employees. It is our policy that all employees have the right to work in an environment free from unlawful harassment of any kind. Unwelcome sexual harassment is a form of sex discrimination that violates a person's rights. Unwanted sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature which threatens job security, working conditions, or advancement opportunities is considered sexual harassment.

Any employee found to be engaged in any form of sexual harassment may be subject to disciplinary action, up to and including termination of employment.

**Sexual harassment or other unlawful harassment may can occur in a variety of circumstances such as but not limited to the following:**

- Conditioning employment upon employee's submission to unwelcome sexual advances or requests for sexual favors;
- Basing an employment decision upon an employee's submission or rejection of unwelcome sexual advances, requests for sexual favors or verbal or physical conduct of a sexual nature
- Creating an intimidating, hostile or offensive working environment or atmosphere through: verbal conduct, including calling employees by terms of endearment; using vulgar, kidding or demeaning language; or physical actions which may offend or interfere with an employee's work performance.
- Basing employment any decision based on an employee's sexual orientation

We at Southern Road and Bridge LLC encourage healthy fraternization among employees; however, all employees and especially those in management and supervisory roles - must be sensitive to acts of conduct which may be considered offensive by other employees and must refrain from engaging in or permitting such conduct. It is expressly prohibited for any employee to retaliate against another

# SEXUAL AND OTHER UNLAWFUL HARASSMENT

Employee(s) who brings sexual harassment charges or assists in investigating charges. Any form of retaliation is considered a direct violation of this policy and may result in disciplinary action, up to and including termination of employment. No employee will be discriminated against, or discharged, for incurring or assisting in the investigation of a complaint of sexual harassment. It is unlawful under the for an employer to retaliate against anyone who files a complaint or aids in an investigation.

Southern Road and Bridge LLC is committed to providing a work environment that is free of all types of discrimination and unlawful harassment. actions, words, jokes, comments, or any other conduct related to one's sex, race, ethnicity, age, religion, sexual orientation or any other legally protected characteristic will not be tolerated.

Any employees who believe that they, or any other employee, have been the victim of harassment are expected to report it immediately. Employees may raise concerns and make reports without fear of reprisal. Such complaints should be brought to the attention of the SRB company EEO Officer: Katerina Constas, using the company issued harassment complaint form. Below is the contact information for the SRB EEO Officer.

**Southern Road & Bridge LLC**
**Katerina Constas,  EEO Officer**
**Ph: 727-493-1545**

Hawkins000105

# PROGRESSIVE DISCIPLINE POLICY

The purpose of this policy is to state the Company's position on administering equitable and consistent discipline for unsatisfactory conduct in the workplace. The best disciplinary measure is the one that does not have to be enforced and comes from good leadership and fair supervision at all employment levels.

The Company's own best interest lies in ensuring fair treatment of all employees and in making certain that disciplinary actions are prompt, uniform, and impartial. The major purpose of any disciplinary action is to correct the problem, prevent recurrence, and prepare the employee for satisfactory service in the future.

Although employment with the Company is based on mutual consent and both the employee and the Company have the right to terminate employment at will, with or without cause or advance notice, the Company may use progressive discipline at its discretion.

Disciplinary action may call for any of four steps – verbal warning, written warning, suspension with or without pay, or termination of employment – depending on the severity of the problem and the number of occurrences. There may be circumstances when one or more steps are bypassed.

Progressive discipline means that, with respect to most disciplinary problems, these steps will normally be followed:  a first offense may call for a verbal warning; a next offense may be followed by a written warning; another offense may lead to a suspension; and, still another offense may then lead to termination of employment. If more than 12 months have passed since the last disciplinary action, the process will normally start over.

The Company recognizes that there are certain types of employee problems that are serious enough to justify either a suspension, or in extreme situations, termination of employment, without going through the usual progressive discipline steps.

It is impossible to list every type of behavior that may be deemed a serious offense, but they are deemed items such as gross misconduct or other serious matters that may result in immediate suspension or termination of employment.

By using progressive discipline, we hope that most employee problems can be corrected at an early state, benefiting both the employee and the Company.

Hawkins000106

# EMPLOYMENT TERMINATION

Termination of employment is an inevitable part of personnel activity within any organization, and many of the reasons for termination are routine. Below are examples of some of the most common circumstances under which employment is terminated:

**Resignation** – voluntary employment termination initiated by an employee
**Discharge** – involuntary employment termination initiated by the organization
**Layoff** – involuntary employment termination initiated by the organization for nondisciplinary reasons.
**Retirement** – voluntary employment termination initiated by the employee meeting age, length of service, and any other criteria for retirement from the organization.

