# EXHIBIT B

**SOUTHERN ROAD & BRIDGE**

# EQUAL EMPLOYMENT OPPORTUNITY POLICY STATEMENT

In order to provide equal employment and advancement opportunities to all individuals, employment decisions will be based on merit, qualifications, and abilities. Southern Road & Bridge, LLC does not discriminate in employment opportunities or practices on the basis of race, color, religion, sex, national origin, age, disability, or any other characteristic protected by law.

All current employees of Southern Road & Bridge, LLC are requested to encourage qualified disabled persons, minorities, special disabled veterans, and Vietnam Era veterans to apply for employment, and on the job training for qualified disabled individuals.

The Company will make reasonable accommodations for qualified individuals with known disabilities unless doing so would result in an undue hardship. This policy governs all aspects of employment.

Southern Road & Bridge, LLC will take affirmative action to ensure that the EEO Policy is implemented, with particular regard to: advertising, application procedures, compensation, demotion, employment, fringe benefits, job assignment, job classification, layoff, leave, promotion, recruitment, rehire, social activities, training, termination, transfer, upgrade, and working conditions.

It is the policy of Southern Road Bridge, LLC that all company activities, facilities, and job sites are non-segregated. Separate or single-user toilet and changing facilities are provided to assure privacy.

It is the policy of Southern Road & Bridge, LLC to ensure and maintain a working environment free of coercion, harassment, and intimidation at all job sites, and in all facilities at which employees are assigned to work. To report any violations of this policy or incidents of harassments or discrimination please contact your jobsite supervisor or the company EEO Officer:

**Ethics and Compliance Officer** – Rhonda Zanni
**Phone:** 727-316-5270
**Email:** RZanni@southernrb.com

Signature: _____  Date: 11/1/2022

Lucas L. Pappas, Managing Member

Ford000011

Page 1 of 2

By signing this document, I am affirming that I have received a copy of Southern Road & Bridge, LLC EEO Policy Statement and the items therein have been reviewed with me in depth.

Employee Name (Printed): NICHOLAS FORD

Employee Signature: *[signature]*

Date: 02/26/23

02/16/2021

Page 2 of 2

Ford000012



# **EQUAL EMPLOYMENT OPPORTUNITY POLICY STATEMENT**

In order to provide equal employment and advancement opportunities to all individuals, employment decisions will be based on merit, qualifications, and abilities. Southern Road & Bridge, LLC does not discriminate in employment opportunities or practices on the basis of race, color, religion, sex, national origin, age, disability, or any other characteristic protected by law.

All current employees of Southern Road & Bridge, LLC are requested to encourage qualified disabled persons, minorities, special disabled veterans, and Vietnam Era veterans to apply for employment, and on the job training for qualified disabled individuals.

The Company will make reasonable accommodations for qualified individuals with known disabilities unless doing so would result in an undue hardship. This policy governs all aspects of employment.

Southern Road & Bridge, LLC will take affirmative action to ensure that the EEO Policy is implemented, with particular regard to: advertising, application procedures, compensation, demotion, employment, fringe benefits, job assignment, job classification, layoff, leave, promotion, recruitment, rehire, social activities, training, termination, transfer, upgrade, and working conditions.

It is the policy of Southern Road Bridge, LLC that all company activities, facilities, and job sites are non-segregated. Separate or single-user toilet and changing facilities are provided to assure privacy.

It is the policy of Southern Road & Bridge, LLC to ensure and maintain a working environment free of coercion, harassment, and intimidation at all job sites, and in all facilities at which employees are assigned to work. To report any violations of this policy or incidents of harassment or discrimination please contact your jobsite supervisor or the company EEO Officer:

**EEO Officer** – Rhonda Zanni
**Phone:** 727-316-5270
**Email:** rzanni@southernrb.com

Signature: _____   Date: 11/16/2022
Lucas L. Pappas, Managing Member

02/16/2021
Page 1 of 2

Hawkins000009

By signing this document, I am affirming that I have received a copy of Southern Road & Bridge, LLC EEO Policy Statement and the items therein have been reviewed with me in depth.

Employee Name (Printed): Alonzo Hawkins

Employee Signature: [signature]

Date: 4-10-2023

Hawkins000010

02/16/2021

Page 2 of 2

# EMPLOYEE ACKNOWLEDGEMENT

The employee handbook describes important information about SRB, and I understand that I should consult the Human Resources Manager regarding any questions not answered in the handbook. I have entered into my employment relationship with the Company voluntarily and acknowledge that there is no specified length of employment. Accordingly, either I or the Company can terminate the relationship at will, with or without cause, at any time, so long as there is no violation of applicable law.

Since the information, policies, and benefits described here are necessarily subject to change, I acknowledge that revisions to the handbook may occur, except to the Company's policy of employment-at-will. I understand that revised information may supersede, modify, or eliminate existing policies. I also understand that the most current version of the employee handbook will be maintained on the SRB G-Drive.

Furthermore, I acknowledge that this handbook is neither a contract of employment nor a legal document. I have received the handbook, and I understand that it is my responsibility to read and comply with the policies contained in this handbook and any revisions made to it.

**EMPLOYEE'S NAME (printed):** Alonzo Hawkins

**EMPLOYEE'S SIGNATURE:** _[signature]_

**DATE:** 4-10-23