# EXHIBIT C

# SEXUAL AND OTHER UNLAWFUL HARASSMENT

Employee(s) who brings sexual harassment charges or assists in investigating charges. Any form of retaliation is considered a direct violation of this policy and may result in disciplinary action, up to and including termination of employment. No employee will be discriminated against, or discharged, for incurring or assisting in the investigation of a complaint of sexual harassment. It is unlawful under the for an employer to retaliate against anyone who files a complaint or aids in an investigation.

Southern Road and Bridge LLC is committed to providing a work environment that is free of all types of discrimination and unlawful harassment. actions, words, jokes, comments, or any other conduct related to one's sex, race, ethnicity, age, religion, sexual orientation or any other legally protected characteristic will not be tolerated.

Any employees who believe that they, or any other employee, have been the victim of harassment are expected to report it immediately. Employees may raise concerns and make reports without fear of reprisal. Such complaints should be brought to the attention of the SRB company EEO Officer: Katerina Constas, using the company issued harassment complaint form. Below is the contact information for the SRB EEO Officer.

Southern Road & Bridge LLC
Katerina Constas, EEO Officer
Ph: 727-493-1545