# EXHIBIT D

4:50
◀ Phone
A
Alonzo hawings
iMessage
Mon, Nov 6 at 1:02 PM
Alonzo
Here are the hrs that were on time

10/23 7 pm - 5:30 am
10/24 7 pm - 5:30 am
10/25 7 pm - 5:30 am
10/26 7 pm - 5:30 am
10/29 8:00 pm - 5:30 am

51.50 hrs

Please let me know what hrs are wrong
iMessage
Cash
space
return
123



Hawkins000003