# EXHIBIT E



Hawkins-Supp000226