# EXHIBIT H



3003 Palm Harbor Blvd., Suite B
Palm Harbor, FL 34683
e: Payroll@VestedHR.com | w: www.vestedhr.com
o: 727.474.2114 | f: 727.255-6006

## Employee Termination Notice

**Employee Name:** Alanzo Hawkins

**Last four of SS# or EE ID#:**

**Client Name:** Southern Road & Bridge LLC

**Client ID#:** 000101

### I. Employee Information

**Last Day Worked:** 11-6-2023
**Effective Date:** 11-9-2023
**Eligible for rehire:** Yes [ ]  No [✓]
**Cancel direct deposit and issue live check:** Yes [ ]  No [✓]

### II. Voluntary Termination

- [ ] No Return from LOA
- [ ] Retirement
- [ ] Return to School
- [ ] Personal
- [ ] Issues w/Team Members
- [ ] Enlisted;Military
- [ ] Schedule/Hours
- [ ] Working Conditions
- [ ] Illness/Medical
- [ ] Relocation
- [ ] Quit w/Notice
- [ ] Quit w/o Notice
- [ ] Other _____

### III. Involuntary Termination

- [ ] Job Eliminated
- [ ] Unsatisfactory Performance
- [ ] Tardiness
- [ ] Lack of Work
- [ ] Violation of company handbook
- [ ] Insubordination
- [✓] Absenteeism
- [ ] Other  No call no show two days in a row

**Remarks:** No Call No Show for two days, blocked Supervisor's and foremans phone numbers. Project manager texted him and asked if he was going to work no answer. Had another employee drive him to airport and told him he would be back Monday without asking Supervisor.

**Employee Signature:** _____  **Date:** _____
**Manager Signature:** *[signed] R. W. Webb*  **Date:** 11/9/2023

PROPRIETARY CONFIDENTIAL
* Vested HR Solutions, LLC includes the following companies/names:
Vested HR, Vested HR II, LLC, Vested HR III, LLC, Vested HR IV, LLC Vested HR V, LLC

Payroll-Termination-02/2020-KL

Hawkins-Supp000225

Page 1 of 1