# EXHIBIT I

**Vested hr**

3003 Palm Harbor Blvd., Suite B
Palm Harbor, FL 34683
e: Payroll@VestedHR.com | w: www.vestedhr.com
o: 727.474.2114 | f: 727.255-6006

## Employee Termination Notice

**Employee Name:** NICHOLAS FORD

**Last four of SS# or EE ID#:** 9093

**Client Name:** Southern Road & Bridge LLC

**Client ID#:** 000101

### I. Employee Information

**Last Day Worked:** 10/24/2023

**Effective Date:** 11-06-2023

**Eligible for rehire:** Yes ☐  No ☒

**Cancel direct deposit and issue live check:** Yes ☐  No ☒

### II. Voluntary Termination

- ☐ No Return from LOA
- ☐ Retirement
- ☐ Return to School
- ☐ Personal
- ☐ Issues w/Team Members
- ☐ Enlisted;Military
- ☐ Schedule/Hours
- ☐ Working Conditions
- ☐ Illness/Medical
- ☐ Relocation
- ☐ Quit w/Notice
- ☐ Quit w/o Notice
- ☒ Other  JOB ABANDONMENT

### III. Involuntary Termination

- ☐ Job Eliminated
- ☐ Unsatisfactory Performace
- ☐ Tardiness
- ☐ Lack of Work
- ☐ Violation of company handbook
- ☐ Insubordination
- ☐ Absenteeism
- ☐ Other _____

**Remarks:** WAS GIVEN THE CHANCE TO COME BACK TO WORK, DECLINED THE OFFER VIA PHONE CALL - 11-5-2023.

**Employee Signature:** ____  **Date:** ____

**Manager Signature:** [signed] Ryan W. Will  **Date:** 11-6-2023

Payroll-Termination-02/2020-KL

PROPRIETARY CONFIDENTIAL
* Vested HR Solutions, LLC includes the following companies/names:
Vested HR, Vested HR II, LLC, Vested HR III, LLC, Vested HR IV, LLC Vested HR V, LLC

Page 1 of 1

Ford000022