# EXHIBIT K





3003 Palm Harbor Blvd., Suite B
Palm Harbor, FL 34683
e: Payroll@VestedHR.com | w: www.vestedhr.com
o: 727.474.2114 | f: 727.255-6006

## Employee Termination Notice

| | |
|---|---|
| **Employee Name:** Nicholas Ford | **Last four of SS# or EE ID#:** |
| **Client Name:** Southern Road & Bridge LLC | **Client ID#:** 000101 |

### I. Employee Information

**Last Day Worked:** 7-23-2023
**Effective Date:** 7-29-2023
**Eligible for rehire:** Yes ☐   No ☑
**Cancel direct deposit and issue live check:** Yes ☑   No ☐

### II. Voluntary Termination

- ☑ No Return from LOA
- ☐ Retirement
- ☐ Return to School
- ☐ Personal
- ☐ Issues w/Team Members
- ☐ Enlisted;Military
- ☐ Schedule/Hours
- ☐ Working Conditions
- ☐ Illness/Medical
- ☐ Relocation
- ☐ Quit w/Notice
- ☐ Quit w/o Notice
- ☐ Other _____

### III. Involuntary Termination

- ☐ Job Eliminated
- ☐ Unsatisfactory Performace
- ☑ Tardiness
- ☑ Lack of Work
- ☐ Violation of company handbook
- ☐ Insubordination
- ☑ Absenteeism
- ☐ Other _____

**Remarks:**

**Employee Signature:** _____   **Date:** _____
**Manager Signature:** /s/ Ryan W. Watts   **Date:** 7-31-2023

---

EXHIBIT
4
Pappas 4/4/2025 M.A.

Payroll-Termination-02/2020-KL   PROPRIETARY CONFIDENTIAL
\* Vested HR Solutions, LLC includes the following companies/names:
Vested HR, Vested HR II, LLC, Vested HR III, LLC, Vested HR IV, LLC Vested HR V, LLC   Page 1 of 1

Ford000235