# EXHIBIT 8

NICHOLAS FORD



3003 Palm Harbor Blvd., Suite B
Palm Harbor, FL 34683
e: Payroll@VestedHR.com | w: www.vestedhr.com
o: 727.474.2114 | f: 727.255.6006

# NEW HIRE PACKET – EXHIBIT A

## EMPLOYEE PERSONAL INFORMATION

Client Company Name/Employer: **SOUTHERN ROAD AND BRIDGE, LLC.**

Please PRINT your name EXACTLY as shown on your Social Security Card
First Name: **NICHOLAS** ~~FORD~~   Middle Name: **N/A**
Last Name: **FORD**   Social Security Number: [REDACTED]
Date of Birth: [REDACTED]   Gender: ☑ Male  ☐ Female  ☐ Non-Binary

## EMPLOYEE CONTACT INFORMATION

Address Line 1: [REDACTED]
Address Line 2: ___   City: **ARLINGTON**
State: **TX**   Zip: **76017**   Email: **DUSTDUBBFORD@gmail.com**
Home Phone: ___   Cell Phone: **817 989 0116**

## EMERGENCY CONTACT INFORMATION

Emergency Contact Name: **VICTORIA FORD**
Relationship: **WIFE**   Phone Number: **682 341 1506**

## EMPLOYEE SIGNATURE

Employee Signature: *[signed] Nicholas Ford*   Date: **2/26/23**

### CLIENT COMPANY / EMPLOYER TO COMPLETE THE INFORMATION BELOW

Hire Date: **2-24-23**   Effective Date: **2-26-23**   Title: **LABORER**
PTO Policy: ___   WC Code: ___   FLSA Status: ☐ Non-Exempt  ☐ Exempt
Department: ___   Division: ___   Job# / Location: **0722**
Pay Type: ☑ Hourly  ☐ Salary  ☐ Commission  ☐ Other ___
Pay Cycle: ☑ Weekly  ☐ Bi-Weekly  ☐ Semi-Monthly  ☐ Monthly   Work Status: ☑ Full Time  ☐ Part Time
Hourly Pay Rate: **$22**   Salary Pay Rate: ___   Per Diem Rate: ___
Manager/Authorized Signature: *[signed]*   Date: **2.27.23**

PROPRIETARY & CONFIDENTIAL
* Vested HR Solutions, LLC includes the following companies/names: Vested HR II, LLC, Vested HR III, LLC, Vested HR IV, LLC & Vested HR V, LLC