# EXHIBIT 9



**Vested hr**

3003 Palm Harbor Blvd., Suite B
Palm Harbor, FL 34683
e: Payroll@VestedHR.com | w: www.vestedhr.com
o: 727.474.2114 | f: 727.255.6006

## NEW HIRE PACKET – EXHIBIT A

### EMPLOYEE PERSONAL INFORMATION

Client Company Name/Employer: SOUTHERN ROAD AND BRIDGE LLC.

Please PRINT your name EXACTLY as shown on your Social Security Card

First Name: Alonzo                     Middle Name: _____

Last Name: Hawkins                     Social Security Number: ████████

Date of Birth: ████████                Gender: ☑ Male  ☐ Female  ☐ Non-Binary

### EMPLOYEE CONTACT INFORMATION

Address Line 1: ████████

Address Line 2: _____                          City: Mansfield

State: TX   Zip: 76063          Email: AlonzoHawkins90@icloud.com

Home Phone: _____          Cell Phone: _____

### EMERGENCY CONTACT INFORMATION

Emergency Contact Name: Maddie

Relationship: Wife                    Phone Number: 817 724 8598

### EMPLOYEE SIGNATURE

Employee Signature: _~~~~~~_          Date: 4-10-2023

### CLIENT COMPANY / EMPLOYER TO COMPLETE THE INFORMATION BELOW

Hire Date: 4-9-2023  Effective Date: 4-11-2023  Title: LABORER

PTO Policy: _____  WC Code: _____  FLSA Status: ☐ Non-Exempt  ☐ Exempt

Department: _____  Division: _____  Job# / Location: _____

Pay Type: ☑ Hourly  ☐ Salary  ☐ Commission  ☐ Other _____

Pay Cycle: ☑ Weekly  ☐ Bi-Weekly  ☐ Semi-Monthly  ☐ Monthly    Work Status: ☐ Full Time  ☐ Part Time

Hourly Pay Rate: $23.00  Salary Pay Rate: _____  Per Diem Rate: $25.00/DAY

Manager/Authorized Signature: _~~~~~~_          Date: 4-10-2023

PROPRIETARY & CONFIDENTIAL

* Vested HR Solutions, LLC includes the following companies/names: Vested HR II, LLC, Vested HR III, LLC, Vested HR IV, LLC, Vested HR V, LLC & Vested HR V, LLC

VHR.NHP-7/2021

Page 1 of 1