# EXHIBIT 10



J.B. HUNT TRANSPORT, INC.

## CERTIFICATION OF NO RECORDS

I, Teresa Johnston-Love, hereby certify in writing that I am employed by J.B. Hunt Transport, Inc. ("J.B. Hunt"). My official title is Paralegal, Casualty & Employment Litigation. I am familiar with the below documents and records received, created, and relied upon by J.B. Hunt in the ordinary course of its business, and that the below records do not exist for:

EMPLOYMENT RECORDS: Alonzo Hawkins- Carrier for J.B Hunt Transport, Inc.

SSN: XXX-XX-2065

I AFFIRM, UNDER PENALTIES FOR PERJURY; THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Date: 4/22/2025

Signature: _____

Printed: Teresa Johnston-Love

State of Arkansas)
County of Benton)

Notary: _____

Jeanette Guadalupe Hernandez
Benton
NOTARY PUBLIC – ARKANSAS
My Commission Expires   March 05, 2031
Commission No. 12714204

P.O. Box 598 Lowell, AR 72745   (800) 723-9029

# RCP REMODELING SERVICES INC

13431 SW 280TH TER, HOMESTEAD, FL 33033
Tel: (305) 763-6010

May 8th, 2025

RE: Subpoena Response

    Nicholas Ford & Alonzo Hawkins v. Southern Road & Bridge LLC

To Whom It May Concern,

This letter will serve to provide a response to the subpoena received in connection with the above-referenced case.

Please be advised that Mr. Nicholas Ford and Mr. Alonzo Hawkins have never been employed by RCP Remodeling Services Inc, nor have they performed any services or received any form of compensation from our company.

If you require any additional information or clarification, please feel free to contact me directly.

Sincerely,

Rene Crespo
Owner
RCP Remodeling Services Inc.