UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

NICHOLAS FORD and
ALONZO HAWKINS,                                CASE NO.: 3:24-cv-00404-MCR-ZCB

      Plaintiffs,

v.

SOUTHERN ROAD & BRIDGE, LLC,

      Defendant.
_____/

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO
RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, NICHOLAS FORD and ALONZO HAWKINS ("Plaintiffs"), by and through their undersigned counsel, hereby move this Court for an extension of time of twenty-one (21) days, up to and including July 17, 2025, to respond to Defendant's *Motion for Summary Judgment* ("Defendant's Motion") [D.E. 21], and in support states as follows:

1. On June 5, 2024, Defendant filed its Motion for Summary Judgment.

2. Pursuant to Local Rule 56.1(c), Plaintiffs' response to Defendant's Motion is currently due on or before June 26, 2025.

3. The Court may grant an extension of time upon a showing of good cause. Fed. R. Civ. P. 6(b).

4. Due to the voluminous record in this case and the complexity of the issues presented, Plaintiffs require additional time to properly review Defendant's Motion and prepare their response. Defendant's Motion comprises nearly 750 pages of exhibits, in addition to other record materials that must be reviewed in order for Plaintiffs to provide a complete response.

5. Further, Plaintiffs' counsel will be out of the country from June 13, 2025, through June 23, 2025, for a longstanding travel plan. During this period, counsel will have limited access to case materials, email, and other essential requirements to adequately perform work.

6. Accordingly, Plaintiffs respectfully requests an extension of time of twenty-one (21) days, up to and including July 17, 2025, to respond to Defendant's Motion.

7. Plaintiffs' request is made in good-faith and in the interest of justice, as an extension will ensure Plaintiffs' arguments and the record evidence in support are fully presented to the Court.

8. This motion is not made for the purposes of delay and Defendant will not be prejudiced by the extension of time.

**WHEREFORE**, Plaintiffs respectfully request an extension of time of twenty-one (21) days, up to and including July 17, 2025, to respond to Defendant's Motion for Summary Judgment.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Undersigned counsel has conferred with counsel for the Defendant, who has advised that the Defendant opposes the relief sought herein. Counsel for the Defendant has further advised that the Defendant would not oppose a request for an extension of 14 days.

Dated: Miami, Florida
June 9, 2025

**DEREK SMITH LAW GROUP, PLLC**
*Counsel for Plaintiff*

/s/ Daniel J. Barroukh
Daniel J. Barroukh, Esq.
Florida Bar No.: 1049271
Derek Smith Law Group, PLLC
520 Brickell Key Dr, Suite O-301
Miami, FL 33131
Tel: (786) 688-2335
Fax: (305) 503-6741
Danielb@dereksmithlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on June 9, 2025, on all counsel of record on the service list below via the Court's CM/ECF system.

>  */s/ Daniel J. Barroukh*
>  Daniel J. Barroukh, Esq.

## SERVICE LIST

**COLE, SCOTT & KISSANE, P.A.**
500 N. Westshore Boulevard, Suite 700
Tampa, FL 33609
Telephone: (813) 560-2814
Facsimile: (813) 286-2900

Brian D. Rubenstein, Esq.
Brian.rubenstein@csklegal.com
Florida Bar No.: 16997

*Attorneys for Defendant*