**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

NICHOLAS FORD and
ALONZO HAWKINS,                              CASE NO.: 3:24-cv-00404-MCR-ZCB

       Plaintiffs,

  v.

SOUTHERN ROAD & BRIDGE, LLC,

       Defendant.
_____/

**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

THIS CAUSE is before the Court on Plaintiffs' Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment [D.E. 22] filed June 9, 2025, and the Court, having considered the Motion, and being otherwise fully apprised on the premises, it is hereby:

ORDERED AND ADJUDGED that the Motion is hereby GRANTED. Plaintiffs shall file their Response in Opposition to Defendant's Motion for Summary Judgment on or before July 17, 2025.

**DONE AND ORDERED** on this ___ day of _____ 2025.

 

                                       _____
                                       THE HONORABLE M. CASEY RODGERS
                                       UNITED STATES DISTRICT JUDGE

*Copies Furnished to All Counsel of Record*