UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NICHOLAS FORD and ALONZO HAWKINS,
    Plaintiffs,

v.

SOUTHERN ROAD & BRIDGE, LLC,
    Defendant.

CASE NO. 3:24-cv-404-MCR-ZCB

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on __June 10, 2025__
Motion/Pleadings: MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
Filed by __Plaintiffs__ on __June 9, 2025__ Doc. # __22__

| | Stipulated | | Joint Pleading |
| | Unopposed | | Consented |

JESSICA J. LYUBLANOVITS

CLERK OF COURT

*/s/* ***Patricia G. Romero***

Deputy Clerk:    Patricia G. Romero

---

On consideration, the motion is **GRANTED** for good cause shown. Plaintiffs' deadline to respond to Defendant's Motion for Summary Judgment (ECF No. 21) is extended to July 17, 2025.

**DONE** and **ORDERED** this 12th day of June 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**