# EXHIBIT C

## DECLARATION OF DEZMOND JONES

I, Dezmond Jones, the undersigned, hereby make this sworn declaration under penalty of perjury and state as follows:

1. My name is Dezmond Jones.

2. I am over eighteen (18) years of age and am otherwise competent to make this declaration.

3. I make this declaration based upon the best of my knowledge, information, or belief.

4. I am an African American man.

4. Nicholas Ford ("Mr. Ford") and Alonzo Hawkins ("Mr. Hawkins") are personally known to me.

5. I worked alongside Mr. Ford and Mr. Hawkins at Southern Road & Bridge, LLC ("SRB").

6. While working for SRB, I worked as a laborer, the same position as Mr. Ford and Mr. Hawkins.

7. My managers were Isaac Ruiz ("Mr. Ruiz") and Ryan Witt ("Mr. Witt").

8. During my employment with SRB, Mr. Ford, Mr. Hawkins, and myself were all subjected to racial discrimination.

9. SRB's non-Black employees, including but not limited to Mr. Ruiz, regularly used the word "*nigger*" at work and during work hours. The word "*nigger*" was used by these non-Black employees in the presence of Mr. Ford, Mr. Hawkins, and me. At times, the word "*nigger*" was directed towards Mr. Ford, Mr. Hawkins, and me.

10. SRB further discriminated against its Black employees, including myself, Mr. Ford, and Mr. Hawkins.

11. Mr. Ruiz told Black employees that he did not want them driving company cars.

12. Mr. Ruiz told Black employees that they could not stop to eat lunch.

13. Mr. Ruiz told Black employees that they could not use the port-a-potties on the jobsites.

14. On one occasion, I saw Mr. Ruiz deny Mr. Hawkins the ability to use the restroom, and Mr. Ruiz told Mr. Hawkins to urinate and defecate beneath one of the bridges we were performing work on.

15. Mr. Witt also made inappropriate comments about Black men.

16. Mr. Witt made inappropriate comments about the size of Black men's penises.

17. Mr. Witt also made inappropriate comments about allowing homosexual men to touch Mr. Witt's penis for money.

18. During my employment for SRB, I never signed a timesheet to confirm the number of hours I worked.

19. I saw a timesheet from SRB with my signature on it, but I told Mr. Ruiz that I did not sign the document and that my listed hours were incorrect.

20. I complained to Mr. Ruiz about my compensation on many occasions because the number of hours SRB paid me was significantly less than the number of hours I actually worked.

21. Within five (5) days of my last complaint to Mr. Ruiz about the failure to pay me any owed wages, SRB, by and through Mr. Ruiz, terminated my employment.

22.     To be clear, my last complaint to Mr. Ruiz about my wage and hours was on or around July 1, 2023, and SRB, by and through Mr. Ruiz, terminated my employment on or around July 6, 2023.

**VERIFICATION PURSUANT TO 28 U.S.C. § 1746**

I, Dezmond Jones, declare under penalty of perjury that the foregoing is true and correct.

Executed on  11 / 25 / 2024

DEZMOND JONES

**Plaintiff Bates No. AH000348**
Doc ID: 554642a9549627c7ffdf1fa1f6803b578b760df7