# EXHIBIT D



Plaintiff Bates No. AH000033