# EXHIBIT E



Plaintiff Bates No. AH000035