# EXHIBIT F



Plaintiff Bates No. AH000023