# EXHIBIT G

Case 3:24-cv-00404-MCR-ZCB    Document 24-7    Filed 07/17/25    Page 1 of 2



**Plaintiff Bates No. AH000028**