# EXHIBIT J

**SOUTHERN ROAD & BRIDGE JOB:** 0722    MON/ TUES/ WED/ ~~THUR~~/ FRI/ SAT/ SUN

PAYROLL MUST BE TURNED IN EVERY MONDAY  BEFORE 12:00 PM IDENTIFY TIME WITH AM OR PM

76° / 30% RAIN    Date: 6-7-2023

| First Name | Last Name | IN | Lunch OUT | Lunch IN | OUT | EMPLOYEE SIGNATURE |
|---|---|---|---|---|---|---|
| EZQUIEL | RUIZ | 7:00 | | | 4:00 | Ezequiel Ruiz |
| NICHOLAS | FORD | 7:00 | | | 4:00 | Nicholas Ford |
| FIDELCIO | RAYES | 7:00 | | | 4:00 | Fidicio |
| RYAN | WITT | 7:00 | | | 4:00 | Ryan W. Witt |
| ALANZO | HAWKINS | 7:00 | | | 4:00 | Alonzo |
| DESMOND | JONES | 7:00 | | | 4:00 | Desmond Jones |
| CADDEN | COATES | 7:00 | | | 4:00 | Cadden Coates |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Police Officers** | | | | | | |

Qty: _____

**DOT or NON-DOT**    Cost Code: 5370.01

PAY ITEM:

QUANTITY: DEMO @ EB RL BARRIER WALL @ BENTS 33/36

EQUIPMENT: TR 73, 74, 4B    COMPRESSOR

NOTES:

NON-DOT HOURS (NON-CERTIFIED): 9:00 - 9:00

Plainitff Bates No. NF000027

**SOUTHERN ROAD & BRIDGE JOB:** 0722    MON/ TUES/ WED/ THUR/ FRI/ <u>SAT</u>/ SUN

PAYROLL MUST BE TURNED IN EVERY MONDAY BEFORE 12:00 PM IDENTIFY TIME WITH AM OR PM

82° / SUNNY    Date: 6-10-2023

| First Name | Last Name | IN | Lunch OUT | Lunch IN | OUT | EMPLOYEE SIGNATURE |
|------------|-----------|-----|-----------|----------|-----|--------------------|
| ESQUILEL | RUIZ | 9:00 | | | 4:00 | Esquiel Ruiz |
| NICHOLAS | FORD | | | | | Nicholas Ford |
| EUDOCIO | RAYES | | | | | Eudocio |
| RYAN | WITT | 9:00 | | | 4:00 | Ryan W. Will |
| ALONZO | HAWKINS | 9:00 | | | 4:00 | Alonzo |
| DESMOND | JONES | 9:00 | | | 4:00 | Desmond Jones |
| CARDEN | COATES | | | | | Cardton Coates |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Police Officers** | | | | | | |

Qty: _____    **DOT or <u>NON-DOT</u>**    Cost Code: 5800.083

PAY ITEM:

QUANTITY:

EQUIPMENT: TR 4B , WORK BOAT

NOTES: CLEANED OFF BARNACLES TO INSPECT FOR CRACKS, TESTED MOTORS, CLEANED OUT WHEELHOUSE. MADE LIST OF MISSING NAV LIGHTS.

NON-DOT HOURS (NON-CERTIFIED):

Plainitff Bates No. NF000028

**SOUTHERN ROAD & BRIDGE JOB:** 0722    MON/ TUES/ WED/ THUR/ FRI/ SAT/ SUN

PAYROLL MUST BE TURNED IN EVERY MONDAY BY 10:00 AM. DENOTE LUNCH TIME WITH AM OR PM

78° / CLEAR    Date: 6-11-2023

| First Name | Last Name | IN | Lunch OUT | Lunch IN | OUT | EMPLOYEE SIGNATURE |
|---|---|---|---|---|---|---|
| ESQUIEL | RUIZ | 7:00 | | | 5:00 | Esquiel Ruiz |
| NICHOLAS | FORD | OUT | | | OUT | Nicholas Ford |
| FIDELXIO | RAYES | OUT | | | OUT | Fidelxio |
| RYAN | WITT | 7:00 | | | 5:00 | Ryan W. Widl |
| ALANZO | HAWKINS | 7:00 | | | 5:00 | Alonzo |
| DESMOND | JONES | 7:00 | | | 5:00 | Desmond Jones |
| CADDEN | COATES | 7:00 | | | 5:00 | Cadden Coates |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | Police Officers | | | | |

Qty: _____    **DOT or NON-DOT**    Cost Code: 5370.01

PAY ITEM: _____

QUANTITY: EB OVERHANGS @ SIDEWALK  4½" CHIP OUT
@ BENTS 39/40  NOT REQUIRED TO GO FULL DEPTH. COULD CAUSE
A BLOWOUT. APPROVED BY LONNIE / RON
EQUIPMENT: TR 93, 94, 4B , COMPRESSOR , TORCH

NOTES:

NON-DOT HOURS (NON-CERTIFIED):    7:00 - 9:00

Plaintiff Bates No. NF000029