# EXHIBIT K



**Plaintiff Bates No. AH000350**



**Plaintiff Bates No. AH000351**



Plaintiff Bates No. AH000352