IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CASE NO.: 3:24-cv-00404-MCR-ZCB

NICHOLAS FORD and
ALONZO HAWKINS,

    Plaintiffs,

v.

SOUTHERN ROAD & BRIDGE, LLC,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF FILING OF DOCUMENTS SUPPORTING ITS REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Defendant, SOUTHERN ROAD & BRIDGE, LLC ("Defendant" or "SRB") by and through its undersigned counsel, hereby files the following documents in support of Defendant's Reply Memorandum in Support of Its Motion for Summary Judgment:

    Exhibit 11    Alonzo Hawkins Employment Application

    Exhibit 12    Nicholas Ford Employment Application

    Exhibit 13    Alonzo Hawkins Driver's License

    Exhibit 14    Alonzo Hawkins I-9 Form

    Exhibit 15    Department of Transportation Pay Estimate Report

Respectfully submitted this 24th day of July, 2025.

        By: /s/ *Anna M. Urie*
           BRIAN D. RUBENSTEIN
           Florida Bar No.: 16997
           CHARLOTTE MARIE A. MANAPAT-NGUYEN
           Florida Bar No.: 1058130
           ANNA M. URIE
           Florida Bar. No.: 127455

           COLE, SCOTT & KISSANE, P.A.
           *Counsel for Defendant SOUTHERN ROAD & BRIDGE, LLC*
           500 N. Westshore Boulevard, Suite 700
           Tampa, Florida 33609
           Telephone (813) 864-9398
           Facsimile (813) 286-2900
           Primary e-mail: anna.urie@csklegal.com
           Secondary e-mail: charlottemarie.manapat-nguyen@csklegal.com;
           brian.rubenstein@csklegal.com

**[CERTIFICATE OF SERVICE ON NEXT PAGE]**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of July, 2025, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

          Respectfully submitted,

          COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant SOUTHERN ROAD & BRIDGE, LLC*
500 N. Westshore Boulevard
Suite 700
Tampa, Florida 33609
Telephone (813) 864-9324
Facsimile (813) 286-2900
Primary e-mail: anna.urie@csklegal.com
Secondary e-mail: charlottemarie.manapat-nguyen@csklegal.com
Alternate e-mail: brian.rubenstein@csklegal.com

By: */s/ Anna M. Urie*
BRIAN D. RUBENSTEIN
Florida Bar No.: 16997
CHARLOTTE MARIE A. MANAPAT-NGUYEN
Florida Bar No.: 1058130
ANNA M. URIE
Florida Bar No.: 127455