# EXHIBIT 11

## PERSONAL

| Last Name | First | Initial | E-Mail Address |
|---|---|---|---|
| Hawkins | Alonzo | | Alonzohawkins90@icloud.com |

| Other Name(s) Used | Home Telephone # ( ) |
|---|---|
| | |

| Address | Business or Message # ( ) |
|---|---|
| 5030 Savannah Club Dr. | |

| Position Applied For | Referred By | Salary Desired |
|---|---|---|
| | | |

| | |
|---|---|
| Have you ever interviewed with the Company or its affiliates before? ☐ Yes ☒ No | If yes, list date(s), job title(s) & location(s) |
| Have you ever been employed by the Company or its affiliates before? ☐ Yes ☒ No | If yes, list date(s), job title(s) & location(s) |
| Do you have any relatives employed by the Company or its affiliates? ☐ Yes ☒ No | If yes, list date(s), job title(s) & location(s) |
| Are you at least 18 years old? ☒ Yes ☐ No | If under 18, do you have a work permit? |

## EDUCATION

Circle Highest Grade Completed:
- High School  9  10  11  **12**
- College, Trade or Business  1  2  3  4
- Graduate Studies  _____

| School | Address | Major Studies | Degree, Diploma, License or Certificate |
|---|---|---|---|
| High School Mansfield (HS) | E. Broad | 12 | Diploma |
| College/University | | | |
| Vocational, Business, Other | | | |

| List Any Professional Designations |
|---|
| |

| Other Special Knowledge, Skills or Qualifications |
|---|
| Forklift, Boomlift, Backhoe, Bore Machine |

*For Clerical Applicants Only:*

| Do you type? ☐ Yes   ☐ No   If yes, WPM: |
|---|
| Computer Skills (Hardware/Software) |

Form 7-5

2

## EMPLOYMENT HISTORY

List all employments for the past 10 years, starting with the most recent position. All information **must** be completed. You may attach a resume, but not in place of completing the required information.

| Employed From | Employer Name | Supervisor Name | |
|---|---|---|---|
| 3/17/23 | Southern Road and Bridges | Ryan Witt | |
| **Employed Until** 1/12/24 | **Employer Address** 715 Wesley Ave. | Supervisor Phone # | |
| **Job Title** Labor | | **Reason for Leaving** Finish Job | |
| **Duties & Responsibilities** Traffic control | | | |

| Employed From | Employer Name | Supervisor Name | |
|---|---|---|---|
| 3/17/23 | Helmich and Payne | Justin Rodgers | |
| **Employed Until** 1/12/24 | **Employer Address** 5401 S Hattie | Supervisor Phone # | |
| **Job Title** Floorhand | | Reason for Leaving | |
| **Duties & Responsibilities** assist the Driller, Rig up, Rig Down | | | |

| Employed From | Employer Name | Supervisor Name | |
|---|---|---|---|
| / / | Pool Quest | Walter meeks | |
| Employed Until / / | Employer Address | Supervisor Phone # | |
| **Job Title** Labor hand | | **Reason for Leaving** Pay | |
| **Duties & Responsibilities** Landscape, yard hand | | | |

| Employed From | Employer Name | Supervisor Name | |
|---|---|---|---|
| / / | Site Barricade | Miles | |
| Employed Until / / | Employer Address | Supervisor Phone # | |
| **Job Title** Flagger | | **Reason for Leaving** no hours | |
| **Duties & Responsibilities** set up Traffic signs | | | |

# GENERAL

| Yes | No | |
|---|---|---|
| ☑ | ☐ | May we contact your current employer for references? |
| ☑ | ☐ | If hired, will you be able to work overtime? |
| ☑ | ☐ | Will you be able to perform the essential job functions for the position you are applying for with or without reasonable accommodation? |

# CERTIFICATION & AUTHORIZATION

The above information is true and correct. I understand that, in the event of my employment by the Company, I shall be subject to dismissal if any information that I have given in this application is false or misleading or if I have failed to give any information herein requested, regardless of the time elapsed after discovery.

I authorize the Company to inquire into my educational, professional and past employment history references as needed to research my qualifications for this position. I hereby give my consent to any former employer to provide employment-related information about me to the Company and will hold the Company and my former employer harmless from any claim made on the basis that such information about me was provided or that any employment decision was made on the basis of such information. I further authorize the Company to obtain any credit and consumer check.

I understand that nothing in this employment application, the granting of an interview or my subsequent employment with the Company is intended to create an employment contract between myself and the Company under which my employment could be terminated only for cause. On the contrary I understand and agree that, if hired, my employment will be terminable at will and may be terminated by me or the Company at any time and for any reason. I understand that no person has any authority to enter into any agreement contrary to the foregoing.

If employed, I will be required to provide original documents which verify my identity and right to work in the United States under the Immigration Reform and Control Act (IRCA) of 1986. The document(s) provided will be used for completion of Form I-9.

I hereby acknowledge that I have read and agree to the above statements.

_____    3-8-24
Signature                                              Date

Form 7-5                                                                                                              4