# EXHIBIT 12

# Nicholas Ford

**Pipeline, Diesel Mechanics, Maintenance, Machine Operator, Welder**



To find good quality work in a man is hard to come by. I'm a hands on kind of guy. I started out as a welder helper I stayed after work to learn how to weld. I cooked for a second job or just wash dishes to make extra cash. I'm at the age now where I'm need a career oriented job so I can grow and RETIRE from a company.

Willing to relocate: Anywhere
Authorized to work in the US for any employer

## Work Experience

### Bridge Crewmember
Southern Road & Bridge LLC-Destin, FL
February 2023 to Present

Repair bridges and maintenance on bridges

### Delivery Driver
QuikTrip Distribrution-Midlothian, TX
December 2021 to September 2022

Nightly Routes

### Sous Chef
Texas Health Resources Wellness and Recovery Center-Mansfield, TX
July 2020 to January 2021

Cook for clients as specific items on the menu

### Diesel Mechanic
Central Diesel Solutions-Crowley, TX
September 2020 to December 2020

Drain oils, coolant and disconnect air hoses

Take transmissions apart

Drive line

Disconnect sensors

Head valve

Head gasket

Engine block

Brakes

### Non Destructive
National Inspections Services-Fort Worth, TX
June 2018 to November 2019

Xray mt pt ct

### Security Officer (Full-time)
Safety One Security-Dallas, TX
January 2016 to June 2017

Report to duty

Walk parking lots

Secure my posts

Report back to management

### Pipe Layer
Green Mountain Pipeline Service-Cleburne, TX
April 2012 to September 2015

Responsibilities

Rip outs,

preheat pipe,

bead weld,

fill weld,

cap weld,

tie-ins

Accomplishments

A few pay raises

Skills Used

Remote Controlled Automatic Welder

Bending Machine

Stabber/Clamper

### Machine operator
Progressive-PPC Heroux-Devteck-Arlington, TX
February 2010 to April 2012

Responsibilities

Make airplane parts for military, Lockheed, Bell, and Boeing

I work on new F35

## Education

**Diploma**
Mansfield High School - Mansfield, TX
September 2004 to August 2008

## Skills

- Maintenance, Welding, Piping (6 years)
- Pipe (4 years)
- Maintenance (7 years)
- Stocking
- Security
- Organizational Skills
- Machining
- Fabrication
- Blueprint Reading
- Diesel Engine Repair
- Transmissions
- Brake Repair
- Mechanic Experience
- Sensors
- Suspension
- Oil Change
- Automotive Diagnostics
- Culinary Experience
- Hospitality
- Construction
- Project management
- Leadership
- Quality control
- Blueprint reading
- Supervising experience
- Heavy lifting
- Welding
- Security
- Mobile applications
- Driving
- Cash handling
- Cash register

- Salt
- Cooking
- Customer service
- Electrical systems
- NEC
- Writing skills
- Communication skills
- Negotiation
- Telecommunication
- Mentoring
- Hotel experience
- Industrial equipment
- Assembly
- Chef
- HVAC
- Plumbing
- Manufacturing
- Restaurant experience
- Quality systems
- Oil & gas
- iOS
- Automotive repair
- Data analysis skills
- Customer relationship management
- Sales
- Carpentry
- Programmable logic controllers
- Locksmithing
- Organizational skills
- Computer skills
- Automotive diagnostics
- Hand tools
- Mechanical knowledge
- Relationship management
- Diesel engine repair
- Electrical experience
- Management
- Schematics
- Electrical wiring
- Assistant manager experience

- English
- Field service
- Typing
- Maintenance
- Outdoor work
- Cleaning
- Custodial experience
- Janitorial experience
- Conflict management

## Certifications and Licenses

### Class D Security License

### Security Guard

### OSHA 10
January 2015 to Present

Safety first

### First Aid Certification

### Driver's License
August 2022 to October 2028

### Non-CDL Class C

### Forklift Certification

### CPR Certification

### Flagger Certification

## Additional Information

OSHA 10hr

Forklift certificate

Machine Operator

Professional, dependability, enthusiasm ,attentiveness, creativity, energy ,motivation, resourcefulness, courage ,discipline

# Background Check Authorization Form

## Applicant Agreement and Release

I, the undersigned applicant, do hereby certify that all information provided by me for the purpose of employment is true and complete to the best of my knowledge. I understand that falsification of any information on company documents may lead to denial of employment or termination.

In connection with my application for employment, I understand that investigative background inquires will be made about me that can include consumer credit, education verification, criminal convictions, motor vehicle records check, workers' compensation, and others. Further, I understand that you will be requesting information from various federal, state, and other agencies that maintain records concerning my past activities relating to my driving, credit, criminal, civil, and other experiences.

I authorize, without reservation, any party or agency contacted by Zephyr Towers, LLC to furnish the above-mentioned information prior to or at any time during my employment. *The information on this form will be used solely for the purpose of conducting background checks to determine employment eligibility and will be maintained in a confidential file, separate from the general personnel file.*

I hereby release all of the persons and agencies providing such information from any and all claims, damages, or liabilities connected with their release of any requested information. I agree that any copy of this document is as valid as the original.

I do hereby agree to forever release and discharge Zephyr Towers, LLC to the full extent permitted by law from any claims, damages, losses, liabilities, costs and expenses, or any other charge or complaint filed with any agency arising from the retrieval and reporting of information.

## Applicant Information and Signature

I understand that to aid in the proper identification of my file or records, the following information is necessary:

Print Your Name: NICHOLAS FORD
Current Address: [REDACTED]
Soc. Sec. No.: [REDACTED]   Date of Birth: [REDACTED]   Sex: M
Drivers' License No.: 47900386
State: TX
Applicant's Signature: *Nicholas Ford*   Date: 9/17/2024

## Applicant Request for Records

If the company obtains records from a consumer reporting agency, such as my credit report, *(applicant, select one)*:

● I would like a copy        ○ I would not like a copy

! *The back of the form must be completed*