# EXHIBIT 15

```
ESTIMATE CREATED: 02/27/24         STATE OF FLORIDA DEPARTMENT OF TRANSPORTATION       PESPJ11-1  PAGE   4
COSECT    FIN. PROJ.#    MANDST    JOB NO.      TRNSPORT/PRC PAY ESTIMATE          CONTR. TYPE: CC   CONSTRUCTION
57030    417683-5-52-01    03        -          FINAL EST.NO. 0014    C.C. NO. 308    CONTRACT NO. E3U83     ENGLISH
PROG. NUMBER -  5204                                                  PENSACOLA CONSTRUCTI  LETTING DATE 07/14/22
F.A.P. NO. N/A                                                                       NO. OF JOBS ON ESTIMATE   01 / 01
CONTRACTOR: F461187423001 SOUTHERN ROAD & BRIDGE, LLC                                ESTIMATE PERIOD END DATE: 02/27/24

                      JOB SUMMARY:
                                    ORIG. JOB AMOUNT$  █████████        █   NEG    !!!!!!!!!!!!!!!!!!!!!!!!!!!!!
                                    APPROVED S.A.'S $  ███████████████  █   ZERO   !!                         !!
                                    PRES. JOB AMOUNT$  █████████        █   CD     !!  THIS ESTIMATE WILL BE  !!
                                    REG.WORK TO-DATE$  █████████        ---------  !!  PAID BY THE EED SYSTEM !!
                                                       -----------=                !!                         !!
                                    BAL. OF PRES AMT$  █████████                   !!!!!!!!!!!!!!!!!!!!!!!!!!!!!
                      TOTAL TO-DATE      LAST ESTIMATE      CHANGE THIS EST.    I CERTIFY THAT THE GOODS AND SERVICES HAVE BEEN
                                                                                SATISFACTORILY RECEIVED, THE PAYMENT IS NOW DUE,
                                                                                AND BUDGET/FUNDS ARE AVAILABLE FOR THIS PURCHASE.
1. WORK                                                                         THIS REQUEST FOR PAYMENT MEETS THE TERMS AND
    REGULAR WORK                                                                CONDITIONS OF THE PROCUREMENT, THAT THE FINAL PLANS,
                                                                                CONTRACT, AND PAY RECORDS FOR THIS JOB HAVE BEEN
    TOTAL WORK                                                                  REVIEWED, THAT VARIATIONS FROM PLAN QUANTITIES ARE
                                                                                PROPERLY EXPLAINED AND THAT THE COMPUTATIONS FOR THE
2. ADJUSTMENTS                                                                  FINAL ESTIMATE ARE CORRECT IN COMPLIANCE WITH ALL
    RETAINAGE                                                                   PLANS, SPECIFICATIONS, AND RULES OF THE DEPARTMENT
    LIQUIDATED DAMAGE                                                           INCLUDING THE PROVISIONS OF SECTION 337.11, F.S.
    TOTAL ADJUSTMENTS                                                           DIST. FINAL ESTIMATES MANAGER

3. AMOUNT PAYABLE                                                               SIGNATURE _____  __/__/____

                                                                                PRINT NAME _____
 !!!!!!!!!!!!!!!!!!!!!!!    _____  _____   _____  _____  _____  _____   !!!!!!!!!!!!!!!!!!!!!!
 !! TO BE PAID BY EED !!   |BF-OB|_|       |_|VENDOR|_|F461187423001         |_|VOUCHER|_|      |   !! TO BE PAID BY EED !!
 !!!!!!!!!!!!!!!!!!!!!!!   |_____|         |  |__ID__|  |_____| |_____|  |____|   !!!!!!!!!!!!!!!!!!!!!!
```

| CNTL | FCT | TR | AP/EN | LINE | ORG-CODE | EO | OBJ | OCA | CR | AMOUNT | QNTY | INV# | LINE | COSEC | FIN.PROJ.# | DST | OD | B CB | EGL | EOB | CNTR # |
|------|-----|----|-------|------|----------|----|----|-----|----|--------|------|------|------|-------|------------|-----|-----|-----|-----|-----|--------|
| 3210 | 203 |    | E3U83 |      | 55034010307 | A8 | 563000 | 00000 | CR | ████ |      | 14   |      | 57030 | 41768355201 | 03 | 0 |   |     | 203 | E3U83 |
|      | 203 |    | E3U83 |      | 55034010307 | A8 | 563000 | 00000 | CR | ████ |      | 14   |      | 57030 | 41768355201 | 03 | 0 |   |     | 203 | E3U83 |
|      | 205 |    | E3U83 |      | 55034010307 | A8 | 563000 | 00000 |    | ████ |      | 14   |      | 57030 | 41768355201 | 03 | 0 |   |     | 205 | E3U83 |

```
           CONTRACT SUMMARY:   ORIG. CONTRACT AMT.$  █████████        DAYS USED  414.0
                               APPROVED S.A.'S    $  █████████        ----  = 103%
                               PRES. CONTRACT AMT.$  █████████        PRES. DAYS  401
                               REG.WORK TO-DATE   $  █████████        █████████  ███

                               BAL. OF PRES AMT   $  █████████
```