UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

NICHOLAS FORD and
ALONZO HAWKINS,                    CASE NO.: 3:24-cv-00404-MCR-ZCB

      Plaintiffs,

v.

SOUTHERN ROAD & BRIDGE, LLC,

      Defendant.
_____/

**SUGGESTION OF DEATH OF PLAINTIFF ALONZO HAWKINS
AND MOTION FOR THE APPOINTMENT OF ADMINISTRATOR AD LITEM OF
THE ESTATE OF ALONZO HAWKINS, DECEASED**

Plaintiff, NICHOLAS FORD, through the undersigned counsel, suggests to the Court that Plaintiff, Alonzo Hawkins ("Mr. Hawkins") died on the 13th day of September, 2025, and hereby respectfully requests the Court appoint an administrator ad litem of the estate of Alonzo Hawkins, deceased, and states in support thereof as follows:

1. This is an action for employment discrimination, hostile work environment, retaliation, and the failure to pay owed overtime wages.

2. These causes of action are not extinguished by the death of Mr. Hawkins.

3. Mr. Hawkins was an indispensable party to the instant action.

4. The probate administration for the Estate of Alonzo Hawkins has not been opened.

5. The personal representative of the estate is not yet known.

6. Plaintiff requests the appointment of an Administrator Ad Litem of the Estate of Alonzo Hawkins, deceased.

1

**WHEREFORE**, Plaintiff respectfully requests the Court enter an Order appointing an Administrator Ad Litem, and substitute such administrator ad litem as party herein in lieu of Alonzo Hawkins, to represent the interest of the said estate, pursuant to Federal Rule of Civil Procedure 25.

Dated this 8th day of December, 2025.

**DEREK SMITH LAW GROUP, PLLC**
*Counsel for Plaintiffs*

/s/ Daniel J. Barroukh
Daniel J. Barroukh, Esq.
Florida Bar No. 1049271
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741
danielb@dereksmithlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on December 8, 2025, on all counsel of record on the service list below via the Court's CM/ECF system.

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.

## SERVICE LIST

**COLE, SCOTT & KISSANE, P.A.**
500 N. Westshore Boulevard, Suite 700
Tampa, FL 33609
Telephone: (813) 560-2814
Facsimile: (813) 286-2900

Brian D. Rubenstein, Esq.
Brian.rubenstein@csklegal.com
Florida Bar No.: 16997
Arthur L. Jones III, Esq.
Arthur,jones.iii@csklegal.com
Florida Bar No.: 1008304

*Attorneys for Defendant*