UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**NICHOLAS FORD and**
**ALONZO HAWKINS,**

    Plaintiffs,

v.                             Case No. 3:24-cv-404-MCR-ZCB

**SOUTHERN ROAD &**
**BRIDGE, LLC,**

    Defendant.
_____/

## ORDER

On December 8, 2025, counsel for Plaintiff Alonzo Hawkins filed a Suggestion of Death, stating that Plaintiff Alonzo Hawkins died on September 13, 2025. Counsel requests that the Court appoint an administrator ad litem for the estate of the deceased, citing Rule 25 of the Federal Rules of Civil Procedure. ECF No. 26. In light of the suggestion of death on the record, the action cannot move forward until a proper party is substituted. *See* Fed. R. Civ. P. 25(a)(1). The rule does not, however, give this Court authority to create a proper party by appointment. The Eleventh Circuit states that "[t]o identify who has the legal authority to serve as a substitute, [courts] look to the text of Rule 25, which specifically references the decedent's "successor[s]" or "representative[s]" as the only nonparties who may move for substitution." *Silas v. Sheriff of Broward Cnty.,*

*Fla.*, 55 F.4th 872, 876 (11th Cir. 2022) (quoting Fed. R. Civ. P. 25(a)(1)).  A proper successor or representative is one who has legal authority to represent the estate according to state law.  *Id.*

Accordingly, Counsel has 90 days from the date of the suggestion of death to file a motion to substitute a proper party.  This case is **STAYED** pending further order.

**DONE and ORDERED** this 5th day of February 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:24-cv-404-MCR-ZCB