**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

NICHOLAS FORD and
ALONZO HAWKINS,                                    CASE NO.: 3:24-cv-00404-MCR-ZCB

       Plaintiffs,

    v.

SOUTHERN ROAD & BRIDGE, LLC,

       Defendant.

_____/

## PROPOSED ORDER GRANTING THE MOTION FOR EXTENSION OF TIME TO FILE A MOTION TO SUBSTITUTE A PROPER PARTY

THIS CAUSE is before the Court on the Motion for Extension of Time to File a Motion to Substitute a Proper Party [D.E. 28], and the Court, having considered the Motion, and being otherwise fully apprised on the premises, it is hereby:

ORDERED AND ADJUDGED that the Motion is hereby GRANTED. The Motion to Substitute a Proper Party shall be filed no later than June 5, 2026.

**DONE AND ORDERED** on this ___ day of _____ 2026.

_____
THE HONORABLE M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE

*Copies Furnished to All Counsel of Record*