UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NICHOLAS FORD and
ALONZO HAWKINS,

    Plaintiffs,

v.                               CASE NO. 3:24cv404-MCR-ZCB

SOUTHERN ROAD & BRIDGE, LLC,

    Defendant.

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on February 18, 2026
Motion/Pleadings: MOTION FOR EXTENSION OF TIME
Filed by Plaintiff on February 17, 2026   Doc. # 28
_____ Stipulated      _____ Joint Pleading
__X__ Unopposed       _____ Consented

                                    JESSICA J. LYUBLANOVITS
                                    CLERK OF COURT
                                    ***/s/ Patricia G. Romero***
                                    Deputy Clerk: Patricia G. Romero

---

    On consideration, the motion is GRANTED. The stay is extended to June 5, 2026. Counsel is directed to substitute a proper party for deceased Plaintiff Alonzo Hawkins by **June 5, 2026**.

    **DONE and ORDERED** this 24th day of February 2026.

                                      *M. Casey Rodgers*
                                    **M. CASEY RODGERS**
                                    **UNITED STATES DISTRICT JUDGE**