**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

NICHOLAS FORD and
ALONZO HAWKINS,                                    CASE NO.: 3:24-cv-00404-MCR-ZCB

         Plaintiffs,

v.

SOUTHERN ROAD & BRIDGE, LLC,

         Defendant.

_____/

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Nicolas A. Yoda, Esq. of the Derek Smith Law Group, PLLC, is hereby entering an appearance as lead counsel for the Plaintiffs, Nicolas Ford and Alonzo Hawkins, in the above-captioned action, and requests that this Court and counsel for all interested parties serve the undersigned with all pleadings, orders, and other papers filed herein at the email address below.

**DEREK SMITH LAW GROUP, PLLC**


/s/ Nicolas A. Yoda
Nicolas A. Yoda, Esq.
Florida Bar No. 1015597
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741
nicolasy@dereksmithlaw.com

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that on this 7th day of May, 2026, a true and correct copy of the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Nicolas A. Yoda
Nicolas A. Yoda, Esq.