**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

NICHOLAS FORD and
ALONZO HAWKINS,                                    CASE NO.: 3:24-cv-00404-MCR-ZCB

      Plaintiffs,

    v.

SOUTHERN ROAD & BRIDGE, LLC,

      Defendant.

_____/

**ORDER GRANTING MOTION**
**TO WITHDRAW AS COUNSEL OF RECORD**

    **THIS CAUSE** comes before the Court upon Motion to Withdraw as Counsel of Record ("Motion"). Having reviewed the Motion, it is hereby **ORDERED and ADJUDGED**, that Motion is hereby **GRANTED**.

    **DONE AND ORDERED** in Chambers this ___ day of June, 2026.

                            _____
                            HON. M. CASEY RODGERS
                            UNITED STATES DISTRICT JUDGE

1