**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

NICHOLAS FORD and
ALONZO HAWKINS,                          CASE NO.: 3:24-cv-00404-MCR-ZCB

       Plaintiffs,

    v.

SOUTHERN ROAD & BRIDGE, LLC,

       Defendant.

_____/

**PROPOSED ORDER GRANTING THE SECOND MOTION FOR EXTENSION OF**
**TIME TO FILE A MOTION TO SUBSTITUTE A PROPER PARTY**

THIS CAUSE is before the Court on the Second Motion for Extension of Time to File a

Motion to Substitute a Proper Party [D.E. 32], and the Court, having considered the Motion, and

being otherwise fully apprised on the premises, it is hereby:

ORDERED AND ADJUDGED that the Motion is hereby GRANTED. The Motion to

Substitute a Proper Party shall be filed no later than October 3, 2026.

    **DONE AND ORDERED** on this ___ day of _____ 2026.


                             _____

                             THE HONORABLE M. CASEY RODGERS
                             UNITED STATES DISTRICT JUDGE


*Copies Furnished to All Counsel of Record*