**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**NICHOLAS FORD, et al.,**

    **Plaintiffs,**

**v.**

**SOUTHERN ROAD & BRIDGE,**
**LLC,**

    **Defendant,**

**CASE NO. 3:24cv404-MCR-ZCB**

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on     June 1, 2026    
Motion/Pleadings: <u>MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>
         <u>FOR PLAINTIFFS</u>
Filed by  <u>Plaintiffs</u>  on <u>May 29, 2026</u>  Doc. # <u>31</u>
     Stipulated       Joint Pleading
     Unopposed  <u>X</u>  Consented

                  JESSICA J. LYUBLANOVITS
                  CLERK OF COURT
                  **/s/**     ***Patricia G. Romero***
                  Deputy Clerk:     Patricia G. Romero

On consideration, the request is GRANTED. Attorney Daniel J. Barroukh is relieved of further obligation to represent the Plaintiffs in this matter. Plaintiffs continue to be represented by Attorney Nicolas Abdel Yoda. The Clerk is directed to update the docket accordingly.

**DONE** and **ORDERED** this 4th day of June 2026.

             *M. Casey Rodgers*
             **M. CASEY RODGERS**
             **UNITED STATES DISTRICT JUDGE**