The Company will generally schedule exit interviews with your immediate supervisor at the time of employment termination. The exit interview will afford an opportunity to discuss such issues as employee benefits, conversion privileges, repayment of outstanding debts to The Company, or return of The Company-owned property. Suggestions, complaints, and questions can also be voiced.

Since employment with The Company is based on mutual consent, both the employee and The Company have the right to terminate employment at will, with or without cause, at any time. Employees will receive their final pay in accordance with applicable state law.

Employee benefits will be affected by employment termination in the following manner. All accrued, vested benefits that are due and payable at termination will be paid. Resignations will not receive payment of accrued PTO balances. Some benefits may be continued at the employee's expense if the employee so chooses. The employee may be notified in writing of the benefits that may be continued and of the terms, conditions, and limitations of such continuance.

# RETURN OF COMPANY PROPERTY

Employees are responsible for items issued to them by the Company or in their possession or control, such as the following:

- Computer
- Credit Card
- Equipment
- Gas Card
- Identification Badges
- Keys
- Miscellaneous Files
- Cell Phones
- Protective Equipment
- Security Alarm Card
- Tools
- Vehicles

All of the Company property must be returned by employees on or before their last day of work. Where permitted by applicable laws, the Company may withhold from the employee's check or final paycheck the cost of any items that are not returned when required. The Company may also take all action deemed appropriate to recover or protect its property.

# INSURANCE BENEFITS

The Company's insurance plan provides eligible employees and their eligible dependents access to medical, dental, vision and life insurance benefits. Employees in the following Employee Categories are eligible to participate in these insurance plans:

- (Staff) Full-Time Employees
- (Tradesman) Full–Time Employees

Eligible employees may enroll and participate in the health insurance plan subject to all terms and conditions of the agreement between the Company and the health insurance carrier. The waiting period for benefits from hire date is currently set to 1st of the month following 60 days of hire.

A change in employee category that would result in the loss of eligibility to participate in the health insurance plan may qualify an employee for benefits continuation under the Consolidated Omnibus Budget Reconciliation Act (COBRA).

Information concerning the health insurance plan is set forth in the Health Insurance Benefits Summary, which is provided to eligible employees upon hire and is available upon request from Human Resources. Details regarding cost of health insurance coverage will be provided in advance of enrollment to eligible employees. When an employee is not owed for hours worked in any given week; deductions will be made up on the following check in order to bring current.

# COBRA

The Federal Consolidated Omnibus Budget Reconciliation Act (COBRA) gives employees and their covered dependents (qualified beneficiaries) who are covered under the Company's health insurance plan the opportunity to obtain a temporary extension of health coverage in the event a "qualifying event" results in the loss of the employee's group medical coverage under the

# COBRA

Company's health plan. The qualified beneficiary would pay the same cost as the Company plus an administrative fee.

If a "qualifying event" would normally result in your or your covered dependent's loss of eligibility under the Company's health plan, you may elect to continue coverage under COBRA. Common qualifying events include resignation, termination of employment, or death of an employee; a reduction in an employee's hours or a leave of absence; an employee's divorce or legal separation; and a dependent child no longer meeting eligibility requirements.

The Company provides each eligible employee with a written notice describing rights granted under COBRA upon hire, upon enrollment into the health plan, and upon the occurrence of a "qualifying event." These notices contain important information about the employee's rights and obligations.

Each qualified beneficiary has individual election rights and will be notified of these rights by the COBRA Plan Administrator within 14 days of the receipt of notification by the Plan Administrator. A qualified beneficiary than has 60 days from the date he or she is furnished the election notice or the date he or she would lose coverage under the group health plan, whichever is later, to elect coverage and notify the Plan Administrator. All forms and premium notifications are sent to the qualified beneficiary. Once an election is made by the qualified beneficiary and sent back to the Plan Administrator, coverage is reinstated retroactive to the termination date. The qualified beneficiary must pay all premiums to the Plan Administrator. If premiums are not paid by the qualified beneficiary, coverage can be terminated for non-payment of premium without reinstatement.

More information regarding COBRA can be obtained by visiting the Department of Labor website at www.dol.gov.